ORIGINAL

RECEIVED
MAR 21 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

**See separate sheet attached**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

08-198 L

Name of the attorney of record (See RCFC 83.1(c)): **Mark F. (Thor) Hearne**

Firm Name: **Lathrop & Gage**

Post Office Box:

Street Address: **10 S. Broadway**

City-State-Zip: **St. Louis, MO 63102**

Telephone & Facsimile Numbers: **314-613-2522 ofc./314-613-2550 fax**

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6400 for admission papers and/or enrollment instructions.

Nature of Suit Code: [5] [1] [2]

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______________________________

Agency Identification Code: [0] [ ] [ ]

See attached sheet for three-digit codes.

Amount Claimed: $ **1,000,00 plus**

Use estimate if specific amount is not pleaded

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ **N/A**
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: **N/A**

Related Cases:
Is this case directly related to any pending or previous case? ☒ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.