**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BAY PLAZA PROPERTIES, LLC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08-198 |
| vs. | ) | |
| | ) | Hon. Judge Lawrence M. Baskir |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# MOTION FOR REASSIGNMENT OF A RELATED MATTER TO JUDGE MARY ELLEN COSTER WILLIAMS

In accordance with RCFC 40(2)(b), the Plaintiffs move for reassignment of the instant action to the Honorable Judge Mary Ellen Coster Williams, who is presiding over two previously filed rails-to-trails takings claims which present nearly identical issues involving the government's liability – *Rogers v. United States*, No. 07-273 and *Bird Bay v. United States*, No. 07-426.[1] Because reassignment of this matter would appear to best serve the efficient administration of justice, Plaintiffs respectfully request the reassignment of this matter. In accordance with RCFC 40.2(b)(3), the Honorable Judge Mary Ellen Coster Williams is presiding over the *Bird Bay* and *Rogers* cases.

This case involves the claims of thirty-two Sarasota County Florida property owners seeking "just compensation" for the taking of their land subject to an April 2,

[1] This Motion is nearly identical in substance to the "Unopposed Motion for Reassignment of a Related Matter to Judge Eric G. Bruggink" filed by the Government in *Grantwood Village v. United States*, 95 F.3d 654 (1996). A copy of this Motion is attached as Exhibit A. This Court reassigned that case and consolidated it for briefing on the liability issue with two similar cases. A copy of the Court's order is attached as Exhibit B.

2004 Notice of Interim Trail Use ("NITU") issued by the federal Surface Transportation Board. This NITU precluded the Plaintiffs from regaining their "reversionary" right to their property and imposed two new easements upon the Plaintiffs' land, one easement for a public-access recreational trail and another easement for a future railroad right-of-way.

The subject suit involves the Plaintiffs' claim that their property interests, which lie within the State of Florida, were taken by operation of the Rails-to-Trails Act. 16 U.S.C. § 1247(d) (2000).

Absent transfer of the instant action, a substantial and unnecessary duplication of judicial labor is likely to occur. Because the proposed reassignment of the instant suit would appear to best serve the efficient administration of justice, Plaintiffs respectfully request the reassignment of the instant action to the Honorable Judge Mary Ellen Coster Williams.

The Defendant has not opposed the previous similar transfer and consolidation of the *Bird Bay* and *Rogers* cases before Judge Williams.

Respectfully submitted,

LATHROP & GAGE, L.C.

Date: March 21, 2008

By: /s/ Mark F. (Thor) Hearne, II

MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
The Equitable Building
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Facsimile: (314) 613-2550
*Attorney for Plaintiffs*