IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TOWN OF GRANTWOOD VILLAGE, | ) | |
| Plaintiff, | ) | No. 98-176L |
| v. | ) | Judge Yock |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR REASSIGNMENT**
**OF A RELATED MATTER TO JUDGE ERIC G. BRUGGINK**

In accord with RCFC 77(f)(1) (as modified by General Order No. 36), defendant moves for reassignment of the instant action to the Honorable Judge Eric G. Bruggink, who is presiding over two other actions involving rails-to-trails takings claims which present nearly identical issues requiring interpretation and application of the State of Missouri's property law – Glosemeyer v. United States, No. 92-126L; and Moore v. United States, No. 93-134L. Because reassignment of this matter would appear to best serve the efficient administration of justice, defendant respectfully requests the reassignment of this matter.

The subject suit involves plaintiff's claim that its property interest, which lies within the State of Missouri, was taken by operation of the Rails-to-Trails Act. 16 U.S.C. §



EXHIBIT A

1247(d). This suit, _inter alia_, concerns issues of Missouri law involving the proper interpretation of property rights regarding railroad lands (_i.e._, whether a rail-banking use of property subsequent to active railroad use of the property effects a taking of the underlying reversionary interest). In both _Glosemeyer_ and _Moore_, the Court has been called upon to make an assessment, pursuant to Missouri state law, as to whether rail-banking is to be considered a railroad purpose such that easements limited to railroad use would not be extinguished by rail-banking of the right of way.

Absent transfer of the instant action, a substantial and unnecessary duplication of judicial labor is likely to occur. Because the proposed reassignment of the instant suit would appear to best serve the efficient administration of justice, defendant respectfully proposes the reassignment of the instant action to the Honorable Judge Eric G. Bruggink.

Plaintiff's counsel has reviewed this motion, and has authorized defendant to state that it has no objection to the granting of the motion.

Dated: August 11, 1998.

Respectfully submitted,

Thomas L. Halkowski
Env't & Natural Resources Div.
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0240
Attorney for Defendant
UNITED STATES

OF COUNSEL:
Evelyn Kitay
Office of the General Counsel
Surface Transportation Board
Washington, D.C.