# In the United States Court of Federal Claims

No. 98-176 L

THE TOWN OF GRANTWOOD VILLAGE

v.

THE UNITED STATES

NOTICE OF REASSIGNMENT TO:

Judge Eric G. Bruggink

FILED AUG 2 1 1998

Pursuant to Rule 77(f) this case has been reassigned to the above judge for the conduct of proceedings pursuant to the rules of this court.

David A. Lampen

David A. Lampen, Clerk

EXHIBIT

tabbies

B