DOC TAX $16,380.00
RECORD $10.50

Prepared without examination of title and return to:
Hugh McPheeters, Jr., Esquire\jmm
Williams, Parker, Harrison, Dietz & Getzen
200 South Orange Avenue
Sarasota, FL 34236
(941) 366-4800

OFFICIAL RECORDS
INSTRUMENT # 1998087387 2 PGS

Doc Stamp-Deed: 16,380.00
KAREN E. RUSHING SARASOTA COUNTY
By: ____________D.C. Receipt #:013413

# Warranty Deed

**This Indenture,** made July 1, 1998, by and between NED DAVIS RESEARCH, INC., a Florida corporation, hereinafter referred to as Grantor, whose post office address is 600 Bird Bay Drive, West, Venice, FL and BAY PLAZA PROPERTIES, L.L.C., a Florida limited liability company, hereinafter referred to as Grantee, whose post office address is 600 Bird Bay Drive, West, Venice, Florida 34292.

1998087387

**Witnesseth:** Grantor, in consideration of the sum of ten dollars and other valuable considerations to it in hand paid by Grantee, receipt of which is hereby acknowledged, does hereby grant, bargain, sell and convey to Grantee, his heirs and assigns forever, the following described property situate in Sarasota County, Florida:

See Exhibit "A" attached hereto and made a part hereof.

Subject to restrictions, reservations, and easements of record; applicable governmental regulations; and taxes for the current year.

It is the intention of the Grantor and Grantee that this Deed be effective as of July 1, 1998.

together with all appurtenances, privileges, rights, interests, dower, reversions, remainders and easements thereunto appertaining. Grantor hereby covenants with Grantee that Grantor is lawfully seized of said property in fee simple; that it is free of encumbrances except as above stated; that Grantor has good right and lawful authority to convey same; and that Grantee shall have quiet enjoyment thereof. Grantor does hereby fully warrant the title to said property and will defend the same against the lawful claims of all persons whomsoever. As used herein, the terms "Grantor" and "Grantee" shall include their respective heirs, devisees, personal representatives, successors and assigns; any gender shall include all genders, the plural number the singular and the singular, the plural.

**In Witness Whereof,** Grantor has caused this deed to be executed in its name by its undersigned duly authorized officer the date above written.

WITNESSES:

Barbara Jo Ballard
Signature of Witness

BARBARA JO BALLARD
Print Name of Witness

Darlene J. Schwind
Signature of Witness

DARLENE J. SCHWIND
Print Name of Witness

NED DAVIS RESEARCH, INC., a Florida corporation

By: Nathan E. Davis
NATHAN E. DAVIS
As President

(Corporate Seal)

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 1998087387 2 PGS
1998 JUL 02 10:56 AM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 29th day of June 1998 by Nathan E. Davis, as President of Ned Davis Research, Inc., a Florida corporation, on behalf of the corporation. He is personally known to me or has produced ______ as identification. If no type of identification is indicated, the above-named person is personally known to me.

Barbara Jo Ballard
Signature of Notary Public

BARBARA JO BALLARD
Print Name of Notary Public

(Notary Seal)

Barbara Jo Ballard
Notary Public, State of Florida
Commission No. CC 667151
My Commission Exp. 08/24/2001
1-800-3-NOTARY - Fla. Notary Service & Bonding Co.

I am a Notary Public of the State of Florida, and my commission expires on 8/24/2001

EXHIBIT
tabbies
10

EXHIBIT "A"

PARCEL A

Commence at the S.W. corner of the S.E. 1/4 of the S.E. 1/4, Section 6, Township 39 S, Range 19 E, (N.W. corner of the N.E. 1/4 of the N.E. 1/4, Section 7, Township 39 S, Range 19 E), Sarasota County, Florida, thence run N 89°31'14" W., along the South line of the S.E. 1/4 of said Section 6, 698.77 feet, thence run S 23°56'00" W., 146.33 feet to the Northeasterly right-of-way line of Venice By-Pass (State Road No. 45, 200 feet right-of-way at this point) extended, thence run N 66°04'00" W. along said Northeasterly right-of-way line, extended 50.81 feet to the intersection of the Westerly right-of-way line of Bird Bay Drive W and the Northeasterly right-of-way line of Venice By-Pass (State Road No. 45A) for a POINT OF BEGINNING, thence continue N 66°04'00"W along said Northeasterly right-of-way line, 663.36 feet to the easterly right-of-way line of Seaboard Coastline R.R., thence run N 11°50'34" W along said easterly right-of-way line, 308.14 feet, thence run S 66°04'00" E., 672.13 feet, thence run S 23°56'00"W., parallel to said Westerly right-of-way line of Bird Bay Drive, 203.62 feet, thence ru. S 66°04'00" E., parallel to said Northeasterly right-of-way line of Venice By-Pass (State Road No. 45A), 171.38 feet to the said Westerly right-of-way line of Bird Bay Drive, thence run S 23°56'00" W. along said Westerly right-of-way line, 46.38 feet to the POINT OF BEGINNING.

PARCEL B

Commence at the S.W. corner of the S.E. 1/4 of the S.E. 1/4, Section 6, Township 39 S, Range 19 E, Sarasota County, Florida, and run thence N 89°31'14" W, along the South line of the S.E. 1/4 of Section 6, 698.77 feet, thence run S 23°56'00" W, 99.95 feet, thence run N 66°04'00" W, 50.81 feet to the Westerly right-of-way line of Bird Bay Drive W for a POINT OF BEGINNING, thence continue N 66°04'00 W, parallel to the Northeasterly right-of-way line of Venice By-Pass (State Road No. 45A), 171.38 feet, thence run N 23°56'00" E, parallel to said Westerly right-of-way line of Bird Bay Drive W, 203.62 feet, thence run S 66°04'00" E, parallel to said Northeasterly right-of-way line, 171.38 feet to the said Westerly right-of-way line of Bird Bay Drive W, thence run S 23°56'00" W, along said right-of-way line, 203.62 feet to the POINT OF BEGINNING.



Partial Survey
N
Iron Rod & Cap #2910 Found 0.32' South & 0.14' West
6' high wooden fence
Concrete Block wall & slab
SEMINOLE GULF RAILWAY
FLOOD ZONE "B"
FLOOD ZONE "A-12" (11.00')
Asphalt
Curb
19.9'
Concrete Block Wall
Concrete Slab
10.2'
25.0' Freezer
61.1'
74.6'
10.1'
ONE STORY CONCRETE BLOCK STRUCTURE
5.1'
81.7'
N.11°50'34"W. 308.14' (D)
N.11°48'24"W. 308.12' (F)
50'
50'
43.0'
8.0'
21.2'
3.3'
0.7'
55.0'
CONCRETE BLOCK WALL
4.0'
3.7'
0.7'
4.0'
4.1'
2.1' Wooden Walk
18.1'
18.1'
Wooden Walk
Curb
Asphalt
Top of bank of retention pond
Concrete Spillway
Lamp
Fire Hydrant
Top of bank along right of way line
Retention Pond
Concrete Headwall
Drainage Control Structure
Sign
Catch Basin
FLOOD ZONE "B"
FLOOD ZONE "A-12" (11.00')
Asphalt
Lamp
Lamp
Curb
5/8" Iron Rod Found 0.39' North & 0.89' West and 5/8" Iron Rod Found 1.01' North & 2.01' West
Valve
5' UTILITY
15' UTIL
U.S. Highway 41
EXHIBIT
11

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

## 2007 Detail Information for Parcel 0406-15-0002

**Parcel**

| | |
|---|---|
| **Property Address:** | 600 BIRD BAY DR |
| Description | BAY PLAZA COM NW COR NE 1/4 OF NE 1/4 SEC 7 TH N-89-31- |
| **Incorporation:** | CITY OF VENICE |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 183X |
| **Sec/Twp/Rge:** | 06-39S-19E |
| **Census Tract (2000)** | 23.01 |
| **Zoning:** | PUD |

Tax Districts

2006 | << Prior ID | Nearby IDs | Next ID >> | 2007

**Ownership**

BAY PLAZA PROPERTIES LLC
600 BIRD BAY DR W
VENICE, FL 34292

**Preliminary Values**
***(Subject to Change)***

| | |
|---|---|
| **Just (Market) Value:** | $3,833,300 |
| **Land Value:** | $1,391,700 |
| **Improvement Value:** | $2,441,600 |
| **Assessed Value:** | $3,833,300 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $3,833,300 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 185,565 | |
| **Total Building Area:** | 41,331 | (All Structures) |
| **Total Living Area:** | 36,108 | (Enclosed Only) |
| **Living Units:** | | |
| **Bed / Bath:** | 0 Bed / 44 Bath | |
| **Pool:** | No | |
| **Year Built:** | Various (4 card parcel) | |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | $2,340,000 |
| **Date Sold:** | 7/1/1998 |
| **Deed Type:** | WD |
| **Grantor:** | NED DAVIS RESEARCH INC |
| **Instrument #:** | 1998087387 |

Transfers | View Document

**Updated:** 9/17/2007 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2007 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT 12

4 Spg Pd.
Doc $21,000

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003173977 4 PGS
2003 AUG 28 01:51 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
JPENA Receipt#367525
Doc Stamp-Deed: 21,000.00

2003173977

This Instrument Prepared By:
Michael E. Workman, Esquire
Clark, Campbell & Mawhinney, P.A.
Post Office Box 24647
Lakeland, Florida 33802

Chicago Title
1819 Main St #360
34236

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED made the 21st day of August, 2003, by SCOTTY'S, INC., a Florida corporation, whose address is 5300 Recker Highway, Winter Haven, Florida 33880, hereinafter called the Grantor, to Bee Ridge, LLC, a Delaware limited liability company, whose address is 10770 Columbia Pike, Suite 100, Silver Spring, Maryland 20901, hereinafter called the Grantee:

WITNESSETH: That the Grantor, for and in consideration of the sum of Ten and no/100 Dollars ($10.00) and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee, all that certain land, together with the tenements, improvements, hereditaments, and appurtenances thereto belonging or in anyway appertaining, all situate in Sarasota County, Florida, viz:

Parcel Identification Number: 0070-02-0029 more particularly described on Exhibit "A" attached hereto and hereby made a part hereof

To have and to hold in fee simple forever.

This Conveyance is subject to the following:
1. Zoning and other governmental regulations.
2. Taxes and assessments for 2003 and subsequent years.
3. Perpetual Non-exclusive Easement for ingress and egress recorded in Official Records Book 1262, Page 1962, and in Corrective Warranty Deed re-recorded in Official Records Book 1264, page 2177, (correcting legal descriptions), and in Corrective Warranty Deed re-recorded in Official Records Book 1380, Page 550 (correcting legal description), all of the Public Records of Sarasota County, Florida.
4. Easement executed between Scotty's Inc. and Ronald V. Miller and Rosalie Miller filed May 28, 1986 in Official Records Book 1858, Page 422, of the Public Records of Sarasota County, Florida.
5. Easement Agreement executed between Scotty's Inc. and Wallace V. Erickson and Dino Olivia filed July 11, 1986 in Official Records Book 1869, Page 2849, of the Public Records of Sarasota County, Florida.

tabbies EXHIBIT 13

INSTRUMENT # 2003173977
4 PGS

6. Easement in favor of Florida Power and Light Company recorded August 26, 1986 in Official Records Book 1881, Page 392 of the Public Records of Sarasota County, Florida.
7. Easement in favor of Florida Power and Light Company recorded ___________ in Official Records Book ______, Page ______, of the Public Records of Sarasota County, Florida.

And the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under Grantor.

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:

[signature]
Name Virginia Grant
Witness

[signature]
Name Michael E. Workman
Witness

SCOTTY'S, INC.,
a Florida corporation

By: [signature]
DOUGLAS N. BOWNE,
Its Vice-President

STATE OF FLORIDA
COUNTY OF POLK

The foregoing instrument was acknowledged before me this 20th day of August, 2003 by Douglas N. Bowne, as Vice-President of Scotty's, Inc., a Florida corporation, X who is personally known to me or ___ who has produced ____________________ as identification and who did not take an oath.

[signature]
Notary Public, State of Florida
Printed name:_______________
My commission expires:__________
My commission no.:____________

Michael E. Workman
MY COMMISSION # DD124664 EXPIRES
June 30, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

J:\Scotty's\Sarasota Store 17\Realty Investment Company\Transactional docs\SPEC WARR DEED

INSTRUMENT # 2003173977
4 PGS

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

**TRACT 1:** From the intersection of the North line of Section 3, Township 37 South, Range 18 East, and the center line of Sawyer Road, run East along Section line, 500 feet; thence South and parallel to Sawyer Road, 24 feet for a Point of Beginning; thence continue South and parallel to Sawyer Road, 306 feet; thence East and parallel to North line of said Section 3, a distance of 161.06 feet to Westerly right of way line of Seaboard Coast Line Railroad (100' wide); thence Northwesterly along said railroad, 313.2 feet to a point lying 24 feet South of said North line of Section 3; thence West and parallel to North line Section 3, a distance of 95.1 feet to the Point of Beginning. Being a part of Lot 5, Block 1, Bee Ridge Farms Subdivision of Section 3-37-18 (recorded in Plat Book 1, Page 248, Public Records of Manatee County, Florida).

**TRACT 2:** From the intersection of the North line of Section 3, Township 37 South, Range 18 East, and the center line of Sawyer Road, run South along the center line of Sawyer Road, 385 feet; thence East and parallel to North line of said Section 3, a distance of 343.03 feet for a Point of Beginning; thence continue East, 329.85 feet to Westerly right of way line of Seaboard Coast Line Railroad (100' side); thence Northwesterly along said Railroad, 56.26 feet; thence Westerly and parallel to North line Section 3, 318.03 feet; thence South and parallel to Sawyer Road, 55.0 feet to the Point of Beginning, being a part of Lot 5, Block 1, Bee Ridge Farms Subdivision of Section 3-37-18 (recorded in Plat Book 1, Page 248, Public Records of Manatee County, Florida).

**TRACT 3:** Lot 5 and that part of Lot 4, lying West of Seaboard Coast Line Railroad and East of Lot 5, Block 1, Bee Ridge Farms Subdivision of Section 3, Township 37 South, Range 18 East, recorded in Plat Book 1, Page 248, Public Records of Manatee County, Florida; LESS the North 385 feet thereof, and also LESS right of way for Sawyer Road; and LESS right of way for S. C. L. Railroad.

**AND LESS AND EXCEPT** the following-described portion of the above-described properties: From the intersection of the north line of Section 3, Township 37 South, Range 18 East, Sarasota County, Florida (the same being the centerline of Bee Ridge Road) and the centerline of Sawyer Road, such point being the northwest corner of NE 1/4 of Section 3, run south along the centerline of Sawyer Road 385 feet; run thence easterly and parallel to the north line of said Section 3 a distance of 25 feet to the Point of Beginning; run thence southerly and parallel to the centerline of Sawyer Road 275.17 feet to the south line of Lot 5, Block 1, BEE RIDGE FARMS SUBDIVISION of said Section 3, as per map or plat thereof recorded in Plat Book A, Page 40, Sarasota County Public Records (being also Plat Book 1, Page 248,

INSTRUMENT # 2003173977
4 PGS

Public Records of Manatee County, Florida, of which Sarasota County formerly was a part); run thence easterly along the south line of said Lot 5 a distance of 225 feet; run thence northerly and parallel to the centerline of Sawyer Road 275.17 feet; run thence westerly 225 feet to the Point of Beginning, less the northerly 50 feet thereof.

Together with the following described parcel:

East 120 feet of that part of Tract 4 and 5, Block 1, Section 3, Township 37 South, Range 18 East, Bee Ridge Farms Subdivision, as per plat thereof recorded in Plat Book 1, Page 248, of the Public Records of Manatee County, Florida, described as follows:

Begin at the intersection of the North line of said Section 3, and the center line of Sawyer Road (50 feet wide); thence east along the North line of said Section 500 feet; thence south and parallel to the center line of Sawyer Road 330 feet; thence West and parallel to said north line of Section 3, 500 feet to the center line of Sawyer Road; thence north along the center line of Sawyer Road 330 feet, more or less, to the Point of Beginning.

LESS the portions thereof conveyed to the State of Florida in O.R. Book 55, Page 29, and conveyed to Sarasota County in O.R. Book 1626, Page 446, O.R. Book 1626, Page 448 and O.R. Book 1631, Page 1625, of the Public Records of Sarasota County, Florida.




EXHIBIT 14

Description: Sarasota,FL Assessor Map 70.2 Page: 1 of 1
Order: f Comment:

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0070-02-0029

**Parcel**

**Property Address:** 4050 BEE RIDGE RD
**Description:** COM NW COR OF NE 1/4 SEC 3-37-18, TH E 380 FT TH S 50 F
**Incorporation:** UNINCORPORATED
**Subdivision Code:** 0075
**Use Code:** 4860
**Sec/Twp/Rge:** 03-37S-18E
**Census Tract (2000)** 17.02
**Zoning:** CI

**Ownership**

BEE RIDGE LLC
C/O SUNBURST HOSPITALITY CORP
PO BOX 167928
IRVING, TX 75016-7928

**2007 Values**
(A  of 1/1/2007)

**Just (Market) Value:** $6,671,500
**Land Value:** $4,214,000
**Improvement Value:** $2,457,500
**Assessed Value:** $6,671,500
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $6,671,500

**Property**

**Land Area:** 234,112
**Total Building Area:** 95,581 (All Structures)
**Total Living Area:** 94,501 (Enclosed Only)
**Living Units:** 147
**Bed / Bath:** 0 Bed / 2 Bath
**Pool:** No
**Year Built:** Various (7 card parcel)

**Last Sale/Transfer**

**Sale Price:** $3,000,000
**Date Sold:** 8/21/2003
**Deed Type:** WD
**Grantor:** SCOTTYS INC,
**Instrument #:** 2003173977

Jpdated: 3/10/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

EXHIBIT
15

3

Recording $ 15.00
Stamps .70

This Instrument Prepared by:
F. THOMAS HOPKINS
Icard, Merrill, Cullis, Timm,
Furen & Ginsburg, P.A.
2033 Main Street, Suite 600
Sarasota, Florida 34237
941-366-8100
09897-29806

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003199979 3 PGS
2003 OCT 01 04:58 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
TFERNAND Receipt#382256

Doc Stamp-Deed: 0.70

2003199979

# QUIT CLAIM DEED

GRANTOR: Calusa Lakes, Ltd., a dissolved and canceled Florida limited partnership

GRANTEE: Calusa Lakes Community Association, Inc., a Florida corporation

Grantee's Post Office Address: c/o Advanced Management, Inc.
899 Woodbridge Drive
Venice, FL 34293

Property Appraiser's Parcel ID No.: 0359-09-0033, 0360-11-0010, 0360-06-0013

Grantor, for and in consideration of the sum of $1.00, to Grantor in hand paid by Grantee, the receipt whereof is hereby acknowledged, releases, remises, and quit claims unto Grantee, and Grantee's heirs and assigns forever, the following described land, to wit:

See attached Exhibit "A"

To have and to hold, together with all the hereditaments and appurtenances thereunto belonging or in anywise appertaining, to the Grantee, and Grantee's heirs and assigns forever.

Dated: September 24th, 2003.

CALUSA LAKES, LTD.

By: NISLEY CALUSA DEVELOPMENT, INC.,
A GENERAL PARTNER

By: ____________________
Andrew M. Nisley, its President

Address of Grantor:
2881 Mira Loda Drive
Sarasota, FL 34240

Witnesses:

____________________
Print Name: GARY BESSHORNER

____________________
Print Name: ELIZABETH B. WILLIAMS

By: S. W. JOHNSON DEVELOPMEN[T]
A GENERAL PARTNER

EXHIBIT
16

INSTRUMENT # 2003199979
3 PGS

By: NISLEY INVESTMENTS, INC.,
A DISSOLVED FLORIDA CORPORATION,
A LIMITED PARTNER

By: ______________________
Andrew M. Nisley, its President

Print Name: Gary Beschorner

Print Name: ELIZABETH B. WILLIAMS

Address of Grantor:
2881 Mira Loda Drive
Sarasota, FL 34240

By: S. W. JOHNSON INVESTMENTS, INC.
A LIMITED PARTNER

By: ______________________
Sherell W. Johnson, its President

Print Name: Gary Beschorner

Print Name: ______________________

Address of Grantor:
2477 Stickney Point Road, Suite 205-B
Sarasota, FL 34231

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 24TH day of September, 2003, by Andrew M. Nisley as President of Nisley Calusa Development, Inc., a Florida corporation, on behalf of the corporation, for itself and as a general partner on behalf of Calusa Lakes, Ltd., a Florida limited partnership, and Andrew M. Nisley as President of Nisley Investments, Inc., a dissolved Florida corporation, on behalf of the corporation, for itself and as a limited partner on behalf of Calusa Lakes, Ltd., a Florida limited partnership. He [ ] is personally known to me; or [X] has produced a driver's license as identification.

______________________
Print Name:
Notary Public
My Commission Expires:

GARY BESCHORNER
MY COMMISSION # CC 909071
EXPIRES: Feb 8, 2004
1-800-3-NOTARY Fla. Notary Service & Bonding Co.

STATE OF Florida
COUNTY OF Sarasota

The foregoing instrument was acknowledged before me this 26th day of September, 2003, by Sherell W. Johnson as President of S. W. Johnson Development, Inc., a Florida corporation, on behalf of the corporation, for itself and as a general partner on behalf of Calusa Lakes, Ltd., a Florida limited partnership, and Sherell W. Johnson as President of S. W. Johnson Investments, Inc., a Florida

INSTRUMENT # 2003199979
3 PGS

# EXHIBIT "A"

**PARCEL 1**
Tax I.D. #0359-09-0033
That certain parcel of land lying immediately South of and adjacent to the Southeasterly side lot line of Lot 1, Block N, Calusa Lakes, Unit 6, as per plat thereof recorded in Plat Book 37 at Page 47 of the Public Records of Sarasota County, Florida, bounded on the West by the Southeasterly extension of the rear (Southwesterly) line of said Lot 1, and on the South and East by the right of way Tract KK (Bald Eagle Lane) and Tract LL (Calusa Lakes Boulevard) as shown on said plat. Said parcel lying and being in Section 19, Township 38 South, Range 19 East, and being a part of "Golf Course Tract 9" as shown on the plat of Calusa Lakes Unit 6.

**PARCEL 2**
Tax I.D. #0360-11-0010, described in the Property Appraiser's records as follows:
A tract of land in Section 19 described as: Commence at the Southeast corner of Parcel A in Calusa Lakes, Unit 1; thence S 53°48'03" W, 170.82 feet for the Point of Beginning; thence along a curve to the left 300.95 feet; thence N 55°36'29" W, 330.4 feet; thence along a curve to the right 412.45 feet; thence N 53°44'40" E, 31.51 feet; thence along a curve to the left 218.18 feet; thence S 36°15'20" E, 114.89 feet to the Point of Beginning.

**PARCEL 3**
Tax I.D. #0360-06-0013, described in the Property Appraiser's records as follows:
A 50 foot strip of land lying South of Calusa Lakes, Unit 8, and lying North of Mission Valley Estates.




EXHIBIT

17

tabbies

20,300.00
15.00

93084354

** OFFICIAL RECORDS ** BOOK 2538 PAGE 632

# WARRANTY DEED

**THIS WARRANTY DEED**, Made the 9th day of JULY, 1993, by **Peyton A. Cramer, as Trustee** of Peyton A. Cramer and Catherine R. Cramer Living Trust, dated December 19, 1986, whose address is 1840 South Pacific Coast Highway, Redondo Beach, California 90277, hereinafter the "Grantor," to **Cramer Motors, Inc.**, a Florida corporation, whose address is 900 S. Bypass 41, Venice, Florida 34292, hereinafter the "Grantee":

(Wherever used herein the terms Grantor and Grantee include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**WITNESSETH:** That the Grantor, for and in consideration of the sum of $10.00 and other valuable consideration, hereby grants, bargains, sells, remises, releases, conveys and confirms unto the Grantee, an all that certain land situate in Sarasota County, Florida, bearing real estate tax **Parcel No. 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**, more particularly described on **Exhibit A**, attached hereto and incorporated herein by this reference.

**TOGETHER**, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD**, the same in fee simple forever.

**AND**, the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 1992 and valid easements, restrictions and reservations of record.

Grantor further covenants with Grantee that he is conferred with the power and authority to protect, conserve, sell, lease, encumber, convey and otherwise manage and dispose of the above-described property pursuant to the provisions of Section 689.071, Florida Statutes.

TRANS NUM:00238179
DOC STAMPS PD: $20300.00
INTANG. TAX PD: $.00
KAREN E. RUSHING SARASOTA CO.
BY: C. Briggs D.C.

**This Instrument Prepared by and return to:**
**W. Peyton Gause, Jr., Esq.**
**Gause & Moss, P.A.**
**Two North Tamiami Trail, Suite 404**
**Sarasota, Florida 34236**

✓430



EXHIBIT 18
tabbies

IN WITNESS WHEREOF, the Grantor has signed and sealed this Warranty Deed the day and year first above written.

Signed in the presence of:

Print Name: W. PEYTON GAUSE, JR.

Print name: Lisa Fascia
(Two witnesses)

Peyton A. Cramer, Trustee

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was executed before me this 9th day of July, 1993, by Peyton A. Cramer, as Trustee of Peyton A. Cramer and Catherine R. Cramer Living Trust, dated December 19, 1986. Mr. Cramer is personally known to me or he produced his driver's license as identification and did not take an oath.

My commission expires:

W. PEYTON GAUSE, JR.
MY COMMISSION EXPIRES
August 17, 1994
BONDED THRU NOTARY PUBLIC UNDERWRITERS

Print Name:
Notary Public

compcram.ded

** OFFICIAL RECORDS ** BOOK 2530 PAGE 634

Exhibit "A"

Parcel of land in the Northwest corner of Section 17, Township 39 South, Range 19 East, Sarasota County, Florida; said parcel of land being more specifically described as follows:

From the Northwest corner of said Section 17, bear South 01°06'49" West along the West line of said Section 17, a distance of 1165.73 feet to the intersection thereof with the Northeasterly right-of-way line of the Seaboard Airline Railroad; thence South 32°15'47" East, along said Northeasterly right-of-way line, a distance of 637.81 feet to the intersection thereof with the Southeasterly line of the West Coast Inland Navigation District right-of-way and to the Point of Beginning; thence North 46°40'46" East along said Southeasterly right-of-way line, a distance of 374.44 feet to the intersection thereof with the Southwesterly right-of-way line of U.S. Highway No. 41 Bypass; thence South 35°45'30" East along said Southwesterly right-of-way line, a distance of 453.10 feet; thence South 46°40'46" West, parallel to the said West Coast Inland Navigation District's right-of-way, a distance of 402.76 feet to the intersection thereof with the aforesaid Northeasterly right-of-way line of the Seaboard Airline Railroad; thence North 32°15'47" West, along said Northeasterly right-of-way, a distance of 459.66 feet to the Point of Beginning.

LESS AND EXCEPT any portion thereof lying within the right-of-way of U.S. Highway 41 By-Pass.

RECORDER'S MEMO: Legibility of writing, typing, or printing for reproductive purpose may be unsatisfactory in this document when received.

RECORDED IN OFFICIAL RECORDS
RECORD VERIFIED
93 JUL 23 PM 3:15
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL

CIRCUIT COURT * SARASOTA COUNTY, FLORIDA

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 3 of the instrument filed in this office. The original instrument filed contains 3 pages.
☑ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this 9 day of January, 2008."
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: [signature]
Deputy Clerk