10850.

3

This Instrument Prepared by
Sam D. Norton, Esq
NORTON, GURLEY, HAMMERSLEY &
LOPEZ, P A.
1819 Main Street, Suite 610
Sarasota, Florida 34236

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2001156734 3 PGS
2001 OCT 30 05:19 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
ADEPALO Receipt#100235
Doc Stamp-Deed: 10,850.00

2001156734

# WARRANTY DEED

This Warranty Deed is made this 30th day of October, 2001, by **BATES SHOW SALES STAFF, INC., a Florida corporation d/b/a BATES R.V. EXCHANGE,** of the County of Sarasota, in the State of Florida, hereinafter referred to as "Grantor," to **CRAMER MOTORS, INC., a Florida corporation,** whose Tax Identification Number is 65-0171508, and whose post office address is 900 South 41 By-Pass, Venice, Florida 34292, hereinafter referred to as "Grantee"

## WITNESSETH

Grantor, in consideration of the sum of TEN and NO/100 DOLLARS ($10.00) and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby grants, bargains, sells and conveys to Grantee his heirs and assigns forever the following described real property in Sarasota County, Florida

See Exhibit "A" annexed hereto

The Data Processing Number of the above described real property is 0427-13-0018

Subject to valid easements, reservations and restrictions of record, governmental regulations and real property taxes for the current year.

Grantor hereby covenants with Grantee that Grantor is lawfully seized of the property in fee simple, that Grantor has good right and lawful authority to sell and convey the property; that Grantor hereby fully warrants the title to the property and will defend the title against the lawful claims of all persons whomsoever, and that the property is free of all encumbrances not set forth herein



EXHIBIT
19

IN WITNESS WHEREOF, the Grantor has executed this Warranty Deed the date set forth above.

WITNESSES:

**BATES SHOW SALES STAFF, INC., a Florida corporation d/b/a BATES R.V. EXCHANGE**

Print Name. Sam A. Nol

By: ______
Frank Bates, as its president

Print Name: E. J. DeBoer

Address: P.O. Box 2288
Nokomis FL 34274

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 30th day of October, 2001, by Frank Bates, as president of **BATES SHOW SALES STAFF, INC., a Florida corporation d/b/a BATES R.V. EXCHANGE**, on behalf of the corporation.

______
Notary Public
Print Name: ______
My Commission Expires ______

Personally Known X (OR) Produced Identification ______
Type of identification produced ______

NOTARY PUBLIC STATE OF FLORIDA E J DeBoer Comm # CC 980480 Comm Exp Nov 7, 2004

H \APPS\wp80\4463\2\warranty deed wpd

OFFICIAL RECORDS INSTRUMENT # 2001156734 3 pgs

**Exhibit "A"**

A parcel of land in Section 17, Township 39 South, Range 19 East, Sarasota County, Florida, described as follows

Commence at the Northwest corner of said Section 17, Township 39 South, Range 19 East thence S 01° 06'49" W, along the West line of said Section 17, a distance of 1165 73 feet to the intersection thereof with the Northeasterly right of way line of the Seaboard Coast Line Railroad (100' wide R/W), thence S 32° 18'47" E, along the said Northeasterly right of way line of the Seaboard Coast Line Railroad, a distance of 637 61 feet to the intersection thereof with the Southeasterly right of way line of the West Coast Inland Navigation District right of way, thence continue S 32° 18'47" E, along said Northeasterly right of way line of the Seaboard Coast Line Railroad, a distance of 459 78 feet to the Point of Beginning, thence N 46° 48'30" E, parallel with the said Southeasterly right of way line of the West Coast Inland Navigation District, a distance of 401 33 feet to the intersection thereof with the Southwesterly right of way line of U S Highway No 41- Venice By Pass, thence S 35° 48'50" E, along said Southwesterly right of way line of U S Highway No 41, a distance of 300 00 feet, thence S 41° 22'26" W, a distance of 429 74 feet to the intersection thereof with said Northeasterly right of way line of the Seaboard Coast Line Railroad, thence N 32° 18'47" W, along said Northeasterly right of way line of the Seaboard Coast Line Railroad, a distance of 344 40 feet to the Point of Beginning

CIRCUIT COURT SARASOTA COUNTY, FLORIDA

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 3 of the instrument filed in this office. The original instrument filed contains 3 pages.
☑ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this 9 day of January, 2008."
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: [signature]
Deputy Clerk

# EXHIBIT "A"

Property: 1000 US Highway 41 Bypass, Venice, Florida

Parcel ID No.: 0427-13-0018

Recorded in Instrument Number 2001156734

Date of Owner acquired property: October 30, 2001

Date of Recording: October 30, 2001

New Search | Printable Version

Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0427-12-0002

**Parcel**

**Property Address:** 900 S US 41 BYPASS
Description: COM AT NW COR OF SEC 17-39-19 TH S 01-06-49 W 1165.73 F
**Incorporation:** UNINCORPORATED
Tax Districts
**Subdivision Code:** 0000
**Use Code:** 2700
**Sec/Twp/Rge:** 17-39S-19E
**Census Tract (2000)** 27.15
**Zoning:** CI

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

CRAMER MOTORS INC
900 S US HIGHWAY 41 BYP
VENICE, FL 34292-3333

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $2,928,500
**Land Value:** $1,582,000
**Improvement Value:** $1,346,500
**Assessed Value:** $2,928,500
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $2,928,500

**Property**

**Land Area:** 175,779
**Total Building Area:** 37,317 (All Structures)
**Total Living Area:** 31,437 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 1 Bed / 5 Bath
**Pool:** No
**Year Built:** Various (4 card parcel)

**Last Sale/Transfer**

**Sale Price:** $2,900,000
Transfers
**Date Sold:** 7/9/1993
**Deed Type:** WD
**Grantor:** CRAMER PEYTON A TRUSTEE OF
**Instrument #:** 2530/0632
View Document

Updated: 1/14/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
20

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0427-13-0018

**Parcel**

**Property Address:** 1000 S US 41 BYPASS
Description: COM AT NW COR OF SEC 17-39-19 TH S-01-06-49-W 1165.73 F
**Incorporation:** UNINCORPORATED (Tax Districts)
**Subdivision Code:** 0000
**Use Code:** 2700
**Sec/Twp/Rge:** 17-39S-19E
**Census Tract (2000)** 27.15
**Zoning:** CI

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

CRAMER MOTORS INC
900 S US HIGHWAY 41 BYP
VENICE, FL 34292-3333

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $1,987,200
**Land Value:** $1,191,400
**Improvement Value:** $795,800
**Assessed Value:** $1,987,200
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $1,987,200

**Property**

**Land Area:** 132,380
**Total Building Area:** 27,700 (All Structures)
**Total Living Area:** 9,200 (Enclosed Only)
**Living Units:** 1
**Bed / Bath:** 0 Bed / 5 Bath
**Pool:** No
**Year Built:** 1973

**Last Sale/Transfer**

**Sale Price:** $1,550,000 (Transfers)
**Date Sold:** 10/30/2001
**Deed Type:** WD
**Grantor:** BATES SHOW SALES STAFF INC,
**Instrument #:** 2001156734 (View Document)

Updated: 1/14/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT 21

Form 1122 Florida MORTGAGE DEED From Corporation For Photostat Recording
TUTBLANX REGISTERED U.S. PAT. OFFICE Tuttle Law Print, Publishers, Rutland, Vt

OFF. REC. 798 PG 775

# This Mortgage Deed.

*Wherever used herein, the term "party" shall include the heirs, personal representatives, successors and / or assigns of the respective parties hereto; the use of the singular number shall include the plural, and the plural the singular; the use of any gender shall include all genders; and, if used, the term "note" shall include all the notes herein described if more than one.*

342577

*Executed the* 1st *day of* July *A. D. 19* 69 ,
*by* BROAD ACRE TRAILER LODGE, INCORPORATED,

*a corporation existing under the laws of the State of* Indiana ,
*and having its principal place of business at*
*party of the first part, hereinafter called the Mortgagor, to*
MARVIN ANDERSON and FRIEDA K. ANDERSON, husband and wife,

*of the County of* Sarasota *State of* Florida
*party of the second part, hereinafter called the Mortgagee,*

**Witnesseth,** *That for divers good and valuable considerations, and also in consideration of the aggregate sum named in the promissory note of even date herewith, hereinafter described, the said Mortgagor does grant, bargain, sell, alien, remise, release, convey and confirm unto the said Mortgagee, in fee simple, all the certain tract of land, of which the said Mortgagor is now seized and possessed, and in actual possession, situate in* Sarasota *County, State of Florida, described as follows:*

STATE DOCUMENTARY STAMPS ATTACHED TO NOTE

930.00

The SE¼ of NW¼, less SAL RR R/W and less Sarasota Fruitville Drainage Canal, and that part of SW¼ of NW¼ lying East of SAL RR R/W, less Sarasota Fruitville Drainage Canal, in Section 27, Township 36 South, Range 18 East, less South 30 feet thereof.

This is a purchase money mortgage.

Received $1240.00 in payment of taxes due on Class "C" intangible Personal Property, pursuant to Chapter 20724 Laws of Florida, Acts of 1941.
Charlie Hagerman
Tax Collector, Sarasota County, Fla.
By L. Scholz
Deputy Clerk

WOOD, SCHEB & WHITESELL + DRYMON
P. O. Box 15425
~~Englewood~~, Florida Sarasota

This Instrument was prepared by
JACK R. BISSELL
DEXTER, CONLEE & BISSELL
P. O. Box 99, Sarasota, Fla. 33578

**To Have and To Hold** *the same, together with the tenements, hereditaments and appurtenances, unto the said Mortgagee in fee simple.*

**And** *said Mortgagor does covenant with said Mortgagee that said Mortgagor is indefeasibly seized of said land in fee simple; that the said Mortgagor has full power and lawful right to convey said land in fee simple as aforesaid; that it shall be lawful for said Mortgagee at all times peaceably and quietly to enter upon, hold, occupy and enjoy said land; that said land is free from all incumbrances; that said Mortgagor will make such further assurances to perfect the fee simple title to said land in said Mortgagee as may reasonably be required; and that said Mortgagor does hereby fully warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever.*

EXHIBIT 22

*that if said Mortgagor shall pay unto the said Mortgagee the certain promissy note, of which the following in words and figures is a true copy, to wit:*

OFF. REC. 798 PG 776

$620,000.00 Sarasota, FLORIDA July 1 1969

**PROMISSORY NOTE**

(Secured by a mortgage of even date)

FOR VALUE RECEIVED, the undersigned, jointly and severally promise to pay to the order of Marvin Anderson and Frieda K. Anderson, husband and wife,

the principal sum of Six hundred twenty thousand -------------------- Dollars ($620,000.00) with interest after date at the rate of ---- Seven ---- percent (7%) per annum, payable at Sarasota Bank and Trust Company, Sarasota, Florida or such other place as the payees may direct in writing.

This sum shall be paid in installments of $4,806.86 per month, the first of such installments being due and payable on the 1st day of August, 1969, and succeeding installments being due and payable every month thereafter, until the entire amount of principal and interest is paid in full. Each installment shall first be applied to interest and the remaining balance shall be applied to principal.

In case any of the installments due under the terms of this note are not paid when due, or within 30 days thereafter, the whole of said sum remaining unpaid shall forthwith become due and payable at the option of the holder of this note.

Pre-payments of principal may be made after January 1, 1970 at any time and interest on any amount of principal so paid shall cease as of the date of such payment. The entire amount of principal and interest may be paid in full with interest payable to the date of such final payment only.

Now should it become necessary to collect this note through an attorney then all parties liable herein agree to pay all costs of collection, including a reasonable attorney's fee. Each of us, whether maker, surety or endorser, hereby severally waives presentment and demand for payment, protest, notice of protest and notice of dishonor, and consents that this note or any part hereof may be extended without notice.

BROAD ACRE TRAILER LODGE, INCORPORATED

Address ______________________ By /s/ Howard J. Simmons (SEAL)
President

______________________ ______________________ (SEAL)

SCHED PRINTING, INC. – SARASOTA

*and shall perform, comply with and abide by each and every the stipulations, agreements, conditions and covenants of said promissory note and of this deed, then this deed and the estate hereby created shall cease and be null and void.*

**And** *the said Mortgagor hereby covenants and agrees:*

*1. To pay all and singular the principal and interest and other sums of money payable by virtue of said promissory note and this deed, or either, promptly on the days respectively the same severally come due.*

*2. To pay all and singular the taxes, assessments, levies, liabilities, obligations and encumbrances of every nature on said described property each and every, and if the same be not promptly paid the said Mortgagee may at any time pay the same without waiving or affecting the option to foreclose or any right hereunder, and every payment so made shall bear interest from the date thereof at the rate of* 7 *per cent. per annum.*

*3. To pay all and singular the costs, charges and expenses, including lawyer's fees, reasonably incurred or paid at any time by said Mortgagee because of the failure on the part of the said Mortgagor to perform, comply with and abide by each and every the stipulations, conditions and covenants of said promissory note and this deed, or either, and every such payment shall bear interest from date at the rate of* 7 *per cent. per annum.*

*4. To keep the buildings now or hereafter on said land insured in a sum not less than* full insurable value ~~xxxxxxx~~*, in a company or companies to be approved by said Mortgagee, and the policy or policies held by and payable to said Mortgagee, and in the event any sum of money becomes payable under such policy or policies, the Mortgagee shall have the option to receive and apply the same on account of the indebtedness hereby secured or to permit the Mortgagor to receive and use it, or any part thereof, for other purposes, without thereby waiving or impairing any equity lien or right under or by virtue of this mortgage, and may place and pay for such insurance or any part thereof, without waiving or affecting the option to foreclose or any right hereunder, and each and every such payment shall bear interest from date at the rate of* 7 *per cent. per annum.*

property or any part thereof.

6. To perform, comply with and abide by each and every the sitpulations, agreements, conditions and covenants in said promissory note and in this deed set forth.

7. If any of said sums of money herein referred to be not promptly and fully paid within 30 days next after the same severally become due and payable, or if each and every the stipulations, agreements, conditions and covenants of said promissory note and this deed or either, are not duly performed, complied with and abided by, the said aggregate sum mentioned in said promissory note shall become due and payable forthwith or thereafter at the option of the Mortgagee as fully and completely as if the said aggregate sum of Six hundred twenty thousand ($620,000.00) dollars was originally stipulated to be paid on such day, anything in said promissory note or herein to the contrary notwithstanding.

8. The Mortgagee may, at any time while a suit is pending to foreclose or to reform this mortgage or to enforce any claims arising hereunder, apply to the court having jurisdiction thereof for the appointment of a receiver, and such court shall forthwith appoint a receiver of the premises and all other property covered hereby, including all and singular the income, profits, rents, issues and revenues from whatever source derived, and such receiver shall have all the broad and effective functions and powers in anywise entrusted by a court to a receiver and such appointment shall be made by such court as an admitted equity and a matter of absolute right to said Mortgagee, and without reference to the adequacy or inadequacy of the value of the property mortgaged or to the solvency or insolvency of said Mortgagor or the defendants, and such income, profits, rents, issues and revenues shall be applied by such receiver according to the lien of this mortgage and the practice of such court.

9. That no building or other improvements on the premises shall be removed or demolished without the consent of the Mortgagee and that the Mortgagor will continue to operate the premises as a mobile home park.

**In Witness Whereof,** the said party of the first part has caused these presents to be signed in its name by its President, and its corporate seal to be affixed, attested by its the day and year above written.

(Corporate Seal)

Attest: ______________________ Secretary

BROAD ACRE TRAILER LODGE, INCORPORATED

Signed, Sealed and Delivered in Our Presence:

Jack R. Bissell

[signature]

By Howard J. Simmons, President.

**State of Florida**

**County of** SARASOTA

I, an officer authorized to take acknowledgments of deeds according to the laws of the State of Florida, duly qualified and acting, **Hereby Certify,** that HOWARD J. SIMMONS and respectively as President and Secretary of Broad Acre Trailer Lodge, Incorporated, to me personally known, this day acknowledged before me that they executed the foregoing mortgage as such officers of said corporation, and that they affixed thereto the official seal of said corporation; and **I Further Certify** that I know the said persons making said acknowledgments to be the individuals described in and who executed the said mortgage.

**In Witness Whereof,** I hereunto set my hand and official seal at Sarasota said County and State, this 12 day of July, A. D. 1969.

Jack R. Bissell

Notary Public

My Commission Expires

Notary Public, State of Florida at Large
My Commission Expires Feb. 5, 1972
Bonded By American Fire & Casualty Co.

JUL 2 2 58 PM '69

FILED & RECORDED
ROBERT ... CLERK
SARASOTA CO. FLA

345117

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0052-11-0001

**Parcel**

| | |
|---|---|
| **Property Address:** | 3901 BAHIA VISTA ST |
| Description | BAHIA VISTA ESTATES MHP THAT PART OF SE 1/4 OF NW 1/4 & |
| **Incorporation:** | UNINCORPORATED (Tax Districts) |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 2860 |
| **Sec/Twp/Rge:** | 27-36S-18E |
| **Census Tract (2000)** | 13.04 |
| **Zoning:** | RMH |

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

BROAD ACRE TRAILER LODGE INC
3901 BAHIA VISTA ST
SARASOTA, FL 34232-2410

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $6,510,500 |
| **Land Value:** | $6,212,200 |
| **Improvement Value:** | $298,300 |
| **Assessed Value:** | $6,510,500 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $6,510,500 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 1,648,094 | |
| **Total Building Area:** | 6,500 | (All Structures) |
| **Total Living Area:** | 5,130 | (Enclosed Only) |
| **Living Units:** | | |
| **Bed / Bath:** | 0 Bed / 15 Bath | |
| **Pool:** | Yes (Built 1985) | |
| **Year Built:** | Various (5 card parcel) | |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | Non-Sale Transfer (Transfers) |
| **Date Sold:** | 7/1/1969 |
| **Deed Type:** | NA |
| **Grantor:** | |
| **Instrument #:** | 798/773 (View Document) |

**Updated:** 1/2/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
23

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2001172643 3 PGS
2001 NOV 29 03:46 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
SSTARK Receipt#110031

Doc Stamp-Deed: 9,660.00

Prepared by and return to:
Sharon Roberts Henderson
McGuireWoods LLP
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202

Parcel Identification No.: 0097-05-0015

# WARRANTY DEED

THIS DEED is made as of August 31, 2001, by and between **BRANNEN PRESTRESS COMPANY, a/k/a BRANNEN PRESTRESS CO.**, a Florida corporation, herein the "grantor," and **FLORIDA ROCK CONCRETE, INC.**, a Delaware corporation, the post-office address of which is 155 East 21st Street, Jacksonville, Florida 32206, herein the "grantee". (As used herein, the terms grantor and grantee shall include, where the context permits or requires, singular or plural, heirs, personal representatives, successors, or assigns.)

WITNESSETH, that the grantor in consideration of Ten Dollars and other valuable considerations, the receipt and sufficiency of which are hereby acknowledged, has granted, bargained, sold, and conveyed and by these presents does hereby grant, bargain, sell, and convey unto the grantee forever all of that certain property located in Sarasota County, Florida, as more particularly described on Exhibit A attached hereto and by this reference made a part hereof.

TO HAVE AND TO HOLD the same, together with the tenements, hereditaments, and appurtenances, unto the grantee, its successors and assigns forever, in fee simple. And the grantor does hereby fully warrant the title to said property and will defend the same against the lawful claims of all persons whomsoever.

This conveyance is subject to (1) ad valorem taxes levied or which may become a lien subsequent to December 31 of the calendar year next preceding the date hereof; (2) covenants, conditions, restrictions, limitations, and easements of record, if any, but this provision shall not operate to reimpose the same; and (3) applicable zoning and other governmental regulations.

IN WITNESS WHEREOF, this deed has been executed as of the date first above written.

Signed and delivered in the presence of:

David M. Mitchell
Printed DAVID M. MITCHELL

[signature]
Printed J.T. Raymond Sophie

BRANNEN PRESTRESS COMPANY, a Florida corporation

By: John A. Brannen
Printed: JOHN A. BRANNEN
Its: PRESIDENT
Address: 3323 West Forest Lakes Circle
Sarasota, Florida 33582

EXHIBIT 24

Lawyers 11/E 253

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this August 31, 2001, by JOHN A. BRANNEN, as ______ President of Brannen Prestress Co., a Florida corporation, on behalf of the corporation. He/she is personally known to me or has produced ______ as identification.

David M Mitchell
Printed DAVID M. MITCHELL
Notary Public, County and State aforesaid
Serial No.:
My commission expires:

(Notarial Seal)

Official Seal
DAVID M. MITCHELL
My Commission Expires 1/25/04
Commission No. #CC902900

E:\FLAROCK\Brannen Prestress Co\Deed.doc

OFFICIAL RECORDS INSTRUMENT # 2001172643 3 pgs

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

BEGIN AT THE INTERSECTION OF THE OLD SOUTH LINE OF CLARK ROAD (PREVIOUS 100 FOOT WIDE R/W) (SAID SOUTH LINE BEING 50 FT SOUTH OF NORTH LINE OF SECTION 14-37-18) AND THE EASTERLY RIGHT-OF-WAY LINE OF THE CSX RAILROAD (100 FOOT WIDE R/W); THENCE S 11 DEGREES 44'24" E ALONG EASTERLY R/W LINE OF CSX RAILROAD, 400.00 FEET FOR A POINT OF BEGINNING; THENCE S 89 DEGREES 26'24" E PARALLELL TO CLARK ROAD AND TO SAID NORTH LINE OF SECTION 14-37-18, 255.92 FEET; THENCE S 11 DEGREES 44'24" E AND PARALLEL TO SAID RAILROAD 425.00 FEET; THENCE N 89 DEGREES 26'24" W PARALLEL TO CLARK ROAD, 255.92 FEET TO SAID RAILROAD R/W; THENCE N 11 DEGREES 44'24" W ALONG EASTERLY R/W LINE OF SAID RAILROAD 425.00 FEET TO THE POINT OF BEGINNING. BEING A PART OF TRACTS 4, 5 AND 6, BLOCK 2, SECTION 14-37-18, SARASOTA VENICE COMPANY SUBDIVISION OF SECTIONS 14 AND 15, TOWNSHIP 37 SOUTH, RANGE 18 EAST, RECORDED IN PLAT BOOK 2, PAGE 34 OF THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA ALSO RECORDED IN PLAT BOOK A, PAGE 10, PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

SUBJECT TO AN EASEMENT FOR INGRESS AND EGRESS (AND FOR DEACON ROAD, A PRIVATE ROAD) OVER THE EASTERLY 50 FEET OF THE ABOVE DESCRIBED PROPERTY.

TOGETHER WITH THE RIGHTS OF INGRESS AND EGRESS OVER DEACON ROAD, A 50 FT. PRIVATE ROAD, MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCE AT THE INTERSECTION OF THE OLD SOUTH LINE OF CLARK ROAD (100 FT R/W) AND THE EASTERLY LINE OF THE CSX RAILROAD (100 FT R/W); THENCE S 89 DEGREES 26'24" E ALONG OLD SOUTH LINE OF CLARK ROAD, 204.74 FEET FOR A POINT OF BEGINNING; THENCE CONTINUE S 89 DEGREES 26"24" E, 51.18 FEET; S 11 DEGREES 44'24" E PARALLEL TO SAID RAILROAD, 400.00 FEET; THENCE N 89 DEGREES 26'24" W 51.18 FEET; THENCE N 11 DEGREES 44'24" E 400.00 FEET TO THE POINT OF BEGINNING. LESS ANY R/W FOR CLARK ROAD, BEING A PART OF TRACT 5, BLOCK 2, SECTION 14-37-18, OF AFORESAID SARASOTA-VENICE COMPANY SUBDIVISION.




EXHIBIT

25

3611.07

DESCRIPTION

COMMENCE AT THE INTERSECTION OF THE OLD SOUTH LINE OF CLARK ROAD (PREVIOUS 100 FT. WIDE R/W) (SAID SOUTH LINE BEING 50 FT. SOUTH OF NORTH LINE OF SECTION 14-37-18) AND THE EASTERLY RIGHT OF WAY LINE OF THE C.S.X. RAILROAD (100 FT. WIDE R/W); THENCE S.11°44'24"E ALONG EASTERLY R/W LINE OF CSX RAILROAD, 400.00 FEET FOR A POINT OF BEGINNING; THENCE S89°26'24"E PARALL TO CLARK ROAD AND TO SAID NORTH LINE OF SECTION 14-37-18, 255.92 FEET; THENCE S11°44'24"E AND PARALLEL TO SAID RAILROAD R/W, 425.00 FEET; THENCE N89°26'24"W PARALLEL TO CLARK ROAD, 255.92 FEET TO SAID RAILROAD R/W; THENCE N11°44'24"W ALONG EASTERLY R/W LINE OF SAID RAILROAD, 425.00 FEET TO THE POINT OF BEGINNING. BEING A PART OF TRACTS 4, 5, & 6, BLOCK 2, SECTION 14-37-18, SARASOTA-VENICE COMPANY SUBDIVISION OF SECTIONS 14 AND 15, TOWNSHIP 37 SOUTH, RANGE 18 EAST, RECORDED IN PLAT BOOK 2, PAGE 34, PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA, ALSO RECORDED IN PLAT BOOK "A," PAGE 10, PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

SUBJECT TO AN EASEMENT FOR INGRESS AND EGRESS (AND FOR DEACON ROAD, A PRIVATE ROAD) OVER THE EASTERLY 50 FEET OF THE ABOVE DESCRIBED PROPERTY.

TOGETHER WITH THE RIGHTS OF INGRESS AND EGRESS OVER DEACO ROAD, A 50 FT. PRIVATE ROAD, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE INTERSECTION OF THE OLD SOUTH LINE OF CLARK ROAD (100 FT. R/W) AND THE EASTERLY LINE OF THE CSX RAILROAD (100 FT. R/W); THENCE S89°26'24"E ALONG OLD SOU LINE OF CLARK ROAD, 204.74 FEET FOR A POINT OF BEGINNING; THENCE CONTINUE S89°26'24"E, 51.18 FEET; THENCE S11°44'24"E PARALLEL TO SAID RAILROAD, 400.0 FEET; THENCE N89°26'24 51.18 FEET; THENCE N11°44'24"E, 400.0 FEET TO THE POINT OF BEGINNING. LESS ANY R/W FOR CLARK ROAD. BEING A PART OF TRACT 5, BLOCK 2, SECTION 14-37-18, OF AFORESAID SARASOTA-VENICE COMPANY SUBDIVISION.

NOTES:

1. AREA = 2.44± ACRES, GROSS (INCLUDING ROAD EASEMENT)
   1.95± ACRESS, NET (NOT INCLUDING ROAD EASEMENT)
2. A 20 FT. EASEMENT FOR RAILROAD SPUR WITHIN THE NORTH 250 FT. OF THIS PROPERTY, EXACT LOCATION NOT SPECIFIED, RECORDED IN O.R. BOOK 410, PAGE 728-729, SARASOTA COUNTY RECORDS
3. FLOOD ZONE "X," F.I.R.M. 125144·0163 E (9/3/92)
4. BEARINGS BASED ON OLD DEED DESCRIPTIONS. ℄ OF RAILROAD BEARING S11°44'24"E

ON PLACE
PRIVATE R/W

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0097-05-0017

**Parcel**

**Property Address:** 5910 DEACON RD
**Description:** BEG AT INTRS OF OLD S LINE OF CLARK RD, SAID S LINE BEI
**Incorporation:** UNINCORPORATED
**Subdivision Code:** 0023
**Use Code:** 4700
**Sec/Twp/Rge:** 14-37S-18E
**Census Tract (2000)** 20.06
**Zoning:** I

**Ownership**

FLORIDA ROCK CONCRETE INC
ATTN PROPERTY MGNT
PO BOX 4667
JACKSONVILLE, FL 32201-4667

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $1,109,100
**Land Value:** $903,300
**Improvement Value:** $205,800
**Assessed Value:** $1,109,100
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $1,109,100

**Property**

**Land Area:** 106,268
**Total Building Area:** 1,760 (All Structures)
**Total Living Area:** 1,760 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 0 Bed / 0 Bath
**Pool:** No
**Year Built:** Various (2 card parcel)

**Last Sale/Transfer**

**Sale Price:** $1,380,000
**Date Sold:** 8/31/2001
**Deed Type:** WD
**Grantor:** BRANNEN PRESTRESS CO,
**Instrument #:** 2001172643

**Updated:** 1/17/2008 12:34:00 AM

EXHIBIT 26

1000.00
9.00

588837

# WARRANTY DEED
(Statutory Form-Section 689.02 F.S.)

THIS INDENTURE made on January 1, 1986, between AL BAVRY and ELIZABETH ANN BAVRY, husband and wife, and KIM PAVKOVICH, of the County of SARASOTA, State of FLORIDA, Grantor*, and KIMAL LUMBER COMPANY, a Florida corporation, whose post office address is 400 Riverview Drive South, Nokomis, Florida 33555, of the County of SARASOTA, State of FLORIDA, Grantee*,

O.R. 1839 PG 2265

WITNESSETH, that said Grantor, for and in consideration of the sum of TEN ($10.00) DOLLARS and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Sarasota County, Florida, to-wit:

SEE EXHIBIT "A" ATTACHED

GRANTOR, KIM PAVKOVICH, by his signature below, attests that the subject property is not his homestead nor contiguous to his homestead.

SUBJECT TO taxes and/or assessments for the year 1986 and subsequent years; easements, restrictions and reservations of record.

ALSO SUBJECT TO a Mortgage in favor of LELAND JOHNSON and MARGARET JOHNSON, husband and wife, recorded in Official Records Book 1296, Pages 1634, et seq., Public Records of Sarasota County, Florida, which mortgage the Grantee assumes and agrees to pay and abide by the terms and conditions thereof.

ALSO SUBJECT TO a Mortgage in favor of FIRST NATIONAL BANK OF VENICE, recorded in Official Records Book 1780, Pages 788, et seq., Public Records of Sarasota County, Florida, which mortgage the Grantee assumes and agrees to pay and abide by the terms and conditions thereof.

and said Grantor does hereby fully warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever.

*"Grantor" and "Grantee" are used for singular or plural as context requires.

IN WITNESS WHEREOF, Grantors have hereunto set Grantors' hands and seals the day and year first above written.

Prepared by:
RICHARD J. HAZEN, P.A.
227 Pensacola Road
Venice, FL 33595

Documentary Tax Pd. $ 1000.00
Intangible Tax Pd. $
R. H. Hackney, Jr., Clerk, Sarasota County
By: [signature]
Deputy Clerk

WITNESSES:

Patricia C. Hilton
Witness No. 1 sign here

Marie A. Bude
Witness No. 2 sign here

X [signature] (SEAL)
AL BAVRY

Patricia C. Hilton
Witness No. 1 sign here

Marie A. Bude
Witness No. 2 sign here

X Elizabeth Ann Bavry (SEAL)
ELIZABETH ANN BAVRY

Judith M. Bradford
Witness No. 1 sign here

Thomas J. Kittinger III
Witness No. 2 sign here

X [signature] (SEAL)
KIM PAVKOVICH

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me on January 1, 1986, by AL BAVRY and ELIZABETH ANN BAVRY and KIM PAVKOVICH.

Doris I. Offutt
Notary Public

My Commission Expires:

Notary Public, State of Florida

DORIS I. OFFUTT NOTARY PUBLIC STATE OF FLORIDA

EXHIBIT
27

O.R. 1839 PG 2266

A parcel of land lying in a part of Section 6, Township 39 South, Range 19 East, Sarasota County, Florida, being more particularly described as follows: Commence at the Northwest corner of Marland Court, Unit 2, as shown on plat recorded in Plat Book 24, Pages 31 and 31 A, Public Records of Sarasota County, Florida; thence South 12°20'25" East, along the easterly right-of-way line of the Seaboard Coastline Railroad, 102.36' for a Point of Beginning; said Point of Beginning also being the Southwest corner of Tract "A", as shown on said plat; thence continue South 12°20'25" East, along said right-of-way 444.75'; thence North 89°45'44" East, 440.50' to the Westerly right-of-way line of Riverview Drive, (60' R/W); thence North 0°16'16" West, along said right-of-way line, 431.65' to the Southeast corner of above described Tract "A"; thence West, along the southerly boundary line of said Tract "A", 533.3' to the point of beginning.

The above legal description is a composite of the contiguous lands hereinafter described:

PARCEL I

Begin at the Northwest corner, MARLAND COURT, Unit 2, as per the Plat thereof recorded in Plat Book 24, Pages 31 and 31-A, Public Records of Sarasota County, Florida, thence South 12°20'25" East, 102.36' for a point of beginning; thence East 533.3'; thence South 0°16'16" East, 331.65'; thence West 461.88'; thence North 12°20'25" West, 342.48' to the point of beginning.

PARCEL II

Commence at the Northwest corner of the northwest 1/4 of the north-east 1/4 of Section 6, Township 39 South, Range 19 East; thence west 621.20'; thence South 0°16'16" East, 431.65' to a point of beginning; thence continue South 0°16'16" East, 100.00' along the westerly right-of-way of Riverview Drive; thence S 89°45'44" West 440.50' to the right-of-way of Seaboard Airline Railroad; thence along said Seaboard Airline Railroad right-of-way, North 12°20' 25" West 102.27'; thence North 89°45'44" East, 461.88' to the point of beginning, all lying and being in the Northerly 1/2 of Section 6, Township 39 South, Range 19 East, Sarasota County, Florida.

STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 2 of the instrument filed in this office. The original instrument filed contains 2 pages.
☑ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this JAN 24 2008 day of 20
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: Deputy Clerk

CIRCUIT COURT SUUM CUIQUE SARASOTA COUNTY FLORIDA

MAR 5 2 51 PM '86
FILED AND RECORDED
R.H. HACKNEY, CLERK
SARASOTA CO. FLA.


ABBREVIATIONS OF SURVEYING TERMS
LEGEND
NOTES
SEABOARD COASTLINE RAILROAD
TOTAL AREA
210,659 SQ. FT.
- OR -
4.8409 ACRES±
PARCEL I
PARCEL II
1 STORY COMMERCIAL BUILDING
COVERED LUMBER STORAGE BUILDING
COVERED TRUSS CONSTRUCTION AREA
RIVERVIEW DRIVE
60' PUBLIC RIGHT OF WAY
NOT SURVEYED
Title: BOUNDARY & LOCATION SURVEY
Prepared for: KIMAL LUMBER COMPANY
Certified to: SEE ABOVE
Sketch No. 7372-C
Scale: 1" = 30'
Field Book: 488
Page: 16
Drawn By: D.B.
Checked By: RAY
SURVEYOR'S CERTIFICATE
BRIGHAM SURVEYING, INC.
LB 2812
Brigham Surveying, Inc.
Land Surveyors
712 Shamrock Blvd.
Venice, Florida 34293
ph. (941) 493-4430
SCALE 1" = 30'
EXHIBIT
28

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0405-03-0016

**Parcel**

**Property Address:** 400 RIVERVIEW DR
Description: KIMAL LUMBER COM AT NW COR OF MARLAND COURT UNIT 2 TH S
**Incorporation:** UNINCORPORATED | Tax Districts
**Subdivision Code:** 0000
**Use Code:** 4300
**Sec/Twp/Rge:** 06-39S-19E
**Census Tract (2000)** 22.03
**Zoning:** ILW

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

KIMAL LUMBER COMPANY
400 RIVERVIEW DR S
NOKOMIS, FL 34275-2776

**2007 Values**
(as of 1/1/2007)

**Just (Market) Value:** $1,789,900
**Land Value:** $735,600
**Improvement Value:** $1,054,300
**Assessed Value:** $1,789,900
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $1,789,900

**Property**

**Land Area:** 210,170
**Total Building Area:** 50,879 (All Structures)
**Total Living Area:** 48,327 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 1 Bed / 2 Bath
**Pool:** No
**Year Built:** Various (5 card parcel)

**Last Sale/Transfer**

**Sale Price:** Non-Sale Transfer | Transfers
**Date Sold:** 1/1/1986
**Deed Type:** NA
**Grantor:**
**Instrument #:** 1839/2265 | View Document

**Updated:** 1/24/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
29

OK 10.00 .55 Doc.

91047759

Parcel ID #______________

** OFFICIAL RECORDS ** BOOK 2297 PAGE 762

## GENERAL WARRANTY DEED

This Warranty Deed is made by SHIRLEY PROPERTIES, INC., a Florida corporation, whose post office address is 5969 Cattlemen Lane, Unit 7, Sarasota, FL 34232, herein called "Grantor", to PINE RANCH EAST OWNERS ASSOCIATION, INC., a Florida corporation, whose tax identification number is 65-0106383 and whose mailing address is 5969 Cattlemen Lane, Unit 7, Sarasota, FL 34232, herein called "Grantee". (The terms "Grantor" and "Grantee" include all the parties in each capacity to this instrument and their respective heirs, personal representatives, successors and assigns).

Grantor, in consideration of $10.00 and other valuable consideration, receipt of which is hereby acknowledged, hereby conveys to Grantee the following described real property in Sarasota County, Florida:

> TRACT "A", (also known as the "OPEN SPACE"), PINE RANCH EAST, as per Plat thereof recorded in Plat Book 33, Page 12, of the Public Records of Sarasota County, Florida.
>
> Subject to easements, reservations and restrictions of record, if any, zoning and governmental regulations, and taxes for 1991 and subsequent years.

This instrument prepared without examination of title by:
E. Ralph Tirabassi, Esquire
Fergeson, Skipper, Shaw, Keyser, Baron & Tirabassi, P. A.
P. O. Box 3018
Sarasota, FL 34230

121

TRANS NUM:00087043
DOC STAMPS PD: $.55
INTANG. TAX PD: $.00
KAREN E. RUSHING SARASOTA CO.
BY: [signature] D.C.

EXHIBIT 30

** OFFICIAL RECORDS **
BOOK 2297 PAGE 753

Grantor hereby covenants with Grantee that Grantor is lawfully seized of the property in fee simple; that Grantor has good right and lawful authority to sell and convey the property; that Grantor hereby fully warrants the title to the property and will defend the title against the lawful claims of all persons whomsoever and that the property is free of all encumbrances not set forth herein.

Executed on May 8, 1991.

WITNESSES (Print or type name beneath signature line): SHIRLEY PROPERTIES, INC., a Florida corporation

Name: Sonja Snyder

By: H. Monroe Warrington, President

Name: Art Kelley

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me on the 8th day of May, 1991, by H. Monroe Warrington, as President of Pine Ranch East Owners Association, Inc., a Florida corporation, on behalf of the corporation.

Notary Public:
Print or type name: Sonja Snyder

My Commission Expires: NOTARY PUBLIC, STATE OF FLORIDA. MY COMMISSION EXPIRES: MAY 23, 1993. BONDED THRU NOTARY PUBLIC UNDERWRITERS.

kh:oa.deed

RECORDED IN OFFICIAL RECORDS
FILED
MAY 15 2 45 PM '91
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL

STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 2 of the instrument filed in this office. The original instrument filed contains 2 pages.
☐ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this 31 day of January, 2008
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By:
Deputy Clerk