PLAT BOOK 33, PG. 12
SHEET 1 OF 5

004630

# PINE RANCH EAST

## A SINGLE FAMILY CLUSTER HOUSING DEVELOPMENT
IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA.




### SURVEYOR'S NOTES

(1) BEARINGS ARE BASED ON AN ASSUMED MERIDIAN.

(2) THIS IS A CLUSTER HOUSING CONCEPT PLAT, AND BUILDING SETBACKS VARY IN ACCORDANCE WITH APPROPRIATE ZONING REGULATIONS.

(3) SEE ADDITIONAL SHEETS FOR FURTHER SURVEY DATUM.

SCALE : 1" = 200'

0 200' 400' 600' 800'

(4) THE WETLANDS CONSERVATION AREA (CONTAINING 10.67 ACRES MORE OR LESS) IS TO BE FILED WITH THE STATE OF FLORIDA (D.E.R.) SIMULTANEOUSLY WITH THE RECORDING OF THIS PLAT.

(5) ELEVATIONS ARE BASED ON N.G.V.D. (1929), U.S.C AND G.S. BENCH MARK C-255 WAS USED, IT'S PUBLISHED ELEVATION = 16.444'

(6) BLOCK CORNER RADII AT INTERSECTING STREETS ARE 10.00 FEET AND CORNER LOT DIMENSIONS ARE TO THE INTERSECTION OF THE BLOCK LINES EXTENDED, UNLESS OTHERWISE NOTED.

### DECLARATION OF RESTRICTIONS

SIMULTANEOUSLY WITH THE RECORDING OF THIS PLAT, DEVELOPER IS RECORDING A DECLARATION OF RESTRICTIONS APPLICABLE TO THE OPEN SPACE REFLECTED ON THIS PLAT, SAID DOCUMENT BEING RECORDED IN O.R. BOOK 2109, PAGES 1541 THRU 1551, PUBLIC RECORDS OF SARASOTA COUNTY, FLA.

NOTICE : THERE MAY BE ADDITIONAL RESTRICTIONS THAT ARE NOT RECORDED ON THIS PLAT THAT MAY BE FOUND IN THE PUBLIC RECORDS OF THIS COUNTY.




BOUNDARY AND INDEX MAP

### DESCRIPTION

COMMENCE AT THE S.E. CORNER OF SECTION 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA; THENCE N. 89°-47'-53"W. ALONG THE SOUTH LINE OF SAID SECTION 2, A DISTANCE OF 1348.07 FEET TO THE S.W. CORNER OF THE S.E.1/4 OF THE S.E.1/4 OF SAID SECTION 2; THENCE N.00°-27'-11"E. ALONG THE WEST LINE OF SAID S.E.1/4 OF THE S.E.1/4, 1387.28 FEET (ACT = 1387.08 FEET) FOR THE POINT OF BEGINNING; THENCE CONTINUE N.00°-27'-11"E. ALONG SAID WEST LINE, AND ALSO ALONG THE WEST LINE OF THE N.E.1/4 OF THE S.E.1/4 OF SAID SECTION 2, A DISTANCE OF 1390.27 FEET TO THE N.W. CORNER OF SAID N.E.1/4 OF THE S.E. 1/4; THENCE N.00°-28'-47"E. ALONG THE WEST LINE OF THE S.W.1/4 OF THE N.E.1/4 OF SAID SECTION 2, A DISTANCE OF 319.57 FEET; THENCE S.89°-47'-53"E., PARALLEL WITH THE SOUTH LINE OF SAID SECTION 2, A DISTANCE OF 1340.36 FEET TO THE EAST LINE OF SAID SECTION; THENCE N.00°-22'-27"E. ALONG SAID EAST LINE, 630.90 FEET TO IT'S INTERSECTION WITH THE W.'LY R/W OF SEMINOLE GULF RAILWAY (FORMERLY SEABOARD SYSTEMS) (FORMERLY SEABOARD COASTLINE) (FORMERLY SEABOARD AIR LINE) (100' WIDE); THENCE S. 11°-46'-18"E. ALONG SAID R/W, 2392.93 FEET; THENCE N.89°-46'-50"W. 501.91 FEET TO A POINT ON THE EAST LINE OF SAID SECTION 2, SAID POINT BEING 1387.08 FEET NORTH OF THE S.E. CORNER OF SAID SECTION 2; THENCE N.89°-47'-55" W., 1344.43 FEET TO THE POINT OF BEGINNING.

BEING AND LYING IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA AND CONTAINING 66.191 ACRES MORE OR LESS.

TOGETHER WITH, AND SUBJECT TO EASEMENTS OF RECORD.

TOGETHER WITH AN EASEMENT ACROSS THE ADJACENT LAND FOR THE PURPOSE OF INGRESS AND EGRESS TO THE PREMISES, SAID EASEMENT IN ORDER HAVING BEEN ESTABLISHED BY INSTRUMENT DATED AUGUST 20, 1971, RECORDED IN OFFICIAL RECORDS BOOK 924, PAGE 299.

ROBINSON LAND SURVEYING, INC.
1225 SECOND ST., SARASOTA, FLORIDA.
(813) 954-4473

EXHIBIT 31

PLAT BOOK 33 , PG. 12 A
SHEET 2 OF 5

# PINE RANCH EAST

## A SINGLE FAMILY CLUSTER HOUSING DEVELOPMENT
IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA.

### CERTIFICATE OF OWNERSHIP AND DEDICATION

STATE OF FLORIDA )
COUNTY OF SARASOTA ) S.S.

SHIRLEY PROPERTIES, INC., A FLORIDA CORPORATION, BY IT'S DULY ELECTED PRESIDENT H. MONROE WARRINGTON, AND BY IT'S DULY ELECTED VICE PRESIDENT SHIRLEY A. WARRINGTON ACTING BY AND WITH AUTHORITY OF IT'S BOARD OF DIRECTORS, CERTIFIES OWNERSHIP BY SAID CORPORATION OF "PINE RANCH EAST" SHOWN AND DESCRIBED HEREON.

PUBLIC

SAID CORPORATION DOES HEREBY DEDICATE AND SET APART THE 30.00 FOOT WIDE DRAINAGE EASEMENT FOR COUNTY DITCH No 16-268 A SHOWN AND DESCRIBED ON THIS PLAT, FOR SAID USES AND PURPOSES TO THE COUNTY OF SARASOTA FOREVER.

PRIVATE

SAID CORPORATION DOES FURTHER DEDICATE AND SET APART THE PRIVATE STREETS, OPEN SPACES, FRONT, REAR AND SIDE LOT LINE UTILITY AND DRAINAGE EASEMENTS, AND OTHER EASEMENTS SHOWN AND DESCRIBED ON THIS PLAT, FOR SAID USES AND PURPOSES TO THE PROPERTY OWNERS AND PUBLIC UTILITIES OF THIS SUBDIVISION, THEIR SUCCESSOR'S, ASSIGNS, RESPECTIVE GUESTS, LICENSEES, INVITEES, UTILITIES SERVING THE SUBDIVISION, EMERGENCY AND LAW ENFORCEMENT PERSONNEL SERVING THE SUBDIVISION, AND OTHER PERSONS PROVIDING ESSENTIAL SERVICES TO THE SUBDIVISION, FOREVER. SUBJECT, HOWEVER, TO ANY RIGHTS DEDICATED TO THE COUNTY OF SARASOTA BY THIS PLAT.

IN WITNESS WHEREOF, THE UNDERSIGNED CORPORATION HAS CAUSED THESE PRESENTS TO BE EXECUTED BY IT'S PRESIDENT AND ATTESTED BY IT'S SECRETARY, THIS 7th DAY OF MAR, A.D., 1989

SHIRLEY PROPERTIES, INC.

ATTEST: Shirley A. Warrington BY: H. Monroe Warrington
VICE PRESIDENT PRESIDENT

STATE OF FLORIDA )
COUNTY OF SARASOTA ) S.S.

BEFORE ME, THE UNDERSIGNED NOTARY PUBLIC, PERSONALLY APPEARED H. MONROE WARRINGTON, PRESIDENT, AND SHIRLEY A. WARRINGTON, VICE PRESIDENT OF SHIRLEY PROPERTIES, INC., TO ME KNOWN TO BE THE INDIVIDUALS DESCRIBED IN AND WHO EXECUTED THE FOREGOING CERTIFICATE OF DEDICATION, AND THEY EACH DULY ACKNOWLEDGED BEFORE ME THAT THEY EXECUTED THE SAME, AS SUCH OFFICERS, FOR AND IN BEHALF OF SAID CORPORATION.

WITNESS MY HAND AND OFFICIAL SEAL AT SARASOTA COUNTY, FLORIDA THIS 7th DAY OF MAR, A.D., 1989.

Mafine N. Strock
NOTARY PUBLIC, STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES: 10-20-89

### CERTIFICATE OF APPROVAL OF COUNTY COMMISSION

STATE OF FLORIDA )
COUNTY OF SARASOTA ) S.S.

IT IS HEREBY CERTIFIED THAT THIS PLAT HAS BEEN OFFICIALLY APPROVED FOR RECORD BY THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SARASOTA, FLORIDA, THIS 28 DAY OF March, AD., 1989.

APPROVED:

[signature]
CHAIRMAN, BOARD OF COUNTY COMMISSION

[signature]
DEPUTY COUNTY ENGINEER

[signature]
COUNTY ATTORNEY

### CERTIFICATE OF CONSENT TO PLAT AND DEDICATION BY MORTGAGE HOLDER, CONSENT TO DEDICATION

STATE OF FLORIDA )
COUNTY OF SARASOTA ) S.S.

THE CITIZENS AND SOUTHERN NATIONAL BANK OF FLORIDA, A NATIONAL BANKING CORPORATION, HOLDER OF MORTGAGE DATED 15 APRIL 1988 AND RECORDED IN OFFICIAL RECORD BOOK 2025 PAGE 0534 ET AL, PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA, DOES HEREBY RATIFY, APPROVE, CONFIRM AND CONSENT TO THIS PLAT AND THE DEDICATION CERTIFICATE THEREON.

IN WITNESS WHEREOF, THE UNDERSIGNED CORPORATION HAS CAUSED THESE PRESENTS TO BE EXECUTED BY IT'S VICE PRESIDENT AND ATTESTED BY IT'S SENIOR VICE PRESIDENT, THIS 7th DAY OF MAR A.D., 1989.

THE CITIZENS AND SOUTHERN NATIONAL BANK OF FLORIDA

ATTEST: [signature] BY: [signature]
WILLIAM F. RUNNETTE, SENIOR VICE PRESIDENT ROBERTS K. BYRNE, VICE PRESIDENT

SEAL

STATE OF FLORIDA )
COUNTY OF SARASOTA ) S.S.

BEFORE ME, THE UNDERSIGNED NOTARY PUBLIC, PERSONALLY APPEARED WILLIAM F. RUNNETTE, SENIOR VICE PRESIDENT AND ROBERTS K. BYRNE, VICE PRESIDENT OF THE CITIZENS AND SOUTHERN NATIONAL BANK OF FLORIDA, A NATIONAL BANKING CORPORATION, TO ME KNOWN TO BE THE INDIVIDUALS DESCRIBED IN AND WHO EXECUTED THE FOREGOING CONSENT TO DEDICATION, AND THAT EACH DULY ACKNOWLEDGED BEFORE ME THAT THEY EXECUTED THE SAME, AS SUCH OFFICERS, FOR AND IN BEHALF OF SAID CORPORATION.

WITNESS MY HAND AND OFFICIAL SEAL AT SARASOTA COUNTY, FLORIDA THIS 7th DAY OF MAR, A.D., 1989.

Mafine N. Strock
NOTARY PUBLIC STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES: 10-20-89

### PRIVATE ROAD

THE STREETS DESIGNATED HEREON AS PRIVATE ROADS ARE HEREBY SPECIFICALLY SET ASIDE FOR USE OF ABUTTING PROPERTY OWNERS ONLY, AND IN NOWISE CONSTITUTES A DEDICATION TO THE GENERAL PUBLIC OR THE COUNTY OF SARASOTA, IT BEING SPECIFICALLY UNDERSTOOD THAT NO OBLIGATION IS IMPOSED UPON THE COUNTY, NOR SHALL ANY REQUEST BE EVER ENTERTAINED BY THE COUNTY TO MAINTAIN OR IMPROVE SAID PRIVATE STREETS OR ROADS.

### LOT LINE EASEMENT

UNLESS OTHERWISE INDICATED, EASEMENTS OF 12' IN WIDTH ALONG EACH FRONT LOT LINE, 8' IN WIDTH ALONG EACH REAR LOT LINE AND 5' IN WIDTH ALONG EACH SIDE LOT LINE ARE HEREBY CREATED AND PROVIDED FOR THE PURPOSES OF ACCOMMODATING OVERHEAD, SURFACE AND UNDERGROUND UTILITIES, AND DRAINAGE.

WHERE AN AREA GREATER THAN ONE LOT IS USED AS A BUILDING SITE, THE OUTSIDE BOUNDARY OF SAID SITE SHALL BE SUBJECT TO LOT LINE EASEMENTS.

WHERE A ZERO LOT LINE CONDITION EXISTS THE SIDE LOT LINE EASEMENT WILL TERMINATE AT THE VERTICAL PLANE OF THE OUTSIDE PERIMETER OF ANY STRUCTURE WITHIN SAID LOT LINE EASEMENT.

ROBINSON LAND SURVEYING, INC.
SARASOTA, FLORIDA


PINE RANCH EAST
A SINGLE FAMILY CLUSTER HOUSING DEVELOPMENT
IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA.
PLAT BOOK 33, PG. 12 B
SHEET 3 OF 5
LEGEND
NOTE: CENTERLINE P.C.P'S ARE P.K. NAILS WITH METAL DISC, STAMPED - P.C.P., R.L.S. 4075, OFFSET P.C.P'S ARE C.M'S WITH METAL DISC STAMPED LIKEWISE, WITH THE EXCEPTION BEING SO SHOWN HEREON, AND ARE PLACED ON OUTER SIDE OF THE ADDITIONAL 12' UTILITY AND DRAINAGE EASEMENT (37.00 FEET FROM CENTERLINE OF ACCESS EASEMENT) & PCP'S ARE SET AT P.I., P.C., P.T. AND P.R.C.'S
● — LOT CORNER AND LOT LINE INTERSECTION WITH 12' ADDITIONAL UTILITY AND DRAINAGE EASEMENT. (NO MARKER SET)
— CURVE DATA FOR ACCESS EASEMENT (25' FROM CENTERLINE)
— CURVE DATA FOR CENTERLINE OF ACCESS EASEMENT (TOTAL CURVE)
— CURVE DATA FOR CENTERLINE OF ACCESS EASEMENT (INDIVIDUAL LOTS)
— PERMANENT REFERENCE MONUMENT, CONCRETE MONUMENT SET (P.R.M. # 4075)
— CONCRETE MONUMENT FOUND (P.L.S. Nº AS NOTED)
— PERMANENT CONTROL POINT (P.C.P. # 4075)
(R) — RADIAL LINE
(NR) — NON-RADIAL LINE
— BENCH MARK
(O.A) — OVERALL
○ — INTERSECTION OF LOT LINE AND ACCESS ESMT. (NO MARKER SET)
NOT SUBDIVIDED
SEMINOLE GULF RAILWAY
100' R/W (FORMERLY SEABOARD SYSTEMS RAILROAD)
NORTH CREEK
50' ACCESS EASEMENT PER O.R. 524, PG. 277
OPEN SPACE TRACT "A"
PINE RANCH EAST ROAD
PINE RANCH TRAIL
WETLANDS (CONSERVATION AREA)
30' PUBLIC DRAINAGE ESMT. DEDICATED BY THIS PLAT
CO. DRAINAGE DITCH Nº 16-268A
30' WIDE CO. DRAINAGE DITCH Nº 16-268 A
MATCH LINE SEE SHEET 4 OF 5
SEE SHEET 4 FOR MATCH
OPEN SPACE TRACT "A" (LAKE AREA)
12' LAKE MAINTENANCE EASEMENT
20' DRAINAGE EASEMENT
CO. B.M. Nº 140 E BENCH MARK TOP OF C.M. (P.C.P.) ELV.= 14.41
S. 89°-47'-53" E. 1340.36 (O.A.)
N. 00°-28'-47" E.
N. 00°-27'-11" E. 1390.27 (O.A.)
S. 11°-46'-18" E. 2392.93 (O.A.)
N. 00°-22'-27" E. 630.90
SCALE: 1" = 100'
8
9
10
11
12
13
14
15
16
17
18
19
20
25
26
27
28
ROBINSON LAND SURVEYING INC.
SARASOTA, FLORIDA


PINE RANCH EAST
A SINGLE FAMILY CLUSTER HOUSING DEVELOPMENT
IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA.
PLAT BOOK 33, PG. 12C
SHEET 4 OF 5
SCALE: 1" = 100'
SEMINOLE GULF RAILWAY
(FORMERLY SEABOARD SYSTEMS RAILROAD)
100' R/W
PINE RANCH EAST ROAD (PRIVATE)
PINE RANCH TRAIL (PRIVATE)
OPEN SPACE
TRACT "A"
SEE SHEET 3 FOR MATCH
NOT SUBDIVIDED
P.O.B.
BAY STREET
LEGEND
NOTE: CENTERLINE P.C.P.'s ARE P.K. NAILS WITH METAL DISC, STAMPED P.C.P., RLS 4075, OFFSET P.C.P.'s ARE C.M.'s WITH METAL DISC STAMPED LIKEWISE, WITH THE EXCEPTION BEING SO SHOWN HEREON, AND ARE PLACED ON OUTER SIDE OF THE ADDITIONAL 12' UTILITY AND DRAINAGE EASEMENT (37.00 FEET FROM CENTERLINE OF ACCESS EASEMENT) @ P.C.P.s ARE SET AT P.I., P.C., P.T. AND P.R.C.
ROBINSON LAND SURVEYING, INC.
SARASOTA, FLORIDA

PLAT BOOK 33, PG. 12 D
SHEET 5 OF 5

# PINE RANCH EAST

## A SINGLE FAMILY CLUSTER HOUSING DEVELOPMENT
IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA.

### CURVE DATA

| NO. | RADIUS | DELTA | ARC | CHORD | CH. BEARING |
|---|---|---|---|---|---|
| A | 600.00' | 80°-00'-00" | 837.76' | 771.35' | S. 50°-18'-35" W. |
| B | 900.00' | 20°-30'-00" | 322.01' | 320.30' | S. 20°-33'-35" W. |
| C | 175.00' | 122°-00'-00" | 372.63' | 306.12' | S. 30°-11'-25" E. |
| D | 445.55' | 21°-30'-00" | 167.19' | 166.21' | N. 78°-03'-35" E. |
| E | 300.00' | 23°-00'-00" | 120.43' | 119.62' | N. 78°-48'-36" E. |
| 1 | 600.00' | 4°-29'-19" | 46.99' | 46.98' | S. 88°-03'-59" W. |
| 2 | 600.00' | 8°-02'-57" | 84.29' | 84.22' | S. 86°-17'-06" W. |
| 3 | 600.00' | 22°-03'-28" | 230.99' | 229.56' | S. 74°-47'-33" W. |
| 4 | 600.00' | 13°-19'-21" | 139.51' | 139.20' | S. 75°-35'-59" W. |
| 5 | 600.00' | 12°-22'-14" | 129.54' | 129.29' | S. 62°-45'-09" W. |
| 6 | 600.00' | 20°-01'-51" | 209.76' | 208.70' | S. 53°-44'-52" N. |
| 7 | 600.00' | 13°-19'-21" | 139.51' | 139.20' | S. 49°-54'-23" W. |
| 8 | 600.00' | 7°-34'-01" | 79.24' | 79.18' | S. 39°-27'-41" W. |
| 9 | 600.00' | 20°-01'-51" | 209.76' | 208.70' | S. 33°-43'-02" W. |
| 10 | 600.00' | 11°-58'-35" | 125.42' | 125.19' | S. 29°-41'-23" W. |
| 11 | 600.00' | 13°-23'-31" | 140.24' | 139.92' | S. 17°-00'-22" W. |
| 12 | 600.00' | 13°-23'-31" | 140.24' | 139.92' | S. 17°-00'-22" W. |
| 13 | 900.00' | 4°-20'-09" | 68.11' | 68.09' | S. 17°-28'-37" W. |
| 14 | 900.00' | 17°-13'-46" | 270.44' | 269.62' | S. 18°-55'-28" W. |
| 15 | 900.00' | 3°-16'-14" | 51.37' | 51.37' | S. 29°-10'-28" W. |
| 16 | 900.00' | 1°-18'-55" | 20.66' | 20.66' | S. 28°-16'-19" W. |
| 17 | 900.00' | 1°-57'-19" | 30.71' | 30.71' | S. 29°-46'-50" W. |
| 18 | 175.00' | 24°-03'-57" | 73.50' | 72.97' | S. 18°-46'-36" W. |
| 19 | 175.00' | 25°-09'-43" | 76.85' | 76.24' | S. 05°-50'-13" E. |
| 20 | 175.00' | 24°-21'-36" | 74.40' | 73.84' | S. 30°-35'-54" E. |
| 21 | 175.00' | 28°-33'-09" | 87.21' | 86.31' | S. 57°-03'-14" E. |
| 22 | 175.00' | 19°-51'-35" | 60.66' | 60.35' | S. 81°-15'-42" E. |
| 23 | 445.55' | 13°-16'-28" | 103.23' | 103.00' | N. 82°-10'-21" E. |
| 24 | 445.55' | 8°-13'-32" | 63.96' | 63.91' | N. 71°-25'-21" E. |
| 25 | 300.00' | 9°-39'-28" | 50.57' | 50.51' | N. 72°-08'-17" E. |
| 26 | 300.00' | 13°-20'-32" | 69.86' | 68.70' | N. 83°-38'-22" E. |
| 27 | 300.00' | 23°-00'-00" | 120.43' | 119.62' | N. 78°-48'-36" E. |
| 28 | 625.00' | 8°-02'-57" | 87.80' | 87.73' | S. 86°-17'-06" W. |
| 29 | 625.00' | 13°-19'-21" | 145.33' | 145.00' | S. 75°-35'-59" W. |
| 30 | 625.00' | 12°-22'-14" | 134.94' | 134.68' | S. 62°-45'-09" W. |
| 31 | 625.00' | 13°-19'-21" | 145.33' | 145.00' | S. 49°-54'-23" W. |
| 32 | 625.00' | 7°-34'-0" | 82.54' | 82.48' | S. 39°-27'-41" W. |
| 33 | 625.00' | 11°-58'-35" | 130.64 | 130.40' | S. 29°-41'-23" W. |
| 34 | 625.00' | 13°-23'-31" | 146.08' | 145.75' | S. 17-00-22 W. |
| 35 | 875.00' | 17°-13'-46" | 263.12 | 262.13' | S. 18°-55'-28" W. |
| 36 | 875.00' | 3°-16'-14" | 49.95' | 49.94' | S. 29°-10'-28" W. |
| 37 | 200.00' | 24°-03'-57" | 84.01' | 83.39' | S. 18°-46'-36" W. |
| 38 | 200.00' | 25°-09'-43" | 87.83' | 87.13' | S. 05°-50'-13" E. |
| 39 | 200.00' | 24°-21'-36" | 85.03' | 84.39' | S. 30°-35'-54" E. |
| 40 | 200.00' | 28°-33'-09" | 99.67' | 98.64' | S. 57°-03'-14" E. |
| 41 | 200.00' | 19°-51'-35" | 69.32' | 68.98' | S. 81°-15'-42" E. |
| 42 | 470.55' | 13°-16'-28" | 109.02' | 108.77' | N. 82°-10'-21" E. |
| 43 | 470.55' | 8°-13'-32" | 67.55' | 67.50' | N. 71°-25'-21" E. |
| 44 | 275.00' | 23°-00'-00" | 110.39' | 109.65' | N. 78°-48'-36" E. |
| 45 | 325.00' | 13°-20'-32" | 75.68' | 75.51 | S. 83°-38'-22" W. |
| 46 | 325.00' | 9°-39'-28" | 54.78' | 54.72' | S. 72°-08'-17" W. |
| 47 | 420.55 | 21°-30'-00" | 157.81' | 156.89' | S. 78°-03'-35" W. |
| 48 | 150.00' | 122°-00'-00" | 319.40' | 262.39' | N. 30°-11'-25" W. |
| 49 | 925.00' | 2°-06'-05" | 33.93' | 33.92' | N. 29°-45-07" E. |
| 50 | 925.00' | 14°-03'-46" | 227.03' | 226.46' | N. 21°-40'-40" E. |

## CERTIFICATE OF APPROVAL OF COUNTY CLERK

STATE OF FLORIDA )
COUNTY OF SARASOTA ) S.S.

I, KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT OF SARASOTA COUNTY, FLORIDA, HEREBY CERTIFY THAT THIS PLAT HAS BEEN EXAMINED AND THAT IT COMPLIES IN FORM WITH ALL REQUIREMENTS OF THE STATUTES OF FLORIDA PERTAINING TO MAPS AND PLATS, AND THAT THIS PLAT HAS BEEN FILED FOR RECORD IN PLAT BOOK 33 PAGE 12 TO 12 D PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA, THIS 29 DAY OF March A.D., 1989.

KAREN E. RUSHING, CLERK OF THE
CIRCUIT COURT, SARASOTA COUNTY, FLORIDA.

BY: [signature] DEPUTY CLERK

RECORDED IN OFFICIAL RECORDS
MAR 29 10 46 AM '89
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL.

## CERTIFICATE OF SURVEYOR

KNOW ALL MEN BY THESE PRESENTS, THAT I, THE UNDERSIGNED LICENSED PROFESSIONAL LAND SURVEYOR, HEREBY CERTIFY THAT THIS PLAT IS A TRUE AND CORRECT REPRESENTATION OF THE LANDS SURVEYED, THAT THE SURVEY WAS MADE UNDER MY RESPONSIBLE DIRECTION AND SUPERVISION, THAT THE SURVEY DATA COMPLIES WITH ALL THE REQUIREMENTS OF CHAPTER 177, FLORIDA STATUTES AND THE SARASOTA COUNTY LAND DEVELOPMENT REGULATIONS, AND THAT THE PERMANENT REFERENCE MONUMENTS (P.R.M.s) AND THE PERMANENT CONTROL POINTS (P.C.P.s) WERE INSTALLED ON THE 6 TH. DAY OF FEBRUARY, A.D. 1989.

DATE : 7TH. DAY OF FEBRUARY, A.D. 1989

[signature]
THOMAS E. ROBINSON, P.L.S.
STATE OF FLORIDA
REGISTERED LAND SURVEYOR Nº 4075




| Nº | RADIUS | DELTA | ARC | CHORD | CH. BEARING |
|---|---|---|---|---|---|
| 51 | 925.00' | 4°-20'-09" | 70.00' | 69.98' | N. 17°-28'-37" E. |
| 52 | 575.00' | 13°-23'-31" | 134.40' | 134.09' | N. 17°-00'-22" E. |
| 53 | 575.00' | 20°-01'-51" | 201.02' | 200.00' | N. 33°-43'-02" E. |
| 54 | 575.00' | 20°-01'-51" | 201.02' | 200.00' | N. 53°-44'-52" E. |
| 55 | 575.00' | 22°-03'-28" | 221.36' | 220.00' | N. 74°-47'-33" E. |
| 56 | 575.00' | 4°-29'-19" | 45.05' | 45.03' | N. 88°-03'-59" E. |

RECORDED IN OFFICIAL RECORDS
MARCH 29 19 89
AT 10:46 A
KAREN E. RUSHING, CLERK
SARASOTA COUNTY
FLORIDA

ROBINSON LAND SURVEYING, INC.
SARASOTA, FLORIDA

94083187

** OFFICIAL RECORDS **
BOOK 2648 PAGE 981

This Instrument Prepared by:
J. GEOFFREY PFLUGNER, ESQUIRE
ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
P.O. Drawer 4195
Sarasota, Florida 34230
(813) 366-8100

**WARRANTY DEED**

GRANTOR: CARLTON INVESTMENTS, I, LTD., a Florida limited partnership

GRANTEE: POST OFFICE PROPERTIES, INC., a Florida corporation

Grantee's Post Office Address: 719 Bellevue Avenue
Newport, Rhode Island 02840

Grantee's Social Security No.: 65-0438277

Property Appraiser's Parcel ID No.: 70-07-0039

Grantor, for and in consideration of the sum of $1.00 to Grantor in hand paid by Grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to Grantee, and Grantee's heirs and assigns forever, the following described land, to wit:

See attached Exhibit "A"

Subject to valid easements, reservations and restrictions of record, governmental regulations and real property taxes for the current year.

And the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

DATED: July 1, 1994.

Witnesses:

Witness #1 Signature

Kathryn Angell Carr
Print Witness #1 Name

Witness #2 Signature

J. G. PFLUGNER
Print Witness #2 Name

CARLTON INVESTMENTS I, LTD.,
a Florida limited partnership

By: 
Philip J. Carlton, as General Partner

Address of Grantor:
7126 Beneva Road
Sarasota, Florida 34238

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 1st day of July, 1994, by Philip J. Carlton as General Partner of Carlton Investments, I, Ltd., on behalf of the partnership, who is personally known to me or who has produced ——— as identification and who did not take an oath.

Notary Public
State of Florida at Large
My Commission Expires:

J. GEOFFREY PFLUGNER
MY COMMISSION EXPIRES SEPTEMBER 14, 1997
CC 308542
NOTARY PUBLIC, STATE OF FLORIDA

TRANS NUM: 00310612
DOC STAMPS PD: $10500.00
INTANG. TAX PD: $.00
KAREN E. RUSHING SARASOTA CO.
BY: D.C.

EXHIBIT 32

** OFFICIAL RECORDS **
BOOK 2648 PAGE 982

# EXHIBIT "A"

PARCEL I:

BEING AT THE NORTHWEST CORNER OF LOT 6, BLOCK 1, BEE RIDGE FARMS SUBDIVISION, SECTION 3, TOWNSHIP 37 SOUTH, RANGE 18 EAST, AS PER PLAT THEREOF IN PLAT BOOK A, PAGE 40, SARASOTA COUNTY PUBLIC RECORDS, SAID POINT BEING 24 FEET EAST OF THE CENTERLINE OF SAWYER ROAD; THENCE EAST 594.75 FEET TO POINT OF BEGINNING; THENCE CONTINUE EAST 112.02 FEET TO WEST R/W LINE OF SEABOARD COAST LINE RAILROAD; THENCE SOUTH 12°25' EAST, 492.01 FEET ALONG RAILROAD R/W; THENCE WEST 252.81 FEET; THENCE NORTH 110 FEET; THENCE EAST 115.96 FEET; THENCE NORTH 12°25' WEST PARALLEL TO RAILROAD R/W 266.74 FEET; THENCE WEST 23.61 FEET; THENCE NORTH 110 FEET TO THE POINT OF BEGINNING.

PARCEL II:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT APPURTENANT FOR INGRESS AND EGRESS OVER THE FOLLOWING DESCRIBED EASEMENT:
BEGIN AT THE NORTHWEST CORNER OF LOT 6, BLOCK 1, BEE RIDGE FARMS SUBDIVISION, SECTION 3, TOWNSHIP 37 SOUTH, RANGE 18 EAST, AS RECORDED IN PLAT BOOK A, PAGE 40, SARASOTA COUNTY PUBLIC RECORDS, SAID POINT BEING 24.00 FEET EAST OF THE CENTERLINE OF SAWYER ROAD; THENCE DUE SOUTH ALONG THE EAST R/W LINE OF SAID SAWYER ROAD; 330.00 FEET TO THE POINT OF BEGINNING OF A 30.00 FOOT EASEMENT LYING 15.00 FEET EACH SIDE OF THE FOLLOWING CENTERLINE DESCRIBED AS FOLLOWS: THENCE DUE EAST 419.75 FEET TO A POINT CALLED "A"; THENCE DUE SOUTH 25.50 FEET; THENCE DUE EAST 237.30 FEET; THENCE NORTH 12°25'00" WEST 236.02 FEET; THENCE DUE WEST 186.55 FEET; THENCE DUE SOUTH 205.00 FEET TO A POINT CALLED "A" AND END OF SAID 30.00 FOOT EASEMENT.

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0070-07-0039

| | | |
|---|---|---|
| **Parcel** | **Property Address:** | 4041 SAWYER CT |
| | **Description:** | COM NW COR LOT 6 BLK 1 TH E 594.75 FT FOR POB TH CONT E |
| | **Incorporation:** | UNINCORPORATED |
| | **Subdivision Code:** | 0075 |
| | **Use Code:** | 4860 |
| | **Sec/Twp/Rge:** | 03-37S-18E |
| | **Census Tract (2000)** | 17.02 |
| | **Zoning:** | CI |
| **Ownership** | | POST OFFICE PROPERTIES INC<br>PO BOX 2303<br>SARASOTA, FL 34230 |
| **2007 Values** (As of 1/1/2007) | **Just (Market) Value:** | $1,255,000 |
| | **Land Value:** | $555,100 |
| | **Improvement Value:** | $699,900 |
| | **Assessed Value:** | $1,255,000 |
| | **Homestead:** | No |
| | **Total Exemptions:** | $0 |
| | **Total Taxable:** | $1,255,000 |
| **Property** | **Land Area:** | 69,389 |
| | **Total Building Area:** | 21,631 (All Structures) |
| | **Total Living Area:** | 20,575 (Enclosed Only) |
| | **Living Units:** | |
| | **Bed / Bath:** | 0 Bed / 4 Bath |
| | **Pool:** | No |
| | **Year Built:** | 1980 |
| **Last Sale/Transfer** | **Sale Price:** | $1,500,000 |
| | **Date Sold:** | 7/1/1994 |
| | **Deed Type:** | WD |
| | **Grantor:** | CARLTON INVESTMENTS I LTD |
| **Updated:** 3/5/2008 1:07:00 AM | **Instrument #:** | 2648/0981 |

EXHIBIT
tabbies
33

P.S. No. 25445

96077053

15,610.00

Receipt #: 000000436538-01
Doc Stamp-Deed : 15610.00
Karen E. Rushing, Sarasota Co
By: [signature] D.C.

** OFFICIAL RECORDS **
BOOK 2868 PAGE 2691

Prepared by:
John Patterson, Esquire
Livingston, Patterson, Strickland
& Weiner, P.A.
46 North Washington Boulevard, Suite 1
Sarasota FL 34236
(941) 365-0550

# WARRANTY DEED

**THIS INDENTURE,** made this 27th day of June, 1996, between SHANNSONGS, INC., a Florida corporation, whose address is 2106 Bispham Road, Suite B, Sarasota, Florida 34231, **GRANTOR,** and PUBLIC STORAGE, INC., a ______ corporation, whose address is c/o Evelyn Hubel (PS#25445), 701 Western Ave., Ste 200, Glendale, CA 91201-2397, **GRANTEE.**

(Wherever used herein the terms "GRANTOR" and "GRANTEE" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

**W I T N E S S E T H,** that said Grantor, for and in consideration of the sum of TEN AND 00/100's ($10.00) Dollars and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to said Grantee forever, the following described land located in the County of Sarasota, State of Florida, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Subject to valid easements, restrictions, and reservations of record, and real property taxes for the year 1996 and subsequent years.

And said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

✓ 344 Chicago Title

EXHIBIT
34

** OFFICIAL RECORDS **
BOOK 2868 PAGE 2692

**IN WITNESS WHEREOF,** Grantor has hereunto set Grantor's hand and seal this day and year first above written.

WITNESSES:

Linda A. Shea
LINDA A. SHEA
(print name of witness)

Virginia T. Pitts
VIRGINIA T. PITTS
(print name of witness)

SHANNSONGS, INC., a Florida corporation

By: [signature]
Gerald L. Pennington
as its President

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 27th day of June, 1996, by Gerald L. Pennington, as President of Shannsongs, Inc., a Florida corporation, on behalf of said corporation. He is personally known to me or has produced ______________ as identification.

Linda A. Shea
Notary Public
Printed Name of Notary:
LINDA A. SHEA
Commission # ____________

My Commission Expires:

OFFICIAL NOTARY SEAL
LINDA A SHEA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC335289
MY COMMISSION EXP. JAN. 28,1998

w:\shannsongs\18101a.las

EXHIBIT "A"
LEGAL DESCRIPTION

Parcel 1:

The North one-half of a parcel of land in Section 17, Township 39 South, Range 19 East, Sarasota County, Florida, said parcel of land being more particularly described as follows:

From the Northwest corner of said Section 17, bear South 01°06'49" West, along the West line of said Section 17, a distance of 1165.73 feet to the intersection thereof with the Northeasterly Right-of-Way line of the Seaboard Coast Line Railroad; thence South 32°18'47" East, along the said Northeasterly Right-of-Way line, a distance of 637.81 feet to the intersection thereof with the Southeasterly Right-of-Way line of the West Coast Inland Navigation District Right-of-Way; thence continue South 32°18'47" East, along said Northeasterly Right-of-Way line a distance of 1698.85 feet to the Point of Beginning; thence North 54°11'10" East, a distance of 474.98 feet to the intersection thereof with Southwesterly Right-of-Way line of U.S. Highway No. 41 - Venice By-Pass; thence South 35°48'50" East, along said Southwesterly Right-of-Way line, a distance of 400.00 feet; thence South 54°11'10" West, a distance of 499.45 feet to the intersection thereof with the aforesaid Northeasterly Right-of-Way line of the Seaboard Coast Line Railroad; thence North 32°18'47" West, along said Northeasterly Right-of-Way line, a distance of 400.75 feet to the Point of Beginning. NOTE: The bearings as shown herein are based on the West line of said Section 17, being South 01°06'49" West, and do not refer to the true Meridian.

Parcel 2:

Easement for the benefit of Parcel 1 as created by that certain Easement Agreement dated March 8, 1973 and recorded in Official Record Book 993, Page 1267, as modified by an instrument recorded in Official Record Book 1006, Page 1922, of the Public Records of Sarasota County, Florida for ingress and egress over, under and across the land described therein.

RECORDED IN OFFICIAL RECORDS
96 JUL 17 PM 12:18
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL

# LEGAL DESCRIPTION

LEGAL DESCRIPTION: (TITLE COMMITTMENT)

THE NORTH ONE-HALF OF A PARCEL OF LAND IN SECTION 17, TOWNSHIP 39 SOUTH, RANGE 19 EAST, SARASOTA COUNTY, FLORIDA, SAID PARCEL BEING MORE PARTICULARY DESCRIBED AS FOLLOWS:

FROM THE NORTHWEST CORNER OF SAID SECTION 17, BEAR SOUTH 01°06'49" WEST, ALONG THE WEST LINE OF SAID SECTION 17, A DISTANCE OF 1165.73 FEET TO THE INTERSECTION THEREOF WITH THE NORTHEASTERLY RIGHT-OF-WAY LINE OF THE SEABOARD COAST LINE RAILROAD; THENCE SOUTH 32°18'47" EAST, ALONG THE SAID NORTHEASTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 637.81 FEET TO THE INTERSECTION THEREOF WITH THE SOUTHEASTERLY RIGHT-OF-WAY LINE OF THE WEST COAST INLAND NAVIGATION DISTRICT RIGHT-OF-WAY; THENCE CONTINUE SOUTH 32°18'47" EAST, ALONG SAID NORTHEASTERLY RIGHT-OF-WAY LINE A DISTANCE OF 1698.85 FEET TO THE POINT OF BEGINNING; THENCE NORTH 54°11'10" EAST, A DISTANCE OF 474.98 FEET TO THE INTERSECTION THEREOF WITH SOUTHWESTERLY RIGHT-OF-WAY LINE OF U.S. HIGHWAY NO. 41 – VENICE BY-PASS; THENCE SOUTH 35°48'50" EAST, ALONG SAID SOUTHWESTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 400.00 FEET; THENCE SOUTH 54°11'10 WEST, A DISTANCE OF 499.45 FEET TO THE INTERSECTION THEREOF WITH THE AFORESAID NORHTEASTERLY RIGHT-OF-WAY LINE OF THE SEABOARD COAST LINE RAILROAD; THENCE NORTH 32°18'47" WEST, ALONG SAID NORTHEASTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 400.75 FEET TO THE POINT OF BEGINNING.
NOTE: THE BEARINGS AS SHOWN HEREIN ARE BASED ON THE WEST LINE OF SAID SECTION 17, BEING SOUTH 01°06'49" WEST, AND DO NOT REFER TO THE TRUE MERIDIAN.

96,033 SQUARE FEET ±, 2.20 ACRES ±

PARCEL 2:
EASEMENT FOR THE BENEFIT OF PARCEL 1 AS CREATED BY THAT CERTAIN EASEMENT AGREEMENT DATED MARCH 8, 1973 AND RECORDED IN OFFICIAL RECORD BOOK 983, PAGE 1267, AS MODIFIED BY AN INSTRUMENT RECORDED IN OFFICIAL RECORD BOOK 1006, PAGE 1922, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA FOR INGRESS AND EGRESS OVER, UNDER AND ACROSS THE LANDS DESCRIBED THEREIN.

LEGAL DESCRIPTION: (AS PREPARED)

FROM THE NORTHWEST CORNER OF SAID SECTION 17, BEAR SOUTH 01°06'49" WEST, ALONG THE WEST LINE OF SAID SECTION 17, A DISTANCE OF 1165.73 FEET TO THE INTERSECTION THEREOF WITH THE NORTHEASTERLY RIGHT-OF-WAY LINE OF THE SEABOARD COAST LINE RAILROAD; THENCE SOUTH 32°18'47" EAST, ALONG THE SAID NORTHEASTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 637.81 FEET TO THE INTERSECTION THEREOF WITH THE SOUTHEASTERLY RIGHT-OF-WAY LINE OF THE WEST COAST INLAND NAVIGATION DISTRICT RIGHT-OF-WAY; THENCE CONTINUE SOUTH 32°18'47" EAST, ALONG SAID NORTHEASTERLY RIGHT-OF-WAY LINE A DISTANCE OF 1698.85 FEET TO THE POINT OF BEGINNING; THENCE NORTH 54°11'10" EAST, A DISTANCE OF 474.98 FEET TO THE INTERSECTION THEREOF WITH SOUTHWESTERLY RIGHT-OF-WAY LINE OF U.S. HIGHWAY NO. 41 – VENICE BY-PASS; THENCE SOUTH 35°48'50" EAST, ALONG SAID SOUTHWESTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 200.00 FEET; (FIELD 200.11 FEET); THENCE SOUTH 54°11'10 WEST, A DISTANCE OF 485.95 FEET TO THE INTERSECTION THEREOF WITH THE AFORESAID NORHTEASTERLY RIGHT-OF-WAY LINE OF THE SEABOARD COAST LINE RAILROAD; THENCE NORTH 32°18'47" WEST, ALONG SAID NORTHEASTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 200.42 FEET TO THE POINT OF BEGINNING.
NOTE: THE BEARINGS AS SHOWN HEREIN ARE BASED ON THE WEST LINE OF SAID SECTION 17, BEING SOUTH 01°06'49" WEST, AND DO NOT REFER TO THE TRUE MERIDIAN.

96,033 SQUARE FEET ±, 2.20 ACRES ±

# SURVEYOR'S CERTIFICATE

I HEREBY CERTIFY TO (PUBLIC STORAGE, INC., AND / OR ITS ASSIGNEES AND CHICAGO TITLE INSURANCE COMPANY THAT THE SURVEY WAS PREPARED BY ME ENTITLED "BOUNDARY SURVEY" WAS ACTUALLY MADE UPON THE GROUND AND THAT IT AND THE INFORMATION, COURSES AND DISTANCES SHOWN THEREON ARE CORRECT; THAT THE TITLE LINES AND LINES OF ACTUAL POSSESSION ARE THE SAME; THAT THE SIZE, LOCATION AND TYPE OF BUILDINGS AND IMPROVEMENTS ARE AS SHOWN AND ALL ARE WITHIN THE BOUNDARY LINES OF THE PROPERTY; THAT THERE ARE NO VIOLATIONS OF ZONNING ORDINANCES, RESTRICTIONS OR OTHER RULES AND REGULATIONS WITH REFERENCE TO THE LOCATION OF SAID BUILDINGS AND IMPROVEMENTS; THAT THERE ARE NO EASEMENTS, USES OR ENCROACHMENTS FROM OR UPON, OR AFFECTING THIS PROPERTY APPEARING FROM A CAREFUL PHYSICAL INSPECTION OF THE SAME, OTHER THAN THOSE SHOWN AND DEPICTED THEREON; THAT ALL UTILITY SERVICES REQUIRED FOR THE OPERATION OF THE PREMISES EITHER ENTER THE PREMISES THROUGH ADJOINING PUBLIC STREETS, OR THE SURVEY SHOW THE POINT OF ENTRY AND LOCATION OF ANY UTILTIES WHICH PASS THROUGH OR ARE LOCATED ON ADJOINING PRIVATE LAND; THAT ANY UTILITY TRANSFORMER LOCATED ON THE PREMISES ARE DEPICTED HEREON AND THOSE TRANSFORMERS LABELED AS CONTAINING P.C.B.'S ARE SPECIFICALLY NOTED; THAT THE SURVEY SHOWS THE LOCATION AND DIRECTION OF ALL STORM DRAINAGE SYSTEMS FOR THE COLLECTION AND DISPOSAL OF ALL ROOF AND SURFACES DRAINAGE; THAT ANY DISCHARGE INTO STREAMS, RIVERS OR OTHER CONVEYANCE SYSTEM IS SHOWN ON THE SURVEY; AND THAT THE PARCELS DESCRIBED HEREON DO NOT LIE WITHIN FLOOD HAZARD AREAS IN ACCORDANCE WITH THE MAPS ENTITLED: "FLOOD INSURANCE RATE MAP," OR THE "FLOOD HAZARD BOUNDARY MAP," OR THE "FLOOD BOUNDARY AND FLOODWAY MAP" PUBLISHED BY THE FEDERAL EMERGENCY MANAGEMENT AGENCY. THIS SURVEY IS MADE IN ACCORDANCE WITH THE MOST CURRENT "MINIMUM STANDARD DETAIL REQUIREMENTS FOR LAND TITLE SURVEYS" JOINTLY ESTABLISHED AND ADOPTED BY ALTA AND ACSM. I HEREBY CERTIFY THE ABOVE TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

[signature] DATE 6-5-96 1996
DANIEL E. LEMONDE
REGISTERED PROFESSIONAL SURVEYOR & MAPPER

SURVEY IS CERTIFIED AS TO THE DATE OF THE ACTUAL SURVEY ONLY.
DATE AND SIGNED ONLY REFERS TO THE DATE THE EMBOSSED PRINT WAS SIGNED.

## ALTA/ACSM LAND TITLE SURVEY

International
611 24th Avenue S.W., Suite C
Norman, Oklahoma 73069
(405) 364-9352
INTERNATIONAL LAND SERVICES, INC.

Prepared For: PUBLIC STORAGE, INC.
Project Location: VENICE, FLORIDA
Project Address: 1120 VENICE BY-PASS
Project Name: PUBLIC STORAGE, INC.

| | |
|---|---|
| Date | 5/25/96 |
| Dwn. By | MJH |
| Aprvd. By | |
| Dwg. No. | 960532 |
| Scale | 1" = 30' |
| Date | Revisions |




EXHIBIT 35

FILE COPY

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0428-03-0006

**Parcel**

| | |
|---|---|
| **Property Address:** | 1120 S US 41 BYPASS |
| Description | PUBLIC STORAGE, N 1/2 OF FOLLOWING COM AT NW COR OF SEC |
| **Incorporation:** | UNINCORPORATED (Tax Districts) |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 4860 |
| **Sec/Twp/Rge:** | 17-39S-19E |
| **Census Tract (2000)** | 27.15 |
| **Zoning:** | CI |

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

PUBLIC STORAGE INC
DEPT PT FL 25445
PO BOX 25025
GLENDALE, CA 91201-2397

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $2,215,400 |
| **Land Value:** | $1,154,600 |
| **Improvement Value:** | $1,060,800 |
| **Assessed Value:** | $2,215,400 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $2,215,400 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 96,219 | |
| **Total Building Area:** | 42,517 | (All Structures) |
| **Total Living Area:** | 42,517 | (Enclosed Only) |
| **Living Units:** | | |
| **Bed / Bath:** | 0 Bed / 2 Bath | |
| **Pool:** | No | |
| **Year Built:** | Various (3 card parcel) | |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | $2,230,000 (Transfers) |
| **Date Sold:** | 6/27/1996 |
| **Deed Type:** | WD |
| **Grantor:** | SHANNSONGS INC |
| **Instrument #:** | 2868/2691 (View Document) |

**Updated:** 2/6/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT 36

2 520.00
3,120.50

This instrument prepared by:
John F. Cook, Esquire
JOHN F. COOK
2033 Wood Street, Suite 220
Sarasota, Florida 34237
(941) 906-1560

2003215445

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003215445 2 PGS
2003 OCT 23 04:32 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
TFERNANDEZ Receipt#391384

Doc Stamp-Deed: 23,520.00

**WARRANTY DEED**

THIS WARRANTY DEED, made and executed this 22nd day of October, 2003, by PALMER RANCH HOLDINGS, LTD., a Florida limited partnership, hereinafter called the "Grantor," whose post office address is 8588 Potter Park Drive, Suite 500, Sarasota, Florida 34238, to PULTE HOME CORPORATION, a Michigan corporation, hereinafter called the "Grantee," whose post office address is 9148 Bonita Beach Road, Suite 102, Bonita Springs, Florida 34135.

(Whenever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporation and public bodies.)

**WITNESSETH:**

THAT the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantee, all that certain land situate in Sarasota County, Florida, to-wit:

**SEE EXHIBIT "A" ATTACHED HERETO**

PARCEL I.D. Numbers (or portions thereof): 0115-04-0001 and 0098-12-0001.

SUBJECT TO taxes for the year 2003 and subsequent years, and easements, restrictions and reservations of record.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the same in fee simple.

AND the Grantor hereby fully warrants the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set its hand and seal the day and year first above written.

Signed, sealed and delivered in the presence of:

[signature]
Name: JOHN F. COOK

[signature]
Name: MARIA CAMPAGNA

PALMER RANCH HOLDINGS, LTD.,
A Florida limited partnership
BY: PALMER RANCH HOLDINGS, INC.,
a Florida corporation,

BY: [signature]
MARK A. ROYALL, its Vice President

STATE OF FLORIDA
COUNTY OF FLORIDA

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County

EXHIBIT
37

INSTRUMENT # 2003215445
2 PGS

**EXHIBIT "A"**
**(Legal Description)**

A TRACT OF LAND IN SECTIONS 14 AND 23, TOWNSHIP 37 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA, DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF THE SW 1/4 OF SAID SECTION 14; THENCE N 00°16'17" E, ALONG THE WESTERLYLINE OF SAID SW 1/4, A DISTANCE OF 643.09 FEET; THENCE S 89°43'43" E, A DISTANCE OF 153.00 FEET TO THE EASTERLY LINE OF TRACT 101, PALMER RANCH INCREMENT II TRACT SUBDIVISION RECORDED IN PLAT BOOK 34, PAGSE 25, 25A THROUGH 25C, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA FOR THE POINT OF BEGINNING; (THE FOLLOWING THREE CALLS ARE ALONG THE EASTERLY LINE OF TRACT 101); THENCE S 00°16'17" W, A DISTANCE OF 284.44 FEET TO THE POINT OF CURVATURE (PC) OF A CURVE TO THE LEFT HAVING A RADIUS OF 515.00 FEET AND A CENTRAL ANGLE OF 40°33'41"; THENCE SOUTHEASTERLY ALONG THE ARC A DISTANCE OF 364.58 FEET TO THE POINT OF REVERSE CURVE (PRC) OF A CURVE TO THE RIGHT HAVING A RADIUS OF 505.00 FEET AND A CENTRAL ANGLE OF 59°41'56"; THENCE SOUTHEASTERLY AND SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 526.18 FEET TO THE NORTHERLY RIGHT OF WAY LINE OF MCINTOSH ROAD (120' WIDE) AS SHOWN ON THE PLAT OF PRESTANCIA RECORDED IN PLAT BOOK 31, PAGES 27, 27A THROUGH 27K, OF SAID PUBLIC RECORDS, SAID POINT BEING A POINT ON A CURVE OF WHICH THE RADIUS POINT LIES N 45°51'44" E, A RADIAL DISTANCE OF 1085.92 FEET (THE FOLLOWING THREE CALLS ARE ALONG SAID RIGHT OF WAY LINE); THENCE SOUTHEASTERLY ALONG THE ARC THRUOGH A CENTRAL ANGLE OF 13°47'35" A DISTANCE OF 261.42 FEET; THENCE S 57°55'51" E, A DISTANCE OF 637.05 FEET TO THE PC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 1408.14 FEET AND A CENTRAL ANGLE OF 46°09'08"; THENCE SOUTHEASTERLY ALONG THE ARC A DISTANCE OF 1134.27 FEET TO THE WESTERLY RIGHT OF WAY LINE OF THE SEMINOLE GULF RAILWAY (100 FEET WIDE); THENCE N 11°46'43" W, ALONG SAID WESTERLY RIGHT OF WAY LINE A DISTANCE OF 2571.46 FEET; THENCE N 89°43'43" W, A DISTANCE OF 455.28 FEET TO THE PC OF A CURVE TO THE LEFT HAVING A RADIUS OF 52.28 FEET AND A CENTRAL ANGLE OF 90°00'00"; THENCE SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 82.12 FEET TO THE PRC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 50.00 FEET AND A CENTRAL ANGLE OF 90°00'00"; THENCE SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 78.54 FEET; THENCE N 89°43'43" W, A DISTANCE OF 74.52 FEET TO THE PC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 50.00 FEET AND A CENTRAL ANGLE OF 41°54'03"; THENCE NORTHWESTERLY ALONG THE ARC A DISTANCE OF 36.57 FEET TO THE PRC OF A CURVE TO THE LEFT HAVING A RADIUS OF 350.00 FEET AND A CENTRAL ANGLE OF 41°54'03"; THENCE NORTHWESTERLY ALONG THE ARC A DISTANCE OF 255.96 FEET; THENCE N 89°43'43" W, A DISTANCE OF 161.25 FEET TO THE POINT OF BEGINNING.

CIRCUIT COURT

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 2 of the instrument filed in this office. The original instrument filed contains 2 pages

PLAT BOOK ______ PAGE ______
SHEET 2 OF 5

# ARIELLE ON PALMER RANCH, SECTION I
## A CONDOMINIUM
IN SECTIONS 14 & 23, TOWNSHIP 37 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA

NOTES:
1. Bearings shown hereon are arbitrary and are based on the west line of the southwest 1/4 of Section 14 having a bearing of N.00°16'17"E., and do not refer to the true meridian.

2. Elevations shown hereon are relative to the National Geodetic Veritical Datum (NGVD) of 1929, based on National Ocean Survey (NOS) Benchmarks F-253 and J-253 with published elevations of 18.327 and 22.198 respectively.

3. Refer to the Declaration of Condominium for the definition and designation of the Unit Boundary, Limited Common Element and Common Elements.

4. All improvements are proposed unless otherwise noted.

| CURVE TABLE | | | | | |
|---|---|---|---|---|---|
| CURVE | LENGTH | RADIUS | DELTA | CHORD | CHORD BRG. |
| C1 | 36.57' | 50.00' | 41°54'03" | 35.76' | N68°46'42"W |
| C2 | 78.54' | 50.00' | 90°00'00" | 70.71' | S45°16'17"W |
| C3 | 82.12' | 52.28' | 90°00'00" | 73.94' | S45°16'17"W |

SCALE: 1" = 150'




REDUCED COPY NOT TO SCALE

NOTE: UNLESS OTHERWISE NOTED ALL EASEMENTS ARE DEDICATED AND RECORDED IN THE COMMUNITY ASSOCIATION DOCUMENTS, OFFICIAL RECORD INSTRUMENT NUMBER 2004097137, PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

LEGEND:

- ⊗ = BENCHMARK
- □ = 4" PERMANENT REFERENCE MONUMENT CONCRETE MONUMENT SET (LB#043)
- = PERMANENT CONTROL POINT P.K. NAIL & DISK (PCP LB#043)
- ◎ 4" CONCRETE MONUMENT (PCP LB#043) WHEN LOCATED IN PERVIOUS AREAS
- ■ = 4" PERMANENT REFERENCE MONUMENT CONCRETE MONUMENT FOUND (LB#124 UNLESS OTHERWISE NOTED)
- ○ = 5/8" CAPPED IRON ROD FOUND (LB#043)
- ● = 5/8" CAPPED IRON ROD SET (LB#043)
- = ANGLE POINT (CORNER NOT SET UNLESS RIGHT-OF-WAY OR LOT CORNER)

- S.F. = AREA OF LOT IN SQUARE FEET
- (R) = RADIAL LINE
- (O.A.) = OVERALL DISTANCE
- D = CENTRAL ANGLE
- L = ARC LENGTH
- R = RADIUS
- CH = CHORD DISTANCE
- C.B. = CHORD BEARING
- C# = CURVE # (SEE CURVE TABLE)
- L# = LINE # (SEE LINE TABLE)
- LB# = LICENSED BUSINESS NUMBER
- O.R. = OFFICIAL RECORDS OF SARASOTA COUNTY, FLORIDA
- PH = PHASE
- D.E. = DRAINAGE EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT
- U.E. = UTILITY EASEMENT
- C.U.E. = COUNTY UTILITY EASEMENT
- A.D.E. = ACCESS AND DRAINAGE EASEMENT
- M.E. MAINTENANCE EASEMENT

A.D.E. & U.E. = ACCESS AND DRAINAGE EASEMENT & UTILITY EASEMENT (NON EXCLUSIVE ACCESS AND MAINTENANCE EASEMENT) (OFFICIAL RECORDS INSTRUMENT #2004098564)

C.U.E. = COUNTY UTILITY EASEMENT (PERMANENT UTILITY EASEMENT) (OFFICIAL RECORDS INSTRUMENT #2004098565)

EXCLUSIVE SARASOTA COUNTY UTILITY LIFT STATION EASEMENT (PERMANENT EXCLUSIVE LIFT STATION EASEMENT) (OFFICIAL RECORDS INSTRUMENT #2004098566)

OVERALL PROJECT BOUNDARY

WilsonMiller
Planners • Engineers • Ecologists • Surveyors • Landscape Architects • Transportation Consultants
WilsonMiller, Inc.
Naples • Fort Myers • Sarasota • Bradenton • Tampa • Tallahassee
6900 Professional Parkway East, Suite 100 • Sarasota, Florida 34240-8414 • Phone 941-907-6900 • Fax 941-907-6910 • Web-Site www.wilsonmiller.com

Task Code: MACPT
Project Number: S2338-123-0DD

Nov 24, 2004 – 09:59:41 HOUFOUR(X:\SUR\02338\123\PLAT\S2338-A15-P02.dwg

EXHIBIT
38
tabbies

Property Appraiser's
Parcel Identification No.

4p8

This instrument was prepared without opinion of title by and after Recording Return to:
Steven M. Falk, Esq.
850 Park Shore Drive, 3rd Floor
Naples, Florida 34103
(239) 649-6200

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2006002395 4 PGS
2006 JAN 05 02:27 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
DCATHEY Receipt#732365
Doc Stamp-Deed: 0.70

(Information above this line for recording data)

2006002395

## QUIT CLAIM DEED

THIS QUIT CLAIM DEED, made the 23rd day of December, 2005, by **PULTE HOME CORPORATION, a Michigan corporation authorized to do business in the State of Florida**, whose post office address is 9148 Bonita Beach Road, Suite 102, Bonita Springs, FL 34135 ("Grantor") to **ARIELLE ON PALMER RANCH COMMUNITY ASSOCIATION, INC., a Florida not-for-profit corporation,** whose post office address is c/o Advanced Management of Southwest Florida, Inc., 9031 Town Center Parkway, Bradenton, FL 34202 ("Grantee").

(Wherever used herein the terms "Grantor" and "Grantee" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporation, wherever the context so admits or requires.)

WITNESSETH, That the said Grantor, for and in consideration of the sum of Ten Dollars ($10.00) in hand paid by the said Grantee, and other good and valuable consideration, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said Grantee forever, all the right, title, interest, claim and demand which the said Grantor has in and to the following described lot, piece or parcel of land, situated, lying and being in the County of Sarasota, State of Florida, to wit:

All of the real property legally described on Exhibit "A" attached hereto LESS AND EXCEPT all of the real property legally described on Exhibit "B" attached hereto.

Subject to all easements, conditions, dedications and restrictions of record and those referenced on said plat .

TO HAVE AND TO HOLD the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said Grantor, either in law or equity, to the only proper use, benefit and behoof of the said Grantee forever.

[remainder of page intentionally left blank]

tabbies EXHIBIT 39

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, Sealed and Delivered
in the Presence of:

______________________
Witness Name: Felipe Gonzalez

______________________
Witness Name: CHRIS HASTY

**PULTE HOME CORPORATION, a Michigan Corporation authorized to do business in the State of Florida** (SEAL)

By: ______________________
LAURA A. RAY

Its : Agent and Attorney In Fact

STATE OF FLORIDA )
COUNTY OF )

The foregoing instrument was acknowledged before me this 23rd day of December, 2005 by Laura A. Ray as Agent and Attorney in Fact of PULTE HOME CORPORATION, a Michigan corporation authorized to do business in the State of Florida, on behalf of the corporation. SHe is (✓) personally known to me or has produced ______________ as identification and did take an oath.

FELIPE GONZALEZ
MY COMMISSION # DD 447686
EXPIRES: July 5, 2009
Bonded Thru Pichard Insurance Agency

______________________
NOTARY PUBLIC
Name: Felipe Gonzalez
(Type or Print)
My Commission Expires: July 5, 2009

EXHIBIT "A"
(Legal Description)

A TRACT OF LAND IN SECTIONS 14 AND 23, TOWNSHIP 37 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA, DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF THE SW 1/4 OF SAID SECTION 14; THENCE N 00°16'17" E, ALONG THE WESTERLYLINE OF SAID SW 1/4, A DISTANCE OF 643.09 FEET; THENCE S 89°43'43" E, A DISTANCE OF 153.00 FEET TO THE EASTERLY LINE OF TRACT 101, PALMER RANCH INCREMENT II TRACT SUBDIVISION RECORDED IN PLAT BOOK 34, PAGSE 25, 25A THROUGH 25C, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA FOR THE POINT OF BEGINNING; (THE FOLLOWING THREE CALLS ARE ALONG THE EASTERLY LINE OF TRACT 101); THENCE S 00°16'17" W, A DISTANCE OF 284.44 FEET TO THE POINT OF CURVATURE (PC) OF A CURVE TO THE LEFT HAVING A RADIUS OF 515.00 FEET AND A CENTRAL ANGLE OF 40°33'41"; THENCE SOUTHEASTERLY ALONG THE ARC A DISTANCE OF 364.58 FEET TO THE POINT OF REVERSE CURVE (PRC) OF A CURVE TO THE RIGHT HAVING A RADIUS OF 505.00 FEET AND A CENTRAL ANGLE OF 59°41'56"; THENCE SOUTHEASTERLY AND SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 526.18 FEET TO THE NORTHERLY RIGHT OF WAY LINE OF MCINTOSH ROAD (120' WIDE) AS SHOWN ON THE PLAT OF PRESTANCIA RECORDED IN PLAT BOOK 31, PAGES 27, 27A THROUGH 27K, OF SAID PUBLIC RECORDS, SAID POINT BEING A POINT ON A CURVE OF WHICH THE RADIUS POINT LIES N 45°51'44" E, A RADIAL DISTANCE OF 1085.92 FEET (THE FOLLOWING THREE CALLS ARE ALONG SAID RIGHT OF WAY LINE); THENCE SOUTHEASTERLY ALONG THE ARC THRUOGH A CENTRAL ANGLE OF 13°47'35" A DISTANCE OF 261.42 FEET; THENCE S 57°55'51" E, A DISTANCE OF 637.05 FEET TO THE PC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 1408.14 FEET AND A CENTRAL ANGLE OF 46°09'08"; THENCE SOUTHEASTERLY ALONG THE ARC A DISTANCE OF 1134.27 FEET TO THE WESTERLY RIGHT OF WAY LINE OF THE SEMINOLE GULF RAILWAY (100 FEET WIDE); THENCE N 11°46'43" W, ALONG SAID WESTERLY RIGHT OF WAY LINE A DISTANCE OF 2571.46 FEET; THENCE N 89°43'43" W, A DISTANCE OF 455.28 FEET TO THE PC OF A CURVE TO THE LEFT HAVING A RADIUS OF 52.28 FEET AND A CENTRAL ANGLE OF 90°00'00"; THENCE SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 82.12 FEET TO THE PRC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 50.00 FEET AND A CENTRAL ANGLE OF 90°00'00"; THENCE SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 78.54 FEET; THENCE N 89°43'43" W, A DISTANCE OF 74.52 FEET TO THE PC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 50.00 FEET AND A CENTRAL ANGLE OF 41°54'03"; THENCE NORTHWESTERLY ALONG THE ARC A DISTANCE OF 36.57 FEET TO THE PRC OF A CURVE TO THE LEFT HAVING A RADIUS OF 350.00 FEET AND A CENTRAL ANGLE OF 41°54'03"; THENCE NORTHWESTERLY ALONG THE ARC A DISTANCE OF 255.96 FEET; THENCE N 89°43'43" W, A DISTANCE OF 161.25 FEET TO THE POINT OF BEGINNING.

EXHIBIT "B"

1. Arielle on Palmer Ranch Section I, a Condominium, Phases 1-6, as more particularly described in the Declaration of Condominium thereof recorded as Instrument #2004147095 of the Public Records of Sarasota County, Florida.

2. Arielle on Palmer Ranch Section II, a Condominium, Phases 1-5, as more particularly described in the Declaration of Condominium thereof recorded as Instrument #2004219863 of the Public Records of Sarasota County, Florida.

3. Arielle on Palmer Ranch Section III, a Condominium, Phases 1-4, as more particularly described in the Declaration of Condominium thereof recorded as Instrument #2004230125 of the Public Records of Sarasota County, Florida.

4. Arielle on Palmer Ranch Section IV, a Condominium, Phases 1-6, as more particularly described in the Declaration of Condominium thereof recorded as Instrument #2005175527 of the Public Records of Sarasota County, Florida.

OFF. REC. ~~1314 PG 1010~~

939659
~~939484~~

4.00
SS 360.00
SUR 132

Printed for Lawyers' Title Guaranty Fund, Orlando, Florida

OFF. REC. 1314 PG 1306

This instrument was prepared by:
Name Robert J. Stinnett
Address 27 S. Orange Avenue
Sarasota, FL 33577

# Warranty Deed (STATUTORY FORM—SECTION 689.02 F.S.)

**This Indenture,** Made this 26th day of June, 1979, **Between** JOAN M. LOVINGOOD

of the County of Sarasota, State of Florida, grantor*, and

SARASOTA INVESTMENT COMPANY, INC., a Florida corporation,

whose post office address is 4023 Sawyer Road, Sarasota, Florida 33583

of the County of Sarasota, State of Florida, grantee*,

**Witnesseth,** That said grantor, for and in consideration of ~~xxxxxxxx~~ exchange of real property ~~Dollars~~

and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Sarasota County, Florida, to-wit:

The South 180 feet of the following described property: Lot 6 and that part of Lot 4 lying westerly of Seaboard Coast Line RR, Block 1, Bee Ridge Farms, Section 3-37-18, as per plat thereof recorded in Plat Book 1, page 248, public records of Manatee County, Florida; LESS therefrom the South 155 feet of the West 600 feet (exclusive of Sawyer Road, 48' wide) of said Lot 6.

SUBJECT to taxes for 1979.

The above described property is not the homestead of Grantor. Grantor's residence and homestead being 4560 Cooper Road, Sarasota, Florida 33582.

JACK R. BISSELL
413 SOUTHEAST BANK BLDG.
1405 MAIN STREET
SARASOTA, FLORIDA 33577

FILED AND RECORDED
H. HACKNEY, JR. CLERK
SARASOTA CO. FLA.
JUN 28 8 05 AM '79

939659

STATE OF FLORIDA DOCUMENTARY STAMP TAX DEPT. OF REVENUE
SARASOTA COUNTY 2 3 0 9 3
P.B. 11064 JUN 28 '79 3 6 0.0 0
DOCUMENTARY SUR TAX 1 3 2. 0 0

and said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

* "Grantor" and "grantee" are used for singular or plural, as context requires.

**In Witness Whereof,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

[signature] [signature]

[signature] (Seal)
Joan M. Lovingood
(Seal)
(Seal)
(Seal)

FILED AND RECORDED
H. HACKNEY, JR. CLERK
SARASOTA CO. FLA.
JUN 28 1 19 PM '79

939484

STATE OF FLORIDA
COUNTY OF SARASOTA

*Re-record to show correct stamps

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared JOAN M. LOVINGOOD

to me known to be the person described in and who executed the foregoing instrument and acknowledged before me that She executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 26th day of June, 1979.

[signature]
Notary Public

My commission expires: MAY 14, 1981

OFF. REC. ~~1314 PG 1010~~

OFF. REC. 1314 PG 1306

EXHIBIT 40