New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0070-07-0059

**Parcel**

**Property Address:** 4023 SAWYER RD
Description: SLY 180 FT OF LOTS 4 & 6 BLK 1 LYING WLY OF R R ROW LES
**Incorporation:** UNINCORPORATED (Tax Districts)
**Subdivision Code:** 0075
**Use Code:** 487X
**Sec/Twp/Rge:** 03-37S-18E
**Census Tract (2000)** 17.02
**Zoning:** CI

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

SARASOTA INVESTMENT CO INC
4023 SAWYER RD
SARASOTA, FL 34233-1200

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $3,305,700
**Land Value:** $1,286,100
**Improvement Value:** $2,019,600
**Assessed Value:** $3,305,700
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $3,305,700

**Property**

**Land Area:** 183,723
**Total Building Area:** 74,463 (All Structures)
**Total Living Area:** 74,183 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 0 Bed / 17 Bath
**Pool:** No
**Year Built:** Various (7 card parcel)

**Last Sale/Transfer** (Transfers)

**Sale Price:** Non-Sale Transfer
**Date Sold:** 6/1/1979
**Deed Type:** NA
**Grantor:**
**Instrument #:** 1314/1009 (View Document)

**Updated:** 1/25/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
41

Form 4 Florida WARRANTY DEED. OFF REC 64 PAGE 147 TUTBLANX REGISTERED U.S. PAT. OFFICE Tuttle Law Print, Publishers, Rutland, Vt.

# This Indenture,

23110

*Made this* first *day of* September *A. D. 19* 57

**Between** ABRAHAM DEATERLY and NELLIE M. DEATERLY, husband and wife, whose address is: Venice,

*of the County of* Sarasota *and State of* Florida *part* ies *of the first part, and* SOUTHERN SPRING & STAMPING, INC.,

whose address is: P. O. Box 1026, Venice,

*of the County of* Sarasota *and State of* Florida *part* y *of the second part,*

**Witnesseth,** *that the said part* ies *of the first part, for and in consideration of the sum of* Ten Dollars and other valuable considerations *to* them *in hand paid, the receipt whereof is hereby acknowledged, ha* ve *granted, bargained, sold and transferred, and by these presents do grant, bargain, sell and transfer unto the said part* y *of the second part and* its successors, *heirs and assigns forever, all that certain parcel of land lying and being in the County of* Sarasota *, and State of Florida, more particularly described as follows:*

Begin at the NE corner of the NE¼ of the SW¼ of the NE¼ of Section 7, Twp. 39S, Range 19E; thence N 89-46-00 W along the North line of said NE¼ of the SW¼ of the NE¼ 664.9' to the SE corner of the SW¼ of the NW¼ of the NE¼ of said Section 7; thence continue N 89-46-00 W 260.55' for a P.O.B.; thence continue N 89-46-00 W 160.55' to the Easterly R/W line of the S.A.L. R.R. (100' wide); thence N 11-48-03 W along said R/W line 195.30'; thence S 89-46-00 E 202.80'; thence S 00-41-00 W and parallel to the East line of said SW¼ of the NW¼ of the NE¼ 191' to the P.O.B. Less a 25' strip off the south side thereof for road. All lying and being in the SW¼ of the NW¼ of the NE¼ of Section 7. Twp. 39S, Range 19E, Sarasota County, Florida. Containing 0.80 acres including road.






**Together** *with all the tenements, hereditaments and appurtenances, with every privilege, right, title, interest and estate, dower and right of dower, reversion, remainder and easement thereto belonging or in anywise appertaining:*

**To Have and to Hold** *the same in fee simple forever.*

*And the said part* ies *of the first part do covenant with the said part* y *of the second part that* they are *lawfully seized of the said premises, that they are free from all incumbrances and that* they have *good right and lawful authority to sell the same; and the said part*ies *of the first part do hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.*

**In Witness Whereof,** *the said part* ies *of the first part ha* ve *hereunto set* their *hand* s *and seal* s *the day and year above written.*

**Signed, Sealed and Delivered in Our Presence:**

| | |
|---|---|
| Avis I. Hines | Abraham Deaterly (L.S.) |
| Alfreda S. Boone | Nellie M Deaterly (L.S.) |

EXHIBIT 42

**State of Florida,**

**County of** SARASOTA

OFF REC 64 PAGE 148

**I HEREBY CERTIFY,** *That on this* first *day of* September *A. D. 19* 57, *before me personally appeared*

ABRAHAM DEATERLY and NELLIE M. DEATERLY, husband and wife,

*to me known to be the person*s *described in and who executed the foregoing conveyance to*

SOUTHERN SPRING & STAMPING, INC.

*and severally acknowledged the execution thereof to be* their *free act and deed for the uses and purposes therein mentioned; and the said* NELLIE M. DEATERLY *the wife of the said* ABRAHAM DEATERLY, *on a separate and private examination taken and made by and before me, and separately and apart from her said husband, did acknowledge that she made herself a party to the said Deed of Conveyance for the purpose of renouncing, relinquishing and conveying all her right, title and interest, whether of dower or of separate property, statutory or equitable, in and to the lands therein described, and that she executed said deed freely and voluntarily, and without any constraint, fear, apprehension or compulsion of or from her said husband.*

**WITNESS** *my signature and official seal at* Venice *in the County of* Sarasota *and State of Florida, the day and year last aforesaid.*

*My Commission Expires*__________

Alfreda S. Boone
*Notary Public*

Notary Public, State of Florida at large
My commission expires Jan. 27, 1961.
Bonded by American Surety Co. of N. Y.

ALFREDA S. BOONE NOTARY PUBLIC STATE OF FLORIDA AT LARGE

# Warranty Deed

TO

**Date**

**ABSTRACT OF DESCRIPTION**

**STATE OF FLORIDA,**
**County of**

*On this day of A. D. 19 , at o'clock m., this instrument was filed for record, and being duly acknowledged and proven, I have recorded the same on pages in the of Book public records of said County.*

**In Witness Whereof,** *I have hereunto set my hand and affixed the seal of the Circuit Court of the Judicial Circuit of said State, in and for said County.*

__________*Clerk.*

INDEXED __________, *D. C.*

**BOONE & SMITH**
**ATTORNEYS AT LAW**
**VENICE, FLORIDA**

FILED AND RECORDED 023116
1957 NOV 22 PM 1:18
W. A. WYNNE, CLERK
SARASOTA CO. FLA.

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0407-07-0001

| | | | |
|---|---|---|---|
| **Parcel** | **Property Address:** | 401 SUBSTATION RD | |
| | Description | COM AT NE COR OF NE 1/4 OF SW 1/4 OF NE 1/4 OF SEC 7 TH | |
| | **Incorporation:** | CITY OF VENICE | Tax Districts |
| | **Subdivision Code:** | 0000 | |
| | **Use Code:** | 4100 | |
| | **Sec/Twp/Rge:** | 07-39S-19E | |
| | **Census Tract (2000)** | 23.01 | |
| | **Zoning:** | ILW | |
| | << Prior ID / Nearby IDs / Next ID >> | | |
| **Ownership** | | SOUTHERN SPRING & STAMPING INC<br>401 SUB STATION RD<br>VENICE, FL 34292-1077 | |
| **2007 Values** (As of 1/1/2007) | **Just (Market) Value:** | $1,498,500 | |
| | **Land Value:** | $555,400 | |
| | **Improvement Value:** | $943,100 | |
| | **Assessed Value:** | $1,498,500 | |
| | **Homestead:** | No | |
| | **Total Exemptions:** | $0 | |
| | **Total Taxable:** | $1,498,500 | |
| **Property** | **Land Area:** | 130,680 | |
| | **Total Building Area:** | 28,414 | (All Structures) |
| | **Total Living Area:** | 28,414 | (Enclosed Only) |
| | **Living Units:** | | |
| | **Bed / Bath:** | 0 Bed / 8 Bath | |
| | **Pool:** | No | |
| | **Year Built:** | Various (3 card parcel) | |
| **Last Sale/Transfer** | **Sale Price:** | Non-Sale Transfer | Transfers |
| | **Date Sold:** | 1/1/1974 | |
| | **Deed Type:** | NA | |
| | **Grantor:** | | |
| **Updated:** 2/26/2008 12:34:00 AM | **Instrument #:** | 0763/0835 | View Document |

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT 43

Grantee's F.E.I.N. 65-0429104

PARCEL ID NUMBERS 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, 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, 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, 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 and 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.

OFFICIAL RECORDS
INSTRUMENT # 1998105025 7 PGS

Doc Stamp-Deed: 0.70
KAREN E. RUSHING SARASOTA COUNTY
By: __________ D.C. Receipt #:023550

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 1998105025 7 PGS
1998 AUG 06 03:55 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA

(For use by Clerk of Court)

# SPECIAL WARRANTY DEED

**This Indenture** is made this 6 day of August, 1998 A.D., between

U.S. HOME CORPORATION, a Delaware corporation, authorized to do business in the State of Florida, 10491 Six Mile Cypress Parkway, Suite 101, Ft. Myers, Florida, 33912, "GRANTOR", and

Stoneybrook Golf & Country Club of Sarasota, Inc., a Florida corporation not for profit, c/o 10060 Amberwood Rd. #3, Ft. Myers, Florida 33913, "GRANTEE".

**Witnesseth** that the GRANTOR, for in consideration of the sum of TEN AND NO/100 ($10.00) DOLLARS, and other good and valuable consideration to GRANTOR in hand paid by GRANTEE, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said GRANTEE and GRANTEE'S heirs and assigns forever, the land described in Exhibit "A" attached hereto, lying and being in Sarasota County, Florida.

Subject to covenants, easements and restrictions of record and taxes for the year of conveyance.

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD**, the same in fee simple forever.

**AND** the GRANTOR hereby covenants with said GRANTEE that GRANTOR is lawfully seized of said land in fee simple; that GRANTOR has good right and lawful authority to sell and convey said land; that GRANTOR hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under GRANTOR.

**IN WITNESS WHEREOF**, the GRANTOR has hereunto caused its duly authorized officer to set his hand and corporate seal the day and year first above written.

WITNESSES

[signature]
Print name: Nancy E. Bylder

[signature]
Print name: Lisa L. Cox

U.S. HOME CORPORATION, a Delaware corporation
[signature]
Connor J. Chambers
Regional Vice President
10491 Six Mile Cypress Pky., Suite 101
Ft. Myers, FL 33912
(CORPORATE SEAL)

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was executed before me this 6th day of August, 1998, by Connor J. Chambers Regional Vice President of U.S. Home Corporation, on behalf of the corporation, who is personally known to me or who has produced N/A as identification.

This instrument prepared without benefit of title examination
Return to:
Swaim & Murrell, P.A.
2375 Tamiami Trail N., Suite 308
Naples, FL 34103

[signature]
Print name: Sheri L. Duncan
NOTARY PUBLIC (SEAL)

SHERI L. DUNCAN
My Commission [illegible]
Expires Jan. 10, 2000

EXHIBIT
44

OFFICIAL RECORDS INSTRUMENT # 1998105025 7 PGS

## EXHIBIT "A"

The lands in this conveyance include the following Community Common Areas and Club Common Areas, as these terms are described in the Declaration of Covenants, Conditions and Restrictions for Stoneybrook Golf & Country Club of Sarasota (as recorded in the Public Records of Sarasota County, Florida, at Official Records Book 2452, Page 1446ff.):

A. COMMUNITY COMMON AREAS:

1. All of the following Tracts or portions of Tracts or portions of Parcels within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 1 (as recorded in Plat Book 36, Pages 45-43I of the Public Records of Sarasota County, Florida):

   a. Tracts 301, 302, 303 and 304.

   b. Tracts 500, 501, 501-A, 501-B, 502, 503, 504, 505, 506, 507, 508, 509, 510 and 511.

   c. Tract 500-A (subject to the re-conveyance of the northern portion of Tract 500-A to Sarasota County for a public Nature Trail, as that northern portion is included within the legal description of the proposed public Nature Trail in NOTE 1 below).

   d. A portion of Parcel A, adjoining Tract 500, as described below:

   Commence at the northernmost corner of said Parcel A; (the following 8 courses are along the boundary of said Parcel A) thence N 77°38'11" W, a distance of 81.29 feet; thence S 59°33'06" W, a distance of 254.23 feet; thence S 00°40'30" W, a distance of 245.87 feet; thence S 82°10'47" W, a distance of 132.59 feet to the POINT OF BEGINNING; thence continue N 82°10'47" W, a distance of 152.49 feet to the point of curvature of a curve to the left, having a radius of 30.00 feet and a central angle of 90°00'00"; thence along the arc of said curve, an arc length of 47.12 feet to the point of tangency of said curve; thence S 07°49'13" E, a distance of 39.01 feet to the point of curvature of a curve to the right, having a radius of 30.00 feet and a central angle of 27°57'35"; thence along the arc of said curve, an arc length of 14.64 feet to the end of said curve; thence leaving the boundary of said Parcel A, N 88°27'21" E, a distance of 35.80 feet to the point of curvature of a curve to the right, having a radius of 50.00 feet and a central angle of 56°51'12"; thence along the arc of said curve, an arc length of 49.61 feet to the point of tangency of said curve; thence S 34°41'27" E, a distance of 48.03 feet to the point of curvature of a curve to the left, having a radius of 115.30 feet and a central angle of 52°05'02"; thence along the arc of said curve, an arc length of 104.82 feet to the point of tangency of said curve; thence S 86°46'29" E., a distance of 24.87 feet to the point of curvature of a curve to the left, having a radius of 66.19 feet and a central angle of 95°47'56"; thence along the arc of said curve, an arc length of 110.67 feet to the point of tangency

(A. COMMUNITY COMMON AREAS, continued:)

of said curve; thence N 02°34'25" W, a distance of 87.67 feet to the point of curvature of a curve to the left, having a radius of 50.00 feet and a central angle of 85°06'12"; thence along the arc of said curve, an arc length of 74.27 feet to the point of tangency of said curve; thence N 87°40'37" W, a distance of 32.26 feet to the point of curvature of a curve to the right, having a radius of 50.00 feet and a central angle of 39°50'52"; thence along the arc of said curve, an arc length of 34.77 feet to the POINT OF BEGINNING. Said portion of Parcel A contains 1.052 acres more or less.

e. Tracts 701, 702, 703, 704, 705 and 706.

f. Tract 700 (subject to the re-conveyance of the northern portion of Tract 700 to Sarasota County for a public Nature Trail, as that northern portion is included within the legal description of the proposed public Nature Trail in NOTE 1 below).

2. All of the following Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 2 (as recorded in Plat Book 37, Pages 17-17D of the Public Records of Sarasota County, Florida):

a. Tract 301.

b. Tracts 508, 512, 513, 514, 515 and 516.

c. Tracts 707 and 708.

3. All of the following Tracts or portions of Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 3 (as recorded in Plat Book 37, Pages 18-18D of the Public Records of Sarasota County, Florida):

a. Tracts 304 and 305.

b. Tracts 517, 518, 519, 520, 521 and 522.

c. Tracts 709 and 710.

d. Tract 711 (subject to the re-conveyance of the northern portion of Tract 711 to Sarasota County for a public Nature Trail, as that northern portion is included within the legal description of the proposed public Nature Trail in NOTE 1 below).

e. Tract 100.

4. All of the following Tracts or portions of Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 4 (as recorded in Plat Book 37, Pages 46-46C of the Public Records of Sarasota County, Florida):

a. Tract 306.

b. Tracts 521 and 523.

c. Tract 711 (subject to the re-conveyance of the northern portion of Tract 711 to Sarasota County for a public Nature Trail, as that northern portion is included within the legal description of the proposed public Nature Trail in NOTE 1 below).

OFFICIAL RECORDS INSTRUMENT # 1998105025 7 pgs

(A. COMMUNITY COMMON AREAS, continued:)

5. All of the following Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 6 (as recorded in Plat Book 38, Pages 32-32F of the Public Records of Sarasota County, Florida):

   a. Tracts 307, 308 and 309.

   b. Tracts 522, 524, 525, 526, 527, 528 and 529.

   c. Tracts 709, 712, 713, 714 and 715.

   d. Tracts 101, 102 and 103.

6. All of the following Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 7 (as recorded in Plat Book 39, Pages 2-2C of the Public Records of Sarasota County, Florida):

   a. Tract 309.

   b. Tract 530.

7. All of the following Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 8 (as recorded in Plat Book 39, Pages 29-29D of the Public Records of Sarasota County, Florida):

   a. Tract 309.

   b. Tracts 531, 532 and 533.

   c. Tracts 704, 705 and 716.

B. CLUB COMMON AREAS:

1. All of the following Tracts or portions of Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 1 (as recorded in Plat Book 36, Pages 45-45I of the Public Records of Sarasota County, Florida):

   a. Tracts 400, 402, 403 and 404.

   b. Tract 401 (subject to the re-conveyance of the northern portion of Tract 401 to Sarasota County for a public Nature Trail, as that northern portion is included within the legal description of the proposed public Nature Trail in NOTE 1 below).

2. All of the following Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 2 (as recorded in Plat Book 37, Pages 17-17D of the Public Records of Sarasota County, Florida):

   Tracts 405 and 406.

3. All of the following Tract within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 3 (as recorded in Plat Book 37, Pages 18-18D of the Public Records of Sarasota County, Florida):

   Tract 407.

(B. CLUB COMMON AREAS, continued:)

4. All of the following Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 6 (as recorded in Plat Book 38, Pages 32-32F of the Public Records of Sarasota County, Florida):

   Tracts 408, 409, 410 and 411.

5. All of the following Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 7 (as recorded in Plat Book 39, Pages 2-2C of the Public Records of Sarasota County, Florida):

   Tracts 412 and 413

6. All of the following Tracts within the Subdivision Plat of Stoneybrook Golf & Country Club, Unit 8 (as recorded in Plat Book 39, Pages 29-29D of the Public Records of Sarasota County, Florida):

   Tracts 414 and 415.

Subject to easements and restrictions of record.

All of the above lands begin and lying in Sections 34 and 35, Township 37 South, Range 18 East, Sarasota County, Florida.

LESS AND EXCEPT THE FOLLOWING NATURE TRAIL DESCRIPTION AS LEGALLY DESCRIBED ON PAGES 5 AND 6 OF EXHIBIT "A."

OFFICIAL RECORDS INSTRUMENT # 1998105025 7 PGS




| LINE TABLE | | |
|---|---|---|
| LINE | LENGTH | BEARING |
| L1 | 175.51 | S80°03'03"E |
| L2 | 163.58 | S70°05'38"E |
| L3 | 10.02 | S03°30'07"W |
| L4 | 116.30 | N88°12'33"E |
| L5 | 86.98 | N83°47'40"E |
| L6 | 44.30 | S08°27'54"E |
| L7 | 180.43 | S78°32'07"E |
| L8 | 146.64 | N88°11'04"E |
| L9 | 145.34 | S84°49'26"E |
| L10 | 144.61 | N79°44'35"E |
| L11 | 69.48 | N02°30'58"W |
| L12 | 141.58 | N88°46'29"E |
| L13 | 88.83 | N43°46'43"E |
| L14 | 153.48 | S83°51'25"E |
| L15 | 106.38 | S74°04'54"E |
| L16 | 79.75 | N76°52'40"E |
| L17 | 118.34 | N88°44'29"W |
| L18 | 147.90 | N53°30'41"W |
| L19 | 54.30 | N81°53'11"W |
| L20 | 82.52 | N53°51'02"W |
| L21 | 129.83 | N84°03'48"W |
| L22 | 58.87 | S82°01'38"W |
| L23 | 36.21 | N88°29'21"W |
| L24 | 107.05 | S46°52'11"W |
| L25 | 20.92 | S17°48'45"E |

| CURVE TABLE | | | | | |
|---|---|---|---|---|---|
| CURVE NUMBER | RADIUS | LENGTH | DELTA | CHORD | CHORD BEARING |
| 1 | 3727.72' | 325.30' | 05°00'00" | 325.20' | S88°45'31"W |
| 2 | 140.00' | 1.53' | 00°37'38" | 1.53' | S00°56'49"W |
| 3 | 140.00' | 18.22' | 07°27'30" | 18.21' | N04°59'06"E |

SCALE: 1"=400'

NOTES:

This drawing is a sketch only and does not represent a field survey as such.

Bearings shown hereon are relative to the westerly line of the Northeast 1/4 of Section 35, Township 37 South, Range 18 East, being N03°48'03"E.

Unless it bears the signature and original raised seal of a Florida licensed surveyor and mapper, this sketch and description is for informational purposes only and is not valid.

John H. Fisher, P.S.M.
Florida Certificate No. 4785

SKETCH & DESCRIPTION OF
PROPOSED NATURE TRAIL
SECTION 35, TOWNSHIP 37 S., RANGE 18 E.,
SARASOTA COUNTY, FLORIDA

WILSON, MILLER, BARTON & PEEK, INC.

| SEAL BOOK NO. | DRAWN BY | CHECKED BY | CAD FILE | PROJECT NO. | SHEET | DRAWING INDEX NO. | REV. |
|---|---|---|---|---|---|---|---|
| 4861 | JHF | JMD | [illegible] | [illegible] | 1 OF 2 | [illegible] | |

EXHIBIT "A" - PAGE 5

OFFICIAL RECORDS INSTRUMENT # 1998105025 7 PGS

*NATURE TRAIL*
**Description**

*TRACT 1*

*A tract of land located partially in Tract 711, Stoneybrook Golf & Country Club, Unit 3, recorded in Plat Book 37, page 18 through 18D, and partially in Tract 711, Stoneybrook Golf & Country Club, Unit 4, recorded in Plat Book 37, page 46 through 46C, both of the Public Records of Sarasota County, Florida, more particularly described as follows:*

*Begin at the northeast corner of Tract 711, Stoneybrook Golf & Country Club, Unit 4, being a point on the southerly right-of-way of Central Sarasota Parkway; (the following 5 calls are along said southerly right-of-way) thence N.88°44'29"W., a distance of 118.34 feet to the point of curvature of a curve to the left, having a radius of 3727.72 feet and a central angle of 05°00'00"; thence along the arc of said curve, an arc distance of 325.30 feet; thence S.86°15'31"W., a distance of 757.00 feet to the point of curvature of a curve to the right, having a radius of 5821.58 feet and a central angle of 04°00'00"; thence along the arc of said curve, an arc distance of 406.42 feet; thence N.89°44'29"W., a distance of 673.01 feet to the westerly line of said Tract 711, Stoneybrook Golf & Country Club, Unit 3; thence S.03°30'07"W., along said westerly line, a distance of 10.02 feet; thence S.79°05'39"E., a distance of 163.56 feet; thence S.80°03'03"E., a distance of 175.51 feet; thence S.79°55'56"E., a distance of 248.81 feet; thence S.76°32'07"E., a distance of 180.63 feet; thence S.08°27'54"E., a distance of 44.90 feet; thence N.89°47'40"E., a distance of 86.98 feet; thence N.02°30'58"W., a distance of 69.48 feet; thence N.79°44'35"E., a distance of 144.61 feet; thence S.84°49'26"E., a distance of 145.34 feet; thence N.60°11'04"E., a distance of 146.64 feet; thence N.68°13'33"E., a distance of 116.30 feet; thence N.76°52'49"E., a distance of 79.73 feet; thence S.74°04'34"E., a distance of 186.59 feet; thence S.83°51'25"E., a distance of 153.48 feet; thence N.45°46'43"E., a distance of 88.83 feet; thence N86°49'29"E., a distance of 141.58 feet; thence N.82°02'47"E., a distance of 304.73 feet to the westerly right-of-way of Stoneybrook Boulevard (Tract 300 of the plat of Stoneybrook Golf & Country Club, Unit 1, recorded in Plat Book 36, pages 45 through 45-J, Public Records of Sarasota County, Florida) being a point on a curve to the right, the radius point of which lies S.89°22'00"E., a radial distance of 140.00 feet; thence northerly along the arc of said curve, passing through a central angle of 00°37'39", an arc distance of 1.53 feet to the POINT OF BEGINNING. Containing 172,555 square feet more or less.*

*ALSO:*

*TRACT 2*

*A tract of land located partially in Tract 700, partially in Tract 500-A and partially in Tract 401; Stoneybrook Golf & Country Club, Unit 1, recorded in Plat Book 36, page 45 through 45-J, Public Records of Sarasota County, Florida, more particularly described as follows:*

*Begin at the northwest corner of said Tract 700, being a point on the southerly right-of-way of Central Sarasota Parkway; thence S.88°44'29"E., along said right-of-way, a distance of 1010.23 feet to the northeast corner of said Tract 401 and the westerly right-of-way line of Seminole Gulf Line Railroad; thence S.11°46'43"E., along the east line of said tract and the westerly right-of-way line of said railroad, a distance of 20.52 feet; thence N.88°44'29"W., a distance of 418.86 feet; thence S.46°52'11"W., a distance of 107.05 feet; thence N.83°30'41"W., a distance of 147.90 feet; thence N.66°29'21"W., a distance of 56.21 feet; thence S.62°01'38"W., a distance of 59.87 feet; thence N.84°03'48"W., a distance of 129.83 feet; thence N.53°51'03"W., a distance of 92.52 feet; thence N.81°35'11"W., a distance of 64.30 feet to the easterly right-of-way of Stoneybrook Boulevard (Tract 300 of said plat of Stoneybrook Golf & Country Club, Unit 1), being a point on a curve to the left, the radius point of which lies N.81°17'07"W., a radial distance of 140.00 feet; thence northerly along the arc of said curve, passing through a central angle of 07°27'30", an arc distance of 18.22 feet to the POINT OF BEGINNING. Containing 49,532 square feet more or less.*

*Revision "A": Made minor revisions to description.*

SKETCH & DESCRIPTION OF
PROPOSED NATURE TRAIL
SECTION 35, TOWNSHIP 37 S., RANGE 18 E.,
SARASOTA COUNTY, FLORIDA

WILSON, MILLER, BARTON & PEEK, INC.

| WORK ORDER NO. | DRAWN BY | CHKD BY | CAD FILE | PROJECT NO. | SHEET | DRAWING INDEX NO. | REV. |
|---|---|---|---|---|---|---|---|
| 4866 | JHF | JWD | 2900C1NLDWG | 2900-00-000 | 1 OF 1 | [illegible] | "A" |

EXHIBIT "A" - PAGE 6

TOTAL P.08

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0134-04-0001

**Parcel**

**Property Address:** 8801 STONEYBROOK BLVD
Description: GOLF COURSE AT STONEYBROOK GOLF & COUNTRY CLUB A/K/A CL
**Incorporation:** UNINCORPORATED (Tax Districts)
**Subdivision Code:** 2563
**Use Code:** 3820
**Sec/Twp/Rge:** 35-37S-18E
**Census Tract (2000)** 20.06
**Zoning:** RSF2

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

STONEYBROOK GOLF & COUNTRY CLUB OF SARASOTA INC
8801 STONEYBROOK BLVD
SARASOTA, FL 34238-5803

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $500
**Land Value:** $150
**Improvement Value:** $350
**Assessed Value:** $500
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $500

**Property**

**Land Area:** 5,183,640
**Total Building Area:** 35,105 (All Structures)
**Total Living Area:** 25,722 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 0 Bed / 0 Bath
**Pool:** Yes (Built 1995)
**Year Built:** Various (8 card parcel)

**Last Sale/Transfer**

**Sale Price:** Non-Sale Transfer (Transfers)
**Date Sold:** 8/6/1998
**Deed Type:** WD
**Grantor:** U S HOME CORP
**Instrument #:** 1998105025 (View Document)

**Updated:** 2/8/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
45

(4)
16 pgs. rec.
65.00 TRUST
6.50
24990.00 D/S

92049041

This instrument prepared by:
(and please return to)

JOHN F. COOK, ESQUIRE
Dent, Cook & Weber
1844 Main Street
Sarasota, Florida 34236
(813) 952-1070

** OFFICIAL RECORDS **
BOOK 2392 PAGE 1931

WARRANTY DEED

THIS WARRANTY DEED, made and executed this 29 day of January, 1992, by THE BAY VENTURE CORPORATION, a Florida corporation, hereinafter called the "Grantor", to TOURNAMENT PLAYERS CLUB AT PRESTANCIA, INC., a Florida corporation, whose post office address is 112 TPC Boulevard, Ponte Verda Beach, Florida 32082, hereinafter called the "Grantee":

(Whenever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporation and public bodies.)

W I T N E S S E T H:

THAT the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantee, all that certain land situate in Sarasota, County, Florida, to-wit:

> See Exhibit "A" attached hereto and by this reference made a part hereof.
>
> SUBJECT TO permitted title exceptions described in Exhibit "B" attached hereto and by reference made a part hereof.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the same in fee simple.

AND the Grantor hereby fully warrants the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has caused this instrument to be executed by its duly authorized representative and its seal to be hereunto affixed on the day and year first above written.

Signed, sealed and delivered
in the presence of:

EXHIBIT
46

STATE OF FLORIDA

COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 29 day of January, 1992, by ROBERT H. ELLIOTT, President of THE BAY VENTURE CORPORATION, a Florida corporation, on behalf of the corporation. He is personally known to me or has produced identification and did not take an oath.

** OFFICIAL RECORDS ** BOOK 2392 PAGE 1932

Personally Known [✓] or
Produced Identification [ ]
Type of I.D. Produced:

Lynda Bliss
Name: LYNDA BLISS
Notary Public

My Commission Expires:

(SEAL)

NOTARY PUBLIC STATE OF FLORIDA
LYNDA BLISS
My Comm. Exp. 10-17-95
Bonded By Service Ins. Inc.

P40-2271.el
prc3.P40-2271.WD

SMALLY, WELLFORD & NALVEN
A Division of Wilson, Miller, Barton & Peek, Inc.

** OFFICIAL RECORDS **
BOOK 2392 PAGE 1933

Feb. 13, 1992

EXHIBIT "A"

DESCRIPTION (prepared by the surveyor from information provided by the Client and Commonwealth Land Title Insurance Company):

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Tracts 401 through 405 inclusive, Tract 408, Tract 413 and Tract 414, Prestancia, a subdivision as recorded in Plat Book 31, Page 27 through 27K of the Public Records of Sarasota County, Florida.

ALSO:

Tract 406, Prestancia, a subdivision as recorded in Plat Book 31, Page 27 through 27K of the Public Records of Sarasota County, Florida, less and except the following two described portions of said tract as recorded in O.R. Book 2321, Page 1301, and O.R. Book 2283, Page 743, respectively, said Public Records:

> ORB 2321, Page 1301: A tract of land lying in Tract 406, Prestancia, a subdivision as recorded in Plat Book 31, Pages 27 through 27K of the Public Records of Sarasota County, Florida described as follows:
>
>> Begin at the Northwest corner of Parcel E of said Prestancia; (the following two calls are along the Westerly line of said Tract 406); thence N.00°39'25"E. a distance of 18.38 feet to the PC of a curve to the right having a central angle of 27°43'27" and a radius of 310.00 feet; thence along the arc in a Northeasterly direction a distance of 150.00 feet; thence S.47°37'17"E. a distance of 289.97 feet to a point on the Northerly line of premises described in O.R. Book 2283, Page 743 of said Public Record of Sarasota County, Florida; thence N.82°43'54"W. along the Northerly line of said premises a distance of 244.92 feet to a point on the Northerly line of the aforementioned Parcel E; thence N.75°16'30"W. along the Northerly line of said Parcel E a distance of 9.00 feet to the POINT OF BEGINNING. Containing 22,395 square feet.

** OFFICIAL RECORDS **
BOOK 2392 PAGE 1934

ORB 2283, Page 0743: That portion of Tract 406, Prestancia, a subdivision as recorded in Plat Book 31, Pages 27 through 27K of the Public Records of Sarasota County, Florida described as follows:

Commence at the Northwest corner of Parcel "E" of the aforementioned Prestancia; thence along the Northerly line of said Parcel "E", S.75°16'30"E. a distance of 9.00 feet to the POINT OF BEGINNING; thence continue along the Northerly line of said Parcel "E", S.75°16'30"E. a distance of 367.70 feet to the PC of a curve to the right of which the radius point lies N.33°58'10"E. a radial distance of 60.00 feet; thence along the arc in a Northwesterly direction passing through a central angle of 57°40'54" a distance of 60.40 feet to the Southerly line of a 20 foot wide public drainage easement as shown on the aforementioned plat of Prestancia; thence along the Southerly line of the said 20 foot wide public drainage easement N.82°43'54"W. a distance of 331.92 feet to the POINT OF BEGINNING. Containing 0.175 acres.

ALSO:

Tract 407, Prestancia, a subdivision as recorded in Plat Book 31, Page 27 through 27K, Public Records of Sarasota County, Florida, less and except the following two described portions of said tract as recorded in O.R. Book 2018, Page 2437 and O.R. Book 2035, Page 460, respectively, said Public Records:

ORB 2018, Page 2437: A 20.00 foot wide strip of land being that part of Tract 407, Prestancia, a subdivision as recorded in Plat Book 31, Pages 27 through 27K of the Public Records of Sarasota County, Florida lying Easterly of, and adjacent to, the Easterly line of Parcel H as shown on said plat of Prestancia being more particularly described as follows:

Begin at the Northeast corner of said Parcel H, said point being a point on the Southerly line of Tournament Players Club Drive, a private road and utility easement as shown on said plat of Prestancia; thence N.89°28'07"E. along said Southerly line a distance of 20.04 feet; thence S.03°14'52"W. along a line 20 feet Easterly of, and parallel with, the Easterly line of said Parcel H a distance of 956.06 feet; thence S.25°00'28"E. along said parallel line a distance of 459.32 feet to a point on a curve of which the radius point lies S.18°40'43"E. a radial distance of 37.50 feet; thence along the arc in a Southwesterly direction passing through a central angle of 31°21'33" a distance of 20.52 feet to the Southeast corner of said Parcel H; (the following two courses are along the Easterly line of said Parcel H); thence N.25°00'28"W. a distance of 467.65 feet; thence N.03°14'52"E. a distance of 959.78 feet to the POINT OF BEGINNING. Containing 0.652 acres.

** OFFICIAL RECORDS **
BOOK 2392 PAGE 1935

ORB 2035, Page 0460: A strip of land being a portion of Tract 407 and Tract 510 of Prestancia recorded in Plat Book 31, Pages 27 through 27K of the Public Records of Sarasota County, Florida lying adjacent to the Southerly and Westerly lines of said Parcel I as shown on the plat of Prestancia being more particularly described as follows:

Begin at the Southeast corner of said Parcel I, said point being a point on a curve to the right of Tract 302, Prestancia Boulevard as shown on the aforementioned plat of Prestancia of which the radius point lies S.84°48'40"W. a radial distance of 535.00 feet; thence along the arc of said Westerly line of Tract 302, passing through a central angle of 06°08'41" a distance of 57.38 feet; thence N.89°02'39"W. a distance of 40.95 feet; thence N.70°03'40"W. a distance of 35.92 feet to a line 10 feet Southerly of and parallel with the Southerly line of said Parcel I; thence S.65°18'50"W. along said parallel line a distance of 158.70 feet to the intersection of a line 10 feet Westerly of, and parallel with the Westerly line of said Parcel I; thence N.24°41'10"W. along said parallel line a distance of 480.32 feet to the intersection of a line 13 feet [12.42 feet - measured] Northerly of, and parallel with the Westerly line of said Parcel I; thence N.65°18'50"E. a distance of 111.55 feet to the PC of a curve to the left having a central angle of 15°56'32" and a radius of 100.00 feet; thence along the arc in a Northeasterly direction a distance of 27.82 feet to the PRC of a curve to the right, said point being 10 feet Northerly of and parallel with the Westerly line of said Parcel I having a central angle of 22°25'16" and a radius of 160.00 feet; (the following three calls are along said parallel line); thence along the arc in a Northeasterly direction a distance of 62.61 feet to the PRC of a curve to the left having a central angle of 50°50'33" and a radius of 60.00 feet; thence along the arc in a Northeasterly direction a distance of 53.24 feet to the PCC of a curve to the left having a central angle of 89°49'08" and a radius of 90.00 feet; thence along the arc in a Northeasterly and Northwesterly direction a distance of 141.09 feet; thence N.21°07'53"E. a distance of 10.00 feet to a point on a curve to the right of which the radius point lies S.21°07'53"W. a radial distance of 100.00 feet, said point being a point on the Westerly line of said Parcel I; (the following seven calls are along the Westerly and Southerly line of said Parcel I); thence along the arc in a Southeasterly and Southwesterly direction passing through a central angle of 89°49'08" a distance of 156.76 feet to the PCC of a curve to the right having a central angle of 50°50'33" and a radius of 70.00 feet; thence along the arc in a Southwesterly direction a distance of 62.12 feet to the PRC of a curve to the left having a central angle of 25°36'13" and a radius of 150.00 feet; thence along the arc in a Southwesterly direction a distance of 67.03 feet to the PRC of a curve to the right having a central angle of 19°07'29" and a radius of 75.00 feet; thence along the arc in a Southwesterly direction a distance of 25.03 feet; thence S.65°18'50"W. a distance of 99.25 feet; thence S.24°41'10"E. a distance of 457.90 feet; thence N.65°18'50"E. a distance of 233.20 feet to the POINT OF BEGINNING. Containing 0.307 acres.

That part of the above description contained within the [..] was added by this surveyor to more clearly reflect measured conditions and information contained on the plat of The Enclave at Prestancia, a subdivision as recorded in Plat Book 33 at Pages 9 and 9A of the said Public Records.

ALSO:

Tract 409, Prestancia, a subdivision as recorded in Plat Book 31, Page 27 through 27K of the Public Records of Sarasota County, Florida, less and except the following described portion of said tract, being a portion of Prestancia, M,N & O Amended, a subdivision as recorded in Plat Book 32, Page 11-11F, of the Public Records of Sarasota County, Florida:

That portion of Tract 409, Prestancia, a subdivision recorded in Plat Book 31, Pages 27 through 27K of the Public Records of Sarasota County, Florida described as follows:

Begin at the Northwest corner of said Tract 409 (the following two calls are along the Northerly line of said Tract 409); thence N.89°28'15"E. a distance of 232.14 feet; thence N.85°00'01"E. a distance of 443.04 feet to the Southernmost corner of Lot 14 of Parcel O of said Prestancia; said point being a point on a curve of which the radius point lies S.89°28'12"W. a radial distance of 33.17 feet; thence Southwesterly along the arc through a central angle of 80°28'09" a distance of 46.59 feet to the PRC of a curve to the left having a central angle of 32°57'49" and a radius of 175.00 feet; thence Southwesterly along the arc a distance of 100.68 feet to the PRC of a curve to the right having a central angle of 42°07'39" and a radius of 140.00 feet; thence Southwesterly along the arc a distance of 102.94 feet; thence S.89°06'10"W. a distance of 162.06 feet; thence N.80°56'17"W. a distance of 112.18 feet; thence S.71°24'46"W. a distance of 104.77 feet to a point on a curve of which the radius point lies S.33°02'36"E. a radial distance of 137.50 feet; thence Southwesterly along the arc through a central angle of 18°19'07" a distance of 43.96 feet; thence S.38°38'16"W. a distance of 54.73 feet; thence S.05°27'20"E. a distance of 121.37 feet to the PC of a curve to the left having a central angle of 23°52'46" and a radius of 187.50 feet; thence Southeasterly along the arc a distance of 78.14 feet to the PRC of a curve to the right having a central angle of 138°18'40" and a radius of 35.00 feet; thence Southeasterly, Southwesterly and Northwesterly along the arc a distance of 84.49 feet to the PRC of a curve to the left having a central angle of 15°14'14" and a radius of 55.00 feet; thence Northwesterly along the arc a distance of 14.63 feet to the Westerly line of said Tract 409; thence N.00°31'45"W. along said Westerly line a distance of 406.88 feet to the POINT OF BEGINNING.

ALSO:

Tract 410, Prestancia, a subdivision as recorded in Plat Book 31, Page 27 through 27K, Public Records of Sarasota County, Florida, less and except the following two described portions of said tract as recorded in O.R. Book 2020, Page 1713, and O.R. Book 1962, Page 1062, respectively, of the Public Records of Sarasota County, Florida:

ORB 2020, Page 1713: A tract of land in Tract 410 of Prestancia recorded in Plat Book 31, Pages 27 through 27K of the Public Records of Sarasota County, Florida described as follows:

Begin at the Southeasterly corner of said Parcel L also being the Southwesterly corner of Tract 410; thence along the Easterly line of said Parcel L, N.24°11'00"E. a distance of 431.55 feet; thence S.65°49'00"E. a distance of 20.00 feet to a line which lies 20 feet Easterly of and parallel with the Easterly line of said Parcel L; thence along said parallel line S.24°11'00"W. a distance of 372.97 feet to a point on a curve on the Northerly line of Tract 514 of said Prestancia of which the radius point lies S.44°07'54"E. a radial distance of 150.00 feet; thence Southwesterly along the arc through a central angle of 09°55'20" a distance of 25.98 feet to the PRC of a curve to the right having a central angle of 17°14'45" and a radius of 120.00 feet; thence Southwesterly along the arc a distance of 36.12 feet to the POINT OF BEGINNING. Containing 0.186 acres.

ORB 1962, Page 1062: A tract of land in Tract 410, Prestancia, a subdivision as recorded in Plat Book 31, Pages 27 through 27K of the Public Records of Sarasota County, Florida described as follows:

Begin at the intersection of the Southerly line of Parcel L and the Westerly line of Tract 106, both as shown on said Prestancia; (the following two calls are along the Southerly line of said Parcel L); thence S.86°42'25"W. a distance of 202.68 feet; thence S.50°20'00"W. a distance of 45.00 feet; thence S.39°40'00"E. a distance of 20.00 feet to a line which lies 20.00 feet Southerly of and parallel with the Southerly line of said Parcel L; (the following two calls are along said parallel line); thence N.50°20'00"E. a distance of 38.43 feet; thence N.86°42'25"E. a distance of 194.90 feet to the aforementioned Westerly line of Tract 106; thence N.00°11'01"E. along said Westerly line a distance of 20.04 feet to the POINT OF BEGINNING. Containing 0.110 acres.

** OFFICIAL RECORDS **
BOOK 2392 PAGE 1938

ALSO:

Tract 411, Prestancia, a subdivision as recorded in Plat Book 31, Pages 27 through 27K, Public Records of Sarasota County, Florida, less and except the following described portion of said tract as recorded in O.R. Book 1962, Page 1062, Public Records of Sarasota County, Florida:

ORB 1962, Page 1062: A tract of land in Tract 411 of Prestancia recorded in Plat Book 31, Pages 27 through 27K of the Public Records of Sarasota County, Florida described as follows:

Begin at the Southwest corner of Parcel K of said Prestancia; thence N.70°27'22"E. along the Southerly line of said Parcel K a distance of 834.16 feet to an angle point in the Westerly line of Tract 512 of said Prestancia (the following two calls are along the Westerly line of said Tract 512); thence S.19°32'38"E. a distance of 20.00 feet; thence S.68°37'46"E. a distance of 30.54 feet to a line which lies 40.00 feet Southerly of and parallel with the Southerly line of said Parcel K; thence S.70°27'22"W. along said parallel line a distance of 871.58 feet to the Easterly line of Tract 106 of said Prestancia; thence N.00°11'01"E. along said Easterly line a distance of 42.49 feet to the POINT OF BEGINNING. Containing 0.778 acres.

ALSO:

Tract 412 Prestancia, a subdivision as recorded in Plat Book 31, Page 27 through 27K, Public Records of Sarasota County, Florida, less and except the following described portion of said Tract 412:

A tract of land, being a portion of Tract 412, Prestancia, recorded in Plat Book 31, Pages 27 through 27K of the Public Records of Sarasota County, Florida described as follows:

Commence at the Southeast corner of Parcel G of said Plat of Prestancia; (the following two courses are along the Southerly line of said Parcel G); thence S.87°08'40"W. a distance of 166.00 feet; thence S.58°04'00"W. a distance of 43.80 feet to the POINT OF BEGINNING; said point lying on the Westerly line of a 60 foot wide public drainage easement as shown on said Plat of Prestancia; thence continue along the Southerly line of said Parcel G, S.58°04'00"W. a distance of 391.20 feet, said point being an angle point of Southerly line of said parcel G; thence N.72°27'57"E. a distance of 327.57 feet to the Westerly line of the aforementioned 60 foot wide public drainage easement; thence N.11°24'20"E. along said Westerly line a distance of 99.10 feet; thence continue along said Westerly line N.00°16'40"E. a distance of 11.09 feet to the POINT OF BEGINNING. Containing 16,040 square feet.

ALSO:

Parcel B, The Country Club of Sarasota, a subdivision as recorded in Plat Book 24, Pages 16 through 16K of the Public Records of Sarasota County, Florida, less and except the following two parcels:

ONE: ORB 1633, Page 1263: That part of the "Country Club of Sarasota", County of Sarasota, State of Florida, as recorded in Plat Book 24, pages 16 thru 16J (inclusive), of the Public Records of said county, described as follows: Beginning at the most westerly corner of Lot 137; thence N.40°57'48"E. along the Northwest line of said lot, 150.00 feet to the most Northerly corner thereof being on the Southwest right of way line of Spyglass Hill Road; thence N.49°02'12"W. along said right of way line, 10.00 feet to the most Easterly corner of Lot 138; thence S.40°57'48"W. along the Southeast line of said lot, 150.00 feet to the most Southerly corner thereof; thence S.49°02'12"E., 10.00 feet to the Point of Beginning.

TWO: DESCRIPTION OF THE COUNTRY CLUB OF SARASOTA CLUB HOUSE SITE (prepared by Surveyor):

A tract of land lying in Section 22, Township 37 South, Range 18 East, Sarasota County, Florida described as follows:

BEGIN at the Northwest Corner of Lot 56, The Country Club of Sarasota, recorded in Plat Book 24, pages 16-16K of the Public Records of Sarasota County, Florida; thence N.72°32'28"E. along the Northwesterly line of said Lot 56 a distance of 140.00 feet; thence N.38°41'26"E. a distance of 299.20 feet to the PC of a curve to the left having a central angel of 15°28'05" and a radius of 492.22 feet; thence Northeasterly along the arc a distance of 132.88 feet to the PRC of a curve to the right having a central angle of 72°37'48" and a radius of 88.13 feet; thence Northeasterly along the arc a distance of 111.72 feet; thence S.84°08'53"E. a distance of 154.14 feet to the PC of a curve to the left having a central angle of 83°12'59" and a radius of 50.00 feet; thence Northeasterly along the arc a distance of 72.62 feet to the PRC of a curve to the right having a central angle of 14°31'57" and a radius of 200.00 feet; thence Northeasterly along the arc a distance of 50.73 feet; thence N.27°10'06"E. a distance of 153.11 feet to the PC of a curve to the right having a central angle of 32°54'09" and a radius of 250.00 feet; thence Northeasterly along the arc a distance of 143.56 feet; thence N.76°07'57"W. a distance of 648.84 feet; thence S.88°06'27"W. a distance of 157.12 feet; thence S.22°23'08"W. a distance of 341.28 feet; thence S.59°59'13"W. a distance of 206.36 feet to the Easterly line of Parcel "A" of the aforementioned Country Club of Sarasota; (the following 3 calls are along said Easterly line); thence S.29°42'47"E. a distance of 250.13 feet to the PC of a curve to the right having a central angle of 12°15'15" and a radius of 724.97 feet; thence Southeasterly

** OFFICIAL RECORDS **
BOOK 2392 PAGE 1940

along the arc a distance of 155.05 feet; thence S.17°27'32"E. a distance of 129.90 feet to the POINT OF BEGINNING.

ALSO:

Parcel C, The Country Club of Sarasota, a subdivision as recorded in Plat Book 24, Pages 16 through 16K of the Public Records of Sarasota County, Florida, less and except the following four described portions of said parcel, the first two of which are recorded in O.R. Book 2045, Page 0394, said Public Records, the third is recorded in O.R. Book 2143 at Page 0379 of said Public Records and the fourth is recorded as description No. 3 of O.R. Book 1179 at Page 0742 of said Public Records:

ONE: (ORB 2045,Page 0394) A portion of a tract of land shown as Golf Course (Parcel C) on the recorded plat of The Country Club of Sarasota, Plat Book 24, Page 16 of the Public Records of Sarasota County, Florida located in Section 22, Township 37 South, Range 18 East, Sarasota County, Florida described as follows:

Commence at the Southwest corner of said Section 22; thence N.00°18'24"W. along the Westerly line of said Section 22 a distance of 1,602.12 feet; thence N.89°02'27"[E]. a distance of 50.00 feet to the intersection of the Easterly right-of-way line of Beneva Road and the Southerly line of said Parcel C as shown on the aforementioned plat of The Country Club of Sarasota for a POINT OF BEGINNING; thence N.00°18'24"W. along said Easterly right-of-way line of Beneva Road a distance of 100.00 feet to the intersection of the Easterly right-of-way line of said Beneva Road and the Southerly right-of-way line of Torrey Pines Boulevard as shown on the aforementioned plat of The Country Club of Sarasota; the following three calls are along the Southerly and Southwesterly right-of-way lines of said Torrey Pines Boulevard; thence N.89°02'27"E. a distance of 651.60 feet to the PC of a curve to the right having a central angle of 60°48'47" and a radius of 73.77 feet; thence along the arc in a Southeasterly direction a distance of 78.30 feet; thence S.30°08'46"E. a distance of 68.95 feet; thence S.89°02'27"W. a distance of 110.70 feet; thence S.00°18'24"E. a distance of 2.00 feet to the intersection of the aforementioned Southerly line and the Westerly line of said Parcel C; thence S.89°02'27"W. along said Southerly line a distance of 640.04 feet to the POINT OF BEGINNING. Containing 1.848 acres.

That part of the above description contained within the [..] was corrected by the Surveyor to match field determinations.

TWO: (ORB 2045, Page 0394) That portion of a tract of land shown as Golf Course (Parcel C) on the recorded plat of The Country Club of Sarasota Plat Book 24, Page 16 of the Public Records of Sarasota county, Florida located in Section 22, Township 37 South, Range 18 East, Sarasota County, Florida described as follows:

Commence at the Southwest corner of said Section 22; thence N.00°18'24"W.

along the Westerly line of said Section 22 a distance of 1802.12 feet; thence N.89°02'27"E. a distance of 50.00 feet to the intersection of the Easterly right-of-way line of Beneva Road and the Northerly right-of-way line of Torrey Pines Boulevard as shown on the aforementioned plat of The Country Club of Sarasota for a POINT OF BEGINNING; thence N.00°18'24"W. along said Easterly right-of-way line of Beneva Road a distance of 100.00 feet to the Northerly line of Parcel C on the aforementioned plat of The Country Club of Sarasota, the following three calls are along the Northerly and Westerly lines of said Parcel C: thence N.89°02'27"E. a distance of 640.04 feet; thence N.00°18'24"W. a distance of 987.50 feet; thence N.89°02'27"E. a distance of 1060.00 feet; thence S.00°57'33"E. a distance of 30.00 feet to a point of the Northerly right-of-way line of Torrey Pines Way as shown on the aforementioned plat of The Country Club of Sarasota; then following four calls are along the Westerly and Northerly right-of-way line of said Torrey Pines Way; thence S.89°02'27"W. a distance of 807.89 feet to the PC of a curve to the left having a central angle of 89°20'51" and a radius of 225.00 feet; thence along the arc in a Southwesterly and Southeasterly direction a distance of 350.87 feet; thence S.00°18'24"E. a distance of 760.90 feet to the PC of a curve to the right having a central angle of 89°20'51" and a radius of 75.00 feet; thence along the arc in a Southwesterly direction a distance of 116.95 feet to a point on the Northerly right-of-way of Torrey Pines Boulevard; thence S.89°02'27"W. along said Northerly right-of-way a distance of 595.89 feet to the POINT OF BEGINNING. Containing 3.143 acres.

THREE: (ORB 2143, PAGE 0379) A Parcel of Land located in Parcel C, Country Club of Sarasota, Recorded in Plat Book 24, pages 16 through 16K of the Public Records of Sarasota County, Florida more particularly described as follows:

BEGIN at the Northernmost corner of Lot 1 of the said Plat of County Club of Sarasota; thence South 50°06'59" East along the Northeasterly line of said Lot 1 and the Southwesterly line of Parcel C a distance of 73.03 feet; thence North 27°30'12" West a distance of 81.48 feet to a point on a curve to the left of which the radius point lies North 58°07'12" West a radial distance of 225.00 feet, said point being on the Southeasterly right-of-way of Torrey Pines Boulevard (Parcel A) as designated on the said Plat of Country Club of Sarasota; thence Southwesterly along the arc through a central angle of 08°00'13" a distance of 31.43 feet to the POINT OF BEGINNING.

FOUR: (ORB 1179, PAGE 0742: No. 3) Begin at a concrete monument marking the Northeast corner of [The Country Club of Sarasota, a subdivision as recorded in Plat Book 24 at Pages 16 through 16K of the Public Records of Sarasota County, Florida]; thence S.00°57'33"E., 600.49 feet to a concrete monument; thence S.89°02'27"W., 583.77 feet to a concrete monument; thence S.00°57'33"E., 250.00 feet to a concrete monument; thence S.89°02'27"W., 100.00 feet to a concrete monument; thence N.00°55'44"W., 850.49 feet to a concrete monument; thence N.89°02'27"E., 683.32 feet to the Point of Beginning.

That part of the above description contained within the [...] was added by the surveyor so that the description would stand alone from the rest of the descriptions contained in the noted Official Records Book.

END OF EXHIBIT "A"

** OFFICIAL RECORDS **
BOOK 2392 PAGE 1943

**PERMITTED TITLE EXCEPTIONS**

Master Development Order (Palmer Ranch) recorded in Official Records Book 1849, Pages 829 through 876, as amended by Resolution recorded in Official Records Book 1856, Page 1133, and Resolution recorded in Official Records Book 1984, Page 1809, and Resolution recorded in Official Records Book 2109, Page 2897, and Acceptance of Affordable Housing Program recorded in Official Records Book 2117, Page 2775, all of the Public Records of Sarasota County, Florida.

Declaration of Protective Covenants, Conditions and Restrictions for Palmer Ranch, recorded in Official Records Book 1894, Pages 2467 through 2548, First Amendment recorded in Official Records Book 2052, Page 200 and re-recorded in Official Records Book 2062, Page 169, and Second Amendment recorded in Official Records Book 2052, Page 204 and re-recorded in Official Records Book 2062, Page 173, of said records, which require payment of assessment charges to PALMER RANCH MASTER PROPERTY OWNERS' ASSOCIATION.

Incremental Development Order (Prestancia) approved by the Sarasota County Commission on December 18, 1984, and recorded in Official Records Book 1849, Pages 808 through 828; and amended by Resolution recorded in Official Records Book 1792, Page 28, Public Records of Sarasota County, Florida.

Declaration of Protective Covenants, Conditions and Restrictions for Prestancia, recorded in Official Records Book 1894, Pages 2553 thru 2612, and Addendum thereto recorded in Official Records Book 2074, Pages 1469 thru 1470, Public Records of Sarasota County, Florida, which require payment of assessment charges to PRESTANCIA COMMUNITY ASSOCIATION, INC.

Sarasota County Resolution No. 87-549 re: Supplemental Requirements concerning the Palmer Ranch Development of Regional Impact recorded October 26, 1987 in Official Records Book 1984, Page 1809.

Easements and other matters shown on the Plat of Prestancia recorded in Plat Book 31, Pages 27 through 27K, Public Records of Sarasota County, Florida.

Easements from The Bay Venture Corporation to Florida Power & Light Company executed March 30, 1987 and recorded in Official Records Book 1933, Page 2937, Public Records of Sarasota County, Florida.

Easement from the Bay Venture Corporation to Florida Power and Light Company recorded on June 22, 1987 in Official Records Book 1954, Page 2176, Public Records of Sarasota County, Florida.

Easement from The Bay Venture Corporation to Florida Power and Light Company recorded on June 22, 1987 in Official Records Book 1954, Page 2189, Public Records of Sarasota County, Florida.



RECORDER'S MEMO: Legibility of writing, typing or printing for reproductive purpose may be unsatisfactory in this document when received.

EXHIBIT "B"

Easement from The Bay Venture Corporation to Florida Power and Light Company recorded on June 22, 1987 in Official Records Book 1954, Page 2191, Public Records of Sarasota County, Florida.

Easement from The Bay Venture Corporation to Florida Power and Light Company recorded on June 22, 1987 in Official Records Book 1954, Page 2193, Public Records of Sarasota County, Florida.

Easement from The Bay Venture Corporation to Central County utilities recorded on May 11, 1987 in Official Records Book 1943, Page 2967, Public Records of Sarasota County, Florida.

Telephone Distribution Easement by and between BAY VENTURE CORPORATION, a Florida corporation, recorded June 8, 1987 in Official Records Book 1950, Page 2857 Public Records of Sarasota County, Florida.

Easement to a Florida Power and Light Company dated July 17, 1986, and recorded July 31, 1986, in Official Records Book 1874, Page 2765, of Public Records of Sarasota County, Florida.

Easement to Florida Power and Light Company dated July 17, 1986, and recorded July 31, 1986, in Official Records Book 1874, Page 2773, of Public Records of Sarasota County, Florida.

Easement to Florida Power and Light Company dated July 14, 1986, and recorded July 31, 1986, in Official Records Book 1874, Page 2775, of the Public Records of Sarasota County, Florida.

Easement in favor of Florida Power and Light Company recorded in Official Records Book 2093, Page 1732.

Easement in favor of Florida Power and Light Company recorded in Official Records Book 2136, Page 982.

Easement in favor of Florida Power and Light Company recorded in Official Records Book 2166, Page 1318.

Easement in favor of Florida Power and Light Company recorded in Official Records Book 2177, Page 1601.

Easement in favor of the Prestancia Community Association, Inc. recorded in Official Records Book 2322, Page 2663 of the Public Records of Sarasota County, Florida.

---

"Resolution of Board of County Commissioners of Sarasota County, Florida, Rezoning Petition #73-23," dated July 23, 1974, and recorded July 30, 1974, in Official Records Book 1050, Pages 2194 through 2201, of the Public Records of Sarasota County, Florida.



RECORDER'S MEMO: Legibility of writing, typing or printing for reproductive purpose may be unsatisfactory in this document when received.

Easement to Florida Power and Light Company, dated February 25, 1965, recorded in Official Records Book 520, Page 909, of the Public Records of Sarasota County, Florida.

Easement to Florida Power and Light Company, dated June 5, 1978, and recorded in Official Records Book 1248, Page 1090, of the Public Records of Sarasota County, Florida.

"Surveyor's Certificate Confirmin Installationof P.C.P.'s" recorded June 19, 1979, in Official Records Book 1312, Page 1211, of the Public Records of Sarasota County, Florida.

Easement to Sarasota Realty Development Corporation, dated January 31, 1980, and recorded May 1, 1980, in Official Records Book 1369, Pages 897 through 899 of the Public Records of Sarasota County, Florida.

"Declaration of Maintenance Covenants for The Country Club of Sarasota Subdivision" dated May 24, 1977, and recorded May 26, 1977, in Official Records Book 1174, Pages 1062 through 1066, of the Public Records of Sarasota County, Florida.

"Golf Course Restriction on Use" dated December 12, 1975 and recorded June 24, 1977, in Official Records Book 1179, Pages 742 through 748, of the Public Records of Sarasota County, Florida.

Easement and other matters shown on Plat of The Country Club of Sarasota recorded in Plat Book 24, Pages 16, 16A through 16K, of the Public Records of Sarasota County, Florida.

Easement to the County of Sarasota dated July 30, 1984 and recorded September 6, 1984 for a 20 foot waterline easement recorde din Official Records Book 1711, Page 913 and re-recorded in Official Records Book 1712, Page 293, of the Public Records of Sarasota County, Florida.

Utility Easement from the BAY VENTURE CORP. to the COUNTRY CLUB OF SARASOTA HOMEOWNERS ASSOC., INC. dated August 13, 1986 and recorded August 25, 1986 in Official Records Book 1880, Page 2394, of the Public Records of Sarasota County, Florida.

Utility Easement from The Bay Venture Corp. to CENTRAL COUNTY UTILITIES, dated August 13, 1986 and recorded August 25, 1986 in Official Records Book 1880, Page 2405, of the Public Records of Sarasota County, Florida.

Easements in favor of Central County Utilities, Inc. filed in Official Records Book 1742, Page 7, and Official Records Book 1742, Page 10, Public Records of Sarasota County, Florida.



RECORDER'S MEMO: Legibility of writing, typing or printing for reproductive purpose may be unsatisfactory in this document when received.

** OFFICIAL RECORDS **
BOOK 2392 PAGE 1946

Any rights of owners of lots in Prestancia recorded in Plat Book 31, Pages 27 to 27K, inclusive, and The Country Club of Sarasota recorded in Plat Book 24, Pages 16, 16A to 16K, inclusive, to have the subject property used only as a Golf Course by reason of representation contained on said recorded Plats.

Final Judgment in favor of ANCHOR AIR CONDITIONING, INC, versus TOURNAMENT PLAYERS CLUB, recorded December 17, 1991 in Official Records Book 2352, Page 282, of the Public Records of Sarasota County, Florida, in the amount of $190.75 plus costs of $58.50, County Court Case No. 91-2901-SP12.

Encroachments of fences, golf cart paths, sidewalks, walls, wood bridges, golf course areas into lake tracts, lakes into golf course tracts, misplaced and unrecorded easements for drainage and utility facilities, and misplaced trees, shrubs and other personal items of various homeowners, all as disclosed on survey prepared by Smally, Welford & Nalven, a Division of Wilson, Miller, Barton & Peek, Inc., Surveyors, dated November 4, 1991, Project No. 2334-6-4

Permanent Easement for masonry wall executed February 3, 1992 by THE BAY VENTURE CORPORATION in favor of PRESTANCIA COMMUNITY ASSOCIATION, INC. to be recorded.

Permanent Easement for sewer facilities executed February 3, 1992 by THE BAY VENTURE CORPORATION to CENTRAL COUNTY UTILITIES, INC. to be recorded

RECORDED IN OFFICIAL RECORDS
RECORD VERIFIED
APR 29 4 13 PM '92
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL.

RECORDER'S MEMO: Legibility of writing, typing or printing for reproductive purpose may be unsatisfactory in this document when received.