[redacted] [redacted] Printable Version

Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2004 Detail Information for Parcel 0113-01-0100

**Parcel**

| | |
|---|---|
| **Property Address:** | 4409 TOURNAMENT PLAYERS CLUB D |
| [redacted] | PRESTANCIA GOLF COURSE, BEING TRACTS 402, 404, 405 |
| **Incorporation:** | UNINCORPORATED [redacted] |
| **Subdivision Code:** | [redacted] |
| **Use Code:** | 3810 |
| **Sec/Twp/Rge:** | 22-37S-18E [redacted] |
| **Census Tract (2000)** | 20.06 |
| **Zoning:** | RE-2 |

[redacted]

**Ownership**

TOURNAMENT PLAYERS CLUB AT PRESTAN(
INC
4409 TPC DR
SARASOTA, FL 34238

**2004 Values**
(As of 1/1/2004)

| | |
|---|---|
| **Just (Market) Value:** | $11,892,900 |
| **Land Value:** | $9,000,000 |
| **Improvement Value:** | $2,892,900 |
| **Assessed Value:** | $11,892,900 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $11,892,900 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 8,624,880 | [redacted] |
| **Total Building Area:** | 52,950 | (All Stru |
| **Total Living Area:** | 32,391 | (Enclosec |
| **Living Units:** | | |
| **Bed / Bath:** | 0 Bed / 10 Bath | |
| **Pool:** | No | |
| **Year Built:** | Various (6 card parcel) | |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | $4,165,000 (Multiple Parcel Sale) [redacted] |
| **Date Sold:** | 1/29/1992 |
| **Deed Type:** | WD |
| **Grantor:** | BAY VENTURE CORP THE |
| **Instrument #:** | 2392/1931 [redacted] |

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

[redacted]

EXHIBIT
tabbies
47

OFF REC 1221 PG 1512 819807

WARRANTY DEED STATUTORY F.S. 689.02

# This Indenture,

(Wherever used herein the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

*Made this* 15 *day of* February *A. D. 19* 78
BETWEEN LEIGHTON HARDING and CICELY HARDING, Husband & Wife,

*of the County of* Putnam *, in the State of* Florida *part*ies *of the first part and*
TRINITY CHURCH OF GOD OF SARASOTA, INC., a Florida non-profit corporation,
*of the County of* Sarasota *, in the State of* Florida *, whose post office address is*
2418 Alpine Avenue
Sarasota, Fla. 33580

*part*y *of the second part.*

**Witnesseth,** *That the said part*ies *of the first part, for and in consideration of the sum of* TEN - - - - - - - - - - - - - ($10.00) - - - - - - - - - - - - *Dollars, to* them *in hand paid by the said part*y *of the second part, the receipt whereof is hereby acknowledged, ha*ve *granted, bargained, and sold to the said part*y *of the second part,* its *heirs and assigns forever, the following described land, situate, and being in the County of* Sarasota *State of* Florida *, to-wit:* That part of Tract 12, Block 2, Section 34, Township 36 South, Range 18 East, PHILLIPPI CREEK FARMS, as per plat thereof recorded in Plat Book A, Page 50, Public Records of Sarasota County, Florida, described as follows, to wit:
Beginning at an iron pipe in the Northerly right-of-way line of Webber Avenue, distant 48 feet westerly, measured at right angles, from the center line of S.A.L. R.R. Co. main track; thence Northerly and parallel with the center line of said main track for a distance of 457.57 feet to an iron pipe; thence Westerly along a line marking an interior angle of 91°27' with the last mentioned line for a distance of 260 feet to a 3" x 3" concrete monument; thence Southerly along a line making an interior angle of 88°32' with the last mentioned line for a distance of 409.07 feet to a 4" x 4" concrete monument in the Northerly right-of-way line of Webber Avenue, said monument being 268 feet Westerly from the P.O.B. thence Easterly along the Northerly right-of-way line of Webber Avenue for a distance of 268 feet to the P.O.B.
SUBJECT to taxes for the year 1978 and subsequent years, restrictions, reservations and easements of record, if any, and governmental zoning and/or regulations, if applicable.

STATE OF FLORIDA DOCUMENTARY STAMP TAX 135.00
STATE OF FLORIDA SURTAX 49.50

*And the said part*ies *of the first part do hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.*

**In Witness Whereof,** *The said part*ies *of the first part ha*ve *hereunto set their hand and seals the day and year first above written.*

Feb 23 3 31 PM '78

*Signed, sealed and delivered in the presence of:*

Mary J. McClaran
Mildred B. Lawman
As to both Grantors

Leighton Harding
LEIGHTON HARDING

CICELY HARDING
Cicely Harding

STATE OF FLORIDA,
COUNTY OF PUTNAM

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared
LEIGHTON HARDING and CICELY HARDING, Husband and Wife,

to me known to be the person s described in and who executed the foregoing instrument and who acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 15 day of February A. D. 19 78

M. J. McClaran
NOTARY PUBLIC
My Commission expires:
Notary Public, State of Florida at Large
My Commission Expires June 21, 1978

*This Instrument prepared by:* CHARLES W. WEBB
*Address* 2172 Hillview
Sarasota, Fl 33579

OFF REC 1221 PG 1512

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 1 of the instrument filed in this office. The original instrument filed contains ___ pages.
☐ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this 24 day of January, 2008."
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: ___
Deputy Clerk

SARASOTA COUNTY CIRCUIT COURT FLORIDA

EXHIBIT
48

New Search | Printable Version Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0060-14-0076

**Parcel**

| | |
|---|---|
| **Property Address:** | 3939 WEBBER ST |
| Description | BEG AT PT ON NLY R/W OF WEBBER ST LYING 48 FT WLY FROM |
| **Incorporation:** | UNINCORPORATED (Tax Districts) |
| **Subdivision Code:** | 0090 |
| **Use Code:** | 7100 |
| **Sec/Twp/Rge:** | 34-36S-18E |
| **Census Tract (2000)** | 16.01 |
| **Zoning:** | RSF3 |

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

TRINITY CHAPEL OF
SARASOTA INC
3939 WEBBER ST
SARASOTA, FL 34232-3752

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $929,300 |
| **Land Value:** | $262,700 |
| **Improvement Value:** | $666,600 |
| **Assessed Value:** | $929,300 |
| **Homestead:** | No |
| **Total Exemptions:** | $929,300 |
| **Total Taxable:** | $0 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 111,431 | |
| **Total Building Area:** | 11,633 | (All Structures) |
| **Total Living Area:** | 10,046 | (Enclosed Only) |
| **Living Units:** | | |
| **Bed / Bath:** | 0 Bed / 4 Bath | |
| **Pool:** | No | |
| **Year Built:** | Various (2 card parcel) | |

**Last Sale/Transfer**

| | | |
|---|---|---|
| **Sale Price:** | Non-Sale Transfer | Transfers |
| **Date Sold:** | 2/1/1978 | |
| **Deed Type:** | NA | |
| **Grantor:** | | |
| **Instrument #:** | 1221/1512 | View Document |

**Updated:** 3/26/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Sear

EXHIBIT
tabbies
49

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2002081911 2 PGS
2002 MAY 20 05:42 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
DCOURSEY Receipt#172820

Doc Stamp-Deed: 53,200.00

$ 10.50 recording
$ 53,200.00 doc stamps

PREPARED BY AND RETURN TO:

STEVEN W. MaCRIS
Attorney at Law
227 Pensacola Road
Venice, FL 34285
(941) 484-0101

GRANTEE'S ID# 01-0625226

PROPERTY ID # 0406-06-0002
0406-06-0004
0406-06-0005
0406-11-0007

2002081911

WARRANTY DEED

THIS INDENTURE, made this 1st day of May, 2002, between ALEX-ARL FLORIDA COMPANY, a District of Columbia General Partnership, of 901 Venetia Bay Boulevard, Suite 300, Venice, Florida 34292, hereinafter called the "Grantor," and TRIPLE DIAMOND COMMERCIAL PROPERTIES, L.L.C., a Florida Limited Liability Company, of P. O. Box 1967, Nokomis, Florida 34274, hereinafter called the "Grantee."

WITNESSETH that the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to Grantor in hand paid by Grantee, the receipt of which is hereby acknowledged, has granted, bargained, and sold to the said Grantee and Grantee's heirs and assigns forever, the following-described land, situate, lying and being in the County of Sarasota, State of Florida, to-wit:

Lot 1, VENETIA BAY CENTRE, as per plat thereof recorded in Plat Book 37, Page 48, of the Public Records of Sarasota County, Florida

and

Lots 3A, 3B and 4, VENETIA BAY CENTRE, as per plat thereof recorded in Plat Book 37, Page 48, of the Public Records of Sarasota County, Florida

SUBJECT TO restrictions, reservations and easements of record, if any, and taxes subsequent to the year 2001.

SUBJECT TO Mortgage in favor of FIRST UNION NATIONAL BANK OF FLORIDA recorded in Official Records Book 2610, Page 1945, as modified in Official Records Book 2847, Page 1584, and Official Records Book 3077, Page 1556, together with the Assignment of Rents recorded in Official Records Book 2610, Page 1965, which Mortgage the Grantee, by its acceptance and recording of this instrument, does hereby agree to pay under terms of a Mortgage Modification and Assumption Agreement executed contemporaneously with the delivery of this instrument

EXHIBIT 50

and the Grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the said Grantor has hereunto set his hand and seal the day and year first above written.

ALEX-ARL FLORIDA COMPANY, a District of Columbia General Partnership
BY: ALEX-ARL FLORIDA COMPANY, INC., a Delaware Corporation, its General Partner

BY: ______________________
RICHARD J. MITCHELL, President

______________________
PETER T. CURRIN

______________________
STEVEN W. MACRIS

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 1 day of May, 2002, by RICHARD J. MITCHELL, President of ALEX-ARL FLORIDA COMPANY, INC., a Delaware Corporation, General Partner of ALEX-ARL FLORIDA COMPANY, a District of Columbia General Partnership, who (is personally known to me) (produced FL DL as identification).

GAYLE E. ROBINSON
Notary Public, State of Florida
My Comm Exp. Oct. 11, 2004
No CC974277

______________________
(Typed, printed or stamped name of Notary Public)