New Search | Printable Version

Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0406-11-0007

**Parcel**

**Property Address:** 871 VENETIA BAY BLVD
Description: LOTS 3A, 3B & 4, VENETIA BAY CENTRE, CONTAINING 4.09 AC
**Incorporation:** CITY OF VENICE
Tax D
**Subdivision Code:** 2616
**Use Code:** 1830
**Sec/Twp/Rge:** 06-39S-19E
**Census Tract (2000)** 23.01
**Zoning:** PUD

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

TRIPLE DIAMOND COMMERCIAL PROPERTIE
901 VENETIA BAY BLVD STE 350
VENICE, FL 34285

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $4,885,500
**Land Value:** $706,000
**Improvement Value:** $4,179,500
**Assessed Value:** $4,885,500
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $4,885,500

**Property**

**Land Area:** 178,342
**Total Building Area:** 50,368 (All Stru
**Total Living Area:** 45,837 (Enclosec
**Living Units:**
**Bed / Bath:** 0 Bed / 0 Bath
**Pool:** No
**Year Built:** 1998

**Last Sale/Transfer**

**Sale Price:** $7,600,000 (Multiple Parcel Sale) Tr
**Date Sold:** 5/1/2002
**Deed Type:** WD
**Grantor:** ALEX-ARL FLORIDA CO,
**Instrument #:** 2002081911 View Doc

**Updated:** 2/26/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
51

FM 29,750

(1)

96019463

Green Donnelly Scheiner esq.
1301 6Th Ave W STe 505
Bradenton FL 34205
ATTN Kathy Scheiner

** OFFICIAL RECORDS **
BOOK 2822 PAGE 1733

Prepared by:
John Patterson, Esquire
Livingston, Patterson, Strickland & Weiner, P.A.
46 North Washington Boulevard, Suite 1
Sarasota FL 34236
(941) 365-0550

## SPECIAL WARRANTY DEED

**THIS INDENTURE,** made this 14th day of February, 1996, between ROBERT G. SISKIND, individually and as Trustee, whose address is 248 Pall Mall Street, Suite 400, London, Ontario, Canada, N6A 5P6, **GRANTOR,** and VENICE PLAZA, LTD., a Florida limited partnership, whose address is Brickell West, 51 S.W. Ninth Street, Miami, Florida, 33130, **GRANTEE.**

(Wherever used herein the terms "GRANTOR" and "GRANTEE" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

**W I T N E S S E T H,** that said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to said Grantee forever, the following described land located in the County of Sarasota, State of Florida, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

And Grantor hereby covenants with the Grantee that the Grantor is lawfully seized of the property described herein in fee simple; that Grantor has good right and lawful authority to sell and convey said property; that Grantor warrants the title to said property and will defend the same against the lawful claims of all persons claiming by, through or under Grantor; and that said property is free of all encumbrances except for real property taxes for the year 1996 and subsequent years, valid easements, restrictions and reservations of record, and any rights of any tenants in possession of the property described herein.

Receipt #: 000000410375-01
Doc Stamp-Deed : 29750.00
Karen E. Rushing, Sarasota Co.
By: [signature] D.C.

EXHIBIT
52

** OFFICIAL RECORDS **
BOOK 2822 PAGE 1734

**IN WITNESS WHEREOF,** Grantor has hereunto set Grantor's hand and seal this day and year first above written.

WITNESSES:

John Patterson
(print name of witness)

Virginia A. Tirz
(print name of witness)

Robert G. Siskind, individually and as Trustee

**STATE OF FLORIDA**
**COUNTY OF SARASOTA**

The foregoing instrument was acknowledged before me this 14th day of February, 1996, by ROBERT G. SISKIND, individually and as Trustee aforesaid, who is personally known to me or who has produced ______________ as identification.

Notary Public

______________________
(print name of Notary)
Commission # __________

My Commission Expires:

JOHN PATTERSON
MY COMMISSION # CC423518 EXPIRES
February 21, 1999
BONDED THRU TROY FAIN INSURANCE, INC

w:\bennett\birdbay\puyanic\18110.ins

** OFFICIAL RECORDS ** BOOK 2822 PAGE 1735

EXHIBIT "A"

Commence at the Northeast corner of the NW 1/4 of the NE 1/4 of Section 7, Township 39 South, Range 19 East, thence S 0°25'17" W, along the East line of the NW 1/4 of the NE 1/4 of Section 7 for a distance of 682.47' to the Southerly R/W line of State Road No. 45-A - Venice By-Pass for a Point of Beginning, (200' R/W at this Point); thence S 66°04'00" E, along said Southerly R/W line, 195.38' to the P.C. of a curve to the right which has a radius of 1829.86' and a central angle of 7°55'12"; thence Southeasterly along said R/W and arc of said curve (R/W width varies) a distance of 252.94'; thence leaving said R/W, N 89°46'18" W, 1588.28' to the Easterly R/W line of Seaboard Coastline Railroad (100' R/W); thence N 11°57'40" W, along said Easterly R/W line of S.C.L.R.R., 758.89' to said Southerly R/W of Venice By-Pass (R/W width varies); thence S 73°13'30" E, along said Southerly R/W 246.24' to the P.C. of a curve to the right which has a radius of 1352.40' and a central angle of 7°09'30"; thence Southeasterly along arc of said curve and said Southerly R/W line a distance of 168.96' to the Point of Tangency; thence continuing along said Southerly R/W line of Venice By-Pass (200' R/W at this Location), 1038.84' to the Point of Beginning.

All lying and being in Section 7, Township 39 South, Range 19 East, Sarasota County, Florida.

RECORDED IN OFFICIAL RECORDS 96 FEB 22 AM 10:21

ALSO DESCRIBED AS:

*Commence at the Northeast corner of the NW 1/4 of the NE 1/4 of Section 7, Township 39 South, Range 19 East, thence S 0°25'15" W, along the East line of the NW 1/4 of the NE 1/4 of Section 7, for a distance of 682.73' to the Southerly R/W line of State Road No. 45-A – Venice By-Pass for a Point of Beginning, (200' R/W at this Point); thence S 66°05'06" E, along said Southerly R/W line, 195.71' to the P.C. of a curve to the right which has a radius of 1829.86', a central angle of 7°55'12", a chord length of 252.74' and a chord bearing of S 62°07'30" E; thence Southeasterly along said R/W and Arc of said curve (R/W width varies) an arc distance of 252.94'; thence leaving said R/W, N 89°46'40" W, 1588.82' to the Easterly R/W line of Seaboard Coastline Railroad (100' R/W); thence N 11°58'40" W, along said Easterly R/W line of S.C.L.R.R., 758.89' to said Southerly R/W of Venice By-Pass (R/W width varies); thence S 73°14'36" E, along said Southerly R/W, 245.25' to the P.C. of a curve to the right which has a radius of 1352.4', a central angle of 7°09'30", a chord length of 168.85' and a chord bearing of S 69°39'51" E; thence Southeasterly along arc of said curve and said Southerly R/W line a distance of 168.96' to the Point of Tangency; thence continuing along said Southerly R/W line of Venice By-Pass (200' R/W at this location), S 66°05'06" E, a distance of 1040.11' to the Point of Beginning.*

*All lying and being in Section 7, Township 39 South, Range 19 East, Sarasota County, Florida.*

DESCRIPTION (EXHIBIT "A")

Commence at the Northeast corner of the NW 1/4 of the NE 1/4 of Section 7, Township 39 South, Range 19 East, thence S 0°23'17" W, along the East line of the NW 1/4 of the NE 1/4 of Section 7, for a distance of 682.47' to the Southerly R/W line of State Road No. 45-A – Venice By-Pass for a Point of Beginning. (200' R/W at this Point): thence S 66°04'00" E, along said Southerly R/W line, 195.38' to the P.C. of a curve to the right which has a radius of 1829.86' and a central angle of 7°55'12"; thence Southeasterly along said R/W and arc of said curve (R/W width varies) a distance of 252.94'; thence leaving said R/W, N89°46'18" W, 1588.28' to the easterly R/W line of Seaboard Coastline Railroad (100' R/W); thence N 11°57'40" W, along said Easterly R/W line of S.C.L.R.R., 758.89' to said Southerly R/W of Venice By-Pass (R/W width varies); thence S 73°13'30" E, along said Southerly R/W, 246.24' to the P.C. of a curve to the right which has a radius of 1352.40' and a central angle of 7°09'30"; thence Southeasterly along arc of said curve and said Southerly R/W line a distance of 168.96' to the Point of Tangency; thence continuing along said Southerly R/W line of Venice By-Pass (200' R/W at this location), 1038.84' to the Point of Beginning.

All lying and being in Section 7, Township 39 South, Range 19 East, Sarasota County, Florida.

ALSO DESCRIBED AS:

Commence at the Northeast corner of the NW 1/4 of the NE 1/4 of Section 7, Township 39 South, Range 19 East, thence S 0°25'15" W, along the East line of the NW 1/4 of the NE 1/4 of Section 7, for a distance of 662.73' to the Southerly R/W line of State Road No. 45-A – Venice By-Pass for a Point of Beginning. (200' R/W at this Point): thence S 66°05'06" E, along said Southerly R/W line, 195.71' to the P.C. of a curve to the right which has a radius of 1829.86', a central angle of 7°55'12", a chord length of 252.74' and a chord bearing of S 62°07'30" E; thence Southeasterly along said R/W and Arc of said curve (R/W width varies) an arc distance of 252.94'; thence leaving said R/W, N 89°46'40" W, 1588.82' to the Easterly R/W line of Seaboard Coastline Railroad (100' R/W); thence N 11°58'40" W, along said Easterly R/W line of S.C.L.R.R., 758.89' to said Southerly R/W of Venice By-Pass (R/W width varies); thence S 73°14'38" E, along said Southerly R/W, 245.25' to the P.C. of a curve to the right which has a radius of 1352.4', a central angle of 7°09'30", a chord length of 168.85' and a chord bearing of S 69°39'51" E; thence Southeasterly along arc of said curve and said Southerly R/W line a distance of 168.96' to the Point of Tangency; thence continuing along said Southerly R/W line of Venice By-Pass (200' R/W at this location), S 66°05'06" E, a distance of 1040.11' to the Point of Beginning.

All lying and being in Section 7, Township 39 South, Range 19 East, Sarasota County, Florida.

Containing 14.610 acres (636538.35 square feet) more or less.

NOTES CORRESPONDING TO SCHEDULE B-II EXCEPTIONS

(1) City of Venice Waterline Easement and Sanitary Sewer Easement, Official Records Book 1050, Page 169 and Official Records Book 1495, Page 519. This item does affect the subject property and is plotted hereon.

(7) Florida Power & Light Company Easement, Official Records Book 1707, Page 1530. This item does affect the subject property and is plotted hereon.

(8) Easement For Drainage, Official Records Book 710, Page 47. This item does affect the subject property and is plotted hereon.

(9) 6' Wide General Telephone and Electronics Easement, Official Records Book 1109, Page 480. This item does affect the subject property and is plotted hereon.

(10) Agreement with The City of Venice, Official Records Book 911, Page 909. This item does affect the subject property, however, it is not plotted hereon because it is blanket in nature.

(11) Agreement for a temporary Septic Tank Permit, Official Records Book 912, Page 439. This item does affect the subject property, however, it is not plotted hereon because it is blanket in nature.

(12) Unrecorded lease to Firestone Tire & Rubber Company evidenced by Official Records Book 1036, Page 433. This item does affect the subject property and is plotted hereon approximately because the description is approximate in nature.

(14) Unrecorded lease to Wendy's International, Inc., Official Records Book 1172, Page 732. This item does affect the subject property and is plotted hereon.

ENCROACHMENTS:

(13) 2 story block structure encroaches onto Florida Power & Light Company Easement and Easement in favor of City of Venice.

(15) 1 story block structure encroaches onto Florida Power & Light Company-Easement and Easement in favor of City of Venice.

CURVE TABLE

| NO. | RADIUS | DELTA | ARC | TANGENT | CHORD | CHORD BEARING |
|---|---|---|---|---|---|---|
| 1 | 1829.86' | 07°55'12" | 252.94' | [illegible] | 252.74' | S.62°07'30"E. |
| 2 | 1352.40' | 07°09'30" | 168.96' | [illegible] | 168.85' | S.69°39'51"E. |

LEGEND

- FIRE HYDRANT
- WATER VALVE
- LIGHT POST
- SANITARY MANHOLE

SCALE: 1" = 60'

NOTES:

1. This plat represents an ALTA/ASCM title survey showing improvement locations, easements and rights-of-way. There may exist utility features other than shown hereon and are not a part of this survey.
2. Bearings shown hereon refer to an assumed meridian. The East line of Section 7 as being S.00°06'09"E.
3. There may exist other underground fixed interior improvements, not visible, which are not shown on this survey.
4. Description shown hereon (As Furnished) per Official Records Book 2822, Page 1733.
5. Subject to other easements and rights of way of record, if any.
6. This plat has been prepared with the benefit of a Title Insurance Commitment, No. C-2016854, effective date July 27, 1999. Prepared by Attorney's Title Insurance Fund, Inc.
7. (D) denotes information taken from Warranty Deed.
8. (F) denotes information taken from Field measurements
9. Parcel shown hereon is situated in Flood Zone "B" & "A-12", base flood elevation = 11.00 feet (N.G.V.D. 1929), per Flood Insurance Rate Map 125154 0005 C, Dated January 18, 1984.
10. There is a 10' wide sanitary sewer easement as shown hereon that is not included in the Schedule B-II exceptions of the above referenced Title Insurance Commitment.
11. There are no apparent encroachments, and all buildings are within the property lines.
12. Total number of parking spaces = 706.
13. The use of the land, as classified in the Minimum Technical Standards (61G17-6FAC) is "Commercial High". The minimum relative distance accuracy obtained by measurement and calculation of a closed geometric figure exceeds the 1 foot in 10,000 feet requirement for this type of survey.
14. The description shown above as "ALSO DESCRIBED AS" closes mathematically.







SURVEYOR'S CERTIFICATE EXHIBIT A

I hereby certify to Sun Life Assurance Company of Canada (U.S.), A Delaware Corporation ("Lender"), and any title insurance company insuring the lien of a mortgage ("Mortgage") to be given by Venice Plaza, Ltd., a Florida limited partnership, to lender, including, without limitation, Attorneys' Title Insurance Fund, Inc.:

1. The survey (the "Survey") to which this certificate is attached, prepared by the undersigned and captioned ("Bird Bay Plaza Shopping Center"), was actually made by instrument survey on the ground in accordance with the legal description contained in the recorded deed or deeds provided by Attorneys' Title Insurance Fund Inc. ("The Title Company") or contained in Schedule A to the Title Company's commitment no. C-2016854 dated July 27, 1999 ("The Commitment"), and the information shown thereon, including, without limitation, all courses and distances and the area, is correct.
2. The size and location of all buildings, structures and improvements (collectively, "Improvements") on the land described in the Survey and any easements benefiting such land (together, the "Property") are shown on the Survey and there are no encroachments of any improvements onto the land or easements of others or onto the Property and the title lines of actual possession are the same. (except as noted *)
3. All easements, encroachments and other matters for which legal or other descriptions are provided in the documents described in schedule B to the Commitment and/or appearing from a careful visual inspection are shown on the survey.
4. All utility services required for the operations of the Property and the improvements thereon either enter the Property through the adjoining public streets, or the Survey shows the point of entry and location of any utilities which pass through or are located on adjoining private land.
5. The Property has direct access to Venice Bypass, State Road No. 45-A.
6. The Property does not lie within any flood hazard area designated in any Flood Insurance Map published by the Federal Emergency Management Agency (except as noted).
7. The Property does not appear to serve any adjoining property for drainage, ingress, egress or any other purpose.
8. The Survey was made in accordance with the "Minimum Standard Detail Requirements for Land Title Surveys" jointly established and adopted by ALTA and ACSM in 1997 and meets the accuracy requirements of a "an Urban" Survey, as defined therein. The Survey also meets the requirements of Florida Statutes and the minimum requirements adopted by F.S.P.L.S. and F.L.T.A. and complies with Chapter 61G17-6 of the Florida Administrative Code, Section 472.027, Florida Statutes.

* All exceptions regarding encroachments, violations of zoning and subdivision ordinances and flood zones must be specifically listed as such on the Survey.

REVISION: 5-05-04 UPDATE SURVEY
REVISION: 8-17-99 ADD ENCROACHMENTS
REVISION: 8-24-99 UPDATE SURVEY, CERTS
REVISION: 2-18-98 UPDATE SURVEY, CERTS
REVISION: 1-29-98 ADDED FLOOD ZONE, CERTS
REVISION: 8-27-95 ADDED GTE EASEMENT
REVISION: 4-17-95 ADDED PROPOSED ESMT.
REVISION: 4-19-94 UPDATE SURVEY

## ALTA/ASCM TITLE SURVEY
## BIRD BAY PLAZA SHOPPING CENTER

581 N. VENICE BYPASS

CERTIFIED TO:
Sun Life Assurance Company of Canada, (U.S.)
A Delaware Corporation
Commodore Realty, Inc.
Venice Plaza, Ltd. a Florida Limited Partnership

FIELD BOOK: 321 / 220 / 194 PAGE(S): 103 – 104 / 157 – 158 / 209 – 212
JOB NUMBER: 99-03-51

CERTIFICATE OF SURVEYOR
I, THE UNDERSIGNED REGISTERED LAND SURVEYOR, DO HEREBY CERTIFY THAT THIS PLAT IS A TRUE REPRESENTATION OF THE LANDS DESCRIBED AND SHOWN HEREON ACCORDING TO A SURVEY MADE UNDER MY DIRECTION AND SUPERVISION AND THAT THIS SURVEY MEETS THE MINIMUM TECHNICAL STANDARDS FOR LAND SURVEYING IN THE STATE OF FLORIDA (CHAPTER 61G17-6, FLORIDA ADMINISTRATIVE CODE, PURSUANT TO SECTION 472.027, FLORIDA STATUTES)

8-3-90
DATE OF SURVEY

ROBERT G. DAVIS, PROFESSIONAL SURVEYOR AND MAPPER, FL. CERT. NO. 2902

BRITT SURVEYING
LAND SURVEYORS AND MAP[PERS]
CERTIFICATE OF AUTHORIZATION NO. L.B. 65[…]
606 CYPRESS AVENUE VENICE, FLORIDA 34285 (941)4[…]

SHEET 1 OF 1

EXHIBIT
53
tabbies

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0407-02-0001

**Parcel**

**Property Address:** 565 N US 41 BYPASS
Description: BIRD BAY SC COM NE COR OF NW 1/4 OF NE 1/4 SEC 7 TH S 0
**Incorporation:** CITY OF VENICE (Tax Districts)
**Subdivision Code:** 0000
**Use Code:** 1600
**Sec/Twp/Rge:** 07-39S-19E
**Census Tract (2000)** 23.01
**Zoning:** CSC

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

VENICE PLAZA LTD
30 W MASHTA DR STE 400
KEY BISCAYNE, FL 33149

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $8,835,500
**Land Value:** $3,179,900
**Improvement Value:** $5,655,600
**Assessed Value:** $8,835,500
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $8,835,500

**Property**

**Land Area:** 635,976
**Total Building Area:** 155,144 (All Structures)
**Total Living Area:** 139,381 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 0 Bed / 77 Bath
**Pool:** No
**Year Built:** Various (8 card parcel)

**Last Sale/Transfer** (Transfers)

**Sale Price:** $4,250,000
**Date Sold:** 2/14/1996
**Deed Type:** WD
**Grantor:** SISKIND ROBERT G
**Instrument #:** 2822/1733 (View Document)

**Updated:** 2/4/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
54