


| W.C.I.N.D. PARCEL No. | C. of E. TRACT No. | FROM | TO | DATE | RECORDED | FROM | TO | DATE | RECORDED |
|---|---|---|---|---|---|---|---|---|---|
| R/W S-22 | 2702 E | Joseph Spadaro | W.C.I.N.D. | 5-26-52 | D.B. 298, P.5 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.441 |
| R/W S-23 | 2702 E | Venice Land Company | W.C.I.N.D. | 9-20-52 | D.B. 297, P. 213 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.441 |
| R/W S-24 | | State Road Dept. | W.C.I.N.D. | 3-18-65 | O.R. 526, P.123 | | United States of America | | |
| R/W S-25 | 2700 E | Venice Land Company | W.C.I.N.D. | 11-13-56 | D.B. 396, P.364 | W.C.I.N.D. | United States of America | 10-30-63 | O.R. 450, P.733 |
| R/W S-26 | 2700 E | C.G. Briner | W.C.I.N.D. | 6-11-56 | D.B. 382, P.570 | W.C.I.N.D. | United States of America | 10-30-63 | O.R. 450, P.733 |
| R/W S-27 | 2700 E | J.E. Bartlett & Sons, Inc. | W.C.I.N.D. | 7-9-56 | O.R. 15, P.50 | W.C.I.N.D. | United States of America | 10-30-63 | O.R. 450, P.733 |
| R/W S-28 | 2700 E | Venice Bay Trailer Park, Inc. | W.C.I.N.D. | 9-30-63 | O.R. 446, P.3 | W.C.I.N.D. | United States of America | 10-30-63 | O.R. 450, P.733 |
| R/W S-29 | 2701 E | State Road Dept. | | | | | United States of America | | |
| R/W S-30 | 2701 E | Benjamin E. Dunn | W.C.I.N.D. | 1-18-56 | D.B. 365, P.374 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-31 | 2701 E | Robert S. Baynard | W.C.I.N.D. | 3-31-56 | D.B. 392, P.150 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-32 | 2701 E | Trustees, I. I. Fund | W.C.I.N.D. | 1-28-57 | O.R. 15, P.54 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-33 | 2701 E | B. Lorz Newton | W.C.I.N.D. | 10-28-55 | D.B. 362, P.205 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-34 | 2701 E | B. Lorz Newton | W.C.I.N.D. | 10-28-55 | D.B. 362, P.207 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-35 | 2701 E | Wesley M. Bjorklund | | | | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-36 | 2701 E | Eugene H. Grayson, et al | W.C.I.N.D. | 2-29-56 | D.B. 371, P.497 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-37 | 2701 E | Frank L. Guinon | W.C.I.N.D. | 11-4-60 | O.R. 270, P.193 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-38 | 2701 E | Benjamin B. Dunn | W.C.I.N.D. | 12-19-55 | D.B. 365, P.375 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-39 | 2701 E | Benjamin B. Dunn | W.C.I.N.D. | 12-19-55 | D.B. 365, P.375 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-40 | 2701 E | | | | | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| R/W S-41 | 2701 E | Benjamin E. Dunn, et al | | | | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.435 |
| MSA S-32 (1A) | | Venice Land Company | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW No. 6871 | W.C.I.N.D. | United States of America | 3-8-66 | O.R. 714, P.126 |
| MSA S-32 (2B) | | Venice Land Company | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW No. 6871 | W.C.I.N.D. | United States of America | 3-8-66 | O.R. 714, P.126 |
| MSA S-32 (3C) | | Estate of J.E. Bartlett | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW No. 6871 | W.C.I.N.D. | United States of America | 3-8-66 | O.R. 714, P.126 |
| MSA S-32 (4D) | | Venice Bay Trailer Park, Inc. | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW No. 6871 | W.C.I.N.D. | United States of America | 3-8-66 | O.R. 714, P.126 |
| MSA S-32 (5D) | | Venice Bay Trailer Park, Inc. | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW No. 6871 | W.C.I.N.D. | United States of America | 3-8-66 | O.R. 714, P.126 |
| MSA S-32 (6D) | | Venice Bay Trailer Park, Inc. | W.C.I.N.D. | 6-8-67 | O.R. 666, P.543 | W.C.I.N.D. | United States of America | 3-8-66 | O.R. 714, P.126 |

WEST COAST INLAND NAVIGATION DISTRICT

INTRACOASTAL WATERWAY CANAL
RECORD MAPS - SARASOTA COUNTY, FLORIDA

"COMPILED UNDER MY SUPERVISION FROM PUBLIC RECORDS AND SURVEYS MADE BY JOE K. HICKRIN, R.E. No. 1785."

THOMAS J. HARKNESS
FLA. REG. SURVEYOR No. 1146

DRAWN BY: R.L. COLE
CHECKED BY: T.J.H.
SCALE: 1" = 200 FEET
DATE: AUGUST 15, 1969

EXHIBIT
55




| W.C.I.N.D. PARCEL No | C. of E. TRACT No | FROM | TO | DATE | RECORDED | FROM | TO | DATE | RECORDED |
|---|---|---|---|---|---|---|---|---|---|
| R/W S-18 | 2601 E | Saraven Corp. | W.C.I.N.D. | 12-30-63 | O.R. 458, P.379 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.465 |
| R/W S-19 | 2600 E | Artists Guild Foundation, Inc. | W.C.I.N.D. | 5-31-63 | O.R. 431, P.823 | W.C.I.N.D. | United States of America | 10-30-63 | O.R. 450, P.739 |
| R/W S-20 | 2600 E | Sarasota County Board of Public Instruction. | W.C.I.N.D. | 5-15-63 | O.R. 425, P.758 | W.C.I.N.D. | United States of America | 10-30-63 | O.R. 450, P.739 |
| R/W S-21 | 2702 E | Venice Land Company | W.C.I.N.D. | 3-30-64 | O.R. 475, P.400 | W.C.I.N.D | United States of America | 3-11-64 | O.R. 465, P.441 |
| R/W S-22 | 2702 E | Joseph Spadoro | W.C.I.N.D. | 9-24-52 | D.B. 298, P.5 | W.C.I.N.D | United States of America | 3-11-64 | O.R. 465, P.441 |
| R/W S-23 | 2702 E | Venice Land Company | W.C.I.N.D. | 9-20-52 | D.B. 297, P.213 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 465, P.441 |
| R/W S-24 | | State Road Dept. | W.C.I.N.D. | 5-13-65 | O.R. 526, P.123 | | United States of America | | |
| R/W S-25 | 2700 E | Venice Land Company | W.C.I.N.D | 11-13-57 | D.B. 396, P.354 | W.C.I.N.D. | United States of America | 10-30-63 | O.R. 450, P.733 |
| R/W S-26 | 2700 E | C. G. Briner | W.C.I.N.D. | 6-11-56 | D.B. 382, P.570 | W.C.I.N.D. | United States of America | 10-30-63 | O.R. 450, P.733 |
| R/W S-27 | 2700 E | J.E. Bartlett & Sons, Inc | W.C.I.N.D. | 7-9-56 | O.R. 15, P.50 | W.C.I.N.D. | United States of America | 10-30-63 | O.R. 450, P.733 |
| MSA S-30 (1A) | | Carl E. Vogel, et al | W.C.I.N.D. | 8-6-65 | O.R. 554, P.184 | W.C.I.N.D | United States of America | 2-7-66 | O.R. 564, P.934 |
| MSA S-30 (2B) | | Saraven, Inc | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW No 6571 | W.C.I.N.D. | United States of America | 2-7-66 | O.R. 564, P.934 |
| WWR S-31A (1A) | | Seaboard Air Line Railroad | | | | | United States of America | | |
| WWR S-31A (2B) | | Saraven, Inc. | W.C.I.N.D | 12-18-64 | ORDER OF TAKING LAW No 6871 | | United States of America | | |
| WWR S-31A (3C) | | State Road Dept. | | | | | United States of America | | |
| WWR S-31A (4B) | | Saraven Corp. | W.C.I.N.D | 12-18-64 | ORDER OF TAKING LAW No 6871 | | United States of America | | |
| WWR S-31A (5B) | | Saraven Corp. | | | | | United States of America | | |
| MSA S-31A | | Saraven Corp. | | | | W.C.I.N.D. | United States of America | 2-7-66 | O.R. 577, P.101 |
| MSA S-32 (1A) | | Venice Land Company | W.C.I.N.D | 12-16-64 | ORDER OF TAKING LAW No 6871 | W.C.I.N.D. | United States of America | 3-8-66 | O.R. 716, P.166 |
| MSA S-32 (2B) | | Venice Land Company | W.C.I.N.D | 12-18-64 | ORDER OF TAKING LAW No 6871 | W.C.I.N.D | United States of America | 3-8-66 | O.R. 714, P.166 |
| MSA S-32 (3C) | | Estate of J.E. Bartlett | W.C.I.N.D | 12-16-64 | ORDER OF TAKING LAW No 6871 | W.C.I.N.D. | United States of America | 3-8-66 | O.R. 714, P.166 |

WEST COAST INLAND NAVIGATION DISTRICT

INTRACOASTAL WATERWAY CANAL
RECORD MAPS ~ SARASOTA COUNTY, FLORIDA

"COMPILED UNDER MY SUPERVISION FROM PUBLIC RECORDS AND SURVEYS MADE BY JOE K MERRIN, RE. No 1782"

THOMAS J. HARKNESS.
FLA. REG. SURVEYOR, No 1166.

DATE: AUGUST 15, 1959.

DRAWN BY: D.L. COLE

CHECKED BY: T.J.H.

SCALE: 1"=200 FEET

SHEET 20 OF 44 SHEETS

| W.C.I.N.D. PARCEL Nº | C. of E. TRACT Nº | FROM | TO | DATE | RECORDED | FROM | TO | DATE | RECORDED |
|---|---|---|---|---|---|---|---|---|---|
| R/W S-7 | 2500 E | City of Venice | W.C.I.N.D. | 4-9-63 | O.R. 419, P.897 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.454 |
| R/W S-9 | 2506 E | State Road Dept. | W.C.I.N.D. | 10-9-56 | O.R. 520, P.59 | | United States of America | | |
| R/W S-10 | 2501 E | Venice Gardens of Venice | W.C.I.N.D. | 12-30-63 | O.R. 458, P.385 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 458, P.450 |
| R/W S-11 | | State Road Dept. | | | | | United States of America | | |
| R/W S-12 | | Sarasota County | | | | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.450 |
| R/W S-13 | 2501 E | First Venice Corp. | W.C.I.N.D. | 8-29-56 | D.B. 395, P.675 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.450 |
| R/W S-14 | 2503 E | Sarasota County | | | | W.C.I.N.D. | United States of America | 3-13-64 | O.R. 469, P.171 |
| R/W S-15 | 2601 E | Honore' Palmer, et al. | W.C.I.N.D. | 3-5-56 | D.B. 377, P.203 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.445 |
| R/W S-16 | 2601 E | Clarence M. Jones | W.C.I.N.D. | 7-16-63 | O.R. 434, P.529 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.445 |
| R/W S-17 | 2601 E | Clarence M. Jones | W.C.I.N.D. | 7-16-63 | O.R. 434, P.529 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.445 |
| R/W S-18 | 2601 E | Saraven Corp. | W.C.I.N.D. | 12-30-63 | O.R. 458, P.379 | W.C.I.N.D. | United States of America | 3-11-64 | O.R. 468, P.445 |
| R/W S-19 | 2600 E | Artist Guild Foundation, Inc. | W.C.I.N.D. | 5-31-63 | O.R. 431, P.823 | W.C.I.N.D. | United States of America | 10-30-63 | O.R. 450, P.739 |
| MSA S-29 (1A) | | Rose I. Peters | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW Nº 6871 | W.C.I.N.D. | United States of America | 2-7-66 | O.R. 564, P.944 |
| MSA S-29 (2B) | | Clarence M. Jones | | | | W.C.I.N.D. | United States of America | 2-7-66 | O.R. 564, P.944 |
| MSA S-29 (3C) | | Carl E. Vogel, et al. | W.C.I.N.D. | 8-6-65 | O.R. 554, P.184 | W.C.I.N.D. | United States of America | 2-7-66 | O.R. 564, P.944 |
| MSA S-29 (4D) | | Saraven Corp. | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW Nº 6871 | W.C.I.N.D. | United States of America | 2-7-66 | O.R. 564, P.944 |
| MSA S-30 (1A) | | Carl E. Vogel, et al. | W.C.I.N.D. | 8-6-65 | O.R. 554, P.184 | W.C.I.N.D. | United States of America | 2-7-66 | O.R. 564, P.944 |
| MSA S-30 (2B) | | Saraven Corp. | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW Nº 6871 | W.C.I.N.D. | United States of America | 2-7-66 | O.R. 564, P.944 |
| MHR S-30 | | Carl E. Vogel, et al | W.C.I.N.D. | 8-6-65 | O.R. 549, P.625 | | United States of America | | |
| WWR S-31A (1A) | | Seaboard Airline Railroad | | | | | United States of America | | |
| WWR S-31A (2B) | | Saraven Corp. | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW Nº 6871 | | United States of America | | |
| WWR S-31A (3C) | | State Road Dept. | | | | | United States of America | | |
| WWR S-31A (4B) | | Saraven Corp. | W.C.I.N.D. | 12-18-64 | ORDER OF TAKING LAW Nº 6871 | | United States of America | | |




WEST COAST INLAND NAVIGATION DISTRICT

INTRACOASTAL WATERWAY CANAL
RECORD MAPS - SARASOTA COUNTY, FLORIDA

"COMPILED UNDER MY SUPERVISION FROM PUBLIC RECORDS AND SURVEYS MADE BY JOE K. MERRIN, P.E. Nº 1762."
[signature]
THOMAS J. HARKNESS,
FLA. REG. SURVEYOR Nº 1146.

DRAWN BY: D.L. COLE
CHECKED BY: T.J.H.
SCALE: 1" = 200 FEET

DATE: AUGUST 15, 1969.

SHEET 19 OF 44 SHEETS