


Location Map

EXHIBIT
81

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0407-10-0012

**Parcel**

**Property Address:** 400 SUBSTATION RD
**Description** VENICE STORAGE CO COM AT NE COR OF NW 1/4 OF SW 1/4 OF
**Incorporation:** CITY OF VENICE Tax Districts
**Subdivision Code:** 0000
**Use Code:** 4860
**Sec/Twp/Rge:** 07-39S-19E
**Census Tract (2000)** 23.01
**Zoning:** ILW

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

DEATERLY DEE A
400 SUBSTATION RD
VENICE, FL 34292-1076

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $1,743,000
**Land Value:** $300,400
**Improvement Value:** $1,442,600
**Assessed Value:** $1,743,000
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $1,743,000

**Property**

**Land Area:** 116,275
**Total Building Area:** 51,952 (All Structures)
**Total Living Area:** 49,240 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 0 Bed / 5 Bath
**Pool:** No
**Year Built:** Various (4 card parcel)

**Last Sale/Transfer**

**Sale Price:** $235,714 Transfers
**Date Sold:** 9/26/1990
**Deed Type:** WD
**Grantor:** TRUMBLE JAMES L & BARBARA
**Instrument #:** 2244/1424 View Document

**Updated:** 2/13/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
82

Receipt #: 0000004340
Doc Stamp-Deed : 9.10
Karen E. Rushing, Sarasota Co.
By: _Young_ D.C.

# TAX DEED

96079407

** OFFICIAL RECORDS **
BOOK 2871
PAGE 170

**STATE OF FLORIDA**
**COUNTY OF SARASOTA**

Tax Deed File Number **95-0399 TD**

The following tax sale certificate number **1981.000** issued on **MAY 26, 1993** was filed in the Office of the Tax Collector of this County and application made for the issuance of a tax deed, the applicant having paid or redeemed all other taxes or tax sale certificates on the land described as required by law to be paid or redeemed, and the costs and expenses of this sale, and due notice of sale having been published as required by law, and no person entitled to do so having appeared to redeem said land; such land was on the **20** day of **JUNE, 1995** offered for sale as required by law for cash to the highest bidder. No bids having been offered, the lands, pursuant to s.197.502(7), Florida Statutes, were entered on the "Lands Available for Taxes" List and, accordingly, were offered for purchase to the County Commissioners in and for Sarasota County in the State of Florida exclusively for a period of ninety (90) days. The property not having been purchased by the County Commissioners during that ninety (90) day period has been available for purchase by any person or governmental unit. The grantee named herein, having paid the sum of **1221.03**, which includes taxes through **JUNE 30, 1996**, has purchased the land.

NOW, this **5** day of **JULY**, 1996, the County of Sarasota, State of Florida, in consideration of the sum of ($ **1221.03** ) **ONE THOUSAND TWO HUNDRED TWENTY ONE AND 03/100** Dollars, being the amount paid pursuant to the Laws of Florida does hereby sell to:

RECORDED IN OFFICIAL RECORDS
96 JUL -5 PM 1:54
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL

## KELLY A GLAUSMAN

address: **2433 RIVERBLUFF PKWY #209, SARASOTA, FL 34231**
the following lands situated in the County and State and described as follows:

**0406-02-0001 SUBMERGED PARCEL LYING N OF BIRD BAY II CONDO DESC IN OR 1177/1915 CONT 22.3 C-AC M/L SUBMGD@**

Original Owner: BIRD BAY ASSOCIATES, INC

Witness:

_Virginia Brotherton_

_Noelle D Rand_

KAREN E. RUSHING
Clerk of Circuit Court
Sarasota County, Florida
By: _Tina Young_ (SEAL)
Deputy Clerk

**STATE OF FLORIDA**
**COUNTY OF SARASOTA**

On this **5** day of **JULY**, 1996, before me **ERIN M SHABLESKI** personally appeared **TINA YOUNG**, Deputy Clerk known to me to be the person described in, and who executed the foregoing instrument, and acknowledged the execution of this instrument to be his own free act and deed for the use and purposes therein mentioned. Witness my hand and official seal date aforesaid.

_Erin M Shableski_
Notary Public

OFFICIAL NOTARY SEAL
ERIN M SHABLESKI
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC509084
MY COMMISSION EXP. NOV. 8,1999

EXHIBIT
83


"INSERT MAP"
BOOK 406
Sec. 6, Twp. 36 S., Rng. 19 E.
PROPERTY APPRAISER
Sarasota County Florida
John W. Mikos, CFA
SCALE: 1" = 200'
CENSUS TRACT(S):
REVISIONS:
Condominium Index
1. BIRD BAY II C.B. 13/23, 14/10, 15/20, 15/34, 16/7, 16/32
WEST BIRD BAY DR.
406-10-2 CONT.
1000-1273
22.3 AC.± SUBMERGED
M&B
ROBERTS BAY
VENICE CITY LIMITS
405-15
SEABOARD COAST LINE R.R.
405-3-21 CONT.
CSX

EXHIBIT

84

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0406-02-0001

| | | |
|---|---|---|
| **Parcel** | **Property Address:** | ROBERTS BAY DR |
| | **Description:** | SUBMERGED PARCEL LYING N OF BIRD BAY II CONDO DESC IN O |
| | **Incorporation:** | CITY OF VENICE |
| | **Subdivision Code:** | 0000 |
| | **Use Code:** | 9500 |
| | **Sec/Twp/Rge:** | 06-39S-19E |
| | **Census Tract (2000)** | 23.01 |
| | **Zoning:** | OUC |
| **Ownership** | | GLAUSMAN KELLY A<br>132 DOWLING AVE NE<br>PORT CHARLOTTE, FL 33952 |
| **2007 Values** (As of 1/1/2007) | **Just (Market) Value:** | $7,100 |
| | **Land Value:** | $7,100 |
| | **Improvement Value:** | $0 |
| | **Assessed Value:** | $7,100 |
| | **Homestead:** | No |
| | **Total Exemptions:** | $0 |
| | **Total Taxable:** | $7,100 |
| **Property** | **Land Area:** | 971,388 |
| | **Vacant Lot:** | No Building Details |
| **Last Sale/Transfer** | **Sale Price:** | $1,300 |
| | **Date Sold:** | 7/5/1996 |
| | **Deed Type:** | TD |
| | **Grantor:** | BIRD BAY ASSOCIATES INC |
| **Updated:** 2/17/2008 12:33:00 AM | **Instrument #:** | 2871/0170 |

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

EXHIBIT
85