FORM 104 WARRANTY DEED—Statutory Form TUTBLANX REGISTERED U. S. PAT. OFFICE Tuttle Law Print, Publishers, Rutland, Vt.

# This Indenture,

*Wherever used herein, the term "party" shall include the heirs, personal representatives, successors and / or assigns of the respective parties hereto; the use of the singular number shall include the plural, and the plural the singular; the use of any gender shall include all genders; and, if used, the term "note" shall include all the notes herein described if more than one*

*Made this* 7th *day of* January *A. D.* 1960

**Between**

EDWARD J. EWING and LOUISE C. EWING, husband and wife,

*of the County of* Sarasota *in the State of* Florida *party of the first part, and* JAY H. HARDY, whose address is H.S. 7-N.A.S., Norfolk,

*of the County of* Norfolk *in the State of* Virginia *party of the second part,*

**Witnesseth,** *that the said party of the first part, for and in consideration of the sum of* Ten Dollars and other valuable considerations - - - *Dollars, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said party of the second part forever, the following described land, situate, lying and being in the County of* Sarasota *, State of Florida, to wit:*

Parcel 49, as shown by plat of Mission Valley Estates, Section "A", recorded in Plat Book 11, Pages 2, 2A and 2B, Public Records of Sarasota County, Florida, containing 5.39 acres.

This deed is given subject to taxes for the year 1960, Zoning Ordinances of the County of Sarasota, and Restrictions of Record.

*And the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.*

**In Witness Whereof,** *the said party of the first part has hereunto set his hand and seal the day and year first above written.*

**Signed, Sealed and Delivered in Our Presence:**

______________________ ______________________ L.S.

______________________ ______________________ L.S.

______________________ ______________________ L.S.

______________________ ______________________ L.S.

**State of Florida,**
**County of** SARASOTA

**I HEREBY CERTIFY,** *That on this day personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments,*

EDWARD J. EWING and LOUISE C. EWING, husband and wife,

*to me well known and known to me to be the individual*s *described in and who executed the foregoing deed, and* they *acknowledged before me that* they *executed the same freely and voluntarily for the purposes therein expressed.*

**WITNESS** *my hand and official seal at* Sa[...] *County of* Sarasota *, and State of Flori*[...] *day of* January *, A. D. 19*60.

*My Commission Expires* ______________

*Notary Pub*[...]

EXHIBIT
86

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0164-09-0003

**Parcel**

**Property Address:** SUFFOLK CIR
Description: LOT 49 MISSION VALLEY ESTATES SEC A
**Incorporation:** UNINCORPORATED — Tax Districts
**Subdivision Code:** 1473
**Use Code:** 0000
**Sec/Twp/Rge:** 25-38S-18E
**Census Tract (2000)** 27.14
**Zoning:** RE2

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

HARDY JAY H
4302 SKYLINE DR
MIDLAND, TX 79707-3636

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $222,500
**Land Value:** $222,500
**Improvement Value:** $0
**Assessed Value:** $222,500
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $222,500

**Property**

**Land Area:** 229,106
**Vacant Lot:** No Building Details

**Last Sale/Transfer**

**Sale Price:** Non-Sale Transfer — Transfers
**Date Sold:** 1/1/1974
**Deed Type:**
**Grantor:**
**Instrument #:** N/A

**Updated:** 1/7/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
87

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003160791 2 PGS
2003 AUG 11 06:46 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
MGEROLMO Receipt#360019

Doc Stamp-Deed: 0.70

2003160791

COPY

This instrument was prepare by
and should be returned to:

Elwood Hogan, Jr.
McFarland, Gould, Lyons,
Sullivan & Hogan, P.A.
311 South Missouri Avenue
Clearwater, FL 33756

## PERSONAL REPRESENTATIVE'S DEED

**THIS INDENTURE** is made this 16 day of July, 2003 by and between FAYE R. HOWARD, the duly qualified and acting Personal Representative of the Estate of Julius E. Howard, Sr., deceased, Grantor and FAYE R. HOWARD, a single woman, whose post office address is 713 Snug Island, Clearwater, FL 33767, Grantee.

**W I T N E S S E T H :**

**WHEREAS**, Julius E. Howard, Sr. died testate a resident of Pinellas County, State of Florida, on March 10, 2002, seized and possessed of the real property hereinafter described; and

**WHEREAS**, title to said property passed as of the date of the decedent's death to the devisees named in Article III of the Last Will and Testament dated March 5, 1979 and First Codicil thereto dated July 19, 1979 and Second Codicil thereto dated February 20, 1992, which were admitted to probate in the Circuit Court for Pinellas County, Florida, Probate Division, Case No. 522003CP001296XXESXX003, subject only to the right of the party of the Grantor to sell or encumber the property for the purpose of defraying claims, costs and expenses of administration of decedent's estate; and

**WHEREAS**, the Grantor wishes to evidence the release of the property from all rights, title and/or interest of this Estate,

**NOW, THEREFORE**, in consideration of the foregoing and in connection with the distribution of the estate of said decedent, the Grantor has released to the Grantee the right to sell or encumber said property and granted, conveyed and confirmed unto the Grantee, his heirs and assigns forever, all of the interest of said decedent in and to the real property situated in Sarasota County, Florida, described as follows:

> Southeast quarter of Northeast quarter of Section 25, Township 38 South, Range 18 East, West of Seaboard Air Line Railroad, Sarasota County, Florida.

EXHIBIT
88

INSTRUMENT # 2003160791
2 PGS

**TOGETHER** with all and singular the tenements, hereditaments, and appurtenances belonging to or in any way appertaining to that real property, subject to all restrictions, reservations, and easements of record, if any, and ad valorem taxes for the current year.

Because this deed is given to evidence the distribution of assets of a decedent's estate and involves the assumption of no mortgage, minimum state documentary stamps are affixed.

**IN WITNESS WHEREOF**, the undersigned, as ancillary personal representative of the estate of decedent has executed this instrument under seal on the date aforesaid.

**Witnesses:**

Name: Christine Jurski
Address: 311 S. Missouri Ave.
Clearwater, FL 33756

Name: Melody Long
Address: 311 S. Missouri Ave
Clearwater FL 33756

Faye R. Howard
FAYE R. HOWARD
Personal Representative of the
Estate of Julius E. Howard, Sr., Deceased

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

The foregoing instrument was acknowledged before me this 16 day of July, 2003, by FAYE R. HOWARD, Personal Representative of the Estate of Julius E. Howard, Sr., Deceased, who is personally known to me.

Notary Public
My Commission Expires:

MELODY LYNN LONG
MY COMMISSION # CC 902204
EXPIRES: January 13, 2004
Bonded Thru Notary Public Underwriters

New Search | Printable Version    Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0164-09-0006

**Parcel**

**Property Address:** MISSION VALLEY BLVD
Description: THAT PART OF SE 1/4 OF NE 1/4 W OF SEC 25-38-18
**Incorporation:** UNINCORPORATED (Tax Districts)
**Subdivision Code:** 0000
**Use Code:** 9900
**Sec/Twp/Rge:** 25-38S-18E
**Census Tract (2000)** 22.01
**Zoning:** RE1

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

RODRIGUEZ HENRY
RODRIGUEZ SUSANNE
PO BOX 579
OSPREY, FL 34229

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $164,200
**Land Value:** $164,200
**Improvement Value:** $0
**Assessed Value:** $164,200
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $164,200

**Property**

**Land Area:** 879,912
**Vacant Lot:** No Building Details

**Last Sale/Transfer**

**Sale Price:** $1,100,000 (Transfers)
**Date Sold:** 4/4/2007
**Deed Type:** WD
**Grantor:** HOWARD,FAYE R
**Instrument #:** 2007066853 (View Document)

**Updated:** 2/11/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
89

Printable Version

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# Transfer History for Parcel 0164-09-0006

| Sale Date | Sale Price | Instrument Number | Grantor/Seller | Deed Type |
|---|---|---|---|---|
| 11/1/1982 | $72,000 | 1546/0697 | | NA |
| 7/16/2003 | $100 | 2003160791 | HOWARD JULIUS E, | PR |
| 4/4/2007 | $1,100,000 | 2007066853 | HOWARD,FAYE R | WD |

Show Deed Types

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

SAWYER/BEE RIDGE PROP.

O.R. 1183 PG 690 770804

Printed for Lawyers' Title Guaranty Fund, Orlando, Florida

This instrument was prepared by:
Robert J. Stinnett
STINNETT, SURFUS & MARTIN, P.A.
3072 Ringling Boulevard
SARASOTA, FLORIDA 33577

Rec. 6.00
Stamp 115.25
[illegible] 35.00

# Warranty Deed (STATUTORY FORM—SECTION 689.02 F.S.)

**This Indenture,** Made this 4th day of May 1977, **Between**
AUBREY E. STREADWICK and ROBERT J. STINNETT

of the County of Sarasota, State of Florida, grantor*, and
RONALD V. MILLER and M & H CORPORATION, an Ohio corporation, as tenants in common,

whose post office address is 3925 Sawyer Road, Sarasota, Florida 33583

of the County of Sarasota, State of Florida, grantee*,

**Witnesseth,** That said grantor, for and in consideration of the sum of Ten and 00/100 ($10.00)---------------------------------------------------------------- Dollars, and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Sarasota County, Florida, to-wit:

Tract 1 and Tract 2 in Lots 10 and 11, Block 4, Section 34, Township 36 South, Range 18 East, Phillippi Creek Farms Subdivision, as per legal description attached as Exhibit "A".
SUBJECT to easement in favor of Florida Power & Light Company recorded in O.R. Book 1140, page 1105, Sarasota County Public Records.
SUBJECT to taxes for 1977, drainage easement in favor of the County of Sarasota along Northwest boundary as recorded in Official Records Book 1131, page 1138, Sarasota County Public Records.
SUBJECT to mortgage dated March 9, 1972, recorded in O.R.Book 953, page 1424, having a present principal balance of $12,800.00 which, by acceptance of this deed, grantees assume and agree to pay.

The land herein conveyed is unimproved and comprises no part of the homestead of either grantor.

and said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

*"Grantor" and "grantee" are used for singular or plural, as context requires.

**In Witness Whereof,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

[signature] [signature] (Seal)
Aubrey E. Streadwick
[signature] [signature] (Seal)
Robert J. Stinnett
(Seal)

[illegible recording stamp]

STATE OF FLORIDA
COUNTY OF SARASOTA

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared
AUBREY E. STREADWICK and ROBERT J. STINNETT

to me known to be the persons described in and who executed the foregoing instrument and acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 4th day of May 1977.

[signature]
Notary Public

My commission expires:

Notary Public, State of Florida at Large
My Commission Expires Nov. 14, 1977
Bonded by American Fire & Casualty Co.

O.R. 1183 PG 690

EXHIBIT
90

FL016199701038001:0001 - Page 1 of 1
Scanned on SCANER13 by Operator MEMAR on Monday, June 09, 1997 at 06:06:11 PM

OR 1183 PG 691

**EXHIBIT "A"**

[illegible] the SW corner of the SE¼ of Section 34, Twp 36 South, Rge 18 East; thence East 24.0'; thence North 24.0' to the intersection of the East line of [illegible] Road and the platted North line of Bee Ridge Road (as shown on Plat of [illegible] Farms Sub.) for a Point of Beginning; thence East along said [illegible] of Bee Ridge Road (said line being 24' North of and parallel [illegible] of Section 34-36-18), 241.15' to a point lying 320.0' West [illegible] of S.C.L. Railroad; thence North, perpendicular to said South [illegible] Section 34-36-18, 334.9' (to the North zoning line of land presently [illegible]; thence Westerly along said zoning line, 240.14 to a point on the [illegible] Sawyer Road; thence South along said East line of Sawyer Road [illegible] East of and parallel to West line of SE¼ of Section 34-36-18) [illegible] the Point of Beginning. LESS the South 36.0' thereof for additional [illegible] for Bee Ridge Road. Being a part of Lot 11, Block 4, Section 34 [illegible] Rge 18 East, of Phillipi Creek Farms Subdivision, recorded in Plat Book 1, Page 253, Public Records of Manatee County, Florida (also recorded in Plat Book A, Page 50, Public Records of Sarasota County, Florida).

TRACT 2:
Commence at the SW corner of the SE¼ of Section 34, Twp 36 South, Rge 18 East; thence East 24.0'; thence North along the East line of Sawyer Road, 364.0' (to the North zoning line of land presently zoned "CG") for a Point of Beginning; thence continue North along East line of Sawyer Road, 455.0' to the North line of Lot 11, Block 4, Section 34-36-18 of Phillip Creek Farms Subdivision; thence continue North along East line of Sawyer Road, 405.0' to a point lying 255.6' South of the North line of Lot 10 of said Block 4, Section 34-36-18 of Phillipi Creek Farms Sub.; thence East, and parallel to said North line of Lot 10, 300.7' to the West R/W line of S.C.L. Railroad; thence SE'ly along said railroad, 922.5' to a point (said point being 324.0' North of, as measured perpendicular to, South line of Section 34-36-18); thence West and parallel to said South line of Section 34-36-18, 105.52'; thence North and perpendicular to said South line of Section 34-36-18, 166.0'; thence West and parallel to said South line of Section 34-36-18, 150.0'; thence South and perpendicular to said South line of Section 34-36-18, 131.1' (to a point on the North zoning line of lands presently zoned "CG"); thence Westerly along said zoning line, 240.1' to the Point of Beginning. Containing 7.37± acres and being a part of Lots 10 & 11, Block 4, Section 34, Twp 36 South, Rge 18 East, Phillipi Creek Farms Subdivision, recorded in Plat Book 1, Page 253, Public Records of Manatee County, Florida (also recorded in Plat Book A, Page 50, Public Records of Sarasota County, Florida). TOGETHER with the East ½ of that part of Sawyer Road (as shown on said plat of Phillipi Creek Farms Sub.) lying West of said Tract 10 (except the North 255.6' thereof).

RECORDER'S MEMO: Legibility of writing, typing, or printing for reproductive purposes may be unsatisfactory in this document when received.

OR 1183 PG 691

770804


10
15
11
14
S.C.L.R.R.
60-3-88 CONT.
RIDGE ROAD
BEE
SAWYER ROAD
61-6-20 CONT.
(7.6 Ac±)
4
922.5
306.85
105.52
166
150
(31.1')
240.1'
455'
405
324.7
50
60
40
36
24


EXHIBIT
9

!32503!

PROPERTY LOCATION MAP 0061 PAGE 15 PARCEL 0001

| No | Alt No | Direction/Street/City |
|---|---|---|
| | | BEE RIDGE RD, SARASOTA COUNTY |

TAX DISTRICT

**OWNERSHIP**

| | |
|---|---|
| Owner 1: | MILLER RONALD V |
| Street 1: | 4640 PROCTOR RD |
| Twn/City: | SARASOTA |
| St/Prov: | FL Cntry: Own Occ: |
| Postal: | 34233 Type: |

**ACTIVITY INFORMATION**

| Date | Result | By | Name |
|---|---|---|---|
| 8/27/2002 | Inspected | 561 | Hubert |
| 11/16/1999 | Inspected | 495 | Fulwider |

**PROPERTY FACTORS**

| Item | Code | Descrip | % | Item | Code | Descrip |
|---|---|---|---|---|---|---|
| Z o n | | | | U t i | | |

Exmpt:

**EXTERIOR INFORMATION**

Type: · Sty Ht: · (Liv) Units: · Total: · Foundation: · Frame: · Prime Wall: · Sec Wall: % · Roof Struct: · Roof Cover: · Color: · View /Desir:

**GENERAL INFORMATION**

Grade: · Year Blt: · Eff Yr Blt: · Alt LUC: · Alt %: · Jurisdict: · Fact: · Const Mod: · Lump Sum Adj:

**INTERIOR INFORMATION**

Avg Ht/FL: · Prim Int Wal: · Sec Int Wall: % · Partition: · Prim Floors: · Sec Floors: % · Bsmnt Flr: · Bsmnt Gar: · Electric: · Insulation: · Int vs Ext: · Heat Fuel: · Heat Type: · # Heat Sys: · % Heated: · % AC: · Solar HW: · Central Vac: · % Com Wal: · % Sprinkled:

**CONDO INFORMATION**

Location: · Unit #: · Floor: · % Own: · Name:

**DEPRECIATION**

| | | |
|---|---|---|
| Phys Cond: | | % |
| Functional: | | % |
| Economic: | | % |
| Special: | | % |
| Override: | | % |
| Total: | 0 | % |

Sarasota - 2004

ParcelID: 0061-15-0001

Pat Acct: 32503

**BATH FEATURES**

Full Bath: Rating: · A Bath: Rating: · 3/4 Bath: Rating: · A 3QBth: Rating: · 1/2 Bath: Rating: · A HBth: Rating: · OthrFix: Rating:

**OTHER FEATURES**

Kits: Rating: · A Kits: Rating: · Frpl: Rating: · WSFlue: Rating:

**IN PROCESS APPRAISAL SUMMARY**

| Use Code | Building Value | Yard Items | Land Size | Land Value | Total Value |
|---|---|---|---|---|---|
| 0000 | | | 7.600 | 185,600 | 185,600 |
| Total Card | | | 7.600 | 185,600 | 185,600 |
| Total Parcel | | | 7.600 | 185,600 | 185,600 |

Source: Market Adj Cost · Total Assmnt per SQ unit /Card: N/A · /Parcel: N/A

Print Date/Time: 02/25/08 10:21:37

**PREVIOUS ASSESSMENT**

| Tax Yr | Use | Building Value | Yard Items | Land Size | Land Value | Total Value | Total Assessed |
|---|---|---|---|---|---|---|---|
| 2004 | 0000 | | | 7.6 | 185,600 | 185,600 | 185,600 |
| 2004 | 0000 | | | 7.6 | 185,600 | 185,600 | 185,600 |

**SALES INFORMATION**

| Grantor | Legal Ref | Type | Date | Nal Desc | Sale Price | V | Tst | Verif | Assoc PCL Value |
|---|---|---|---|---|---|---|---|---|---|
| | 1183/0691 | NA | 5/1/1977 | Valid | 0 | No | No | | |

**REMODELING**

Exterior: · Interior: · Additions: · Kitchen: · Baths: · Plumbing: · Electric: · Heating: · General:

**BUILDING PERMITS** CARD 1 of 1 TOTAL ASSESSED: 185,600

| Date | Number | Descrip | Amount | C/O | Last Visit | Fed Code | F. Descrip | Comment |
|---|---|---|---|---|---|---|---|---|

**SUB AREA**

| Code | Description | Area - SQ | Rate - AV | Undepr Value |
|---|---|---|---|---|

Net Sketched Area: · Total: · Size Ad · Gross Area · FinArea

**RES BREAKDOWN**

| No Unit | RMS | BRS | FL |
|---|---|---|---|

**SUB AREA DETAIL**

| Sub Area | % Usbl | Descrip | % Type | Qu | # Ten |
|---|---|---|---|---|---|

**CALC SUMMARY**

| | |
|---|---|
| Basic $ / SQ: | |
| Size Adj.: | 1.00000000 |
| Const Adj.: | 8.00000000 |
| Adj $ / SQ: | |
| Grade Factor: | |
| Other Features: | 0 |
| Neighborhood Inf: | 1.09300000 |
| LUC Factor: | 1.00 |
| Adj Total: | |
| Depreciation: | |
| Depreciated Total: | |
| Juris. Factor: | |
| Special Features: | 0 |
| Final Total: | |

**SPEC FEATURES/YARD ITEMS**

| Code | Description | A | Y/S | Qty | Size/Dim | Qual | Con | Year | Unit Price | D/S | Dep | LUC | Fact | NB Fa | Appr Value | JCod | JFact | Ass'd Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total Yard Items: · Total Special Featues: · Total:

**COMMENTS**

**Legal Description**

COM SW COR SE 1/4 SEC 34 TH E 24 FT TH N 364 FT FOR POB TH N 455 FT TH W 24 FT TH N 405 FT TH E 324.

| Fact | Units | Depth/PrUnl | Unit Type | Land Type | Factor | Base | Price | Adj | NBC | N.INF | N.Mod | Infl 1 | % | Infl 2 | % | Infl 3 | % | Appraised | Alt Clas | % | Spec | J | Fact | Use Value | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7.6 | | Acres | MAIN | 1.0 | 0 | 10,000. | 2.443 | 45 | 1.36 | RMK5 | | | CONV CC | 50 | | | 185,638 | | | 0090 | | | 185,600 | Transportation Squ |

60000 · Total SF/SM: 331056.00 · Parcel LUC: 0000 VAC/RES · Prime NB Desc: 45 · Total: 185,638 · Spl Credit: · Total: 185,600 · More: Y

This information is believed to be correct but is subject to change and is not warranteed. Database: AssessPro 2004 nordland 2004

EXHIBIT 92

tabbies

VA 3
2700
14200.

This instrument prepared by and return to:
Robert E. Messick, Esquire
Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.
2013 Main Street, Suite 600
Sarasota, Florida 34237

Parcel Identification No. 0104-11-0029

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2004171125 3 PGS
2004 SEP 01 06:25 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
TRAIN 3 Receipt#520156
Doc Stamp-Deed: 4,200.00

2004171125

**WARRANTY DEED**

THIS INDENTURE, made this 31st day of August, 2004, between M & H Corporation, an Ohio corporation and Ronald V. Miller, Individually (collectively referred to herein as "Grantor"), whose address is 4640 Proctor Road, Sarasota, Florida 34233 and Phillippi Pines, LLC, a Florida limited liability company (referred to herein as "Grantee"), whose address is 2033 Main Street, Suite 600, Sarasota, Florida 34237.

WITNESSETH:

That Grantor, for and in consideration of the sum of ten dollars ($10.00) and other valuable consideration to it in hand paid by Grantee, the receipt whereof is hereby acknowledged, have granted, bargained and sold to Grantee, its successors and assigns, forever, the land lying in SARASOTA COUNTY, FLORIDA, legally described in **EXHIBIT A** attached hereto and made a part hereof by this reference, together with all improvements located thereon (collectively, the "Property").

For the same consideration, Grantor hereby convey, transfer, remise, release and assign to Grantee, its successors and assigns, forever, all right, title and interest of Grantor in and to all easements appurtenant to the Property, and all right, title and interest of Grantor in and to any streets, roadways, alleys and sidewalks, both public and private, adjacent to the Property.

SUBJECT to rights, reservations and restrictions filed of Public Record.

GRANTOR do hereby fully warrant title to the Property, and will defend and indemnify Grantee against the lawful claims of all persons whomsoever. Grantor covenant and warrant to Grantee that the Property is not now, nor ever has been the Homestead of Grantor, nor is the Property immediately contiguous to the Homestead of Grantor.

IN WITNESS WHEREOF, Grantor have executed this Warranty Deed as of the date stated above.

Executed as to both Grantors in the Presence of the Undersigned Witnesses:

M & H CORPORATION, an Ohio Corporation

By: [signature]
Ronald V. Miller, as Vice President

[signature]
Printed Name: Geoffrey Pflugner

[signature]
Printed Name: STEPHEN J BROWNE

[signature]
Ronald V. Miller, Individually

[signature]
Printed Name: J. Geoffrey Pflugner

[signature]
Printed Name: STEPHEN J BROWNE



EXHIBIT
tabbies
93

INSTRUMENT # 2004171125
3 PGS

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 31 day of August, 2004, by RONALD V. MILLER, Individually and as Vice President of M & H Corporation, an Ohio corporation, who is personally known to me X or has produced ______ as identification.

Notary Public

J. Geoffrey Pflugner
MY COMMISSION # DD060054 EXPIRES
September 24, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

F:\USERS\REM\ORION\PHILIPPI\WARRANTY.WPD3

INSTRUMENT # 2004171125
3 PGS

EXHIBIT "A"

**Legal Description**

Commence at the SW corner of the SE1/4 of Section 34, Township 36 South, Range 18 East; thence East 24.0 feet; thence North along the East line of Sawyer Road, 364.0 feet (to the North zoning line of land presently zoned "CG") for Point of Beginning; thence continue North along the East line of Sawyer Road, 455.0 feet to the North line of Lot 11, Block 4, Section 34-36-18 of Phillippi Creek Farms Subdivision; thence continue North along East line of Sawyer Road 405.0 feet to a point lying 255.6 feet South of the North line of Lot 10 of Block 4, Section 34-36-18 of Phillippi Creek Farms Sub; thence East, and parallel to said North Line of Lot 10, 300.7 feet to the West R/W line of S.C.L. Railroad; thence SE'ly along said railroad, 922.5 feet to a point (said point being 324.0 feet North of, as measured perpendicular to, South line of Section 34-36-18); thence West and parallel to said South line of Section 34-36-18, 105.52 feet; thence North and perpendicular to said South line of Section 34-36-18, 166.0 feet; thence West and parallel to said South line of Section 34-36-18, 150.0 feet; thence South and perpendicular to South Line of Section 34-36-18, 131.1 feet (to a point on the North zoning line of lands presently zoned "CG"); thence Westerly along said zoning line, 240.1 feet to the Point of Beginning. Being a part of Lots 10 and 11, Block 4, Section 34, Township 36 South, Range 18 East, Phillippi Creek Farms Subdivision, recorded in Plat Book 1, Page 253, Public Records of Manatee County, Florida (also recorded in Plat Book A, Page 50, Public Records of Sarasota County, Florida.). Together with the East 1/2 of that part of Sawyer Road (as shown on said Plat of Phillippi Creek Farms Sub.) lying West of said Tract 10 (except the North 255.6 feet thereof)

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0061-15-0086

**Parcel**

| | |
|---|---|
| **Property Address:** | MERIWETHER PL |
| Description | LOT 10, PHILLIPPI PINES |
| **Incorporation:** | UNINCORPORATED |
| **Subdivision Code:** | 3014 |
| **Use Code:** | 0000 |
| **Sec/Twp/Rge:** | 34-36S-18E |
| **Census Tract (2000)** | 16.02 |
| **Zoning:** | RSF3 |

Tax Districts

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

NOURSE RONALD R
5826 MERIWETHER PL
SARASOTA, FL 34232

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $204,800 |
| **Land Value:** | $204,800 |
| **Improvement Value:** | $0 |
| **Assessed Value:** | $204,800 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $204,800 |

**Property**

| | |
|---|---|
| **Land Area:** | 18,835 |
| **Vacant Lot:** | No Building Details |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | $245,000 |
| **Date Sold:** | 8/4/2006 |
| **Deed Type:** | WD |
| **Grantor:** | PHILLIPPI PINES LLC, |
| **Instrument #:** | 2006143199 |

Transfers

View Document

**Updated:** 3/26/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
94

New Search | Printable Version Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0061-15-0087

**Parcel**

| | |
|---|---|
| **Property Address:** | MERIWETHER PL |
| Description | LOT 9, PHILLIPPI PINES |
| **Incorporation:** | UNINCORPORATED |
| **Subdivision Code:** | 3014 |
| **Use Code:** | 0000 |
| **Sec/Twp/Rge:** | 34-36S-18E |
| **Census Tract (2000)** | 16.02 |
| **Zoning:** | RSF3 |

Tax Dist

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

PHILLIPPI PINES LLC
2033 MAIN ST STE 600
SARASOTA, FL 34237

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $169,300 |
| **Land Value:** | $169,300 |
| **Improvement Value:** | $0 |
| **Assessed Value:** | $169,300 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $169,300 |

**Property**

| | |
|---|---|
| **Land Area:** | 10,563 |
| **Vacant Lot:** | No Building Details |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | $600,000 (Multiple Parcel Sale) |
| **Date Sold:** | 8/31/2004 |
| **Deed Type:** | WD |
| **Grantor:** | MILLER,RONALD V |
| **Instrument #:** | 2004171125 |

Tran

View Docum

**Updated:** 3/26/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0061-15-0088

**Parcel**

**Property Address:** MERIWETHER PL
Description LOT 8, PHILLIPPI PINES
**Incorporation:** UNINCORPORATED
Tax Dist
**Subdivision Code:** 3014
**Use Code:** 0000
**Sec/Twp/Rge:** 34-36S-18E
**Census Tract (2000)** 16.02
**Zoning:** RSF3

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

PHILLIPPI PINES LLC
2033 MAIN ST STE 600
SARASOTA, FL 34237

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $169,300
**Land Value:** $169,300
**Improvement Value:** $0
**Assessed Value:** $169,300
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $169,300

**Property**

**Land Area:** 10,134
**Vacant Lot:** No Building Details

**Last Sale/Transfer**

**Sale Price:** $600,000 (Multiple Parcel Sale)
Tran
**Date Sold:** 8/31/2004
**Deed Type:** WD
**Grantor:** MILLER,RONALD V
**Instrument #:** 2004171125
View Docum

**Updated:** 3/26/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0061-15-0089

**Parcel**

**Property Address:** MERIWETHER PL
Description | LOT 7, PHILLIPPI PINES
**Incorporation:** UNINCORPORATED — Tax Dist
**Subdivision Code:** 3014
**Use Code:** 0000
**Sec/Twp/Rge:** 34-36S-18E
**Census Tract (2000)** 16.02
**Zoning:** RSF3

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

PHILLIPPI PINES LLC
2033 MAIN ST STE 600
SARASOTA, FL 34237

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $169,300
**Land Value:** $169,300
**Improvement Value:** $0
**Assessed Value:** $169,300
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $169,300

**Property**

**Land Area:** 10,000
**Vacant Lot:** No Building Details

**Last Sale/Transfer**

**Sale Price:** $600,000 (Multiple Parcel Sale) — Tran
**Date Sold:** 8/31/2004
**Deed Type:** WD
**Grantor:** MILLER,RONALD V
**Instrument #:** 2004171125 — View Docum

**Updated:** 3/26/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

New Search | Printable Version Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0061-15-0090

**Parcel**

| | |
|---|---|
| **Property Address:** | MERIWETHER PL |
| Description | LOT 6, PHILLIPPI PINES |
| **Incorporation:** | UNINCORPORATED |
| **Subdivision Code:** | 3014 |
| **Use Code:** | 0000 |
| **Sec/Twp/Rge:** | 34-36S-18E |
| **Census Tract (2000)** | 16.02 |
| **Zoning:** | RSF3 |

Tax Dist

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

PHILLIPPI PINES LLC
2033 MAIN ST STE 600
SARASOTA, FL 34237

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $169,300 |
| **Land Value:** | $169,300 |
| **Improvement Value:** | $0 |
| **Assessed Value:** | $169,300 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $169,300 |

**Property**

| | |
|---|---|
| **Land Area:** | 10,000 |
| **Vacant Lot:** | No Building Details |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | $600,000 (Multiple Parcel Sale) |
| **Date Sold:** | 8/31/2004 |
| **Deed Type:** | WD |
| **Grantor:** | MILLER,RONALD V |
| **Instrument #:** | 2004171125 |

Tran

View Docum

**Updated:** 3/26/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0061-15-0091

| | | | |
|---|---|---|---|
| **Parcel** | **Property Address:** | MERIWETHER PL | |
| | Description | LOT 5, PHILLIPPI PINES | |
| | **Incorporation:** | UNINCORPORATED | Tax Dist |
| | **Subdivision Code:** | 3014 | |
| | **Use Code:** | 0000 | |
| | **Sec/Twp/Rge:** | 34-36S-18E | |
| | **Census Tract (2000)** | 16.02 | |
| | **Zoning:** | RSF3 | |

<< Prior ID | Nearby IDs | Next ID >>

| | |
|---|---|
| **Ownership** | PHILLIPPI PINES LLC<br>2033 MAIN ST STE 600<br>SARASOTA, FL 34237 |

| | | |
|---|---|---|
| **2007 Values** (As of 1/1/2007) | **Just (Market) Value:** | $169,300 |
| | **Land Value:** | $169,300 |
| | **Improvement Value:** | $0 |
| | **Assessed Value:** | $169,300 |
| | **Homestead:** | No |
| | **Total Exemptions:** | $0 |
| | **Total Taxable:** | $169,300 |

| | | |
|---|---|---|
| **Property** | **Land Area:** | 10,136 |
| | **Vacant Lot:** | No Building Details |

| | | | |
|---|---|---|---|
| **Last Sale/Transfer** | **Sale Price:** | $600,000 (Multiple Parcel Sale) | Tran |
| | **Date Sold:** | 8/31/2004 | |
| | **Deed Type:** | WD | |
| | **Grantor:** | MILLER,RONALD V | |
| **Updated:** 3/26/2008 12:34:00 AM | **Instrument #:** | 2004171125 | View Docum |

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search