$10.50 Rec
$1,659.00 Doc

1999043615

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 1999043615 2 PGS
1999 MAR 31 05:32 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
VBROTHER Receipt#090914

Doc Stamp-Deed: 1,659.00

THIS INSTRUMENT PREPARED BY AND RETURN TO:
**JOHN D. DUMBAUGH, ESQ.** 12534.005
SYPRETT MESHAD RESNICK & LIEB
1900 RINGLING BOULEVARD
SARASOTA, FLORIDA 34236

Property Appraisers Parcel Identification (Folio) Numbers:

Grantee SS #: **264703916**

SPACE ABOVE THIS LINE FOR RECORDING DATA

**THIS WARRANTY DEED,** made the **31st** day of **March, A.D. 1999** by **TREWOL, INC., A FLORIDA CORPORATION**, herein called the grantor, to **ILENE MIRMAN** whose post office address is **4183 SHELL ROAD, SARASOTA, FLORIDA 34242**, hereinafter called the Grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**WITNESSETH:** That the grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in SARASOTA County, State of Florida, viz:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

**Subject to easements, restrictions and reservations of record and to taxes for the year 1999 and thereafter.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 1998.

**IN WITNESS WHEREOF,** the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

| | |
|---|---|
| A. R. Herb (signature)<br>Witness #1 Signature | **TREWOL, INC., A FLORIDA CORPORATION** |
| A. R. Herb<br>Witness #1 Printed Name | BY: Loren R. Wolter (signature) L.S.<br>**LOREN R. WOLTER, PRESIDENT**<br>3176 E. VENICE AVENUE, VENICE, FLORIDA 34292 |
| Carol S. Brophy (signature)<br>Witness #2 Signature | |
| Carol S. Brophy<br>Witness #2 Printed Name | |

**STATE OF FLORIDA**
**COUNTY OF SARASOTA**

The foregoing instrument was acknowledged before me this ~~31st~~ 25 day of **March, 1999** by LOREN R. WOLTER, PRESIDENT of TREWOL, INC., A FLORIDA CORPORATION on behalf of the corporation. He/she is personally known to me or has produced Florida Drivers License as identification.

SEAL

NOTARY PUBLIC STATE OF FLORIDA
A R Herb
My Commission CC600833
Expires November 11, 2000

My Commission Expires: 11-11-00

(signature)
Notary Signature
A. R. Herb
Printed Notary Signature

EXHIBIT
95

OFFICIAL RECORDS INSTRUMENT # 1999043615 2 Pgs

SUNSET AVE./MYRTLE DR.
NOKOMIS, FLORIDA
"GROVE PROPERTY"

EXHIBIT "A"

PARCEL I

Northwest Quarter (NW ¼) of Northeast Quarter (NE ¼) of Southeast Quarter (SE ¼) of section Twenty-Five (25), Township Thirty-Eight (38) South, Range Eighteen (18) East, containing 10 acres more or less.

PARCEL II

The West 30 feet of the following described property:

Begin at the Northeast corner of the Southwest ¼ of the Northeast ¼ of the Southeast ¼ of section 25, Township 38 South, Range 18 East; thence South 120 feet to the North boundary of Myrtle Drive; thence West 203.5 feet for a Point of Beginning; thence North and parallel with the East line of said Section, 120 feet; thence West along the Quarter Section line, 274.79 feet; thence South 120 feet to the North boundary of Myrtle Drive; thence East along the North boundary of Myrtle Drive.

274.79 feet more or less to the Point of Beginning.

PARCEL III

Begin at the Northwest corner of the Southwest ¼ of Northeast ¼ of Southeast ¼, section 25, Township 38 South, Range 18 East; thence East 80 feet to the Point of Beginning (being the Northeast corner of Page property); thence South 120 feet along the East line of Page's property to the North boundary of Myrtle Drive (as described in Deed to the County of Sarasota, recorded in Official Records Book 335, page 418, public records of Sarasota County, Florida); thence East 100 feet along North boundary of Myrtle Drive; thence North 120 feet to the North line of said Southwest ¼ of Northeast ¼ of Southeast ¼; thence West 100 feet, more or less to the Point of Beginning.

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0165-01-0007

**Parcel**

**Property Address:** MYRTLE DR
Description | TRACT IN NE 1/4 OF SE 1/4 OF SEC 25-38-18 DESC AS COM A
**Incorporation:** UNINCORPORATED | Tax Districts
**Subdivision Code:** 0000
**Use Code:** 6200
**Sec/Twp/Rge:** 25-38S-18E
**Census Tract (2000)** 22.01
**Zoning:** RE1
<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

MIRMAN ILENE
4183 SHELL RD
SARASOTA, FL 34242

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $341,548
**Land Value:** $247,748
**Improvement Value:** $93,800
**Assessed Value:** $120,443
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $120,443

**Property**

**Land Area:** 596,772
**Total Building Area:** 2,772 (All Structures)
**Total Living Area:** 1,950 (Enclosed Only)
**Living Units:** 1
**Bed / Bath:** 2 Bed / 2 Bath
**Pool:** No
**Year Built:** 1970

**Last Sale/Transfer**

**Sale Price:** $237,000 (Multiple&nbspParcel&nbspSale) | Transfers
**Date Sold:** 3/31/1999
**Deed Type:** WD
**Grantor:** TREWOL INC
**Instrument #:** 1999043615 | View Document

**Updated:** 1/23/2008 12:34:00 AM

EXHIBIT
tabbies
96

15

IN THE COUNTY JUDGE'S COURT IN AND FOR SARASOTA COUNTY, FLORIDA.
IN PROBATE.

IN RE: Estate of MAXINE A. PATTON, Deceased. No. 7422

RECEIPT

The undersigned, CHARLOTTE PATTON REED, KENNETH STUART PATTON, III, and OLD COLONY TRUST COMPANY, as guardian for JAMES GORDON PATTON, as all of the beneficiaries under the will of Maxine A. Patton, deceased, hereby acknowledge receipt from Palmer First National Bank and Trust Company of Sarasota, Sarasota, Florida, as ancillary administrator with the will annexed of the estate of Maxine A. Patton, deceased, of the following described real property in accordance with Court Order Approving Accounts and Directing Distribution signed by the Sarasota County Judge on May 10, 1966, said distribution being all of the remaining real property in this estate:

| | | Value |
|---|---|---|
| Real property in Laurel, Sarasota County, Florida, in Section 31, Twp. 38 South, Range 19 East, containing approximately 8 acres of upland and 2 acres of submerged land with - | | |
| Improvements | $25,700.00 | |
| Land value | 15,037.68 | $40,737.68 |

IN WITNESS WHEREOF, we hereunto set our hands and seals this 21 day of July, 1966.

Charlotte Patton Reed
Charlotte Patton Reed

Kenneth Stuart
Kenneth Stuart Patton,

OLD COLONY TRUST COMPA

STATE OF FLORIDA COUNTY OF SARASOTA
BE IT REMEMBERED THAT ON THIS 26 DAY OF July A. D., 1966, I HAVE DULY FILED THE WITHIN INSTRUMENT IN THE PUBLIC RECORDS OF SAID COUNTY.

EXHIBIT 97

2-8083

20

8

# The Commonwealth of Massachusetts

UNITED STATES OF AMERICA.

## COPY OF RECORD OF DEATH

Town of Falmouth

I, the undersigned, hereby certify that I am clerk of the Town of Falmouth that as such I have custody of the records of deaths required by law to be kept in my office; that among such records is one relating to the death of MAXINE (ALLABEN) PATTON and that the following is a true copy of so much of said record as relates to said death, namely;

Date of death September 13, 1963

Place of death Falmouth, Mass.

Name Maxine (Allaben) Patton
If deceased is a married, widowed or divorced woman, give also maiden name and name of husband.

Sex Female Color White

Single, Married, Widowed or Divorced Widowed-(Kenneth Stuart Patton, Jr.)

Age 48 Years 2 Months 25 Days

Residence Cambridge, Mass.

Occupation Housewife

U. S. War Veteran No
Specify War

Place of Birth Aurora, Ill.

| FATHER | MOTHER |
|---|---|
| Name Max Fenimore Allaben | Maiden Name Flora Solifisburg |
| Place of Birth Unknown | Place of Birth Aurora, Ill. |

Cause of Death Acute Barbituate Poisoning-Suicide.

Place of Burial Boston, Mass. Name of Cemetery Forest Hills Crematory

Date of Record September 16, 1963

And I do hereby certify that the foregoing is a true copy from said records.

Witness my hand and seal of said Town of Falmouth

on this 23rd day of September 1963

SEAL

[signature]
Clerk

Year 1963

Vol. 1958 Cont'd.

Page

No.

FORM 431 HOBBS & WARREN, INC., PUBLISHERS

EXHIBIT 98

tabbies

(10)

357117

# FEE SIMPLE DEED

O.R. 1654 PG 0508

This Indenture Made the 1st day of Jan A. D. 19 84

by CHARLOTTE PATTON REED

hereinafter called the grantor, to KENNETH STUART PATTON, III

whose post office address is Praia de Botafogo, 374 - 10º andar, Botafogo, Rio de Janeiro, RJ - CEP 22250, Brasil hereinafter called the grantee.

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

Witnesseth: That the grantor, for and in consideration of the sum of $ 10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, and transfers unto the grantee, all that certain land situate in Sarasota County, Florida, viz: The undivided one-third (1/3) interest of the Grantor in and to the following: The Southeast ¼ of the Northwest ¼ of the Southwest ¼ lying west of the Seaboard Coastline Railroad in Section 31, Township 38 South, Range 19 East, Sarasota County, Florida and the Southwest ¼ of the Northwest ¼ of the Southwest ¼ of Section 31, Township 38 South, Range 19 East containing approximately 8 acres of upland and 2 acres of submerged land, including all riparian rights and privileges thereunto belonging or in anywise appertaining.

THE LANDS TRANSFERRED HEREBY ARE NEITHER THE HOMESTEAD NOR THE RESIDENCE OF THE GRANTOR, THE GRANTOR RESIDING IN TAMPA, HILLSBOROUGH COUNTY, FLORIDA

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

In Witness Whereof, the said grantor has hereunto set hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

[signature]

[signature]

[signature] (Seal)
CHARLOTTE PATTON REED

(Seal)

(Seal)

(Seal)

Documentary Tax Pd. $ 315.00
Intangible Tax Pd. $
R. H. Hackney, Jr., Clerk, Sarasota County
By: [signature]
Deputy Clerk

FILED AND RECORDED R.H. HACKNEY JR. CLERK SARASOTA CO. FLA
FEB 8 3 05 PM '84
357117

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this 1st day of January, 19 84 by CHARLOTTE PATTON REED

This instrument was prepared by STEPHEN H. REYNOLDS of Macfarlane, Ferguson, Allison ... P.O. Box 1531 Tampa, Fla. 33601

[signature]
Notary Public State at Large
My Commission Expires:
NOTARY PUBLIC, State of Florida
My Commission Expires Sept. 14, 1985

STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of page 1 through 1 of the instrument filed in this office. The original instrument filed contains 1 pages.
☐ This copy has no redactions. ☒ This copy has been redacted pursuant to law.
Witness my hand and official seal this 14th day of Dec, 2007.
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: [signature]
Deputy Clerk

EXHIBIT 99

108

469184

WARRANTY DEED
INDIVID. TO INDIVID.

CHELSEA TITLE and GUARANTY COMPANY

O.R. 1754 PG 1681

5.00
315.00

**This Warranty Deed** Made the 7th JANUARY

JAMES G. PATTON & BEVERLY PATTON, his wife
as tenant in common as to an undivided 1/3 interest
hereinafter called the grantor, to

KENNETH S. PATTON III & GRACE E. PATTON, his wife
C/O Mr. and Mrs. W. H. Esworthy, Jr., P.O. Box 98
whose postoffice address is Laurel, Florida, 33545
hereinafter called the grantee:

**Witnesseth:** That the grantor, for and in consideration of the sum of $ 10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in SARASOTA County, Florida, viz:

The Southeast 1/4 of the Northwest 1/4 of the Southwest 1/4 lying west of the Seaboard Coastline Railroad in Section 31, Township 38 South, Range 19 East Sarasota County, Florida, and the Southwest 1/4 of the Northwest 1/4 of the Southwest 1/4 of Section 31, Township 38 South, Range 19 East.

Documentary Tax Pd. $ 315.00
Intangible Tax Pd. $
R. H. Hackney, Jr., Clerk, Sarasota County
By: [signature]
Deputy Clerk

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 19 84.

This instrument prepared by [signature]
Chelsea Title and Guaranty Company
P. O. Box No. 3047
Sarasota, Florida 33578
incidental to the issuance of title insurance.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:

[signatures]

JAMES G. PATTON

BEVERLY PATTON

SPACE BELOW FOR RECORDERS USE

STATE OF GEORGIA
COUNTY OF DEKALB

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared
JAMES G. PATTON & BEVERLY PATTON, his wife

to me known to be the person described in and who executed the foregoing instrument and they acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 7th day of January, A.D. 1984

Impress Seal
of Office

[signature]
Notary Public

This Instrument prepared by: JYR/S-11161

Address My commission expires: Notary Public, Georgia, State at Large My Commission Expires July 6, 1985

FILED AND RECORDED
R.H. HACKNEY CLERK
SARASOTA CO. FLA.
FEB 21 2 28 PM '85
469184

EXHIBIT
100

(8)

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0384-05-0001

**Parcel**

| | |
|---|---|
| **Property Address:** | 301 CHURCH ST |
| Description | COM AT NW COR OF SW 1/4 OF SEC 31-38-19 TH S-01-48-41-E |
| **Incorporation:** | UNINCORPORATED |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 0100 |
| **Sec/Twp/Rge:** | 31-38S-19E |
| **Census Tract (2000)** | 22.03 |
| **Zoning:** | RE2 |

Tax Districts | Show Map

2006 | << Prior ID | Nearby IDs | Next ID >> | 2007

**Ownership**

PATTON KENNETH S
PATTON GRACE E
PO BOX 98
LAUREL, FL 34272-0098

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $889,200 |
| **Land Value:** | $406,000 |
| **Improvement Value:** | $483,200 |
| **Assessed Value:** | $315,556 |
| **Homestead:** | Yes |
| **Total Exemptions:** | $25,000 |
| **Total Taxable:** | $290,556 |

**Property**

| | |
|---|---|
| **Land Area:** | 227,818 |
| **Total Building Area:** | 5,121 |
| **Total Living Area:** | 3,006 |
| **Living Units:** | 1 |
| **Bed / Bath:** | 2 Bed / 2 Bath / 1 Half Bath |
| **Pool:** | No |
| **Year Built:** | 1991 |

Buildings
(All Structures)
(Enclosed Only)

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | Non-Sale Transfer |
| **Date Sold:** | 3/1/1988 |
| **Deed Type:** | NA |
| **Grantor:** | |
| **Instrument #:** | 2018/2767 |

Transfers | View Document

**Updated:** 12/6/2007 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2007 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
101

65.00
60.50
12.00

748795

WARRANTY DEED

OFF REC 1166 PG 1079

THIS INDENTURE, Made this 28 day of February, 1977, between "THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, a non-profit corporation existing under the laws of the State of Louisiana, having its principal place of business in the Parish of Orleans and State of Louisiana, and MAGNOLIA SCHOOL, INC., a corporation existing under the laws of the State of Louisiana, having its principal place of business in the Parish of Jefferson and State of Louisiana," parties of the first part, and JAMES H. WILKIE and SHARON L. WILKIE, husband and wife, 3439 Fair Oaks Place, Sarasota, Florida 33580, of the County of Sarasota and State of Florida, parties of the second part,

WITNESSETH, That the said parties of the first part, for and in consideration of the sum of TEN DOLLARS AND OTHER VALUABLE CONSIDERATIONS, to them in hand paid by the said parties of the second part, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said parties of the second part, their heirs and assigns forever, the following described land, situate, lying and being in the County of Sarasota, State of Florida, to-wit:

> Lots 1 and 2, SPRING LAKE SUBDIVISION, Addition No. 1, as per plat thereof recorded in Plat Book 9, Page 40, of the Public Records of Sarasota County, Florida.
>
> This deed is given subject to easements of record and taxes for the year 1977 and subsequent years.

And the said parties of the first part do hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the parties of the first part have caused these presents to be signed in their names by their Chairman and President, respectively, and their corporate seals to be affixed, the day and year above written.

Signed, Sealed and Delivered in the Presence of:

Rita J. Lesler
[signature]
As to The Administrators of the Tulane Educational Fund

Doreen [signature]
[signature]
As to Magnolia School, Inc.

THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND

By: [signature]
Chairman

MAGNOLIA SCHOOL, INC.

By: [signature]
President

Williams, Parker [illegible]

STATE OF FLORIDA DOCUMENTARY STAMP TAX 116.60

DOCUMENTARY FLORIDA SURTAX 60.50

OFF REC 1166 PG 1079

EXHIBIT
tabbies
102

STATE OF LOUISIANA )
)
PARISH OF ORLEANS )

I HEREBY CERTIFY, That on this 14th day of February, 1977, before me personally appeared EDMUND McILHENNY, Chairman of THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, a non-profit corporation existing under the laws of the State of Louisiana, to me known to be the person described in and who executed the foregoing conveyance to JAMES H. WILKIE and SHARON L. WILKIE, husband and wife, and acknowledged the execution thereof to be his free act and deed as such officer, for the uses and purposes therein mentioned; and that he affixed thereto the official seal of said corporation, and the said instrument is the act and deed of said corporation.

WITNESS my signature and official seal at New Orleans, in the Parish of Orleans and State of Louisiana, the day and year last aforesaid.

[signature]
Notary Public

My Commission Expires:
at my death

* * *

STATE OF LOUISIANA )
)
PARISH OF ORLEANS )

I HEREBY CERTIFY, That on this 28 day of February, 1977, before me personally appeared ------Henry Boh as President of MAGNOLIA SCHOOL, INC., a corporation existing under the laws of the State of Louisiana, to me known to be the person described in and who executed the foregoing conveyance to JAMES H. WILKIE and SHARON L. WILKIE, husband and wife, and acknowledged the execution thereof to be his free act and deed as such officer, for the uses and purposes therein mentioned; and that he affixed thereto the official seal of said corporation, and the said instrument is the act and deed of said corporation.

WITNESS my signature and official seal at New Orleans, in the Parish of Orleans -- and State of Louisiana, the day and year last aforesaid.

[signature]
Notary Public

C. ELLIS HENICAN, JR.
Notary Public, Parish of Orleans, State of La.
My commission is issued for life.

My Commission Expires:
at death

THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND
504 FIRST NATIONAL BANK OF COMMERCE BUILDING
NEW ORLEANS 70112

March 3, 1977

At the regular bimonthly meeting of The Administrators of the Tulane Educational Fund, held March 3, 1977, a quorum being present, the following resolution was unanimously adopted:

"RESOLVED, That the action of Edmund McIlhenny be confirmed in the executing of a deed to James H. Wilkie and Sharon L. Wilkie of Tulane's ½ interest in property lying in the County of Sarasota, State of Florida, described as Lots 1 and 2, Springlake Subdivision, Addition No. 1, as per plat thereof recorded in Plat Book 9, page 40 of the public records of Sarasota County, Florida, for the sum of $55,000.00 cash for the entire property, and on such other terms and considerations as are contained in the said deed."

I certify that the above is a true and correct copy of the resolution adopted at the said meeting.

Clarence Scheps

Clarence Scheps
Secretary

OFF REC 1166 PG 1082

UNANIMOUS CONSENT
OF BOARD OF GOVERNORS
OF THE MAGNOLIA SCHOOL INC.

We, the undersigned being all of the members of the Board of Governors of the Magnolia School Inc., a non-profit corporation organized under the laws of the state of Louisiana Revised Statues 12:233 do hereby and herein unanimously agree as follows, to'wit:

1. We authorize Henry Boh, President, to use his uncontrolled judgment and discretion in disposing of the interest of the Magnolia School Inc. in lots 1 and 2, Spring Lake Subdivision, addition No. 1, as per plat thereof recordered in Plat Book 9, page 40, of the Public Records of Sarasota County, state of Florida, being the same property that was aquired by the Magnolia School Inc. and the administrators of the Tulane Educational Fund by warranty did from Kathryn B. Gore, a widow, dated December 27,1976.

2. Henry Boh, President, is not only authorized to use his sole discretion in signing a deed in which title to the interest of the Magnolia School Inc. will be transfered to a purchaser but he is further authorized to select the consideration, terms and conditions therof.

3. Henry Boh, President, is further authorized to sign a receipt for the consideration and to use his own sole judgment and discretion in making whatever if any deductions from the gross sum received that he may consider appropriate, including without limitation such amounts as may be proper, in his sole judgement, for taxes, closing cost, commission, counsel fees and expenses, the net amount to be for the account of the Magnolia School Inc..

4. We hereby agree to approve and ratify whatever Henry Boh, President, may properly do hereunder.

Those done and executed on this 28 day of February 1977.

OFF REC 1166 PG 1082

# CERTIFICATE

I secretary of the Board of Govenors of the Magnolia School Inc. certify that the persons who exicuted the above and foregoing Unanimous Consent were at the time of execution were the sole members of the Board of Govenors and that their genuine signatures appear above.

SECRETARY

748795

FILED AND RECORDED
R.H. HACKNEY, JR. CLERK
SARASOTA CO. FLA.

APR 7 9 41 AM '77

Rec'd 15.00
Doc St .55
17.55

904390

WARRANTY DEED

THIS INDENTURE, made this 28 day of June, 1988, by and between JAMES H. WILKIE and SHARON L. WILKIE, husband and wife, hereinafter referred to as Grantor, and JAMES H. WILKIE, as Trustee, hereinafter referred to as Trustee, whose post office address is 3650 Mandarin Road, Sarasota, Florida 34243.

WITNESSETH, Grantor, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable considerations, receipt of which is hereby acknowledged, does hereby grant, bargain, sell and convey to Trustee, its successors and assigns, the following described property situate in Sarasota County, Florida, to wit:

Lots 1,2,3 and 4, SPRING LAKE SUBDIVISION, Addition No. 1, as per plat thereof recorded in Plat Book 9, Page 40, of the Public Records of Sarasota County, Florida; together with all right, title and interest of Grantor in land lying in the bed of highways, roads, avenues, streets and alleys abutting the described premises.

SUBJECT TO taxes for current and subsequent years and to covemants, restrictions and easements of record and to applicable zoning regulations.

TOGETHER with all appurtenances, privileges, rights, interests, dower, reversions, remainders and easements thereunto appertaining;

TO HAVE AND TO HOLD said real estate with the following powers and for the following uses and purposes, to wit:

1. The Trustee is vested with full rights of ownership over the above described real estate and Trustee is specifically granted and given the power and authority:

a) To protect and conserve said real estate and improvements located thereon and to pay the taxes assessed thereon;

b) To sell said real estate, for cash or on credit, at public or private sale, to exchange said real estate for other property and to grant options to sell said property, and to determine the price and terms of sales, exchanges and options;

c) To execute leases and subleases for terms as long as 200 years, to subdivide or improve said real estate and tear down or alter improvements, to grant easements, give consent and make contracts relating to said real estate or its use and to release or dedicate any interest in said real estate;

d) To borrow money and to mortgage, pledge or encumber any or all of the said real estate to secure payment thereof;

e) To manage, control and operate said real estate, to collect the rents, issues and profits, to pay all expenses thereby incurred, and in addition, to manage and operate any business that may now or hereafter be operated and maintained on said real estate, and in general, to exercise any powers authorized by the provisions of Section 737.402, Florida Statutes, 1985.

O.R. 2043 PG 1153

Documentary Tax Pd. $ .55
Intangible Tax Pd. $
Karen E. Rushing, Clerk Sarasota County
By: [signature] Deputy Clerk

EXHIBIT
103

2. The Trustee shall hold said real estate and make distributions of said real estate or of the proceeds derived therefrom in accordance with the terms and conditions of that certain Trust Agreement collateral hereto entered into by JAMES H. WILKIE and the Trustee dated June 28, 1988.

3. No purchaser, grantee, mortgagee, lessee, assignee or any other person dealing with the Trustee need see to the application of any proceeds of any sales, lease, mortgage or pledge, but the receipt of the Trustee shall be a complete discharge and acquittance therefor. Any and all persons, including but not limited to grantees, mortgagees, lessees, transferees and assigns dealing with said Trustee need not inquire into the identification or status of any beneficiary under this deed or any collateral instrument nor inquire into or ascertain the authority of such Trustee to act in and exercise the powers granted by this deed or of adequacy or disposition of any consideration paid to Trustee nor inquire into the provisions of the said unrecorded Trust Agreement and any amendments thereto collateral hereto.

O.R. 2043 PG 1154

4. The Grantor does hereby define and declare that the interests of any beneficiary hereunder or under the said Trust Agreement and any amendment thereto collateral hereto shall be personal property only.

5. The Grantor recites that this conveyance is made in conformance with the provisions of Section 689.071, Florida Statutes, 1985.

6. By its acceptance of this conveyance, the Trustee covenants and agrees to do and perform the duties, acts and requirements upon it binding.

7. In the event of the resignation, death or inability of JAMES H. WILKIE to serve as Trustee, the Grantor's wife, SHARON L. WILKIE, shall serve as successor Trustee, without bond. In the event of the death, resignation or inability of SHARON L. WILKIE to serve as a Trustee, SHARON L. WILKIE'S children, TAMARA G. WEST and SCOTT E. WILKIE, or the surviving one of them, shall serve as successor Co-Trustees or sole Trustee, as the case may be, without bond. Every successor Trustee shall have all of the title, powers and discretion herein given to the Trustee, without any act of conveyance or transfer. Whenever used herein, the word "Trustee" shall specifically include "successor Trustee".

And Grantor hereby covenants with Trustee that Grantor is lawfully seized of said property in fee simple and it is free of encumbrances except as above stated; that Grantor has good right and lawful authority to convey same and Trustee shall have quiet enjoyment thereof. The Grantor does hereby fully warrant the title of said property, and will defend the same against lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed the date above written.

Signed, sealed and delivered in the presence of:

Patti Hughes

Elizabeth C. Marshall

James H. Wilkie (SEAL)
JAMES H. WILKIE

Sharon L. Wilkie (SEAL)
SHARON L. WILKIE

O.R. 2042 PG 1155

STATE OF FLORIDA
COUNTY OF SARASOTA

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to take acknowledgments in the county and state above named, personally appeared JAMES H. WILKIE and SHARON L. WILKIE, to me known to be the persons described in and who executed the foregoing deed and acknowledged before me that they executed the same freely and voluntarily for the purposes therein expressed.

WITNESS my hand and official seal in the county and state named above this 28 day of June, 1988.

Bettye B. Cook
Notary Public

My commission expires:
Notary Public, State of Florida at Large
My Commission Expires Sept. 28, 1989

Rit to: Prepared by: Monte K. Marshall
Williams, Parker, Harrison, Dietz & Getzen
1550 Ringling Blvd., P. O. Box 3258
Sarasota, Fla. 34230

RECORDED IN OFFICIAL
RECORDS
JUN 29 11 14 AM '88
KARL ...
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL.

STATE OF FLORIDA

# OFFICE of VITAL STATISTICS

CERTIFIED COPY

## CERTIFICATE OF DEATH
## FLORIDA

LOCAL FILE NO. 369

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): JAMES HENRY WILKIE, JR.
2. SEX: Male
3. DATE OF DEATH (Month, Day, Year): January 30, 1989
4. SOCIAL SECURITY NUMBER: 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
5a. AGE-Last Birthday (years): 56
5b. UNDER 1 YEAR: Months / Days
5c. UNDER 1 Day: Hours / Minutes
6. DATE OF BIRTH (Month, Day, Year): January 3, 1933
7. BIRTHPLACE (City and State or Foreign Country): Purcell, Oklahoma
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No): Yes
9a. PLACE OF DEATH (Check only one: see instructions on other side): HOSPITAL: X Inpatient ☐ ER/Outpatient ☐ DOA OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify)
9b. INSIDE CITY LIMITS? (Yes or No): Yes
9c. FACILITY NAME (If not institution, give street and number): Sarasota Memorial Hospital
9d. CITY, TOWN, OR LOCATION OF DEATH: Sarasota
9e. COUNTY OF DEATH: Sarasota

9bde 6804

10 GIVE KIND OF WORK DONE DURING MOST OF WORKING LIFE. DO NOT USE RETIRED.

10a. DECEDENT'S USUAL OCCUPATION: Owner/Operator
10b. KIND OF BUSINESS/INDUSTRY: Oil Company
11. MARITAL STATUS — Married, Never Married, Widowed, Divorced (Specify): Married
12. SURVIVING SPOUSE (If wife, give maiden name): Sharon Braden
13a. RESIDENCE — STATE: Florida
13b. COUNTY: Sarasota
13c. CITY, TOWN, OR LOCATION: Sarasota
13d. STREET AND NUMBER: 6530 Mandarin Road
13e. INSIDE CITY LIMITS? (Yes or No): No
13f. ZIP CODE: 34238
14. WAS DECEDENT OF HISPANIC OR HAITIAN ORIGIN? (Specify No or Yes — If yes, specify Haitian, Cuban, Mexican, Puerto Rican, etc.) X No ☐ Yes Specify:
15. RACE — American Indian, Black, White, etc. Specify: White
16. DECEDENT'S EDUCATION (Specify only highest grade completed): Elementary/Secondary (0-12): College (1-4 or 5+): 4

**PARENTS**

17. FATHER'S NAME (First, Middle, Last): James Henry Wilkie
18. MOTHER'S NAME (First, Middle, Maiden Surname): Zena Rock
19a. INFORMANT'S NAME (Type/Print): Sharon Wilkie
19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code): 6530 Mandarin Road, Sarasota, Florida 34238

**DISPOSITION**

20a. METHOD OF DISPOSITION: X Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify)
20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): Sarasota Memorial Park
20c. LOCATION — City or Town, State: Sarasota, Florida
21a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH: R L Wiegand
21b. LICENSE NUMBER (of Licensee): FE 1666
21c. NAME AND ADDRESS OF FACILITY: Wiegand Brothers Funeral Home, 7454 S. Tamiami Trail, Sarasota, Fl. 34231

**CERTIFIER**

To be Completed by CERTIFYING PHYSICIAN Only

22a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) as stated. (Signature and Title) ▶ Jos. F. Bubinak
22b. DATE SIGNED (Mo., Day, Yr.): 1 Feb 1989
22c. HOUR OF DEATH: 3:30 P M
22d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print)

To be Completed by MEDICAL EXAMINER

23a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and manner as stated. (Signature and Title) ▶
23b. DATE SIGNED (Mo., Day, Yr.)
23c. HOUR OF DEATH M
23d. PRONOUNCED DEAD (Mo., Day, Yr.)
23e. PRONOUNCED DEAD (Hour) M

24. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER) (Type or Print): Joseph F. Bubinak, M.D., 1617 S. Tuttle Ave., Sarasota, Florida 34239
25a. SUBREGISTRAR — SIGNATURE AND DATE ▶
25b. LOCAL REGISTRAR — SIGNATURE ▶ Dolores Mercer
25c. DATE REGISTERED: Feb 2 1989

**CAUSE OF DEATH BY CERTIFIER**

26. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. — Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. Metastatic Transitional Cell

DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.

b. Carcinoma of Bladder

DUE TO (OR AS A CONSEQUENCE OF):

c.

DUE TO (OR AS A CONSEQUENCE OF):

d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

27a. WAS AN AUTOPSY PERFORMED? (Yes or No): No
27b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No)
28. CASE REPORTED TO MEDICAL EXAMINER? (Yes or No): No
29. IF FEMALE, WAS THERE A PREGNANCY IN THE PAST 3 MONTHS? ☐ YES ☐ NO
30a. IF SURGERY IS MENTIONED IN PART I or II ENTER CONDITION FOR WHICH IT WAS PERFORMED
30b. DATE OF SURGERY (Mo., Day, Year)
31. PROBABLE MANNER OF 32a. DATE OF INJURY 32b. TIME OF 32c. INJURY AT WORK? 32d. DESCRIBE HOW INJURY OCCURRED

EXHIBIT 104