Sarasota County Government Online

search






## Sarasota County Rails to Trails Project

### Overview

**The Legacy Trail is currently under construction until Spring 2008 trespassing" signs are in place along the entire corridor and will l enforced in areas of active construction.**

In December 2004, Sarasota County paid $11.75-million to purchase tl CSX Transportation railroad corridor connecting Sarasota to Venice as multiuse recreational trail. The purchase was accomplished in partners Trust for Public Land, a national nonprofit land conservation organizati 12.4-mile-long and 100-foot-wide corridor stretches from just over a mi State Road 72 (Clark Road) by Sawyer Loop Road in Sarasota to the s terminus near Center Road in Venice.

### Historical Perspective

This corridor serves as a link to the rich and wonderful past of the regic the railroad corridor was extended through the Venice area at the requ Palmer family. The railroad line preceded any of our modern highways as the way Southwest Florida was discovered by many of its early inha Among the more well-known users of the railroad line were the U.S. Ar World War II, the Kentucky Military Institute and the Ringling Bros. and Bailey Circus, which wintered in Venice from 1962-1992. The railroad with the Venice Train Depot, which was built in 1927 and used for man the last passenger left the depot in 1971. Under a separate project, the Train Depot was later purchased and rehabilitated by the county, whicl in 2003 to once again serve the area's transportation needs as the sou passenger transfer facility for Sarasota County Area Transit (SCAT). T serve as one of the trail heads of the recreational trail.

### The Legacy Trail

On May 9, 2007, the Sarasota County Commission approved the name Legacy Trail, to reflect the heritage of the former railroad corridor and t lasting legacy for future generations. The name was based on a trend in a number of suggestions from the public. More than 100 names wer

EXHIBIT
tabbies
116



http://www.scgov.net/PublicWorks/RailsToTrails/images/clearingtrail.JPG

EXHIBIT
tabbies
117









THE TRUST for PUBLIC LAND

CONSERVING LAND FOR PEOPLE



FLORIDA

DONATE | NOW

Find by...
- State - GO
- Special Topic - GO

Home
View by Region
Central
Mid-Atlantic
New England
Northwest & Rockies
Southeast
The Caribbean
Florida
Georgia
Louisiana
North Carolina
South Carolina
Tennessee
West
About TPL
Support TPL
Conservation Research
Conservation Services
Conservation Initiatives
Federal Programs
Local Programs
Newsroom
Publications
Activities
Jobs
TPL Store

Search
SUBMIT

FREE E-Newsletters click here

HOME > View by Region > Southeast > Florida

## Southwest Florida Program

Since 1972, the Trust for Public Land has helped protect more than 2 million acres of states. Operating in Florida since 1975, TPL has protected over 200,000 acres at a m more than $600 million. Highlights of TPL's past and current work in Southwest Florid

**Peace River**
In February 2007, TPL helped preserve a 1.25-acre property along the Peace River, t in a linear riverfront park planned by the City of Punta Gorda. This area along the rive downtown Punta Gorda was once filled with single-family residences but in 2004, mo: was destroyed by Hurricane Charley. Instead of allowing redevelopment in the area, \ vulnerable to flooding and wind damage, the city proposed building a waterfront park, also provide for flood relief in the area. This property will provide an important link to t public waterfront park that would include fishing and viewing platforms over the river, and bike trails.

**Carribean Gardens**
The Naples Zoo is a much loved attraction in Naples, Florida. But the historic zoo and botanical gardens faced closure when the land's owner decided to sell the 165-acre Caribbean Gardens parcel on which they were situated. County voters overwhelmingly approved a bond referendum to acquire the land, but with rising property values, more money was needed. At the county's request, TPL stepped in and was able to craft a solution that would bring the land within the county's budget by splitting off two parcels for private sale--one to the Conservancy of Southwest Florida. In addition to the 50 acres housing the zoo and gardens, the county protected 80 acres that will eventually be used as a "Central Parl growing Naples.


Photo: Michael Wray


Photo: David Lawrence

**Pinellas Trail Extension**
With over a million visitors each year, t Trail is a hot spot for bicyclists, walkers skaters. The trail got its start in 1990 a recreational corridor extending from Se Seminole to Taylor Park in Largo. Tod: stretches 34 miles and connects Tarpc St. Petersburg, traversing eight towns waterways and connects a number of parks. In April 2006, staff and friends o Public Land, the City of St. Petersburg County celebrated the purchase of a tv corridor from CSX Transportation, Inc. the trail into downtown St. Petersburg. The corridor passes the historic Seaboard Co: Depot that currently houses the St. Pete Clay Company, a world-renowned clay art st around Tropicana Field, home of the Tampa Bay Devil Rays baseball team, before jo existing trail at 34th Street South.

**Sarasota Recreational Trail, Sarasota Cou**

EXHIBIT
tabbies
118



Photo: Becky Bremser

For more than a decade, Sarasota County tri( unsuccessfully to purchase a 12.8-mile sceni( stretches from State Road 72 in Sarasota to ε terminus near Center Road in Venice. Ownec Transportation, Inc., the corridor had a colorfu the 1960s until the mid-90s, it was used by th Brothers and Barnum & Bailey Circus to brinç its winter quarters in Venice and earlier in Saı 2002, the county commission enlisted the Tru Land to help bridge county and corporate inte make the acquisition a reality. After two years completed the deal and conveyed the land to the county in December 2004. This cor centerpiece of the county's planned trail system and a major bicycle/pedestrian comn between Sarasota and Venice. The trail traverses two waterways, Shakett Creek and and goes through scenic Oscar Scherer State Park.

**Fort Brooke Park, Hillsborough County**



Photo: An

This downtown Tampa park was the first site acquired as part of the city's plan to integrate its waterfront parks into a connected system. The park allows pedestrian links to popular downtown sites such as the convention center, the Ice Palace, and the Florida Aquarium. The land is a welcome recreational green space for the thousands of people who work, live in, or visit the area. It also is significant as the location of historic Fort Brooke, an early 19th century U.S. military fortification that was considered one of the largest and most important bases of its time. The Trust for Public Land purchased the property in 1999, and conveyed it to the City of Tampa.

**Treasure Island, Pinellas County**

Located just north of St. Petersburg Beach, Treasure Island is a small beach community of about 7,300 residents. In December 2000, the Trust for Public Lε city purchase three beachfront parcels to create Sunset Pavilion Trailhead, a 1.6-acre provides much-needed public waterfront access and open space in this highly develo area, as well as a potential nesting area for loggerhead sea turtles and shorebirds. Tł property included a two-story structure that was torn down, opening up a magnificent the southern entrance of the city. The park will connect with the city's greenway netw includes an on-street paved trail, an elevated wooden path that winds around a penin southern city limit, and a beach trail that runs behind a system of restored dunes alon Mexico.

Updated 7/2007



© 2008 The Trust for Public Land. All Rights Reserved.
Privacy Policy