# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BAY PLAZA PROPERTIES, LLC, et al., | ) | |
| | ) | Hon. Lawrence M. Baskir |
| Plaintiffs. | ) | |
| v. | ) | Case No. 08-198 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of Mark T. Romley as counsel for Defendant, United States of America, in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

Overnight and hand deliveries should be addressed to:

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Room 3533
601 D Street, NW
Washington, D.C. 20004

Dated: April 4, 2008

Respectfully submitted,

s/ Mark T. Romley

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506