**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BAY PLAZA PROPERTIES, LLC, et al., | ) | |
| | ) | Hon. Lawrence M. Baskir |
| Plaintiffs | ) | |
| v. | ) | Case No. 08-198 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION FOR A STATUS CONFERENCE AND TO STRIKE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, Defendant, United States, and respectfully moves this Court to schedule a status conference in the above-captioned matter in order to discuss the motions filed by Plaintiffs shortly after the filing of their Complaint and to direct the parties on how the Court wishes for parties to proceed. Defendant also respectfully moves this Court to stay all proceedings on Plaintiffs' motions until the Court has provided its direction on these matters. Finally, pursuant to this Court's special procedures order and Rule 56(a) of the Rules of the Court of Federal Claims, Defendant respectfully moves this Court to strike Plaintiffs' Motion for Partial Summary Judgment.

A memorandum in support of this motion is attached.

Respectfully submitted this 4th day of April, 2008,

**RONALD J. TENPAS**
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
William Shapiro
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

Counsel for the Defendant.

Of Counsel:
Evelyn Kitay
Surface Transportation Board
Washington, DC

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BAY PLAZA PROPERTIES, LLC, et al., | ) | |
| | ) | Hon. Lawrence M. Baskir |
| Plaintiffs | ) | |
| v. | ) | Case No. 08-198 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR A STATUS CONFERENCE AND TO STRIKE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

On March 21, 2008, Plaintiffs filed a Complaint in the above captioned matter alleging a Fifth Amendment taking by virtue of the operation of the Trails Act, 16 U.S.C. § 1247(d). That same day, Plaintiffs filed a Notice of Indirectly Related Case Pursuant to Rule 40.2(b), (Docket No. 6),[1] and a Motion for Reassignment of a Related Matter to Judge Mary Ellen Coster Williams. (Docket No. 5). On March 26, 2008, Plaintiffs also

[1] Plaintiffs' Notice of Indirectly Related Case should have been filed in the earliest-filed related case, Rogers v. United States, 07-273 (filed May 1, 2007)(Williams, J.), as is required by the Court's rules. See RCFC 40.2(b)(1)("The notice shall be captioned in the name of the earliest-filed case.).

filed a Motion for Leave to File Motion for Partial Summary Judgment Pursuant to RCFC 56(a), (Docket No. 7), and a Motion for Partial Summary Judgment. (Docket No. 8).

Currently, Defendant's response to the Motion for Reassignment is scheduled for filing on April 7, 2008. Given the nascency of this matter, and the number of motions already filed by Plaintiffs, Defendant respectfully requests a status conference to discuss the manner in which the Court would like the parties to proceed.

Additionally, because Plaintiffs filed their Motion for Summary Judgment on the same day as their motion for leave to file, in derogation of this Court's special procedures order and Rule 56(a) of the Rules of the Court of Federal Claims, giving neither the Court nor Defendant time to respond, Defendant respectfully requests that the Court strike Plaintiffs' Motion for Partial Summary Judgment. (See Docket Nos. 7, 8).

Defendant also respectfully requests that proceedings on Plaintiffs' other motions be stayed until such time as the Court conducts a status conference to direct the parties on how the Court wishes the matters described above to proceed.

**WHEREFORE**, Defendant respectfully requests that the Court convene a

status conference to address these matters, stay all proceedings on Plaintiffs' pending motions and strike Plaintiffs' Motion for Partial Summary Judgment.

Respectfully submitted this 4th day of April, 2008,

**RONALD J. TENPAS**
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
William Shapiro
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

Counsel for the Defendant.

Of Counsel:
Evelyn Kitay
Surface Transportation Board
Washington, DC