Description: Sarasota,FL Assessor Map 70.2 Page: 1 of 1
Order: f Comment:






NORTHWE
SAWYER
SECTION
AND PAR
LOT 5, B
PLAT THE
(BEING A
OF WHICH
SOUTH LI
TO THE
POINT OF

SUBJECT
OVER, AC
PROPERT

FROM TH
RANGE 1
BEE RIDG
NORTHWE
CENTERLI
NORTH L
RUN THE
FEET TO
SECTION
SARASOTA
RECORDS
PART); R
225 FEE
275.17 F

SAID EAS
A FLORID
CONVEYE
RECORDS

AND

EAST 12
37 SOUT
THEREOF
MANATEE

BEGIN AT
CENTER
NORTH L
CENTER
SAID NOR
THENCE
LESS, TO

LESS RO

CONTAINI

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0070-02-0029

**Parcel**

**Property Address:** 4050 BEE RIDGE RD
**Description:** COM NW COR OF NE 1/4 SEC 3-37-18, TH E 380 FT TH S 50 F
**Incorporation:** UNINCORPORATED
**Subdivision Code:** 0075
**Use Code:** 4860
**Sec/Twp/Rge:** 03-37S-18E
**Census Tract (2000)** 17.02
**Zoning:** CI

**Ownership**

BEE RIDGE LLC
C/O SUNBURST HOSPITALITY CORP
PO BOX 167928
IRVING, TX 75016-7928

**2007 Values**
(A  1/1/2007)

**Just (Market) Value:** $6,671,500
**Land Value:** $4,214,000
**Improvement Value:** $2,457,500
**Assessed Value:** $6,671,500
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $6,671,500

**Property**

**Land Area:** 234,112
**Total Building Area:** 95,581 (All Structures)
**Total Living Area:** 94,501 (Enclosed Only)
**Living Units:** 147
**Bed / Bath:** 0 Bed / 2 Bath
**Pool:** No
**Year Built:** Various (7 card parcel)

**Last Sale/Transfer**

**Sale Price:** $3,000,000
**Date Sold:** 8/21/2003
**Deed Type:** WD
**Grantor:** SCOTTYS INC,
**Instrument #:** 2003173977

Jpdated: 3/10/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

EXHIBIT
tabbies
9

3

Recording $ 15.00
Stamps .70

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003199979 3 PGS
2003 OCT 01 04:58 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
TFERNAND Receipt#382256

This Instrument Prepared by:
F. THOMAS HOPKINS
Icard, Merrill, Cullis, Timm,
Furen & Ginsburg, P.A.
2033 Main Street, Suite 600
Sarasota, Florida 34237
941-366-8100
09897-29806

Doc Stamp-Deed: 0.70

2003199979

# QUIT CLAIM DEED

GRANTOR: Calusa Lakes, Ltd., a dissolved and canceled Florida limited partnership

GRANTEE: Calusa Lakes Community Association, Inc., a Florida corporation

Grantee's Post Office Address: c/o Advanced Management, Inc.
899 Woodbridge Drive
Venice, FL 34293

Property Appraiser's Parcel ID No.: 0359-09-0033, 0360-11-0010, 0360-06-0013

Grantor, for and in consideration of the sum of $1.00, to Grantor in hand paid by Grantee, the receipt whereof is hereby acknowledged, releases, remises, and quit claims unto Grantee, and Grantee's heirs and assigns forever, the following described land, to wit:

See attached Exhibit "A"

To have and to hold, together with all the hereditaments and appurtenances thereunto belonging or in anywise appertaining, to the Grantee, and Grantee's heirs and assigns forever.

Dated: September 24th, 2003.

CALUSA LAKES, LTD.

Witnesses:

[signature]
Print Name: Gary Besshorner

[signature]
Print Name: ELIZABETH B. WILLIAMS

By: NISLEY CALUSA DEVELOPMENT, INC., A GENERAL PARTNER

By: [signature]
Andrew M. Nisley, its President

Address of Grantor:
2881 Mira Loda Drive
Sarasota, FL 34240

EXHIBIT
10

By: S. W. JOHNSON DEVELOPMENT, INC.
A GENERAL PARTNER

INSTRUMENT # 2003199979
3 PGS

By: NISLEY INVESTMENTS, INC.,
A DISSOLVED FLORIDA CORPORATION,
A LIMITED PARTNER

By: ______________________
Andrew M. Nisley, its President

Address of Grantor:
2881 Mira Loda Drive
Sarasota, FL 34240

Print Name: Gary Beschorner

Print Name: ELIZABETH B. WILLIAMS

By: S. W. JOHNSON INVESTMENTS, INC.
A LIMITED PARTNER

By: ______________________
Sherell W. Johnson, its President

Address of Grantor:
2477 Stickney Point Road, Suite 205-B
Sarasota, FL 34231

Print Name: Gary Beschorner

Print Name: ______________________

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 24TH day of September, 2003, by Andrew M. Nisley as President of Nisley Calusa Development, Inc., a Florida corporation, on behalf of the corporation, for itself and as a general partner on behalf of Calusa Lakes, Ltd., a Florida limited partnership, and Andrew M. Nisley as President of Nisley Investments, Inc., a dissolved Florida corporation, on behalf of the corporation, for itself and as a limited partner on behalf of Calusa Lakes, Ltd., a Florida limited partnership. He [ ] is personally known to me; or [X] has produced a driver's license as identification.

______________________
Print Name:
Notary Public
My Commission Expires:

GARY BESCHORNER
MY COMMISSION # CC 909071
EXPIRES: Feb 8, 2004
1-800-3-NOTARY Fla. Notary Service & Bonding Co.

STATE OF Florida
COUNTY OF Sarasota

The foregoing instrument was acknowledged before me this 26th day of September, 2003, by Sherell W. Johnson as President of S. W. Johnson Development, Inc., a Florida corporation, on behalf of the corporation, for itself and as a general partner on behalf of Calusa Lakes, Ltd., a Florida limited partnership, and Sherell W. Johnson as President of S. W. Johnson Investments, Inc., a Florida

INSTRUMENT # 2003199979
3 PGS

# EXHIBIT "A"

**PARCEL 1**
Tax I.D. #0359-09-0033
That certain parcel of land lying immediately South of and adjacent to the Southeasterly side lot line of Lot 1, Block N, Calusa Lakes, Unit 6, as per plat thereof recorded in Plat Book 37 at Page 47 of the Public Records of Sarasota County, Florida, bounded on the West by the Southeasterly extension of the rear (Southwesterly) line of said Lot 1, and on the South and East by the right of way Tract KK (Bald Eagle Lane) and Tract LL (Calusa Lakes Boulevard) as shown on said plat. Said parcel lying and being in Section 19, Township 38 South, Range 19 East, and being a part of "Golf Course Tract 9" as shown on the plat of Calusa Lakes Unit 6.

**PARCEL 2**
Tax I.D. #0360-11-0010, described in the Property Appraiser's records as follows:
A tract of land in Section 19 described as: Commence at the Southeast corner of Parcel A in Calusa Lakes, Unit 1; thence S 53°48'03" W, 170.82 feet for the Point of Beginning; thence along a curve to the left 300.95 feet; thence N 55°36'29" W, 330.4 feet; thence along a curve to the right 412.45 feet; thence N 53°44'40" E, 31.51 feet; thence along a curve to the left 218.18 feet; thence S 36°15'20" E, 114.89 feet to the Point of Beginning.

**PARCEL 3**
Tax I.D. #0360-06-0013, described in the Property Appraiser's records as follows:
A 50 foot strip of land lying South of Calusa Lakes, Unit 8, and lying North of Mission Valley Estates.




EXHIBIT

11

tabbles

20,300.00
15.00
ue

** OFFICIAL RECORDS ** BOOK 2538 PAGE 632

93084354

# WARRANTY DEED

THIS WARRANTY DEED, Made the 9th day of July, 1993, by Peyton A. Cramer, as Trustee of Peyton A. Cramer and Catherine R. Cramer Living Trust, dated December 19, 1986, whose address is 1840 South Pacific Coast Highway, Redondo Beach, California 90277, hereinafter the "Grantor," to Cramer Motors, Inc., a Florida corporation, whose address is 900 S. Bypass 41, Venice, Florida 34292, hereinafter the "Grantee":

(Wherever used herein the terms Grantor and Grantee include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the Grantor, for and in consideration of the sum of $10.00 and other valuable consideration, hereby grants, bargains, sells, remises, releases, conveys and confirms unto the Grantee, an all that certain land situate in Sarasota County, Florida, bearing real estate tax Parcel No. 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, more particularly described on Exhibit A, attached hereto and incorporated herein by this reference.

TOGETHER, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND, the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 1992 and valid easements, restrictions and reservations of record.

Grantor further covenants with Grantee that he is conferred with the power and authority to protect, conserve, sell, lease, encumber, convey and otherwise manage and dispose of the above-described property pursuant to the provisions of Section 689.071, Florida Statutes.

TRANS NUM:00236179
DOC STAMPS PD: $20300.00
INTANG. TAX PD: $.00
KAREN E. RUSHING SARASOTA CO.
BY: C. Briggs D.C.

This Instrument Prepared by and return to:
W. Peyton Gause, Jr., Esq.
Gause & Moss, P.A.
Two North Tamiami Trail, Suite 404
Sarasota, Florida 34236

✓ 430



EXHIBIT
12
tabbies

** OFFICIAL RECORDS ** BOOK 2559 PAGE 635

IN WITNESS WHEREOF, the Grantor has signed and sealed this Warranty Deed the day and year first above written.

Signed in the presence of:

Print name: W. Peyton Gause, Jr.

Print name: Lisa Fascia
(Two witnesses)

Peyton A. Cramer, Trustee

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was executed before me this 9th day of July, 1993, by Peyton A. Cramer, as Trustee of Peyton A. Cramer and Catherine R. Cramer Living Trust, dated December 19, 1986. Mr. Cramer is personally known to me or he produced his driver's license as identification and did not take an oath.

My commission expires:

Print Name:
Notary Public

W. PEYTON GAUSE, JR.
MY COMMISSION EXPIRES
August 17, 1994
BONDED THRU NOTARY PUBLIC UNDERWRITERS

compcram.ded

** OFFICIAL RECORDS ** BOOK 2539 PAGE 634

Exhibit "A"

Parcel of land in the Northwest corner of Section 17, Township 39 South, Range 19 East, Sarasota County, Florida; said parcel of land being more specifically described as follows:

From the Northwest corner of said Section 17, bear South 01°06'49" West along the West line of said Section 17, a distance of 1165.73 feet to the intersection thereof with the Northeasterly right-of-way line of the Seaboard Airline Railroad; thence South 32°18'47" East, along said Northeasterly right-of-way line, a distance of 637.81 feet to the intersection thereof with the Southeasterly line of the West Coast Inland Navigation District right-of-way and to the Point of Beginning; thence North 46°40'46" East along said Southeasterly right-of-way line, a distance of 376.44 feet to the intersection thereof with the Southwesterly right-of-way line of U.S. Highway No. 41 Bypass; thence South 35°43'30" East along said Southwesterly right-of-way line, a distance of 455.10 feet; thence South 46°40'46" West, parallel to the said West Coast Inland Navigation District's right-of-way, a distance of 402.76 feet to the intersection thereof with the aforesaid Northeasterly right-of-way line of the Seaboard Airline Railroad; thence North 32°18'47" West, along said Northeasterly right-of-way, a distance of 459.66 feet to the Point of Beginning.

LESS AND EXCEPT any portion thereof lying within the right-of-way of U.S. Highway 41 By-Pass.

RECORDER'S MEMO: Legibility of writing, typing, or printing for reproductive purpose may be unsatisfactory in this document when received.

RECORDED IN OFFICIAL RECORDS
RECORD VERIFIED
93 JUL 23 PM 3:15
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL

STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 3 of the instrument filed in this office. The original instrument filed contains 3 pages.
☑ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this 9 day of January, 2008.
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: [signature]
Deputy Clerk

**EXHIBIT "A"**

Property: 1000 US Highway 41 Bypass, Venice, Florida

Parcel ID No.: 0427-13-0018

Recorded in Instrument Number 2001156734

Date of Owner acquired property: October 30, 2001

Date of Recording: October 30, 2001