15W.
10850.
3

This Instrument Prepared by
Sam D. Norton, Esq
NORTON, GURLEY, HAMMERSLEY &
LOPEZ, P A.
1819 Main Street, Suite 610
Sarasota, Florida 34236

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2001156734 3 PGS
2001 OCT 30 05:19 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
ADEPALO Receipt#100235
Doc Stamp-Deed: 10,850.00

2001156734

# WARRANTY DEED

This Warranty Deed is made this 30th day of October, 2001, by **BATES SHOW SALES STAFF, INC., a Florida corporation d/b/a BATES R.V. EXCHANGE**, of the County of Sarasota, in the State of Florida, hereinafter referred to as "Grantor," to **CRAMER MOTORS, INC., a Florida corporation**, whose Tax Identification Number is 65-0171508, and whose post office address is 900 South 41 By-Pass, Venice, Florida 34292, hereinafter referred to as "Grantee"

## WITNESSETH

Grantor, in consideration of the sum of TEN and NO/100 DOLLARS ($10.00) and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby grants, bargains, sells and conveys to Grantee his heirs and assigns forever the following described real property in Sarasota County, Florida

See Exhibit "A" annexed hereto

The Data Processing Number of the above described real property is 0427-13-0018

Subject to valid easements, reservations and restrictions of record, governmental regulations and real property taxes for the current year.

Grantor hereby covenants with Grantee that Grantor is lawfully seized of the property in fee simple, that Grantor has good right and lawful authority to sell and convey the property; that Grantor hereby fully warrants the title to the property and will defend the title against the lawful claims of all persons whomsoever, and that the property is free of all encumbrances not set forth herein



EXHIBIT
13

OFFICIAL RECORDS INSTRUMENT # 2001156734 3 pgs

IN WITNESS WHEREOF, the Grantor has executed this Warranty Deed the date set forth above.

WITNESSES:

BATES SHOW SALES STAFF, INC., a Florida corporation d/b/a BATES R.V. EXCHANGE

By: ______________________
Frank Bates, as its president

Print Name: Sam P. Noh

Address: P.O. Box 2288
Nokomis FL 34274

Print Name: E. J. DeBoer

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 30th day of October, 2001, by Frank Bates, as president of BATES SHOW SALES STAFF, INC., a Florida corporation d/b/a BATES R.V. EXCHANGE, on behalf of the corporation.

______________________
Notary Public
Print Name: ______________________
My Commission Expires ______________________

Personally Known X (OR) Produced Identification ______________________
Type of identification produced ______________________

NOTARY PUBLIC STATE OF FLORIDA E J DeBoer Comm # CC 980480 Comm Exp Nov 7, 2004

H:\APPS\wp80\4463\2\warranty deed.wpd

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0427-12-0002

**Parcel**

| | |
|---|---|
| **Property Address:** | 900 S US 41 BYPASS |
| Description | COM AT NW COR OF SEC 17-39-19 TH S 01-06-49 W 1165.73 F |
| **Incorporation:** | UNINCORPORATED (Tax Districts) |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 2700 |
| **Sec/Twp/Rge:** | 17-39S-19E |
| **Census Tract (2000)** | 27.15 |
| **Zoning:** | CI |

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

CRAMER MOTORS INC
900 S US HIGHWAY 41 BYP
VENICE, FL 34292-3333

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $2,928,500 |
| **Land Value:** | $1,582,000 |
| **Improvement Value:** | $1,346,500 |
| **Assessed Value:** | $2,928,500 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $2,928,500 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 175,779 | |
| **Total Building Area:** | 37,317 | (All Structures) |
| **Total Living Area:** | 31,437 | (Enclosed Only) |
| **Living Units:** | | |
| **Bed / Bath:** | 1 Bed / 5 Bath | |
| **Pool:** | No | |
| **Year Built:** | Various (4 card parcel) | |

**Last Sale/Transfer**

| | | |
|---|---|---|
| **Sale Price:** | $2,900,000 | Transfers |
| **Date Sold:** | 7/9/1993 | |
| **Deed Type:** | WD | |
| **Grantor:** | CRAMER PEYTON A TRUSTEE OF | |
| **Instrument #:** | 2530/0632 | View Document |

Updated: 1/14/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbles
14

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0427-13-0018

**Parcel**

| | |
|---|---|
| **Property Address:** | 1000 S US 41 BYPASS |
| Description | COM AT NW COR OF SEC 17-39-19 TH S-01-06-49-W 1165.73 F |
| **Incorporation:** | UNINCORPORATED |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 2700 |
| **Sec/Twp/Rge:** | 17-39S-19E |
| **Census Tract (2000)** | 27.15 |
| **Zoning:** | CI |

Tax Districts

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

CRAMER MOTORS INC
900 S US HIGHWAY 41 BYP
VENICE, FL 34292-3333

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $1,987,200 |
| **Land Value:** | $1,191,400 |
| **Improvement Value:** | $795,800 |
| **Assessed Value:** | $1,987,200 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $1,987,200 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 132,380 | |
| **Total Building Area:** | 27,700 | (All Structures) |
| **Total Living Area:** | 9,200 | (Enclosed Only) |
| **Living Units:** | 1 | |
| **Bed / Bath:** | 0 Bed / 5 Bath | |
| **Pool:** | No | |
| **Year Built:** | 1973 | |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | $1,550,000 |
| **Date Sold:** | 10/30/2001 |
| **Deed Type:** | WD |
| **Grantor:** | BATES SHOW SALES STAFF INC, |
| **Instrument #:** | 2001156734 |

Transfers | View Document

Updated: 1/14/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
15

Florida MORTGAGE DEED From Corporation    For Photostat Recording    OFF. REC. 798 PG 775    TUTBLANX Tuttle Law    U.S. PAT. OFFICE ors,Rutland,Vt

# This Mortgage Deed.

*Wherever used herein, the term "party" shall include the heirs, personal representatives, successors and/or assigns of the respective parties hereto; the use of the singular number shall include the plural, and the plural the singular; the use of any gender shall include all genders; and, if used, the term "note" shall include all the notes herein described if more than one.*

342577

*Executed the* 1st *day of* July *A. D. 19* 69,
*by* BROAD ACRE TRAILER LODGE, INCORPORATED,

*a corporation existing under the laws of the State of* Indiana, *and having its principal place of business at*
*party of the first part, hereinafter called the Mortgagor, to*
MARVIN ANDERSON and FRIEDA K. ANDERSON, husband and wife,

*of the County of* Sarasota *State of* Florida
*party of the second part, hereinafter called the Mortgagee,*

**Witnesseth,** *That for divers good and valuable considerations, and also in consideration of the aggregate sum named in the promissory note of even date herewith, hereinafter described, the said Mortgagor does grant, bargain, sell, alien, remise, release, convey and confirm unto the said Mortgagee, in fee simple, all the certain tract of land, of which the said Mortgagor is now seized and possessed, and in actual possession, situate in* Sarasota *County, State of Florida, described as follows:*

The SE¼ of NW¼, less SAL RR R/W and less Sarasota Fruitville Drainage Canal, and that part of SW¼ of NW¼ lying East of SAL RR R/W, less Sarasota Fruitville Drainage Canal, in Section 27, Township 36 South, Range 18 East, less South 30 feet thereof.

This is a purchase money mortgage.

Received $1240.00 in payment of taxes due on Class "C" Intangible Personal Property, pursuant to Chapter 20724 Laws of Florida, Acts of 1941.
Charlie Hagerman
Tax Collector, Sarasota County, Fla.
By [signature] Deputy Clerk

STATE DOCUMENTARY STAMPS ATTACHED TO NOTE
930.00

WOOD, SCHEB & WHITESELL + DRYMON
P. O. Box 15425
~~Englewood~~ Sarasota, Florida

This Instrument was prepared by
JACK R. BISSELL
DEXTER, CONLEE & BISSELL
P. O. Box 99, Sarasota, Fla. 33578

EXHIBIT 16

*that if said Mortgagor shall pay unto th... Mortgagee ...certain promissy note, of which the following in words and figu... s ... rue copy, to wit:*

OFF. REC. 798 PG 776

$ 620,000.00 Sarasota, FLORIDA July 1 1969

**PROMISSORY NOTE**

(Secured by a mortgage of even date)

FOR VALUE RECEIVED, the undersigned, jointly and severally promise to pay to the order of Marvin Anderson and Frieda K. Anderson, husband and wife,

the principal sum of Six hundred twenty thousand ------------------ Dollars ($620,000.00) with interest after date at the rate of ---- Seven ---- percent (7 %) per annum, payable at Sarasota Bank and Trust Company, Sarasota, Florida or such other place as the payees may direct in writing.

This sum shall be paid in installments of $ 4,806.86 per month, the first of such installments being due and payable on the 1st day of August, 1969, and succeeding installments being due and payable every month thereafter, until the entire amount of principal and interest is paid in full. Each installment shall first be applied to interest and the remaining balance shall be applied to principal.

In case any of the installments due under the terms of this note are not paid when due, or within 30 days thereafter, the whole of said sum remaining unpaid shall forthwith become due and payable at the option of the holder of this note.

Pre-payments of principal may be made at any time after January 1, 1970 and interest on any amount of principal so paid shall cease as of the date of such payment. The entire amount of principal and interest may be paid in full with interest payable to the date of such final payment only.

Now should it become necessary to collect this note through an attorney then all parties liable herein agree to pay all costs of collection, including a reasonable attorney's fee. Each of us, whether maker, surety or endorser, hereby severally waives presentment and demand for payment, protest, notice of protest and notice of dishonor, and consents that this note or any part hereof may be extended without notice.

BROAD ACRE TRAILER LODGE, INCORPORATED

Address ______________________

By /s/ Howard J. Simmons (SEAL)
President

______________________ (SEAL)

SCHEB PRINTING, INC. – SARASOTA

*and shall perform, comply with and abide by each and every the stipulations, agreements, conditions and covenants of said promissory note and of this deed, then this deed and the estate hereby created shall cease and be null and void.*

**And** *the said Mortgagor hereby covenants and agrees:*

*1. To pay all and singular the principal and interest and other sums of money payable by virtue of said promissory note and this deed, or either, promptly on the days respectively the same severally come due.*

*2. To pay all and singular the taxes, assessments, levies, liabilities, obligations and encumbrances of every nature on said described property each and every, and if the same be not promptly paid the said Mortgagee may at any time pay the same without waiving or affecting the option to foreclose or any right hereunder, and every payment so made shall bear interest from the date thereof at the rate of 7 per cent. per annum.*

*3. To pay all and singular the costs, charges and expenses, including lawyer's*

REC. 190 PG 117

...y or any part thereof.

6. To perform, comply with and abide by each and every the sitpulations, agreements, conditions and covenants in said promissory note and in this deed set forth.

7. If any of said sums of money herein referred to be not promptly and fully paid within 30 days next after the same severally become due and payable, or if each and every the stipulations, agreements, conditions and covenants of said promissory note and this deed or either, are not duly performed, complied with and abided by, the said aggregate sum mentioned in said promissory note shall become due and payable forthwith or thereafter at the option of the Mortgagee as fully and completely as if the said aggregate sum of Six hundred twenty thousand ($620,000.00) dollars was originally stipulated to be paid on such day, anything in said promissory note or herein to the contrary notwithstanding.

8. The Mortgagee may, at any time while a suit is pending to foreclose or to reform this mortgage or to enforce any claims arising hereunder, apply to the court having jurisdiction thereof for the appointment of a receiver, and such court shall forthwith appoint a receiver of the premises and all other property covered hereby, including all and singular the income, profits, rents, issues and revenues from whatever source derived, and such receiver shall have all the broad and effective functions and powers in anywise entrusted by a court to a receiver and such appointment shall be made by such court as an admitted equity and a matter of absolute right to said Mortgagee, and without reference to the adequacy or inadequacy of the value of the property mortgaged or to the solvency or insolvency of said Mortgagor or the defendants, and such income, profits, rents, issues and revenues shall be applied by such receiver according to the lien of this mortgage and the practice of such court.

9. That no building or other improvements on the premises shall be removed or demolished without the consent of the Mortgagee and that the Mortgagor will continue to operate the premises as a mobile home park.

**In Witness Whereof,** the said party of the first part has caused these presents to be signed in its name by its President, and its corporate seal to be affixed, attested by its the day and year above written.

(Corporate Seal)

Attest: ______________________ Secretary

BROAD ACRE TRAILER LODGE, INCORPORATED

Signed, Sealed and Delivered in Our Presence:

Jack R. Bissell

James [signature]

By Howard J Simmons
President.

**State of Florida**

**County of** SARASOTA

I, an officer authorized to take acknowledgments of deeds according to the laws of the State of Florida, duly qualified and acting, **Hereby Certify**, that HOWARD J. SIMMONS and respectively as President and Secretary of Broad Acre Trailer Lodge, Incorporated to me personally known, this day acknowledged before me that they executed the foregoing mortgage as such officers of said corporation, and that they affixed thereto the official seal of said ~~corporation; and~~ ~~I Further Certify~~ that I know the said persons making said acknowledgments to be the individuals described in and who executed the said ...

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0052-11-0001

**Parcel**

| | |
|---|---|
| **Property Address:** | 3901 BAHIA VISTA ST |
| | BAHIA VISTA ESTATES MHP THAT PART OF SE 1/4 OF NW 1/4 & |
| **Incorporation:** | UNINCORPORATED |
| **Subdivision Code:** | |
| **Use Code:** | 2860 |
| **Sec/Twp/Rge:** | 27-36S-18E |
| **Census Tract (2000)** | 13.04 |
| **Zoning:** | RMH |

**Ownership**

BROAD ACRE TRAILER LODGE INC
3901 BAHIA VISTA ST
SARASOTA, FL 34232-2410

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $6,510,500 |
| **Land Value:** | $6,212,200 |
| **Improvement Value:** | $298,300 |
| **Assessed Value:** | $6,510,500 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $6,510,500 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 1,648,094 | |
| **Total Building Area:** | 6,500 | (All Structures) |
| **Total Living Area:** | 5,130 | (Enclosed Only) |
| **Living Units:** | | |
| **Bed / Bath:** | 0 Bed / 15 Bath | |
| **Pool:** | Yes (Built 1985) | |
| **Year Built:** | Various (5 card parcel) | |

**Last Sale/Transfer**

| | | |
|---|---|---|
| **Sale Price:** | Non-Sale Transfer | Transfers |
| **Date Sold:** | 7/1/1969 | |
| **Deed Type:** | NA | |
| **Grantor:** | | |
| **Instrument #:** | 798/773 | View Document |

Updated: 1/2/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
17