19.50
4

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003063228 4 PGS
2003 APR 03 03:54 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
RAGIORDA Receipt#299632

Doc Stamp-Deed: 0.70

2003063228

Prepared By:

Harvey Boneparth, Esq.
Jenkens & Gilchrist Parker Chapin LLP
405 Lexington Avenue
New York, New York 10174

~~Record and Return To:~~
~~Paul N. Yannias~~
~~LandAmerica NCS~~
~~10 S. LaSalle Street – Suite 2500~~
~~Chicago, Illinois 60603~~

LandAmerica 1302 N. 19th St. Ste. 200 Tampa, FL 33605

Property appraisers parcel identification (Folio number(s)): 0052-04-1001.

Grantee(s) S.S. #(s): 16-1650493

40150524 FC

---

## DEED IN LIEU OF FORECLOSURE

F.L.C. BENEVA NURSING PAVILION, INC., a Florida corporation, the sole remaining partner of Beneva Nursing Pavilion, a dissolved Florida general partnership, having an office at c/o The Highlands, 910 Ridgebrook Road, Sparks, Maryland 21152 (hereinafter called **"Grantor"**), for and in consideration of the sum of TEN AND NO/100 ($10.00) DOLLARS and other good and valuable consideration in hand paid by FLORIDA LESSOR - FIVE FACILITIES, INC., a Maryland corporation, (hereinafter called **"Grantee"**), having an office at c/o Omega Healthcare Investors, Inc., 9690 Deereco Road, Suite 100, Timonium, MD 21093, the receipt and sufficiency of which is hereby acknowledged and confessed, has GRANTED, BARGAINED, SOLD AND CONVEYED, and by these presents does hereby GRANT, BARGAIN, SELL AND CONVEY unto Grantee, all of the real property located in Sarasota County, Florida which is more particularly described as follows:

> Being more particularly described on Exhibit "A" attached hereto and incorporated herein for all purposes,

together with all rights, benefits, privileges, easements, tenements, and appurtenances thereon and pertaining thereto, and all of Grantor's right, title and interest, if any, in and to adjacent streets, roads, easements and rights-of-way, and all improvements and buildings located on such real property, and all fixtures affixed or attached to, or situated upon, or acquired or used in connection therewith (said real property, together with such rights, appurtenances and interests, improvements, buildings, and fixtures being collectively called the **"Property"**), subject to, however, any and all exceptions, encumbrances, covenants, easements, restrictions, conditions, reservations and all other matters affecting the Property, whether or not appearing of record in

NEWYORK 882874v1 59273-00033 02/12/03

Record and Return to:
LandAmerica
1302 N. 19th Street-Suite 200
Tampa, FL 33605

T021415

EXHIBIT
tabbies
18

the pubic records of the aforesaid county (said exceptions and encumbrances being called the **"Permitted Encumbrances"**).

Grantor hereby expressly excludes and excepts any warranties, express or implied, regarding the Property, including, without limitation, any warranties arising by common law or by statute, except for the warranty hereinafter expressly set forth.

TO HAVE AND TO HOLD the Property, subject to the Permitted Encumbrances and subject to the provisions stated herein, unto Grantee, its successors and assigns forever, and Grantor does hereby bind itself, to WARRANT and FOREVER DEFEND all and singular the Property unto Grantee, against every person whomsoever lawfully claiming or to claim the same or any part thereof, by, through or under Grantor, but not otherwise, except as to the Permitted Encumbrances.

This is an unconditional conveyance of the title in consideration, in part, for the release in full (or in part) of the personal liability of the grantor in and under that certain Mortgage recorded in Instrument #1998166404; 25 pages, and the indebtedness secured thereby, and it is the intention of the parties that there shall not be a merger of the fee with said Mortgage lien.

When the context requires, singular nouns and pronouns include the plural.

IN WITNESS WHEREOF the Grantor caused these presents to be executed this 13th day of February , 2003, in its name, by its proper officers thereunto duly authorized.

**Grantor**

**F.L.C. BENEVA NURSING PAVILION, INC.**

Attest:

By: ______________________
Name: Toni-Jean Lisa
Title: Assistant Secretary

**By:** ______________________
**Name: Matthew J. Box**
**Title: Senior Vice President**

INSTRUMENT # 2003063228
4 PGS

Signed, Sealed and Delivered
In the Presence of:

______________________
PRINT NAME OF WITNESS BELOW:
Jennifer Herndon

______________________
PRINT NAME OF WITNESS BELOW:
Brigitte J. Miller



NEWYORK 882874v1 59273-00033 02/12/03

INSTRUMENT # 2003063228
4 PGS

ACKNOWLEDGMENT

STATE OF MARYLAND §
§
COUNTY OF BALTIMORE §

I hereby certify that on this day, before me, an officer duly authorized to administer oaths and take acknowledgments, personally appeared Matthew J. Box known to me to be the person who is described in and who executed the foregoing instrument, who acknowledged before me that he/she executed the same, and an oath was not taken. (Check one:) [✓] said person is personally known to me. [ ] said person provided the following type of identification: ______________________.

Notary rubber stamp seal

Witness my hand and official seal in the county and state last aforesaid this 13th day of February, A.D., 2003.

Notary Signature

Darlene Lucio, Notary Public
Baltimore County
State of Maryland
My Commission Expires Nov 12, 2003

Printed Notary Signature



NEWYORK 882874v1 59273-00033 02/12/03

INSTRUMENT # 2003063228
4 PGS

**Exhibit A**

Unit 1 of BENEVA VILLAGE, A CONDOMINIUM, a Condominium according to the Declaration of Condominium recorded in Official Records Book 2753, Page 1391 et seq., and as amended, and as per Condominium Plat attached thereto, of the Public Records of Sarasota County, Florida, together with an undivided 50% interest in the common elements appurtenant thereto.

The land which was dedicated as Beneva Village, a Condominium, is more particularly described as follows:

COMMENCE at the Northwest corner of Section 27, Township 36 South, Range 18 East, Sarasota County, Florida;

THENCE assuming that the West line of said Section 27 is a North-South bearing, run North 88 degrees 39 minutes 48 seconds East along the North line of said Section 27, 420.00 feet;

THENCE South and parallel with the West line of said Section 27, 131.70 feet to a point lying 50 feet perpendicular from center line of rails of existing main line of Seaboard Coastline Railroad for a point of beginning;

THENCE continue South 337.00 feet;

THENCE South 88 degrees 39 minutes 48 seconds West along a line parallel with the North line of said Section 27, 380.00 feet to the East right-of-way of Beneva Road, said point lying 40 feet East of the West line of said Section 27;

THENCE South along said right-of-way 60.0 feet;

THENCE North 88 degrees 39 minutes 48 seconds East, parallel with the North line of said Section 27, 170.00 feet;

THENCE South and parallel with the West line of said Section 27, 100.00 feet;

THENCE North 88 degrees 38 minutes 48 seconds East, parallel with the North line of said Section 27, 293.2 feet;

THENCE South and parallel with the West line of said Section 27, 436.1 feet;

THENCE South 89 degrees 10 minutes 56 seconds East, 556.91 feet to a point lying (50 feet) perpendicular from center line of rails of existing main line of Seaboard Coastline Railroad;

THENCE Northwesterly along a line 50 feet perpendicular from said rails, 1203.2± feet to the Point of Beginning.


BENEVA ROAD
POINT OF COMMENCEMENT
STATEMENT OF ENCROACHMENTS
PARKING SPACES
POINT OF BEGINNING
NOTES CORRESPONDING TO SCHEDULE B II
SEABOARD COAST LINE RAILROAD
ONE STORY CONCRETE BLOCK STRUCTURE
TEATE DR.
SCALE 1" = 60'
VICINITY MAP
NOT TO SCALE
LEGEND
ZONING DATA
GENERAL NOTES
ALTA/ACSM LAND TITLE SURVEY
MONARCH PROJECT
SURVEYOR'S CERTIFICATION
FLOOD NOTE
RECORD LEGAL DESCRIPTION
BOCK & CLARK'S NATIONAL SURVEYORS NETWORK
phone: 1-800-SURVEYS, fax: 330-666-3608, email: webmaster@1800surveys.com
537 N. Cleveland - Massillon Road, Akron, Ohio 44333 http://www.1800surveys.com

EXHIBIT 19

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0052-04-1001

**Parcel**

| | |
|---|---|
| **Property Address:** | 741 S BENEVA RD |
| Description | IHS OF SARASOTA AT BENEVA UNIT 1 BENEVA VILLAGE |
| **Incorporation:** | UNINCORPORATED (Tax Districts) |
| **Subdivision Code:** | 8118 |
| **Use Code:** | 7800 |
| **Sec/Twp/Rge:** | 27-36S-18E |
| **Census Tract (2000)** | 05.03 |
| **Zoning:** | RE1 |

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

FLORIDA LESSOR - FIVE FACILITIES IINC
C/O OMEGA HEALTHCARE INVESTORS INC
9690 DEERECO RD STE 100
TIMONIUM, MD 21093

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $5,321,300 |
| **Land Value:** | $600,000 |
| **Improvement Value:** | $4,721,300 |
| **Assessed Value:** | $5,321,300 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $5,321,300 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 0 | |
| **Total Building Area:** | 48,550 | (All Structures) |
| **Total Living Area:** | 47,238 | (Enclosed Only) |
| **Living Units:** | 120 | |
| **Bed / Bath:** | 0 Bed / 77 Bath | |
| **Pool:** | No | |
| **Year Built:** | 1982 | |

**Last Sale/Transfer**

| | | |
|---|---|---|
| **Sale Price:** | Non-Sale Transfer | Transfers |
| **Date Sold:** | 2/13/2003 | |
| **Deed Type:** | OT | |
| **Grantor:** | BENEVA NURSING PAVILION, | |
| **Instrument #:** | 2003063228 | View Document |

**Updated:** 5/7/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
20

Prepared by and return to:
Sharon Roberts Henderson
McGuireWoods LLP
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2001172643 3 PGS
2001 NOV 29 03:46 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
SSTARK Receipt#110031

Doc Stamp-Deed: 9,660.00

Parcel Identification No.: 0097-05-0015

# WARRANTY DEED

THIS DEED is made as of August 31, 2001, by and between **BRANNEN PRESTRESS COMPANY, a/k/a BRANNEN PRESTRESS CO.**, a Florida corporation, herein the "grantor," and **FLORIDA ROCK CONCRETE, INC.**, a Delaware corporation, the post-office address of which is 155 East 21st Street, Jacksonville, Florida 32206, herein the "grantee". (As used herein, the terms grantor and grantee shall include, where the context permits or requires, singular or plural, heirs, personal representatives, successors, or assigns.)

WITNESSETH, that the grantor in consideration of Ten Dollars and other valuable considerations, the receipt and sufficiency of which are hereby acknowledged, has granted, bargained, sold, and conveyed and by these presents does hereby grant, bargain, sell, and convey unto the grantee forever all of that certain property located in Sarasota County, Florida, as more particularly described on Exhibit A attached hereto and by this reference made a part hereof.

TO HAVE AND TO HOLD the same, together with the tenements, hereditaments, and appurtenances, unto the grantee, its successors and assigns forever, in fee simple. And the grantor does hereby fully warrant the title to said property and will defend the same against the lawful claims of all persons whomsoever.

This conveyance is subject to (1) ad valorem taxes levied or which may become a lien subsequent to December 31 of the calendar year next preceding the date hereof; (2) covenants, conditions, restrictions, limitations, and easements of record, if any, but this provision shall not operate to reimpose the same; and (3) applicable zoning and other governmental regulations.

IN WITNESS WHEREOF, this deed has been executed as of the date first above written.

Signed and delivered in the presence of:

David M. Mitchell
Printed DAVID M. MITCHELL

[signature]
Printed JT (Raymond Squire

BRANNEN PRESTRESS COMPANY, a Florida corporation

By: John A. Brannen
Printed: JOHN A. BRANNEN
Its: PRESIDENT
Address: 3323 West Forest Lakes Circle
Sarasota, Florida 33582



EXHIBIT
21

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this August 31, 2001, by JOHN A. BRANNEN, as ______ President of Brannen Prestress Co., a Florida corporation, on behalf of the corporation. He/she is personally known to me or has produced ______________________ as identification.

David M Mitchell
Printed DAVID M MITCHELL
Notary Public, County and State aforesaid
Serial No.:
My commission expires:

(Notarial Seal)

Official Seal
DAVID M. MITCHELL
My Commission Expires 1/25/04
Commission No. #CC902900

E:\FLAROCK\Brannen Prestress Co\Deed.doc

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

BEGIN AT THE INTERSECTION OF THE OLD SOUTH LINE OF CLARK ROAD (PREVIOUS 100 FOOT WIDE R/W) (SAID SOUTH LINE BEING 50 FT SOUTH OF NORTH LINE OF SECTION 14-37-18) AND THE EASTERLY RIGHT-OF-WAY LINE OF THE CSX RAILROAD (100 FOOT WIDE R/W); THENCE S 11 DEGREES 44'24" E ALONG EASTERLY R/W LINE OF CSX RAILROAD, 400.00 FEET FOR A POINT OF BEGINNING; THENCE S 89 DEGREES 26'24" E PARALLELL TO CLARK ROAD AND TO SAID NORTH LINE OF SECTION 14-37-18, 255.92 FEET; THENCE S 11 DEGREES 44'24" E AND PARALLEL TO SAID RAILROAD 425.00 FEET; THENCE N 89 DEGREES 26'24" W PARALLEL TO CLARK ROAD, 255.92 FEET TO SAID RAILROAD R/W; THENCE N 11 DEGREES 44'24" W ALONG EASTERLY R/W LINE OF SAID RAILROAD 425.00 FEET TO THE POINT OF BEGINNING. BEING A PART OF TRACTS 4, 5 AND 6, BLOCK 2, SECTION 14-37-18, SARASOTA VENICE COMPANY SUBDIVISION OF SECTIONS 14 AND 15, TOWNSHIP 37 SOUTH, RANGE 18 EAST, RECORDED IN PLAT BOOK 2, PAGE 34 OF THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA ALSO RECORDED IN PLAT BOOK A, PAGE 10, PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

SUBJECT TO AN EASEMENT FOR INGRESS AND EGRESS (AND FOR DEACON ROAD, A PRIVATE ROAD) OVER THE EASTERLY 50 FEET OF THE ABOVE DESCRIBED PROPERTY.

TOGETHER WITH THE RIGHTS OF INGRESS AND EGRESS OVER DEACON ROAD, A 50 FT. PRIVATE ROAD, MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCE AT THE INTERSECTION OF THE OLD SOUTH LINE OF CLARK ROAD (100 FT R/W) AND THE EASTERLY LINE OF THE CSX RAILROAD (100 FT R/W); THENCE S 89 DEGREES 26'24" E ALONG OLD SOUTH LINE OF CLARK ROAD, 204.74 FEET FOR A POINT OF BEGINNING; THENCE CONTINUE S 89 DEGREES 26"24" E, 51.18 FEET; S 11 DEGREES 44'24" E PARALLEL TO SAID RAILROAD, 400.00 FEET; THENCE N 89 DEGREES 26'24" W 51.18 FEET; THENCE N 11 DEGREES 44'24" E 400.00 FEET TO THE POINT OF BEGINNING. LESS ANY R/W FOR CLARK ROAD, BEING A PART OF TRACT 5, BLOCK 2, SECTION 14-37-18, OF AFORESAID SARASOTA-VENICE COMPANY SUBDIVISION.




EXHIBIT
22

3611.02.01

DESCRIPTION

COMMENCE AT THE INTERSECTION OF THE OLD SOUTH LINE OF CLARK ROAD (PREVIOUS 100 FT. WIDE R/W) (SAID SOUTH LINE BEING 50 FT. SOUTH OF NORTH LINE OF SECTION 14-37-18) AND THE EASTERLY RIGHT OF WAY LINE OF THE CSX. RAILROAD (100 FT. WIDE R/W); THENCE S11°44'24"E ALONG EASTERLY R/W LINE OF CSX RAILROAD, 400.00 FEET FOR A POINT OF BEGINNING; THENCE S89°26'24"E PARALL TO CLARK ROAD AND TO SAID NORTH LINE OF SECTION 14-37-18, 255.92 FEET; THENCE S11°44'24"E AND PARALLEL TO SAID RAILROAD R/W, 425.00 FEET; THENCE N89°26'24"W PARALLEL TO CLARK ROAD, 255.92 FEET TO SAID RAILROAD R/W; THENCE N11°44'24"W ALONG EASTERLY R/W LINE OF SAID RAILROAD, 425.00 FEET TO THE POINT OF BEGINNING. BEING A PART OF TRACTS 4, 5, & 6, BLOCK 2, SECTION 14-37-18, SARASOTA-VENICE COMPANY SUBDIVISION OF SECTIONS 14 AND 15, TOWNSHIP 37 SOUTH, RANGE 18 EAST, RECORDED IN PLAT BOOK 2, PAGE 34, PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA, ALSO RECORDED IN PLAT BOOK "A", PAGE 10, PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

SUBJECT TO AN EASEMENT FOR INGRESS AND EGRESS (AND FOR DEACON ROAD, A PRIVATE ROAD) OVER THE EASTERLY 50 FEET OF THE ABOVE DESCRIBED PROPERTY.

TOGETHER WITH THE RIGHTS OF INGRESS AND EGRESS OVER DEACO ROAD, A 50 FT. PRIVATE ROAD, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE INTERSECTION OF THE OLD SOUTH LINE OF CLARK ROAD (100 FT. R/W) AND THE EASTERLY LINE OF THE CSX RAILROAD (100 FT. R/W); THENCE S89°26'24"E ALONG OLD SOU LINE OF CLARK ROAD, 204.74 FEET FOR A POINT OF BEGINNING; THENCE CONTINUE S89°26'24"E, 51.18 FEET; THENCE S11°44'24"E PARALLEL TO SAID RAILROAD, 400.0 FEET; THENCE N89°26'24 51.18 FEET; THENCE N11°44'24"E, 400.0 FEET TO THE POINT OF BEGINNING. LESS ANY R/W FOR CLARK ROAD. BEING A PART OF TRACT 5, BLOCK 2, SECTION 14-37-18, OF AFORESAID SARASOTA-VENICE COMPANY SUBDIVISION.

NOTES:

1. AREA = 2.44± ACRES, GROSS (INCLUDING ROAD EASEMENT)
   1.95± ACRESS, NET (NOT INCLUDING ROAD EASEMENT)
2. A 20 FT. EASEMENT FOR RAILROAD SPUR WITHIN THE NORTH 250 FT. OF THIS PROPERTY, EXACT LOCATION NOT SPECIFIED, RECORDED IN O.R. BOOK 410, PAGE 728-729, SARASOTA COUNTY RECORDS
3. FLOOD ZONE X. F.I.R.M. 125144-0163 E (5/3/92)
4. BEARINGS BASED ON OLD DEED DESCRIPTIONS. ℄ OF RAILROAD BEARING S11°44'24"E

CON PLACE
PRIVATE R/W

35

Parcel 0097-05-0017

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

0097-05-0017

| | | |
|---|---|---|
| **Parcel** | **Property Address:** | 5910 DEACON RD |
| | **Description:** | BEG AT INTRS OF OLD S LINE OF CLARK RD, SAID S LINE BEI |
| | **Incorporation:** | UNINCORPORATED |
| | **Subdivision Code:** | 0023 |
| | **Use Code:** | 4700 |
| | **Sec/Twp/Rge:** | 14-37S-18E |
| | **Census Tract (2000)** | 20.06 |
| | **Zoning:** | I |

**Ownership**

FLORIDA ROCK CONCRETE INC
ATTN PROPERTY MGNT
PO BOX 4667
JACKSONVILLE, FL 32201-4667

| | | |
|---|---|---|
| **2007 Values** (As of 1/1/2007) | **Just (Market) Value:** | $1,109,100 |
| | **Land Value:** | $903,300 |
| | **Improvement Value:** | $205,800 |
| | **Assessed Value:** | $1,109,100 |
| | **Homestead:** | No |
| | **Total Exemptions:** | $0 |
| | **Total Taxable:** | $1,109,100 |

| | | | |
|---|---|---|---|
| **Property** | **Land Area:** | 106,268 | |
| | **Total Building Area:** | 1,760 | (All Structures) |
| | **Total Living Area:** | 1,760 | (Enclosed Only) |
| | **Living Units:** | | |
| | **Bed / Bath:** | 0 Bed / 0 Bath | |
| | **Pool:** | No | |
| | **Year Built:** | Various (2 card parcel) | |

| | | |
|---|---|---|
| **Last Sale/Transfer** | **Sale Price:** | $1,380,000 |
| | **Date Sold:** | 8/31/2001 |
| | **Deed Type:** | WD |
| | **Grantor:** | BRANNEN PRESTRESS CO, |
| Updated: 1/17/2008 12:34:00 AM | **Instrument #:** | 2001172643 |

EXHIBIT 23

1000.00
9.00

588837

# WARRANTY DEED
(Statutory Form-Section 689.02 F.S.)

O.R. 1839 PG 2265

THIS INDENTURE made on January 1, 1986, between AL BAVRY and ELIZABETH ANN BAVRY, husband and wife, and KIM PAVKOVICH, of the County of SARASOTA, State of FLORIDA, Grantor*, and KIMAL LUMBER COMPANY, a Florida corporation, whose post office address is 400 Riverview Drive South, Nokomis, Florida 33555, of the County of SARASOTA, State of FLORIDA, Grantee*,

WITNESSETH, that said Grantor, for and in consideration of the sum of TEN ($10.00) DOLLARS and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Sarasota County, Florida, to-wit:

SEE EXHIBIT "A" ATTACHED

GRANTOR, KIM PAVKOVICH, by his signature below, attests that the subject property is not his homestead nor contiguous to his homestead.

SUBJECT TO taxes and/or assessments for the year 1986 and subsequent years; easements, restrictions and reservations of record.

ALSO SUBJECT TO a Mortgage in favor of LELAND JOHNSON and MARGARET JOHNSON, husband and wife, recorded in Official Records Book 1296, Pages 1634, et seq., Public Records of Sarasota County, Florida, which mortgage the Grantee assumes and agrees to pay and abide by the terms and conditions thereof.

ALSO SUBJECT TO a Mortgage in favor of FIRST NATIONAL BANK OF VENICE, recorded in Official Records Book 1780, Pages 788, et seq., Public Records of Sarasota County, Florida, which mortgage the Grantee assumes and agrees to pay and abide by the terms and conditions thereof.

and said Grantor does hereby fully warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever.

*"Grantor" and "Grantee" are used for singular or plural as context requires.

IN WITNESS WHEREOF, Grantors have hereunto set Grantors' hands and seals the day and year first above written.

Prepared by:
RICHARD J. HAZEN, P.A.
227 Pensacola Road
Venice, FL 33595

Documentary Tax Pd. $ 1000.00
Intangible Tax Pd. $
R. H. Hackney, Jr., Clerk, Sarasota County
By: [signature]
Deputy Clerk

WITNESSES:

Patricia C. Hilton
Witness No. 1 sign here

Marie A. Bude
Witness No. 2 sign here

[signature] (SEAL)
AL BAVRY

Patricia C. Hilton
Witness No. 1 sign here

Marie A. Bude
Witness No. 2 sign here

Elizabeth Ann Bavry (SEAL)
ELIZABETH ANN BAVRY

Judith M. Bradford
Witness No. 1 sign here

Thomas J. Kittinger III
Witness No. 2 sign here

[signature] (SEAL)
KIM PAVKOVICH

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me on January 1, 1986, by AL BAVRY and ELIZABETH ANN BAVRY and KIM PAVKOVICH.

Doris I. Oppfelt
Notary Public

My Commission Expires:

Notary Public, State of Florida

DORIS I. OFFUTT NOTARY PUBLIC

EXHIBIT 24

O.R. 1839 PG 2266

A parcel of land lying in a part of Section 6, Township 39 South, Range 19 East, Sarasota County, Florida, being more particularly described as follows: Commence at the Northwest corner of Marland Court, Unit 2, as shown on plat recorded in Plat Book 24, Pages 31 and 31 A, Public Records of Sarasota County, Florida; thence South 12°20'25" East, along the easterly right-of-way line of the Seaboard Coastline Railroad, 102.36' for a Point of Beginning; said Point of Beginning also being the Southwest corner of Tract "A", as shown on said plat; thence continue South 12°20'25" East, along said right-of-way 444.75'; thence North 89°45'44" East, 440.50' to the Westerly right-of-way line of Riverview Drive, (60' R/W); thence North 0°16'16" West, along said right-of-way line, 431.65' to the Southeast corner of above described Tract "A"; thence West, along the southerly boundary line of said Tract "A", 533.3' to the point of beginning.

The above legal description is a composite of the contiguous lands hereinafter described:

PARCEL I

Begin at the Northwest corner, MARLAND COURT, Unit 2, as per the Plat thereof recorded in Plat Book 24, Pages 31 and 31-A, Public Records of Sarasota County, Florida, thence South 12°20'25" East, 102.36' for a point of beginning; thence East 533.3'; thence South 0°16'16" East, 331.65'; thence West 461.88'; thence North 12°20'25" West, 342.48' to the point of beginning.

PARCEL II

Commence at the Northwest corner of the northwest 1/4 of the north-east 1/4 of Section 6, Township 39 South, Range 19 East; thence west 621.20'; thence South 0°16'16" East, 431.65' to a point of beginning; thence continue South 0°16'16" East, 100.00' along the westerly right-of-way of Riverview Drive; thence S 89°45'44" West 440.50' to the right-of-way of Seaboard Airline Railroad; thence along said Seaboard Airline Railroad right-of-way, North 12°20' 25" West 102.27'; thence North 89°45'44" East, 461.88' to the point of beginning, all lying and being in the Northerly 1/2 of Section 6, Township 39 South, Range 19 East, Sarasota County, Florida.

STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 2 of the instrument filed in this office. The original instrument filed contains 2 pages.
☒ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this JAN 24 2008 day of 20
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: Deputy Clerk

CIRCUIT COURT SUUM CUIQUE SARASOTA COUNTY FLORIDA

FILED AND RECORDED R.H. HACKNEY CLERK SARASOTA CO. FLA
MAR 5 2 51 PM '86