

RIVERVIEW DRIVE
MARLAND STREET
SEABOARD COASTLINE RAILROAD
TRACT "A" "MARLAND COURT, UNIT 2" PLAT BOOK 24, PAGES 31 & 31-A VACANT
POINT OF COMMENCEMENT
PARCEL I
PARCEL II
COVERED LUMBER STORAGE BUILDING
COVERED LUMBER STORAGE BUILDING
COVERED TRUSS CONSTRUCTION AREA
1 STORY COMMERCIAL BUILDING
F.F.=+10.95
TOTAL AREA 210,869 SQ. FT. – OR – 4.8409 ACRES±
NOTE: TREES AND UNDERGROUND UTILITIES ARE NOT SHOWN.
NOT SUBDIVIDED
CERTIFIED TO: KIMAL LUMBER COMPANY
ATTORNEYS' TITLE INSURANCE FUND, INC.
Title: BOUNDARY & LOCATION SURVEY
Prepared for: KIMAL LUMBER COMPANY
Certified to: SEE ABOVE
Sketch No. 7372-C
Scale: 1" = 30'
Field Book: 488
Page: 16
Drawn By: D.B.
Checked By: RAY
SURVEYOR'S CERTIFICATE
BRIGHAM SURVEYING, INC.
LB 2812
Brigham Surveying, Inc.
Land Surveyors
712 Shamrock Blvd.
Venice, Florida 34293
ph. (941) 493-4430
LEGEND
NOTES
ABBREVIATIONS OF SURVEYING TERMS
SCALE 1" = 30'


EXHIBIT

25

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0405-03-0016

| | | | |
|---|---|---|---|
| **Parcel** | **Property Address:** | 400 RIVERVIEW DR | |
| | Description | KIMAL LUMBER COM AT NW COR OF MARLAND COURT UNIT 2 TH S | |
| | **Incorporation:** | UNINCORPORATED | Tax Districts |
| | **Subdivision Code:** | 0000 | |
| | **Use Code:** | 4300 | |
| | **Sec/Twp/Rge:** | 06-39S-19E | |
| | **Census Tract (2000)** | 22.03 | |
| | **Zoning:** | ILW | |

<< Prior ID | Nearby IDs | Next ID >>

| | |
|---|---|
| **Ownership** | KIMAL LUMBER COMPANY<br>400 RIVERVIEW DR S<br>NOKOMIS, FL 34275-2776 |

| | | |
|---|---|---|
| **2007 Values** (As of 1/1/2007) | **Just (Market) Value:** | $1,789,900 |
| | **Land Value:** | $735,600 |
| | **Improvement Value:** | $1,054,300 |
| | **Assessed Value:** | $1,789,900 |
| | **Homestead:** | No |
| | **Total Exemptions:** | $0 |
| | **Total Taxable:** | $1,789,900 |

| | | | |
|---|---|---|---|
| **Property** | **Land Area:** | 210,170 | |
| | **Total Building Area:** | 50,879 | (All Structures) |
| | **Total Living Area:** | 48,327 | (Enclosed Only) |
| | **Living Units:** | | |
| | **Bed / Bath:** | 1 Bed / 2 Bath | |
| | **Pool:** | No | |
| | **Year Built:** | Various (5 card parcel) | |

| | | | |
|---|---|---|---|
| **Last Sale/Transfer** | **Sale Price:** | Non-Sale Transfer | Transfers |
| | **Date Sold:** | 1/1/1986 | |
| | **Deed Type:** | NA | |
| | **Grantor:** | | |
| Updated: 1/24/2008 12:34:00 AM | **Instrument #:** | 1839/2265 | View Document |

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright © 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
26

91047759

** OFFICIAL RECORDS ** BOOK 2297 PAGE 762

Parcel ID #______________

# GENERAL WARRANTY DEED

This Warranty Deed is made by SHIRLEY PROPERTIES, INC., a Florida corporation, whose post office address is 5969 Cattlemen Lane, Unit 7, Sarasota, FL 34232, herein called "Grantor", to PINE RANCH EAST OWNERS ASSOCIATION, INC., a Florida corporation, whose tax identification number is 65-0106383 and whose mailing address is 5969 Cattlemen Lane, Unit 7, Sarasota, FL 34232, herein called "Grantee". (The terms "Grantor" and "Grantee" include all the parties in each capacity to this instrument and their respective heirs, personal representatives, successors and assigns).

Grantor, in consideration of $10.00 and other valuable consideration, receipt of which is hereby acknowledged, hereby conveys to Grantee the following described real property in Sarasota County, Florida:

> TRACT "A", (also known as the "OPEN SPACE"), PINE RANCH EAST, as per Plat thereof recorded in Plat Book 33, Page 12, of the Public Records of Sarasota County, Florida.
>
> Subject to easements, reservations and restrictions of record, if any, zoning and governmental regulations, and taxes for 1991 and subsequent years.

This instrument prepared without examination of title by:
E. Ralph Tirabassi, Esquire
Fergeson, Skipper, Shaw, Keyser, Baron & Tirabassi, P. A.
P. O. Box 3018
Sarasota, FL 34230

TRANS NUM:00087043
DOC. STAMPS PD: $.55
INTANG. TAX PD: $.00
KAREN E RUSHING SARASOTA CO.
BY: [signature] D.C.

EXHIBIT 27

OFFICIAL RECORDS BOOK 2297 PAGE 753

Grantor hereby covenants with Grantee that Grantor is lawfully seized of the property in fee simple; that Grantor has good right and lawful authority to sell and convey the property; that Grantor hereby fully warrants the title to the property and will defend the title against the lawful claims of all persons whomsoever and that the property is free of all encumbrances not set forth herein.

Executed on May 8, 1991.

WITNESSES (Print or type name beneath signature line):

SHIRLEY PROPERTIES, INC., a Florida corporation

Name: Sonja Snyder

By: H. Monroe Warrington, President

Name: Art Kelley

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me on the 8th day of May, 1991, by H. Monroe Warrington, as President of Pine Ranch East Owners Association, Inc., a Florida corporation, on behalf of the corporation.

Notary Public:
Print or type name: Sonja Snyder

My Commission Expires: NOTARY PUBLIC, STATE OF FLORIDA. MY COMMISSION EXPIRES: MAY 23, 1993. BONDED THRU NOTARY PUBLIC UNDERWRITERS.

kh:oa.deed

RECORDED IN OFFICIAL RECORDS RECORDS VERIFIED
MAY 15 2 45 PM '91
KAREN E. RUSHING CLERK OF CIRCUIT COURT SARASOTA COUNTY, FL

CIRCUIT COURT SARASOTA COUNTY FLORIDA

STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 2 of the instrument filed in this office. The original instrument filed contains 2 pages.
☐ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this 3 day of January, 2008.
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: Deputy Clerk

# PINE RANCH EAST

PLAT BOOK 33, PG. 11
SHEET 1 OF 5
004630

## A SINGLE FAMILY CLUSTER HOUSING DEVELOPMENT
IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA.




## SURVEYOR'S NOTES

(1) BEARINGS ARE BASED ON AN ASSUMED MERIDIAN.

(2) THIS IS A CLUSTER HOUSING CONCEPT PLAT, AND BUILDING SETBACKS VARY IN ACCORDANCE WITH APPROPRIATE ZONING REGULATIONS.

(3) SEE ADDITIONAL SHEETS FOR FURTHER SURVEY DATUM.

(5) ELEVATIONS ARE BASED ON N.G.V.D. (1929), U.S.C. AND G.S. BENCH MARK C-255 WAS USED, IT'S PUBLISHED ELEVATION = 16.444'

(6) BLOCK CORNER RADII AT INTERSECTING STREETS ARE 10.00 FEET AND CORNER LOT DIMENSIONS ARE TO THE INTERSECTION OF THE BLOCK LINES EXTENDED, UNLESS OTHERWISE NOTED.

SCALE : 1" = 200'

0 200' 400' 600' 800'

## DECLARATION OF RESTRICTIONS

SIMULTANEOUSLY WITH THE RECORDING OF THIS PLAT, DEVELOPER IS RECORDING A DECLARATION OF RESTRICTIONS APPLICABLE TO THE OPEN SPACE REFLECTED ON THIS PLAT, SAID DOCUMENT BEING RECORDED IN O.R. BOOK 2109, PAGES 1541 THRU 1551, PUBLIC RECORDS OF SARASOTA COUNTY, FLA.

NOTICE : THERE MAY BE ADDITIONAL RESTRICTIONS THAT ARE NOT RECORDED ON THIS PLAT THAT MAY BE FOUND IN THE PUBLIC RECORDS OF THIS COUNTY.

(4) THE WETLANDS CONSERVATION AREA (CONTAINING 10.67 ACRES MORE OR LESS) IS TO BE FILED WITH THE STATE OF FLORIDA (D.E.R.) SIMULTANEOUSLY WITH THE RECORDING OF THIS PLAT.




BOUNDARY AND INDEX MAP

## DESCRIPTION

COMMENCE AT THE S.E. CORNER OF SECTION 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA ; THENCE N. 89°-47'-53" W. ALONG THE SOUTH LINE OF SAID SECTION 2, A DISTANCE OF 1348.07 FEET TO THE S.W. CORNER OF THE S.E. 1/4 OF THE S.E. 1/4 OF SAID SECTION 2 ; THENCE N. 00°-27'-11" E. ALONG THE WEST LINE OF SAID S.E. 1/4 OF THE S.E. 1/4, 1387.28 FEET (ACT = 1387.08 FEET) FOR THE POINT OF BEGINNING ; THENCE CONTINUE N. 00°-27'-11" E. ALONG SAID WEST LINE, AND ALSO ALONG THE WEST LINE OF THE NE. 1/4 OF THE S.E. 1/4 OF SAID SECTION 2, A DISTANCE OF 1390.27 FEET TO THE N.W. CORNER OF SAID N.E. 1/4 OF THE S.E. 1/4 ; THENCE N. 00°-28'-47" E. ALONG THE WEST LINE OF THE S.W. 1/4 OF THE N.E. 1/4 OF SAID SECTION 2, A DISTANCE OF 319.57 FEET ; THENCE S. 89°-47'-53" E., PARALLEL WITH THE SOUTH LINE OF SAID SECTION 2, A DISTANCE OF 1340.36 FEET TO THE EAST LINE OF SAID SECTION ; THENCE N. 00°-22'-27" E. ALONG SAID EAST LINE, 630.90 FEET TO IT'S INTERSECTION WITH THE W.'LY R/W OF SEMINOLE GULF RAILWAY (FORMERLY SEABOARD SYSTEM) (FORMERLY SEABOARD COASTLINE) (FORMERLY SEABOARD AIR LINE) (100' WIDE) ; THENCE S. 11°-46'-18" E. ALONG SAID R/W, 2392.93 FEET ; THENCE N. 89°-46'-50" W. 501.91 FEET TO A POINT ON THE EAST LINE OF SAID SECTION 2, SAID POINT BEING 1387.08 FEET NORTH OF THE S.E. CORNER OF SAID SECTION 2 ; THENCE N. 89°-47'-55" W., 1344.43 FEET TO THE POINT OF BEGINNING.

BEING AND LYING IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA AND CONTAINING 66.191 ACRES MORE OR LESS.

TOGETHER WITH, AND SUBJECT TO EASEMENTS OF RECORD.

TOGETHER WITH AN EASEMENT ACROSS THE ADJACENT LAND FOR THE PURPOSE OF INGRESS AND EGRESS TO THE PREMISES, SAID EASEMENT IN ORDER HAVING BEEN ESTABLISHED BY INSTRUMENT DATED AUGUST 20, 1971, RECORDED IN OFFICIAL RECORDS BOOK 924, PAGE 299

ROBINSON LAND SURVEYING, INC.
1225 SECOND ST., SARASOTA, FLORIDA
(813) 954-4473

EXHIBIT
28

# PINE RANCH EAST

PLAT BOOK 33, PG. 12 A
SHEET 2 OF 5

## A SINGLE FAMILY CLUSTER HOUSING DEVELOPMENT
IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA.

### CERTIFICATE OF OWNERSHIP AND DEDICATION

STATE OF FLORIDA ) S.S.
COUNTY OF SARASOTA)

SHIRLEY PROPERTIES, INC., A FLORIDA CORPORATION, BY IT'S DULY ELECTED PRESIDENT H. MONROE WARRINGTON, AND BY IT'S DULY ELECTED VICE PRESIDENT SHIRLEY A. WARRINGTON ACTING BY AND WITH AUTHORITY OF IT'S BOARD OF DIRECTORS, CERTIFIES OWNERSHIP BY SAID CORPORATION OF "PINE RANCH EAST" SHOWN AND DESCRIBED HEREON.

PUBLIC

SAID CORPORATION DOES HEREBY DEDICATE AND SET APART THE 30.00 FOOT WIDE DRAINAGE EASEMENT FOR COUNTY DITCH Nº 16-268 A SHOWN AND DESCRIBED ON THIS PLAT, FOR SAID USES AND PURPOSES TO THE COUNTY OF SARASOTA FOREVER.

PRIVATE

SAID CORPORATION DOES FURTHER DEDICATE AND SET APART THE PRIVATE STREETS, OPEN SPACES, FRONT, REAR AND SIDE LOT LINE UTILITY AND DRAINAGE EASEMENTS, AND OTHER EASEMENTS SHOWN AND DESCRIBED ON THIS PLAT, FOR SAID USES AND PURPOSES TO THE PROPERTY OWNERS AND PUBLIC UTILITIES OF THIS SUBDIVISION, THEIR SUCCESSOR'S, ASSIGNS, RESPECTIVE GUESTS, LICENSEES, INVITEES, UTILITIES SERVING THE SUBDIVISION, EMERGENCY AND LAW ENFORCEMENT PERSONNEL SERVING THE SUBDIVISION, AND OTHER PERSONS PROVIDING ESSENTIAL SERVICES TO THE SUBDIVISION, FOREVER. SUBJECT, HOWEVER, TO ANY RIGHTS DEDICATED TO THE COUNTY OF SARASOTA BY THIS PLAT.

IN WITNESS WHEREOF, THE UNDERSIGNED CORPORATION HAS CAUSED THESE PRESENTS TO BE EXECUTED BY IT'S PRESIDENT AND ATTESTED BY IT'S SECRETARY, THIS 7th DAY OF MAR, A.D., 1989

SHIRLEY PROPERTIES, INC.

STATE OF FLORIDA ) S.S.
COUNTY OF SARASOTA )

ATTEST: Shirley A. Warrington, VICE PRESIDENT BY: H. Monroe Warrington, PRESIDENT

BEFORE ME, THE UNDERSIGNED NOTARY PUBLIC, PERSONALLY APPEARED H. MONROE WARRINGTON, PRESIDENT, AND SHIRLEY A. WARRINGTON, VICE PRESIDENT OF SHIRLEY PROPERTIES, INC., TO ME KNOWN TO BE THE INDIVIDUALS DESCRIBED IN AND WHO EXECUTED THE FOREGOING CERTIFICATE OF DEDICATION, AND THEY EACH DULY ACKNOWLEDGED BEFORE ME THAT THEY EXECUTED THE SAME, AS SUCH OFFICERS, FOR AND IN BEHALF OF SAID CORPORATION.

WITNESS MY HAND AND OFFICIAL SEAL AT SARASOTA COUNTY, FLORIDA THIS 7th DAY OF MAR, A.D., 1989.

Mafine N. Strock
NOTARY PUBLIC, STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES: 10-20-89

### CERTIFICATE OF APPROVAL OF COUNTY COMMISSION

STATE OF FLORIDA ) S.S.
COUNTY OF SARASOTA)

IT IS HEREBY CERTIFIED THAT THIS PLAT HAS BEEN OFFICIALLY APPROVED FOR RECORD BY THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SARASOTA, FLORIDA, THIS 28 DAY OF March, A.D. 1989.

APPROVED:

[signature]
CHAIRMAN, BOARD OF COUNTY COMMISSION

[signature]
DEPUTY COUNTY ENGINEER

[signature]
COUNTY ATTORNEY

### CERTIFICATE OF CONSENT TO PLAT AND DEDICATION BY MORTGAGE HOLDER, CONSENT TO DEDICATION

STATE OF FLORIDA ) S.S.
COUNTY OF SARASOTA)

THE CITIZENS AND SOUTHERN NATIONAL BANK OF FLORIDA, A NATIONAL BANKING CORPORATION, HOLDER OF MORTGAGE DATED 15 APRIL 1988 AND RECORDED IN OFFICIAL RECORD BOOK 2025 PAGE 0534 ET AL, PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA, DOES HEREBY RATIFY, APPROVE, CONFIRM AND CONSENT TO THIS PLAT AND THE DEDICATION CERTIFICATE THEREON.

IN WITNESS WHEREOF, THE UNDERSIGNED CORPORATION HAS CAUSED THESE PRESENTS TO BE EXECUTED BY IT'S VICE PRESIDENT AND ATTESTED BY IT'S SENIOR VICE PRESIDENT, THIS 7th DAY OF MAR A.D., 1989.

THE CITIZENS AND SOUTHERN NATIONAL BANK OF FLORIDA

ATTEST: [signature] BY: [signature]
WILLIAM F. RUNNETTE, SENIOR VICE PRESIDENT ROBERTS K. BYRNE, VICE PRESIDENT

SEAL

STATE OF FLORIDA ) S.S.
COUNTY OF SARASOTA )

BEFORE ME, THE UNDERSIGNED NOTARY PUBLIC, PERSONALLY APPEARED WILLIAM F. RUNNETTE, SENIOR VICE PRESIDENT AND ROBERTS K. BYRNE, VICE PRESIDENT OF THE CITIZENS AND SOUTHERN NATIONAL BANK OF FLORIDA, A NATIONAL BANKING CORPORATION, TO ME KNOWN TO BE THE INDIVIDUALS DESCRIBED IN AND WHO EXECUTED THE FOREGOING CONSENT TO DEDICATION, AND THAT EACH DULY ACKNOWLEDGED BEFORE ME THAT THEY EXECUTED THE SAME, AS SUCH OFFICERS, FOR AND IN BEHALF OF SAID CORPORATION.

WITNESS MY HAND AND OFFICIAL SEAL AT SARASOTA COUNTY, FLORIDA THIS 7th DAY OF MAR, A.D., 1989.

Mafine N. Strock
NOTARY PUBLIC STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES: 10-20-89

### PRIVATE ROAD

THE STREETS DESIGNATED HEREON AS PRIVATE ROADS ARE HEREBY SPECIFICALLY SET ASIDE FOR USE OF ABUTTING PROPERTY OWNERS ONLY, AND IN NOWISE CONSTITUTES A DEDICATION TO THE GENERAL PUBLIC OR THE COUNTY OF SARASOTA, IT BEING SPECIFICALLY UNDERSTOOD THAT NO OBLIGATION IS IMPOSED UPON THE COUNTY, NOR SHALL ANY REQUEST BE EVER ENTERTAINED BY THE COUNTY TO MAINTAIN OR IMPROVE SAID PRIVATE STREETS OR ROADS.

### LOT LINE EASEMENT

UNLESS OTHERWISE INDICATED, EASEMENTS OF 12' IN WIDTH ALONG EACH FRONT LOT LINE, 8' IN WIDTH ALONG EACH REAR LOT LINE AND 5' IN WIDTH ALONG EACH SIDE LOT LINE ARE HEREBY CREATED AND PROVIDED FOR THE PURPOSES OF ACCOMMODATING OVERHEAD, SURFACE AND UNDERGROUND UTILITIES, AND DRAINAGE.
WHERE AN AREA GREATER THAN ONE LOT IS USED AS A BUILDING SITE, THE OUTSIDE BOUNDARY OF SAID SITE SHALL BE SUBJECT TO LOT LINE EASEMENTS.
WHERE A ZERO LOT LINE CONDITION EXISTS THE SIDE LOT LINE EASEMENT WILL TERMINATE AT THE VERTICAL PLANE OF THE OUTSIDE PERIMETER OF ANY STRUCTURE WITHIN SAID LOT LINE EASEMENT.

**ROBINSON LAND SURVEYING, INC.**
SARASOTA, FLORIDA


PINE RANCH EAST
A SINGLE FAMILY CLUSTER HOUSING DEVELOPMENT
IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA.
PLAT BOOK 33, PG. 12 B
SHEET 3 OF 5
LEGEND
NOTE: CENTERLINE P.C.P'S ARE P.K. NAILS WITH METAL DISC, STAMPED - P.C.P. R.L.S. 4075. OFFSET P.C.P'S ARE C.M.'S WITH METAL DISC STAMPED LIKEWISE, WITH THE EXCEPTION BEING SO SHOWN HEREON, AND ARE PLACED ON OUTER SIDE OF THE ADDITIONAL 12' UTILITY AND DRAINAGE EASEMENT (37.00 FEET FROM CENTERLINE OF ACCESS EASEMENT) & PCP'S ARE SET AT P.I., P.C., P.T. AND P.R.C.'S
• — LOT CORNER AND LOT LINE INTERSECTION WITH 12' ADDITIONAL UTILITY AND DRAINAGE EASEMENT. (NO MARKER SET)
— CURVE DATA FOR ACCESS EASEMENT (25' FROM CENTERLINE)
— CURVE DATA FOR CENTERLINE OF ACCESS EASEMENT (TOTAL CURVE)
— CURVE DATA FOR CENTERLINE OF ACCESS EASEMENT (INDIVIDUAL LOTS)
— PERMANENT REFERENCE MONUMENT, CONCRETE MONUMENT SET (P.R.M. # 4075)
— CONCRETE MONUMENT FOUND (P.L.S. No. AS NOTED)
— PERMANENT CONTROL POINT (P.C.P. # 4075)
(R) — RADIAL LINE
(NR) — NON-RADIAL LINE
— BENCH MARK
(O.A) — OVERALL
o — INTERSECTION OF LOT LINE AND ACCESS ESMT. (NO MARKER SET)
NOT SUBDIVIDED
SEMINOLE GULF RAILWAY
100' R/W
(FORMERLY SEABOARD SYSTEMS RAILROAD)
SCALE: 1" = 100'
NORTH
CREEK
50' ACCESS EASEMENT PER O.R. 524, PG. 279
OPEN SPACE TRACT "A"
PINE RANCH EAST ROAD
PINE RANCH TRAIL
MATCH LINE SEE SHEET 4 OF 5
SEE SHEET 4 FOR MATCH
CO. DRAINAGE DITCH NO 16-268 A
20' PUBLIC DRAINAGE ESMT. DEDICATED BY THIS PLAT
30' WIDE CO. DRAINAGE DITCH No 16-268 A
WETLANDS (CONSERVATION AREA)
ROBINSON LAND SURVEYING INC.
SARASOTA, FLORIDA


PLAT BOOK 33, PG. 12C
SHEET 4 OF 5
PINE RANCH EAST
A SINGLE FAMILY CLUSTER HOUSING DEVELOPMENT
IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA.
SEMINOLE GULF RAILWAY
100' R/W
OPEN SPACE
TRACT 'A'
PINE RANCH TRAIL
SEE SHEET 3 FOR MATCH
SEE DETAIL
NOT SUBDIVIDED
BAY STREET
LEGEND
NOTE: CENTERLINE P.C.P.'s ARE P.K. NAILS WITH METAL DISC, STAMPED P.C.P., RLS 4075, OFFSET P.C.P.'s ARE C.M.'s WITH METAL DISK STAMPED LIKEWISE, WITH THE EXCEPTION BEING SO SHOWN HEREON, AND ARE PLACED ON OUTER SIDE OF THE ADDITIONAL 12' UTILITY AND DRAINAGE EASEMENT (37.00 FEET FROM CENTERLINE OF ACCESS EASEMENT) ℄ P.C.P.s ARE SET AT P.I., P.C., P.T. AND P.R.C.
ROBINSON LAND SURVEYING, INC.
SARASOTA, FLORIDA
P.O.B.

# PINE RANCH EAST

PLAT BOOK 33, PG. 12 D
SHEET 5 OF 5

## A SINGLE FAMILY CLUSTER HOUSING DEVELOPMENT
IN SECTIONS 1 AND 2, TOWNSHIP 38 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA.

### CURVE DATA

| NO. | RADIUS | DELTA | ARC | CHORD | CH. BEARING |
|---|---|---|---|---|---|
| A | 600.00' | 80°-00'-00" | 837.76' | 771.35' | S. 50°-18'-35" W. |
| B | 900.00' | 20°-30'-00" | 322.01' | 320.30' | S. 20°-33'-35" W. |
| C | 175.00' | 122°-00'-00" | 372.63' | 306.12' | S. 30°-11'-25" E. |
| D | 445.55' | 21°-30'-00" | 167.19' | 166.21' | N. 78°-03'-35" E. |
| E | 300.00' | 23°-00'-00" | 120.43' | 119.62' | N. 78°-48'-36" E. |
| 1 | 600.00' | 4°-29'-19" | 46.99' | 46.98' | S. 88°-03'-59" W. |
| 2 | 600.00' | 8°-02'-57" | 84.29' | 84.22' | S. 86°-17'-06" W. |
| 3 | 600.00' | 22°-03'-28" | 230.99' | 229.56' | S. 74°-47'-33" W. |
| 4 | 600.00' | 13°-19'-21" | 139.51' | 139.20' | S. 75°-35'-59" W. |
| 5 | 600.00' | 12°-22'-14" | 129.54' | 129.29' | S. 62°-45'-09" W. |
| 6 | 600.00' | 20°-01'-51" | 209.76' | 208.70' | S. 53°-44'-52" W. |
| 7 | 600.00' | 13°-19'-21" | 139.51' | 139.20' | S. 49°-54'-23" W. |
| 8 | 600.00' | 7°-34'-01" | 79.24' | 79.18' | S. 39°-27'-41" W. |
| 9 | 600.00' | 20°-01'-51" | 209.76' | 208.70' | S. 33°-43'-02" W. |
| 10 | 600.00' | 11°-58'-35" | 125.42' | 125.19' | S. 29°-41'-23" W. |
| 11 | 600.00' | 13°-23'-31" | 140.24' | 139.92' | S. 17°-00'-22" W. |
| 12 | 600.00' | 13°-23'-31" | 140.24' | 139.92' | S. 17°-00'-22" W. |
| 13 | 900.00' | 4°-20'-09" | 68.11' | 68.09' | S. 17°-28'-37" W. |
| 14 | 900.00' | 17°-13'-46" | 270.44' | 269.62' | S. 18°-55'-28" W. |
| 15 | 900.00' | 3°-16'-14" | 51.37' | 51.37' | S. 29°-10'-28" W. |
| 16 | 900.00' | 1°-18'-55" | 20.66' | 20.66' | S. 28°-16'-19" W. |
| 17 | 900.00' | 1°-57'-19" | 30.71' | 30.71' | S. 29°-44'-50" W. |
| 18 | 175.00' | 24°-03'-57" | 73.50' | 72.97' | S. 18°-46'-36" W. |
| 19 | 175.00' | 25°-09'-43" | 76.85' | 76.24' | S. 05°-50'-13" E. |
| 20 | 175.00' | 24°-21'-36" | 74.40' | 73.84' | S. 30°-35'-54" E. |
| 21 | 175.00' | 28°-33'-09" | 87.21' | 86.31' | S. 57°-03'-14" E. |
| 22 | 175.00' | 19°-51'-35" | 60.66' | 60.35' | S. 81°-15'-42" E. |
| 23 | 445.55' | 13°-16'-28" | 103.23' | 103.00' | N. 82°-10'-21" E. |
| 24 | 445.55' | 8°-13'-32" | 63.96' | 63.91' | N. 71°-25'-21" E. |
| 25 | 300.00' | 9°-39'-28" | 50.57' | 50.51' | N. 72°-08'-17" E. |
| 26 | 300.00' | 13°-20'-32" | 69.86' | 68.70' | N. 83°-38'-22" E. |
| 27 | 300.00' | 23°-00'-00" | 120.43' | 119.62' | N. 78°-48'-36" E. |
| 28 | 625.00' | 8°-02'-57" | 87.80' | 87.73' | S. 86°-17'-06" W. |
| 29 | 625.00' | 13°-19'-21" | 145.33' | 145.00' | S. 75°-35'-59" W. |
| 30 | 625.00' | 12°-22'-14" | 134.94' | 134.68' | S. 62°-45-09" W. |
| 31 | 625.00' | 13°-19'-21" | 145.33' | 145.00' | S. 49°-54'-23" W. |
| 32 | 625.00' | 7°-34'-0" | 82.54' | 82.48' | S. 39°-27'-41" W. |
| 33 | 625.00' | 11°-58'-35" | 130.64 | 130.40' | S. 29°-41'-23" W. |
| 34 | 625.00' | 13°-23'-31" | 146.08' | 145.75' | S. 17-00-22 W. |
| 35 | 875.00' | 17°-13'-46" | 263.12 | 262.13' | S. 18°-55'-28" W. |
| 36 | 875.00' | 3°-16'-14" | 49.95' | 49.94' | S. 29°-10'-28" W. |
| 37 | 200.00' | 24°-03'-57" | 84.01' | 83.39' | S. 18°-46'-36" W. |
| 38 | 200.00' | 25°-09'-43" | 87.83' | 87.13' | S. 05°-50'-13" E. |
| 39 | 200.00' | 24°-21'-36" | 85.03' | 84.39' | S. 30°-35'-54" E. |
| 40 | 200.00' | 28°-33'-09" | 99.67' | 98.64' | S. 57°-03'-14" E. |
| 41 | 200.00' | 19°-51'-35" | 69.32' | 68.98' | S. 81°-15'-42" E. |
| 42 | 470.55' | 13°-16'-28" | 109.02' | 108.77' | N. 82°-10'-21" E. |
| 43 | 470.55' | 8°-13'-32" | 67.55 | 67.50' | N. 71°-25'-21" E. |
| 44 | 275.00' | 23°-00'-00" | 110.39' | 109.65' | N. 78°-48'-36" E. |
| 45 | 325.00 | 13°-20'-32" | 75.68' | 75.51 | S. 83°-38'-22" W. |
| 46 | 325.00' | 9°-39'-28" | 54.78' | 54.72' | S. 72°-08'-17" W. |
| 47 | 420.55 | 21°-30'-00" | 157.81' | 156.89' | S. 78°-03'-35" W. |
| 48 | 150.00' | 122°-00'-00" | 319.40' | 262.39' | N. 30°-11'-25" W. |
| 49 | 925.00 | 2°-06'-05" | 33.93' | 33.92' | N. 29°-45-07" E. |
| 50 | 925.00 | 14°-03'-46" | 227.03' | 226.46' | N. 21°-40'-40" E. |




| No. | RADIUS | DELTA | ARC | CHORD | CH. BEARING |
|---|---|---|---|---|---|
| 51 | 925.00' | 4°-20'-09" | 70.00' | 69.98' | N. 17°-28'-37" E. |
| 52 | 575.00' | 13°-23'-31" | 134.40' | 134.09' | N. 17°-00'-22" E. |
| 53 | 575.00 | 20°-01'-51" | 201.02' | 200.00' | N. 33°-43'-02" E. |
| 54 | 575.00 | 20°-01'-51" | 201.02' | 200.00' | N. 53°-44'-52" E. |
| 55 | 575.00 | 22°-03'-28" | 221.36' | 220.00' | N. 74°-47'-33" E. |
| 56 | 575.00 | 4°-29'-19" | 45.05' | 45.03' | N. 88°-03'-59" E. |

## CERTIFICATE OF APPROVAL OF COUNTY CLERK

STATE OF FLORIDA )
COUNTY OF SARASOTA ) S.S.

I, KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT OF SARASOTA COUNTY, FLORIDA, HEREBY CERTIFY THAT THIS PLAT HAS BEEN EXAMINED AND THAT IT COMPLIES IN FORM WITH ALL REQUIREMENTS OF THE STATUTES OF FLORIDA PERTAINING TO MAPS AND PLATS, AND THAT THIS PLAT HAS BEEN FILED FOR RECORD IN PLAT BOOK 33 PAGE 12 TO 12 D PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA, THIS 29 DAY OF March A.D., 1989.

KAREN E. RUSHING, CLERK OF THE
CIRCUIT COURT, SARASOTA COUNTY, FLORIDA

BY: [signature] DEPUTY CLERK

RECORDED IN OFFICIAL RECORDS
MAR 25 10 46 AM '89
KAREN E. RUSHING

## CERTIFICATE OF SURVEYOR

KNOW ALL MEN BY THESE PRESENTS, THAT I, THE UNDERSIGNED LICENSED PROFESSIONAL LAND SURVEYOR, HEREBY CERTIFY THAT THIS PLAT IS A TRUE AND CORRECT REPRESENTATION OF THE LANDS SURVEYED, THAT THE SURVEY WAS MADE UNDER MY RESPONSIBLE DIRECTION AND SUPERVISION, THAT THE SURVEY DATA COMPLIES WITH ALL THE REQUIREMENTS OF CHAPTER 177, FLORIDA STATUTES AND THE SARASOTA COUNTY LAND DEVELOPMENT REGULATIONS, AND THAT THE PERMANENT REFERENCE MONUMENTS (P.R.M.'s) AND THE PERMANENT CONTROL POINTS (P.C.P's) WERE INSTALLED ON THE 6 TH. DAY OF FEBRUARY, A.D. 1989.

DATE : 7 TH. DAY OF FEBRUARY, A.D. 1989

[signature]
THOMAS E. ROBINSON, P.L.S.
STATE OF FLORIDA
REGISTERED LAND SURVEYOR N° 4075

March 29 89
10:46 A

**ROBINSON LAND SURVEYING, INC.**
SARASOTA, FLORIDA

15.00
10500
10515.00

94083187

** OFFICIAL RECORDS **
BOOK 2648 PAGE 981

173

This Instrument Prepared by:
J. GEOFFREY PFLUGNER, ESQUIRE
ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
P.O. Drawer 4195
Sarasota, Florida 34230
(813) 366-8100

**WARRANTY DEED**

GRANTOR: CARLTON INVESTMENTS, I, LTD., a Florida limited partnership

GRANTEE: POST OFFICE PROPERTIES, INC., a Florida corporation

Grantee's Post Office Address: 719 Bellevue Avenue
Newport, Rhode Island 02840

Grantee's Social Security No.: 65-0438277

Property Appraiser's Parcel ID No.: 70-07-0039

Grantor, for and in consideration of the sum of $1.00 to Grantor in hand paid by Grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to Grantee, and Grantee's heirs and assigns forever, the following described land, to wit:

See attached Exhibit "A"

Subject to valid easements, reservations and restrictions of record, governmental regulations and real property taxes for the current year.

And the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

DATED: July 1, 1994.

Witnesses:

[signature]
Witness #1 Signature
Kathryn Angell Carr
Print Witness #1 Name

[signature]
Witness #2 Signature
J. G. PFLUGNER
Print Witness #2 Name

CARLTON INVESTMENTS I, LTD.,
a Florida limited partnership

By: [signature]
Philip J. Carlton, as General Partner

Address of Grantor:
7126 Beneva Road
Sarasota, Florida 34238

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 1st day of July, 1994, by Philip J. Carlton as General Partner of Carlton Investments, I, Ltd., on behalf of the partnership, who is personally known to me or who has produced __________ as identification and who did not take an oath.

[signature]
Notary Public
State of Florida at Large
My Commission Expires:

[Notary seal: J. GEOFFREY PFLUGNER, MY COMMISSION EXPIRES ... CC 30862 ... STATE OF FLORIDA]

TRANS NUM:00310612
DOC STAMPS PD: $10500.00
INTANG. TAX PD: $.00
KAREN E RUSHING SARASOTA CO.
BY: [signature] D.C.

EXHIBIT
29

** OFFICIAL RECORDS **
BOOK 2648 PAGE 982

EXHIBIT "A"

PARCEL I:

BEING AT THE NORTHWEST CORNER OF LOT 6, BLOCK 1, BEE RIDGE FARMS SUBDIVISION, SECTION 3, TOWNSHIP 37 SOUTH, RANGE 18 EAST, AS PER PLAT THEREOF IN PLAT BOOK A, PAGE 40, SARASOTA COUNTY PUBLIC RECORDS, SAID POINT BEING 24 FEET EAST OF THE CENTERLINE OF SAWYER ROAD; THENCE EAST 594.75 FEET TO POINT OF BEGINNING; THENCE CONTINUE EAST 112.02 FEET TO WEST R/W LINE OF SEABOARD COAST LINE RAILROAD; THENCE SOUTH 12°25' EAST, 492.01 FEET ALONG RAILROAD R/W; THENCE WEST 252.81 FEET; THENCE NORTH 110 FEET; THENCE EAST 115.96 FEET; THENCE NORTH 12°25' WEST PARALLEL TO RAILROAD R/W 266.74 FEET; THENCE WEST 23.61 FEET; THENCE NORTH 110 FEET TO THE POINT OF BEGINNING.

PARCEL II:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT APPURTENANT FOR INGRESS AND EGRESS OVER THE FOLLOWING DESCRIBED EASEMENT:
BEGIN AT THE NORTHWEST CORNER OF LOT 6, BLOCK 1, BEE RIDGE FARMS SUBDIVISION, SECTION 3, TOWNSHIP 37 SOUTH, RANGE 18 EAST, AS RECORDED IN PLAT BOOK A, PAGE 40, SARASOTA COUNTY PUBLIC RECORDS, SAID POINT BEING 24.00 FEET EAST OF THE CENTERLINE OF SAWYER ROAD; THENCE DUE SOUTH ALONG THE EAST R/W LINE OF SAID SAWYER ROAD; 330.00 FEET TO THE POINT OF BEGINNING OF A 30.00 FOOT EASEMENT LYING 15.00 FEET EACH SIDE OF THE FOLLOWING CENTERLINE DESCRIBED AS FOLLOWS: THENCE DUE EAST 419.75 FEET TO A POINT CALLED "A"; THENCE DUE SOUTH 25.50 FEET; THENCE DUE EAST 237.30 FEET; THENCE NORTH 12°25'00" WEST 236.02 FEET; THENCE DUE WEST 186.55 FEET; THENCE DUE SOUTH 205.00 FEET TO A POINT CALLED "A" AND END OF SAID 30.00 FOOT EASEMENT.

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0070-07-0039

| | | |
|---|---|---|
| **Parcel** | **Property Address:** | 4041 SAWYER CT |
| | **Description:** | COM NW COR LOT 6 BLK 1 TH E 594.75 FT FOR POB TH CONT E |
| | **Incorporation:** | UNINCORPORATED |
| | **Subdivision Code:** | 0075 |
| | **Use Code:** | 4860 |
| | **Sec/Twp/Rge:** | 03-37S-18E |
| | **Census Tract (2000)** | 17.02 |
| | **Zoning:** | CI |
| **Ownership** | | POST OFFICE PROPERTIES INC<br>PO BOX 2303<br>SARASOTA, FL 34230 |
| **2007 Values** (As of 1/1/2007) | **Just (Market) Value:** | $1,255,000 |
| | **Land Value:** | $555,100 |
| | **Improvement Value:** | $699,900 |
| | **Assessed Value:** | $1,255,000 |
| | **Homestead:** | No |
| | **Total Exemptions:** | $0 |
| | **Total Taxable:** | $1,255,000 |
| **Property** | **Land Area:** | 69,389 |
| | **Total Building Area:** | 21,631 (All Structures) |
| | **Total Living Area:** | 20,575 (Enclosed Only) |
| | **Living Units:** | |
| | **Bed / Bath:** | 0 Bed / 4 Bath |
| | **Pool:** | No |
| | **Year Built:** | 1980 |
| **Last Sale/Transfer** | **Sale Price:** | $1,500,000 |
| | **Date Sold:** | 7/1/1994 |
| | **Deed Type:** | WD |
| | **Grantor:** | CARLTON INVESTMENTS I LTD |
| **Updated:** 3/5/2008 1:07:00 AM | **Instrument #:** | 2648/0981 |

EXHIBIT
tabbies
30