P.S. No. 25445

96077053

15,610.00

Receipt #: 000000436538-01
Doc Stamp-Deed : 15610.00
Karen E. Rushing, Sarasota Co
By: D.C.

** OFFICIAL RECORDS **
BOOK 2868 PAGE 2691

Prepared by:
John Patterson, Esquire
Livingston, Patterson, Strickland
& Weiner, P.A.
46 North Washington Boulevard, Suite 1
Sarasota FL 34236
(941) 365-0550

# WARRANTY DEED

**THIS INDENTURE**, made this 27th day of June, 1996, between SHANNSONGS, INC., a Florida corporation, whose address is 2106 Bispham Road, Suite B, Sarasota, Florida 34231, **GRANTOR**, and PUBLIC STORAGE, INC., a _____ corporation, whose address is c/o Evelyn Hubel (PS#25445), 701 Western Ave., Ste 200, Glendale, CA 91201-2397, **GRANTEE**.
(Wherever used herein the terms "GRANTOR" and "GRANTEE" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

**W I T N E S S E T H**, that said Grantor, for and in consideration of the sum of TEN AND 00/100's ($10.00) Dollars and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to said Grantee forever, the following described land located in the County of Sarasota, State of Florida, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Subject to valid easements, restrictions, and reservations of record, and real property taxes for the year 1996 and subsequent years.

And said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

✓ 344 Chicago Title

EXHIBIT
31

** OFFICIAL RECORDS **
BOOK 2868 PAGE 2692

**IN WITNESS WHEREOF,** Grantor has hereunto set Grantor's hand and seal this day and year first above written.

WITNESSES:

Linda A. Shea
LINDA A. SHEA
(print name of witness)

Virginia A. Pitts
Virginia T. Pitts
(print name of witness)

SHANNSONGS, INC., a Florida corporation

By: [signature]
Gerald L. Pennington
as its President

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 27th day of June, 1996, by Gerald L. Pennington, as President of Shannsongs, Inc., a Florida corporation, on behalf of said corporation. He is personally known to me or has produced ______________ as identification.

Linda A. Shea
Notary Public
Printed Name of Notary:
LINDA A. SHEA
Commission # ______________

My Commission Expires:

OFFICIAL NOTARY SEAL
LINDA A SHEA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC335289
MY COMMISSION EXP. JAN. 28,1998

w:\shannsongs\18101a.las




FILE COPY

EXHIBIT
32
tabbies

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0428-03-0006

**Parcel**

| | |
|---|---|
| **Property Address:** | 1120 S US 41 BYPASS |
| Description | PUBLIC STORAGE, N 1/2 OF FOLLOWING COM AT NW COR OF SEC |
| **Incorporation:** | UNINCORPORATED |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 4860 |
| **Sec/Twp/Rge:** | 17-39S-19E |
| **Census Tract (2000)** | 27.15 |
| **Zoning:** | CI |

Tax Districts

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

PUBLIC STORAGE INC
DEPT PT FL 25445
PO BOX 25025
GLENDALE, CA 91201-2397

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $2,215,400 |
| **Land Value:** | $1,154,600 |
| **Improvement Value:** | $1,060,800 |
| **Assessed Value:** | $2,215,400 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $2,215,400 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 96,219 | |
| **Total Building Area:** | 42,517 | (All Structures) |
| **Total Living Area:** | 42,517 | (Enclosed Only) |
| **Living Units:** | | |
| **Bed / Bath:** | 0 Bed / 2 Bath | |
| **Pool:** | No | |
| **Year Built:** | Various (3 card parcel) | |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | $2,230,000 |
| **Date Sold:** | 6/27/1996 |
| **Deed Type:** | WD |
| **Grantor:** | SHANNSONGS INC |
| **Instrument #:** | 2868/2691 |

Transfers

View Document

**Updated:** 2/6/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
33

This instrument prepared by:
John F. Cook, Esquire
JOHN F. COOK
2033 Wood Street, Suite 220
Sarasota, Florida 34237
(941) 906-1560

2003215445

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003215445 2 PGS
2003 OCT 23 04:32 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
TFERNANDEZ Receipt#391384

Doc Stamp-Deed: 23,520.00

## WARRANTY DEED

THIS WARRANTY DEED, made and executed this 22nd day of October, 2003, by PALMER RANCH HOLDINGS, LTD., a Florida limited partnership, hereinafter called the "Grantor," whose post office address is 8588 Potter Park Drive, Suite 500, Sarasota, Florida 34238, to PULTE HOME CORPORATION, a Michigan corporation, hereinafter called the "Grantee," whose post office address is 9148 Bonita Beach Road, Suite 102, Bonita Springs, Florida 34135.

(Whenever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporation and public bodies.)

**WITNESSETH:**

THAT the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantee, all that certain land situate in Sarasota County, Florida, to-wit:

**SEE EXHIBIT "A" ATTACHED HERETO**

PARCEL I.D. Numbers (or portions thereof): 0115-04-0001 and 0098-12-0001.

SUBJECT TO taxes for the year 2003 and subsequent years, and easements, restrictions and reservations of record.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the same in fee simple.

AND the Grantor hereby fully warrants the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set its hand and seal the day and year first above written.

Signed, sealed and delivered
in the presence of:

Name: JOHN F. COOK

Name: MARIA CAMPAGNA

PALMER RANCH HOLDINGS, LTD.,
A Florida limited partnership
BY: PALMER RANCH HOLDINGS, INC.,
a Florida corporation,

BY:
MARK A. ROYALL, its Vice President

STATE OF FLORIDA
COUNTY OF FLORIDA

EXHIBIT
34

INSTRUMENT # 2003215445
2 PGS

**EXHIBIT "A"**
**(Legal Description)**

A TRACT OF LAND IN SECTIONS 14 AND 23, TOWNSHIP 37 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA, DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF THE SW 1/4 OF SAID SECTION 14; THENCE N 00°16'17" E, ALONG THE WESTERLYLINE OF SAID SW 1/4, A DISTANCE OF 643.09 FEET; THENCE S 89°43'43" E, A DISTANCE OF 153.00 FEET TO THE EASTERLY LINE OF TRACT 101, PALMER RANCH INCREMENT II TRACT SUBDIVISION RECORDED IN PLAT BOOK 34, PAGSE 25, 25A THROUGH 25C, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA FOR THE POINT OF BEGINNING; (THE FOLLOWING THREE CALLS ARE ALONG THE EASTERLY LINE OF TRACT 101); THENCE S 00°16'17" W, A DISTANCE OF 284.44 FEET TO THE POINT OF CURVATURE (PC) OF A CURVE TO THE LEFT HAVING A RADIUS OF 515.00 FEET AND A CENTRAL ANGLE OF 40°33'41"; THENCE SOUTHEASTERLY ALONG THE ARC A DISTANCE OF 364.58 FEET TO THE POINT OF REVERSE CURVE (PRC) OF A CURVE TO THE RIGHT HAVING A RADIUS OF 505.00 FEET AND A CENTRAL ANGLE OF 59°41'56"; THENCE SOUTHEASTERLY AND SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 526.18 FEET TO THE NORTHERLY RIGHT OF WAY LINE OF MCINTOSH ROAD (120' WIDE) AS SHOWN ON THE PLAT OF PRESTANCIA RECORDED IN PLAT BOOK 31, PAGES 27, 27A THROUGH 27K, OF SAID PUBLIC RECORDS, SAID POINT BEING A POINT ON A CURVE OF WHICH THE RADIUS POINT LIES N 45°51'44" E, A RADIAL DISTANCE OF 1085.92 FEET (THE FOLLOWING THREE CALLS ARE ALONG SAID RIGHT OF WAY LINE); THENCE SOUTHEASTERLY ALONG THE ARC THRUOGH A CENTRAL ANGLE OF 13°47'35" A DISTANCE OF 261.42 FEET; THENCE S 57°55'51" E, A DISTANCE OF 637.05 FEET TO THE PC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 1408.14 FEET AND A CENTRAL ANGLE OF 46°09'08"; THENCE SOUTHEASTERLY ALONG THE ARC A DISTANCE OF 1134.27 FEET TO THE WESTERLY RIGHT OF WAY LINE OF THE SEMINOLE GULF RAILWAY (100 FEET WIDE); THENCE N 11°46'43" W, ALONG SAID WESTERLY RIGHT OF WAY LINE A DISTANCE OF 2571.46 FEET; THENCE N 89°43'43" W, A DISTANCE OF 455.28 FEET TO THE PC OF A CURVE TO THE LEFT HAVING A RADIUS OF 52.28 FEET AND A CENTRAL ANGLE OF 90°00'00"; THENCE SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 82.12 FEET TO THE PRC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 50.00 FEET AND A CENTRAL ANGLE OF 90°00'00"; THENCE SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 78.54 FEET; THENCE N 89°43'43" W, A DISTANCE OF 74.52 FEET TO THE PC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 50.00 FEET AND A CENTRAL ANGLE OF 41°54'03"; THENCE NORTHWESTERLY ALONG THE ARC A DISTANCE OF 36.57 FEET TO THE PRC OF A CURVE TO THE LEFT HAVING A RADIUS OF 350.00 FEET AND A CENTRAL ANGLE OF 41°54'03"; THENCE NORTHWESTERLY ALONG THE ARC A DISTANCE OF 255.96 FEET; THENCE N 89°43'43" W, A DISTANCE OF 161.25 FEET TO THE POINT OF BEGINNING.

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages 1 through 2 of the instrument filed in

PLAT BOOK ______ PAGE ______

SHEET 2 OF 5

# ARIELLE ON PALMER RANCH, SECTION I
# A CONDOMINIUM

IN SECTIONS 14 & 23, TOWNSHIP 37 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA

NOTES:

1. Bearings shown hereon are arbitrary and are based on the west line of the southwest 1/4 of Section 14 having a bearing of N.00°16'17"E., and do not refer to the true meridian.
2. Elevations shown hereon are relative to the National Geodetic Veritical Datum (NGVD) of 1929, based on National Ocean Survey (NOS) Benchmarks F-253 and J-253 with published elevations of 18.327 and 22.198 respectively.
3. Refer to the Declaration of Condominium for the definition and designation of the Unit Boundary, Limited Common Element and Common Elements.
4. All improvements are proposed unless otherwise noted.

CURVE TABLE

| CURVE | LENGTH | RADIUS | DELTA | CHORD | CHORD BRG. |
|---|---|---|---|---|---|
| C1 | 36.57' | 50.00' | 41°54'03" | 35.76' | N68°46'42"W |
| C2 | 78.54' | 50.00' | 90°00'00" | 70.71' | S45°18'17"W |
| C3 | 82.12' | 52.28' | 90°00'00" | 73.94' | S45°18'17"W |

SCALE: 1"=150'




NOTE: UNLESS OTHERWISE NOTED ALL EASEMENTS ARE DEDICATED AND RECORDED IN THE COMMUNITY ASSOCIATION DOCUMENTS, OFFICIAL RECORD INSTRUMENT NUMBER 2004097137, PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

LEGEND:

- ◉ = BENCHMARK
- □ = 4" PERMANENT REFERENCE MONUMENT CONCRETE MONUMENT SET (LB#043)
- ⊙ = PERMANENT CONTROL POINT P.K. NAIL & DISK (PCP LB#043) 4" CONCRETE MONUMENT (PCP LB#043) WHEN LOCATED IN PERVIOUS AREAS
- ■ = 4" PERMANENT REFERENCE MONUMENT CONCRETE MONUMENT FOUND (LB#124 UNLESS OTHERWISE NOTED)
- ○ = 5/8" CAPPED IRON ROD FOUND (LB#043)
- ● = 5/8" CAPPED IRON ROD SET (LB#043)
- = ANGLE POINT (CORNER NOT SET UNLESS RIGHT-OF-WAY OR LOT CORNER)

- S.F. = AREA OF LOT IN SQUARE FEET
- (R) = RADIAL LINE
- (O.A.) = OVERALL DISTANCE
- D = CENTRAL ANGLE
- L = ARC LENGTH
- R = RADIUS
- CH = CHORD DISTANCE
- C.B. = CHORD BEARING
- C# = CURVE # (SEE CURVE TABLE)
- L# = LINE # (SEE LINE TABLE)
- LB# = LICENSED BUSINESS NUMBER
- O.R. = OFFICIAL RECORDS OF SARASOTA COUNTY, FLORIDA
- PH = PHASE
- D.E. = DRAINAGE EASEMENT
- P.U.E. = PUBLIC UTILITY EASEMENT
- U.E. = UTILITY EASEMENT
- C.U.E. = COUNTY UTILITY EASEMENT
- A.D.E. = ACCESS AND DRAINAGE EASEMENT
- M.E. MAINTENANCE EASEMENT

A.D.E. & U.E. = ACCESS AND DRAINAGE EASEMENT & UTILITY EASEMENT (NON EXCLUSIVE ACCESS AND MAINTENANCE EASEMENT) (OFFICIAL RECORDS INSTRUMENT #2004098564)

C.U.E. = COUNTY UTILITY EASEMENT (PERMANENT UTILITY EASEMENT) (OFFICIAL RECORDS INSTRUMENT #2004098565)

EXCLUSIVE SARASOTA COUNTY UTILITY LIFT STATION (PERMANENT EXCLUSIVE LIFT STATION EASEMENT) (OFFICIAL RECORDS INSTRUMENT #2004098566)

OVERALL PROJECT BO

EXHIBIT 35

tabbies

WilsonMiller

Planners · Engineers · Ecologists · Surveyors · Landscape Architects ·

WilsonMiller, Inc.

Naples · Fort Myers · Sarasota · Bradenton · Tampa · Tallahassee

Task Code: MACPT

Project Number: S2338-123-000

Nov 24, 2004

Property Appraiser's
Parcel Identification No.

4P98

This instrument was prepared without opinion of title by and after Recording Return to:
Steven M. Falk, Esq.
850 Park Shore Drive, 3rd Floor
Naples, Florida 34103
(239) 649-6200

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2006002395 4 PGS
2006 JAN 05 02:27 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
DCATHEY Receipt#732365
Doc Stamp-Deed: 0.70

(Information above this line for recording data)

2006002395

# QUIT CLAIM DEED

THIS QUIT CLAIM DEED, made the 23rd day of December, 2005, by **PULTE HOME CORPORATION, a Michigan corporation authorized to do business in the State of Florida,** whose post office address is 9148 Bonita Beach Road, Suite 102, Bonita Springs, FL 34135 ("Grantor") to **ARIELLE ON PALMER RANCH COMMUNITY ASSOCIATION, INC., a Florida not-for-profit corporation,** whose post office address is c/o Advanced Management of Southwest Florida, Inc., 9031 Town Center Parkway, Bradenton, FL 34202 ("Grantee").

(Wherever used herein the terms "Grantor" and "Grantee" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporation, wherever the context so admits or requires.)

WITNESSETH, That the said Grantor, for and in consideration of the sum of Ten Dollars ($10.00) in hand paid by the said Grantee, and other good and valuable consideration, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said Grantee forever, all the right, title, interest, claim and demand which the said Grantor has in and to the following described lot, piece or parcel of land, situated, lying and being in the County of Sarasota, State of Florida, to wit:

All of the real property legally described on Exhibit "A" attached hereto LESS AND EXCEPT all of the real property legally described on Exhibit "B" attached hereto.

Subject to all easements, conditions, dedications and restrictions of record and those referenced on said plat .

TO HAVE AND TO HOLD the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said Grantor, either in law or equity, to the only proper use, benefit and behoof of the said Grantee forever.

[remainder of page intentionally left blank]

EXHIBIT
tabbies
36

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, Sealed and Delivered
in the Presence of:

**PULTE HOME CORPORATION, a Michigan Corporation authorized to do business in the State of Florida** (SEAL)

By: Laura A. Ray
LAURA A. RAY

Its : Agent and Attorney In Fact

Witness Name: Felipe Gonzalez

Witness Name: CHRIS HARTY

STATE OF FLORIDA )
COUNTY OF )

The foregoing instrument was acknowledged before me this 23rd day of December, 2005 by Laura A. Ray as Agent and Attorney in Fact of PULTE HOME CORPORATION, a Michigan corporation authorized to do business in the State of Florida, on behalf of the corporation. She is (✓) personally known to me or has produced __________________ as identification and did take an oath.

FELIPE GONZALEZ
MY COMMISSION # DD 447686
EXPIRES: July 5, 2009
Bonded Thru Pichard Insurance Agency

NOTARY PUBLIC
Name: Felipe Gonzalez
(Type or Print)
My Commission Expires: July 5, 2009

EXHIBIT "A"
(Legal Description)

A TRACT OF LAND IN SECTIONS 14 AND 23, TOWNSHIP 37 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA, DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF THE SW 1/4 OF SAID SECTION 14; THENCE N 00°16'17" E, ALONG THE WESTERLYLINE OF SAID SW 1/4, A DISTANCE OF 643.09 FEET; THENCE S 89°43'43" E, A DISTANCE OF 153.00 FEET TO THE EASTERLY LINE OF TRACT 101, PALMER RANCH INCREMENT II TRACT SUBDIVISION RECORDED IN PLAT BOOK 34, PAGSE 25, 25A THROUGH 25C, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA FOR THE POINT OF BEGINNING; (THE FOLLOWING THREE CALLS ARE ALONG THE EASTERLY LINE OF TRACT 101); THENCE S 00°16'17" W, A DISTANCE OF 284.44 FEET TO THE POINT OF CURVATURE (PC) OF A CURVE TO THE LEFT HAVING A RADIUS OF 515.00 FEET AND A CENTRAL ANGLE OF 40°33'41"; THENCE SOUTHEASTERLY ALONG THE ARC A DISTANCE OF 364.58 FEET TO THE POINT OF REVERSE CURVE (PRC) OF A CURVE TO THE RIGHT HAVING A RADIUS OF 505.00 FEET AND A CENTRAL ANGLE OF 59°41'56"; THENCE SOUTHEASTERLY AND SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 526.18 FEET TO THE NORTHERLY RIGHT OF WAY LINE OF MCINTOSH ROAD (120' WIDE) AS SHOWN ON THE PLAT OF PRESTANCIA RECORDED IN PLAT BOOK 31, PAGES 27, 27A THROUGH 27K, OF SAID PUBLIC RECORDS, SAID POINT BEING A POINT ON A CURVE OF WHICH THE RADIUS POINT LIES N 45°51'44" E, A RADIAL DISTANCE OF 1085.92 FEET (THE FOLLOWING THREE CALLS ARE ALONG SAID RIGHT OF WAY LINE); THENCE SOUTHEASTERLY ALONG THE ARC THRUOGH A CENTRAL ANGLE OF 13°47'35" A DISTANCE OF 261.42 FEET; THENCE S 57°55'51" E, A DISTANCE OF 637.05 FEET TO THE PC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 1408.14 FEET AND A CENTRAL ANGLE OF 46°09'08"; THENCE SOUTHEASTERLY ALONG THE ARC A DISTANCE OF 1134.27 FEET TO THE WESTERLY RIGHT OF WAY LINE OF THE SEMINOLE GULF RAILWAY (100 FEET WIDE); THENCE N 11°46'43" W, ALONG SAID WESTERLY RIGHT OF WAY LINE A DISTANCE OF 2571.46 FEET; THENCE N 89°43'43" W, A DISTANCE OF 455.28 FEET TO THE PC OF A CURVE TO THE LEFT HAVING A RADIUS OF 52.28 FEET AND A CENTRAL ANGLE OF 90°00'00"; THENCE SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 82.12 FEET TO THE PRC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 50.00 FEET AND A CENTRAL ANGLE OF 90°00'00"; THENCE SOUTHWESTERLY ALONG THE ARC A DISTANCE OF 78.54 FEET; THENCE N 89°43'43" W, A DISTANCE OF 74.52 FEET TO THE PC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 50.00 FEET AND A CENTRAL ANGLE OF 41°54'03"; THENCE NORTHWESTERLY ALONG THE ARC A DISTANCE OF 36.57 FEET TO THE PRC OF A CURVE TO THE LEFT HAVING A RADIUS OF 350.00 FEET AND A CENTRAL ANGLE OF 41°54'03"; THENCE NORTHWESTERLY ALONG THE ARC A DISTANCE OF 255.96 FEET; THENCE N 89°43'43" W, A DISTANCE OF 161.25 FEET TO THE POINT OF BEGINNING.

EXHIBIT "B"

1. Arielle on Palmer Ranch Section I, a Condominium, Phases 1-6, as more particularly described in the Declaration of Condominium thereof recorded as Instrument #2004147095 of the Public Records of Sarasota County, Florida.

2. Arielle on Palmer Ranch Section II, a Condominium, Phases 1-5, as more particularly described in the Declaration of Condominium thereof recorded as Instrument #2004219863 of the Public Records of Sarasota County, Florida.

3. Arielle on Palmer Ranch Section III, a Condominium, Phases 1-4, as more particularly described in the Declaration of Condominium thereof recorded as Instrument #2004230125 of the Public Records of Sarasota County, Florida.

4. Arielle on Palmer Ranch Section IV, a Condominium, Phases 1-6, as more particularly described in the Declaration of Condominium thereof recorded as Instrument #2005175527 of the Public Records of Sarasota County, Florida.

488585

Rec. 4.00
S.S. 360.00
Sur. 132

OFF. REC. ~~1314 PG 1010~~

9396.39
~~939484~~

Printed for Lawyers' Title Guaranty Fund, Orlando, Florida

OFF. REC. 1314 PG 1306

This instrument was prepared by:
Name Robert J. Stinnett
Address 27 S. Orange Avenue
Sarasota, FL 33577

# Warranty Deed (STATUTORY FORM—SECTION 689.02 F.S.)

**This Indenture,** Made this 26th day of June, 1979, **Between**

JOAN M. LOVINGOOD

of the County of Sarasota, State of Florida, grantor*, and

SARASOTA INVESTMENT COMPANY, INC., a Florida corporation,

whose post office address is 4023 Sawyer Road, Sarasota, Florida 33583

of the County of Sarasota, State of Florida, grantee*,

**Witnesseth,** That said grantor, for and in consideration of ~~xxxxxxxx~~ exchange of real property ~~xxxxx~~ and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Sarasota County, Florida, to-wit:

The South 180 feet of the following described property: Lot 6 and that part of Lot 4 lying westerly of Seaboard Coast Line RR, Block 1, Bee Ridge Farms, Section 3-37-18, as per plat thereof recorded in Plat Book 1, page 248, public records of Manatee County, Florida; LESS therefrom the South 155 feet of the West 600 feet (exclusive of Sawyer Road, 48' wide) of said Lot 6.

SUBJECT to taxes for 1979.

The above described property is not the homestead of Grantor. Grantor's residence and homestead being 4560 Cooper Road, Sarasota, Florida 33582.

JACK R. BISSELL
413 SOUTHEAST BANK BLDG.
1405 MAIN STREET
SARASOTA, FLORIDA 33577

FILED AND RECORDED
H. H. McCANEY, JR. CLERK
SARASOTA CO., FLA.
8 05

STATE OF FLORIDA DOCUMENTARY STAMP TAX DEPT. OF REVENUE JUN 26'79 P.B. 11064 360.00
DOCUMENTARY SUR TAX 132.00

and said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

* "Grantor" and "grantee" are used for singular or plural, as context requires.

**In Witness Whereof,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

| | |
|---|---|
| [signature] | [signature] Joan M. Lovingood (Seal) |
| [signature] | (Seal) |
| | (Seal) |
| | (Seal) |

JUN 28 1 19 PM '79
FILED AND RECORDED
H. H. McCANEY, JR. CLERK
SARASOTA CO., FLA.

939694

STATE OF FLORIDA
COUNTY OF SARASOTA

*Re-record to show correct stamps

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared

EXHIBIT 37

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0070-07-0059

**Parcel**

**Property Address:** 4023 SAWYER RD
**Description** SLY 180 FT OF LOTS 4 & 6 BLK 1 LYING WLY OF R R ROW LES
**Incorporation:** UNINCORPORATED (Tax Districts)
**Subdivision Code:** 0075
**Use Code:** 487X
**Sec/Twp/Rge:** 03-37S-18E
**Census Tract (2000)** 17.02
**Zoning:** CI

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

SARASOTA INVESTMENT CO INC
4023 SAWYER RD
SARASOTA, FL 34233-1200

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $3,305,700
**Land Value:** $1,286,100
**Improvement Value:** $2,019,600
**Assessed Value:** $3,305,700
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $3,305,700

**Property**

**Land Area:** 183,723
**Total Building Area:** 74,463 (All Structures)
**Total Living Area:** 74,183 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 0 Bed / 17 Bath
**Pool:** No
**Year Built:** Various (7 card parcel)

**Last Sale/Transfer**

**Sale Price:** Non-Sale Transfer (Transfers)
**Date Sold:** 6/1/1979
**Deed Type:** NA
**Grantor:**
**Instrument #:** 1314/1009 (View Document)

Updated: 1/25/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
38

Form 4 Florida WARRANTY DEED. OFF REC 64 PAGE 147 TUTBLANX REGISTERED U S PAT OFFICE Tuttle Law Print, Publishers, Rutland Vt

# This Indenture,

2311

*Made this* first *day of* September *A. D. 19* 57

**Between** ABRAHAM DEATERLY and NELLIE M. DEATERLY, husband and wife, whose address is: Venice,

*of the County of* Sarasota *and State of* Florida *part* ies *of the first part, and* SOUTHERN SPRING & STAMPING, INC., whose address is: P. O. Box 1026, Venice,

*of the County of* Sarasota *and State of* Florida *part* y *of the second part,*

**Witnesseth,** *that the said part* ies *of the first part, for and in consideration of the sum of* Ten Dollars and other valuable considerations *to* them *in hand paid, the receipt whereof is hereby acknowledged, ha* ve *granted, bargained, sold and transferred, and by these presents do grant, bargain, sell and transfer unto the said part* y *of the second part and* its successors, *heirs and assigns forever, all that certain parcel of land lying and being in the County of* Sarasota *, and State of Florida, more particularly described as follows:*

Begin at the NE corner of the NE¼ of the SW¼ of the NE¼ of Section 7, Twp. 39S, Range 19E; thence N 89-46-00 W along the North line of said NE¼ of the SW¼ of the NE¼ 664.9' to the SE corner of the SW¼ of the NW¼ of the NE¼ of said Section 7; thence continue N 89-46-00 W 260.55' for a P.O.B.; thence continue N 89-46-00 W 160.55' to the Easterly R/W line of the S.A.L. R.R. (100' wide); thence N 11-48-03 W along said R/W line 195.30'; thence S 89-46-00 E 202.80'; thence S 00-41-00 W and parallel to the East line of said SW¼ of the NW¼ of the NE¼ 191' to the P.O.B. Less a 25' strip off the south side thereof for road. All lying and being in the SW¼ of the NW¼ of the NE¼ of Section 7. Twp. 39S, Range 19E, Sarasota County, Florida. Containing 0.80 acres including road.

FLORIDA $1.00

DOCUMENTARY

**Together** *with all the tenements, hereditaments and appurtenances, with every privilege, right, title, interest and estate, dower and right of dower, reversion, remainder and easement thereto belonging or in anywise appertaining:*

**To Have and to Hold** *the same in fee simple forever.*

*And the said part* ies *of the first part do covenant with the said part* y *of the second part that* they are *lawfully seized of the said premises, that they are free from all incumbrances and that* they have *good right and lawful authority to sell the same; and the said* parties *of the first part do hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.*

**In Witness Whereof,** *the said part* ies *of the first part* have *hereunto set* their *hand* s *and seal* s *the day and year above written.*

**Signed, Sealed and Delivered in Our Presence:**

Avis I. Hines — Abraham Deaterly (L.S.)

Alfreda L. Boone — Nellie M Deaterly (L.S.)

EXHIBIT 39

**State of Florida,** OFF REC 64 PAGE 148

**County of** SARASOTA

**I HEREBY CERTIFY,** *That on this* first *day of* September *A. D. 19* 57, *before me personally appeared*

ABRAHAM DEATERLY and NELLIE M. DEATERLY, husband and wife,

*to me known to be the person* s *described in and who executed the foregoing conveyance to*

SOUTHERN SPRING & STAMPING, INC.

*and severally acknowledged the execution thereof to be* their *free act and deed for the uses and purposes therein mentioned; and the said* NELLIE M. DEATERLY *the wife of the said* ABRAHAM DEATERLY *, on a separate and private examination taken and made by and before me, and separately and apart from her said husband, did acknowledge that she made herself a party to the said Deed of Conveyance for the purpose of renouncing, relinquishing and conveying all her right, title and interest, whether of dower or of separate property, statutory or equitable, in and to the lands therein described, and that she executed said deed freely and voluntarily, and without any constraint, fear, apprehension or compulsion of or from her said husband.*

**WITNESS** *my signature and official seal at* Venice *in the County of* Sarasota *and State of Florida, the day and year last aforesaid.*

*My Commission Expires* ______

Alfreda S. Boone

*Notary Public*

Notary Public, State of Florida at large
My commission expires Jan. 27, 1961.
Bonded by American Surety Co. of N. Y.

# Warranty Deed

TO

**Date**

**ABSTRACT OF DESCRIPTION**

**STATE OF FLORIDA,**
**County of**

*On this* ___ *day of* ___ *A. D. 19* ___, *at* ___ *o'clock* ___ *m., this instrument was filed for record, and being duly acknowledged and proven, I have recorded the same on pages* ___ *of Book* ___ *in the public records of said County.*

**In Witness Whereof,** *I have hereunto set my hand and affixed the seal of the Circuit Court of the* ___ *Judicial Circuit of said State, in and for said County.*

______ *Clerk.*

______, D. C

BOONE & SMITH
ATTORNEYS AT LAW
VENICE, FLORIDA

FILED AND RECORDED
1957 NOV 22 ... 1:18
W. A. WYNNE, CLERK
SARASOTA CO. FLA.
023116