[redacted] [redacted] Printable Version

Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2004 Detail Information for Parcel 0113-01-0100

| | | |
|---|---|---|
| **Parcel** | **Property Address:** | 4409 TOURNAMENT PLAYERS CLUB D |
| | [redacted] | PRESTANCIA GOLF COURSE, BEING TRACTS 402, 404, 405 |
| | **Incorporation:** | UNINCORPORATED [redacted] |
| | **Subdivision Code:** | [redacted] |
| | **Use Code:** | 3810 |
| | **Sec/Twp/Rge:** | 22-37S-18E [redacted] |
| | **Census Tract (2000)** | 20.06 |
| | **Zoning:** | RE-2 |

[redacted]

| | |
|---|---|
| **Ownership** | TOURNAMENT PLAYERS CLUB AT PRESTAN( INC<br>4409 TPC DR<br>SARASOTA, FL 34238 |

| | | |
|---|---|---|
| **2004 Values** (As of 1/1/2004) | **Just (Market) Value:** | $11,892,900 |
| | **Land Value:** | $9,000,000 |
| | **Improvement Value:** | $2,892,900 |
| | **Assessed Value:** | $11,892,900 |
| | **Homestead:** | No |
| | **Total Exemptions:** | $0 |
| | **Total Taxable:** | $11,892,900 |

| | | | |
|---|---|---|---|
| **Property** | **Land Area:** | 8,624,880 | [redacted] |
| | **Total Building Area:** | 52,950 | (All Stru |
| | **Total Living Area:** | 32,391 | (Enclosec |
| | **Living Units:** | | |
| | **Bed / Bath:** | 0 Bed / 10 Bath | |
| | **Pool:** | No | |
| | **Year Built:** | Various (6 card parcel) | |

| | | | |
|---|---|---|---|
| **Last Sale/Transfer** | **Sale Price:** | $4,165,000 (Multiple Parcel Sale) | [redacted] |
| | **Date Sold:** | 1/29/1992 | |
| | **Deed Type:** | WD | |
| | **Grantor:** | BAY VENTURE CORP THE | |
| | **Instrument #:** | 2392/1931 | [redacted] |

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation data is subject to change. Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.

[redacted]

EXHIBIT
tabbies
44

OR 1221 PG 1512 819807

WARRANTY DEED STATUTORY F.S. 689.02

# This Indenture,

(Wherever used herein the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

Made this 15 day of February A. D. 19 78 BETWEEN LEIGHTON HARDING and CICELY HARDING, Husband & Wife,

of the County of Putnam , in the State of Florida part ies of the first part and TRINITY CHURCH OF GOD OF SARASOTA, INC., a Florida non-profit corporation,

of the County of Sarasota , in the State of Florida , whose post office address is 2418 Alpine Avenue Sarasota, Fla. 33580

part y of the second part.

**Witnesseth,** That the said part ies of the first part, for and in consideration of the sum of TEN - - - - - - - - - - - - - - ($10.00) - - - - - - - - - - - - Dollars, to them in hand paid by the said part y of the second part, the receipt whereof is hereby acknowledged, have granted, bargained, and sold to the said part y of the second part, its heirs and assigns forever, the following described land, situate, and being in the County of Sarasota , State of Florida , to wit: That part of Tract 12, Block 2, Section 34, Township 36 South, Range 18 East, PHILLIPPI CREEK FARMS, as per plat thereof recorded in Plat Book A, Page 50, Public Records of Sarasota County, Florida, described as follows, to wit:

Beginning at an iron pipe in the Northerly right-of-way line of Webber Avenue, distant 48 feet westerly, measured at right angles from the center line of S.A.L. R.R. Co. main track; thence Northerly and parallel with the center line of said main track for a distance of 457.57 feet to an iron pipe; thence Westerly along a line making an interior angle of 91°27' with the last mentioned line for a distance of 260 feet to a 3" x 3" concrete monument; thence Southerly along a line making an interior angle of 88°32' with the last mentioned line for a distance of 409.07 feet to a 4" x 4" concrete monument in the Northerly right-of-way line of Webber Avenue, said monument being 268 feet Westerly from the P.O.B. thence Easterly along the Northerly right-of-way line of Webber Avenue for a distance of 268 feet to the P.O.B.

SUBJECT to taxes for the year 1978 and subsequent years, restrictions, reservations and easements of record, if any, and governmental zoning and/or regulations, if applicable.

And the said part ies of the first part do hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**In Witness Whereof,** The said part ies of the first part ha ve hereunto set the ir hand s and seal s the day and year first above written.

Signed, sealed and delivered in the presence of:

Mary Jo McClaran
Mildred B. Lawman
As to both Grantors

Leighton Harding
LEIGHTON HARDING

CICELY HARDING
Cicely Harding

Feb 13 3 33 PM '78
FILED AND RECORDED SARASOTA CO., FLA.
819807

STATE OF FLORIDA,
COUNTY OF PUTNAM

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared LEIGHTON HARDING and CICELY HARDING, Husband and Wife,

to me known to be the person s described in and who executed the foregoing instrument and who acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 15 day of February A. D. 19 78

M. J. McClaran
NOTARY PUBLIC
My Commission expires:
Notary Public, State of Florida at Large
My Commission Expires June 21, 1978

This Instrument prepared by:
Address CHARLES W. WEBB
2172 Hillview
Sarasota, Fl 33579

OR 1221 PG 1512

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 1 of the instrument filed in this office. The original instrument filed contains ___ pages.
☐ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this 24 day of January 2008."
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: ___
Deputy Clerk

SARASOTA COUNTY, FLORIDA CIRCUIT COURT

EXHIBIT
45

New Search | Printable Version    Search for another ID

THE OFFICE OF THE SARASOTA COUNTY PROPERTY APPRAISER FLORIDA

# 2007 Detail Information for Parcel 0060-14-0076

**Parcel**

**Property Address:** 3939 WEBBER ST
Description | BEG AT PT ON NLY R/W OF WEBBER ST LYING 48 FT WLY FROM
**Incorporation:** UNINCORPORATED    Tax Districts
**Subdivision Code:** 0090
**Use Code:** 7100
**Sec/Twp/Rge:** 34-36S-18E
**Census Tract (2000)** 16.01
**Zoning:** RSF3

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

TRINITY CHAPEL OF
SARASOTA INC
3939 WEBBER ST
SARASOTA, FL 34232-3752

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $929,300
**Land Value:** $262,700
**Improvement Value:** $666,600
**Assessed Value:** $929,300
**Homestead:** No
**Total Exemptions:** $929,300
**Total Taxable:** $0

**Property**

**Land Area:** 111,431
**Total Building Area:** 11,633 (All Structures)
**Total Living Area:** 10,046 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 0 Bed / 4 Bath
**Pool:** No
**Year Built:** Various (2 card parcel)

**Last Sale/Transfer**

**Sale Price:** Non-Sale Transfer    Transfers
**Date Sold:** 2/1/1978
**Deed Type:** NA
**Grantor:**
**Instrument #:** 1221/1512    View Document

**Updated:** 3/20/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
46

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2002081911 2 PGS
2002 MAY 20 05:42 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
DCOURSEY Receipt#172820

Doc Stamp-Deed: 53,200.00

$ 10.50 recording
$ 53,200.00 doc stamps

PREPARED BY AND RETURN TO:

STEVEN W. MaCRIS
Attorney at Law
227 Pensacola Road
Venice, FL 34285
(941) 484-0101

GRANTEE'S ID# 01-0625226

PROPERTY ID # 0406-06-0002
0406-06-0004
0406-06-0005
0406-11-0007

2002081911

WARRANTY DEED

THIS INDENTURE, made this 1st day of May, 2002, between ALEX-ARL FLORIDA COMPANY, a District of Columbia General Partnership, of 901 Venetia Bay Boulevard, Suite 300, Venice, Florida 34292, hereinafter called the "Grantor," and TRIPLE DIAMOND COMMERCIAL PROPERTIES, L.L.C., a Florida Limited Liability Company, of P. O. Box 1967, Nokomis, Florida 34274, hereinafter called the "Grantee."

WITNESSETH that the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to Grantor in hand paid by Grantee, the receipt of which is hereby acknowledged, has granted, bargained, and sold to the said Grantee and Grantee's heirs and assigns forever, the following-described land, situate, lying and being in the County of Sarasota, State of Florida, to-wit:

Lot 1, VENETIA BAY CENTRE, as per plat thereof recorded in Plat Book 37, Page 48, of the Public Records of Sarasota County, Florida

and

Lots 3A, 3B and 4, VENETIA BAY CENTRE, as per plat thereof recorded in Plat Book 37, Page 48, of the Public Records of Sarasota County, Florida

SUBJECT TO restrictions, reservations and easements of record, if any, and taxes subsequent to the year 2001.

SUBJECT TO Mortgage in favor of FIRST UNION NATIONAL BANK OF FLORIDA recorded in Official Records Book 2610, Page 1945, as modified in Official Records Book 2847, Page 1584, and Official Records Book 3077, Page 1556, together with the Assignment of Rents recorded in Official Records Book 2610, Page 1965, which Mortgage the Grantee, by its acceptance and recording of this instrument, does hereby agree to pay under terms of a Mortgage Modification and Assumption Agreement executed contemporaneously with the delivery of this instrument

EXHIBIT
47

and the Grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the said Grantor has hereunto set his hand and seal the day and year first above written.

ALEX-ARL FLORIDA COMPANY, a District of Columbia General Partnership
BY: ALEX-ARL FLORIDA COMPANY, INC., a Delaware Corporation, its General Partner

BY: ______________________
RICHARD J. MITCHELL, President

______________________
PETER T. CURRIN

______________________
STEVEN W. MACKRIS

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 1 day of May, 2002, by RICHARD J. MITCHELL, President of ALEX-ARL FLORIDA COMPANY, INC., a Delaware Corporation, General Partner of ALEX-ARL FLORIDA COMPANY, a District of Columbia General Partnership, who (is personally known to me) (produced FL DL as identification).

GAYLE E. ROBINSON
Notary Public, State of Florida
My Comm Exp. Oct. 11, 2004
No CC974277

______________________
(Typed, printed or stamped name of Notary Public)

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0406-11-0007

| | | |
|---|---|---|
| **Parcel** | **Property Address:** | 871 VENETIA BAY BLVD |
| | Description | LOTS 3A, 3B & 4, VENETIA BAY CENTRE, CONTAINING 4.09 AC |
| | **Incorporation:** | CITY OF VENICE |
| | **Subdivision Code:** | 2616 |
| | **Use Code:** | 1830 |
| | **Sec/Twp/Rge:** | 06-39S-19E |
| | **Census Tract (2000)** | 23.01 |
| | **Zoning:** | PUD |

Tax C

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

TRIPLE DIAMOND COMMERCIAL PROPERTIE
901 VENETIA BAY BLVD STE 350
VENICE, FL 34285

| | | |
|---|---|---|
| **2007 Values** (As of 1/1/2007) | **Just (Market) Value:** | $4,885,500 |
| | **Land Value:** | $706,000 |
| | **Improvement Value:** | $4,179,500 |
| | **Assessed Value:** | $4,885,500 |
| | **Homestead:** | No |
| | **Total Exemptions:** | $0 |
| | **Total Taxable:** | $4,885,500 |

| | | | |
|---|---|---|---|
| **Property** | **Land Area:** | 178,342 | |
| | **Total Building Area:** | 50,368 | (All Stru |
| | **Total Living Area:** | 45,837 | (Enclosec |
| | **Living Units:** | | |
| | **Bed / Bath:** | 0 Bed / 0 Bath | |
| | **Pool:** | No | |
| | **Year Built:** | 1998 | |

| | | | |
|---|---|---|---|
| **Last Sale/Transfer** | **Sale Price:** | $7,600,000 (Multiple Parcel Sale) | Tr |
| | **Date Sold:** | 5/1/2002 | |
| | **Deed Type:** | WD | |
| | **Grantor:** | ALEX-ARL FLORIDA CO, | |
| Updated: 2/26/2008 12:34:00 AM | **Instrument #:** | 2002081911 | View Doc |

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office Our goal is to provide the most accurate information available However, no warranties, expressed or implied, are provided for the data, its use or interpretation The property values relate to the last valuation data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
48

FM
29,750

(1)

96019463

Gregory Donnelly Scheiner esq
1301 6Th Ave W STe 505
Bradenton FL 34205
ATTN Kathy Scheiner

** OFFICIAL RECORDS **
BOOK 2822 PAGE 1733

Prepared by:
John Patterson, Esquire
Livingston, Patterson, Strickland & Weiner, P.A.
46 North Washington Boulevard, Suite 1
Sarasota FL 34236
(941) 365-0550

## SPECIAL WARRANTY DEED

**THIS INDENTURE,** made this 14th day of February, 1996, between ROBERT G. SISKIND, individually and as Trustee, whose address is 248 Pall Mall Street, Suite 400, London, Ontario, Canada, N6A 5P6, **GRANTOR,** and VENICE PLAZA, LTD., a Florida limited partnership, whose address is Brickell West, 51 S.W. Ninth Street, Miami, Florida, 33130, **GRANTEE.**

(Wherever used herein the terms "GRANTOR" and "GRANTEE" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

**W I T N E S S E T H,** that said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to said Grantee forever, the following described land located in the County of Sarasota, State of Florida, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

And Grantor hereby covenants with the Grantee that the Grantor is lawfully seized of the property described herein in fee simple; that Grantor has good right and lawful authority to sell and convey said property; that Grantor warrants the title to said property and will defend the same against the lawful claims of all persons claiming by, through or under Grantor; and that said property is free of all encumbrances except for real property taxes for the year 1996 and subsequent years, valid easements, restrictions and reservations of record, and any rights of any tenants in possession of the property described herein.

Receipt #: 000000410375-01
Doc Stamp-Deed : 29750.00
Karen E. Rushing, Sarasota Co.
By: [signature] D.C.

EXHIBIT
tabbies
49

** OFFICIAL RECORDS ** BOOK 2822 PAGE 1734

**IN WITNESS WHEREOF,** Grantor has hereunto set Grantor's hand and seal this day and year first above written.

WITNESSES:

John Patterson
(print name of witness)

(print name of witness)

Robert G. Siskind, individually and as Trustee

**STATE OF FLORIDA**
**COUNTY OF SARASOTA**

The foregoing instrument was acknowledged before me this 14th day of February, 1996, by ROBERT G. SISKIND, individually and as Trustee aforesaid, who is personally known to me or who has produced ______________ as identification.

Notary Public

(print name of Notary)
Commission # __________

My Commission Expires:

JOHN PATTERSON
MY COMMISSION # CC423516 EXPIRES
February 21, 1999
BONDED THRU TROY FAIN INSURANCE, INC

w:\bennett\birdbay\puyanic\18110.las

** OFFICIAL RECORDS **
BOOK 2822 PAGE 1735

EXHIBIT "A"

Commence at the Northeast corner of the NW 1/4 of the NE 1/4 of Section 7, Township 39 South, Range 19 East, thence S 0°25'17" W, along the East line of the NW 1/4 of the NE 1/4 of Section 7 for a distance of 682.47' to the Southerly R/W line of State Road No. 45-A - Venice By-Pass for a Point of Beginning, (200' R/W at this Point); thence S 66°04'00" E, along said Southerly R/W line, 195.38' to the P.C. of a curve to the right which has a radius of 1829.86' and a central angle of 7°55'12"; thence Southeasterly along said R/W and arc of said curve (R/W width varies) a distance of 252.94'; thence leaving said R/W, N 89°46'18" W, 1588.28' to the Easterly R/W line of Seaboard Coastline Railroad (100' R/W); thence N 11°57'40" W, along said Easterly R/W line of S.C.L.R.R., 758.89' to said Southerly R/W of Venice By-Pass (R/W width varies); thence S 73°13'30" E, along said Southerly R/W 246.24' to the P.C. of a curve to the right which has a radius of 1352.40' and a central angle of 7°09'30"; thence Southeasterly along arc of said curve and said Southerly R/W line a distance of 168.96' to the Point of Tangency; thence continuing along said Southerly R/W line of Venice By-Pass (200' R/W at this Location), 1038.84' to the Point of Beginning.

All lying and being in Section 7, Township 39 South, Range 19 East, Sarasota County, Florida.

RECORDED IN OFFICIAL RECORDS
96 FEB 22 AM 10: 21

ALSO DESCRIBED AS:

Commence at the Northeast corner of the NW 1/4 of the NE 1/4 of Section 7, Township 39 South, Range 19 East, thence S 0°25'15" W, along the East line of the NW 1/4 of the NE 1/4 of Section 7, for a distance of 682.73' to the Southerly R/W line of State Road No. 45-A - Venice By-Pass for a Point of Beginning, (200' R/W at this Point); thence S 66°05'06" E, along said Southerly R/W line, 195.71' to the P.C. of a curve to the right which has a radius of 1829.86', a central angle of 7°55'12", a chord length of 252.74' and a chord bearing of S 62°07'30" E; thence Southeasterly along said R/W and Arc of said curve (R/W width varies) an arc distance of 252.94'; thence leaving said R/W, N 89°46'40" W, 1588.82' to the Easterly R/W line of Seaboard Coastline Railroad (100' R/W); thence N 11°58'40" W, along said Easterly R/W line of S.C.L.R.R., 758.89' to said Southerly R/W of Venice By-Pass (R/W width varies); thence S 73°14'36" E, along said Southerly R/W, 245.25' to the P.C. of a curve to the right which has a radius of 1352.4', a central angle of 7°09'30", a chord length of 168.85' and a chord bearing of S 69°39'51" E; thence Southeasterly along arc of said curve and said Southerly R/W line a distance of 168.96' to the Point of Tangency; thence continuing along said Southerly R/W line of Venice By-Pass (200' R/W at this location), S 66°05'06" E, a distance of 1040.11' to the Point of Beginning.

All lying and being in Section 7, Township 39 South, Range 19 East, Sarasota County, Florida.




REVISION: 5-05-04 UPDATE SURVEY
REVISION: 6-27-99 ADD ENCROACHMENTS
REVISION: 8-24-98 UPDATE SURVEY, CERTS
REVISION: 2-16-96 UPDATE SURVEY, CERTS
REVISION: 1-29-96 ADDED FLOOD ZONE, CERTS
REVISION: 9-27-95 ADDED GTE EASEMENT
REVISION: 4-17-95 ADDED PROPOSED ESMT.
REVISION: 4-18-94 UPDATE SURVEY

*ALTA/ASCM TITLE SURVEY*

*BIRD BAY PLAZA SHOPPING CENTER*

581 N. VENICE BYPASS

| SHEET 1 OF 1 | CERTIFIED TO: | CERTIFICATE OF SURVEYOR | BRITT SURVEYING |
|---|---|---|---|
| SHEET 1 OF 1 | Sun Life Assurance Company of Canada, (U.S.) A Delaware Corporation<br>Commodore Realty, Inc.<br>Venice Plaza, Ltd. a Florida Limited Partnership<br>FIELD BOOK: 321 220 194 PAGE(S): 103 - 104 157 - 158 202 - 247<br>JOB NUMBER: 99-09-54 | I, THE UNDERSIGNED REGISTERED LAND SURVEYOR, DO HEREBY CERTIFY THAT THIS PLAT IS A TRUE REPRESENTATION OF THE LANDS DESCRIBED AND SHOWN HEREON ACCORDING TO A SURVEY MADE UNDER MY DIRECTION AND SUPERVISION AND THAT THIS SURVEY MEETS THE MINIMUM TECHNICAL STANDARDS FOR LAND SURVEYING IN THE STATE OF FLORIDA (CHAPTER 61G17-6, FLORIDA ADMINISTRATIVE CODE, PURSUANT TO SECTION 472.027, FLORIDA STATUTES)<br>8-3-90<br>DATE OF SURVEY | BRITT SURVEYING,<br>LAND SURVEYORS AND MAPP[ERS]<br>CERTIFICATE OF AUTHORIZATION NO. L.B. 6628<br>606 CYPRESS AVENUE VENICE, FLORIDA 34285 (941)483- |

EXHIBIT 50

New Search Printable Version Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0407-02-0001

**Parcel**

| | |
|---|---|
| **Property Address:** | 565 N US 41 BYPASS |
| Description | BIRD BAY SC COM NE COR OF NW 1/4 OF NE 1/4 SEC 7 TH S 0 |
| **Incorporation:** | CITY OF VENICE (Tax Districts) |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 1600 |
| **Sec/Twp/Rge:** | 07-39S-19E |
| **Census Tract (2000)** | 23.01 |
| **Zoning:** | CSC |

<< Prior ID Nearby IDs Next ID >>

**Ownership**

VENICE PLAZA LTD
30 W MASHTA DR STE 400
KEY BISCAYNE, FL 33149

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $8,835,500 |
| **Land Value:** | $3,179,900 |
| **Improvement Value:** | $5,655,600 |
| **Assessed Value:** | $8,835,500 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $8,835,500 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 635,976 | |
| **Total Building Area:** | 155,144 | (All Structures) |
| **Total Living Area:** | 139,381 | (Enclosed Only) |
| **Living Units:** | | |
| **Bed / Bath:** | 0 Bed / 77 Bath | |
| **Pool:** | No | |
| **Year Built:** | Various (8 card parcel) | |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | $4,250,000 (Transfers) |
| **Date Sold:** | 2/14/1996 |
| **Deed Type:** | WD |
| **Grantor:** | SISKIND ROBERT G |
| **Instrument #:** | 2822/1733 (View Document) |

**Updated:** 2/4/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
51