


## MAINTENANCE SPOIL AREA S-32

Begin at the intersection of the Northerly R/W line of Cut "S-16" of the Intracoastal Waterway Canal and the Westerly R/W line of the Seaboard Air Line Railroad; said point being 222.08 feet North and 374.27 feet East of the Southwest corner of the Northeast ¼ of Section 7, Township 39 South, Range 19 East, Sarasota County, Florida. Run thence N.11°44'W., 556.27 feet along said Westerly R/W line of the Seaboard Air Line Railroad o a point on the High Water Line of Hatchett Creek; thence N.76°28'10"W., 169.73 feet along said High Water Line; thence N.52°48'W., 109.26 feet along said High Water Line to a point on the East line of the Northwest ¼ of said Section 7; thence N.0°35'50"E., 133.07 feet along said East line of the Northwest ¼ of Section 7; thence S.80°10'30"W., 22.21 feet to a point on the High Water Line of Hatchett Creek; thence N.11°40'20"W., 189.77 feet along said High Water Line; thence S.87°21'50"W., 85.64 feet along said High Water Line; thence S.45°00'W., 100.00 feet along said High Water Line; thence S.07°34'E., 167.62 feet along said High Water Line; thence S.49°17'08"W., 310.00 feet to a point on the Northerly R/W line of Cut "S-16" of the Intra-