New Search | Printable Version

Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0407-11-0007

**Parcel**

| | |
|---|---|
| **Property Address:** | HATCHETT CREEK RD |
| Description | BEG AT WLY R/W OF SEABOARD COASTLINE R/R & SLY BDRY OF |
| **Incorporation:** | CITY OF VENICE |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 9400 |
| **Sec/Twp/Rge:** | 07-39S-19E |
| **Census Tract (2000)** | 23.01 |
| **Zoning:** | OUC |

Tax Districts

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

WEST COAST INLAND NAV DIST
P O BOX 1845
VENICE, FL 34284-1845

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $66,800 |
| **Land Value:** | $66,800 |
| **Improvement Value:** | $0 |
| **Assessed Value:** | $66,800 |
| **Homestead:** | No |
| **Total Exemptions:** | $66,800 |
| **Total Taxable:** | $0 |

**Property**

| | |
|---|---|
| **Land Area:** | 274,428 |
| **Vacant Lot:** | No Building Details |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | Non-Sale Transfer |
| **Date Sold:** | 1/1/1974 |
| **Deed Type:** | |
| **Grantor:** | |
| **Instrument #:** | N/A |

Transfers

**Updated:** 2/1/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
54

copy owner!

07539

QUIT-CLAIM DEED

O.R. 1306 PG 1579

**This Quit-Claim Deed,** Executed this 14th day of April, A. D. 1980, by

LOUIS L. ALDERMAN and LILLY I. ALDERMAN, husband and wife,

first party, to

LOUIS L. ALDERMAN and LILLY I. ALDERMAN, husband and wife,

whose postoffice address is 4700 Woodward Ave., Sarasota, Florida

second party:

(Wherever used herein the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

**Witnesseth,** That the said first party, for and in consideration of the sum of $ love &affection in hand paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said second party forever, all the right, title, interest, claim and demand which the said first party has in and to the following described lot, piece or parcel of land, situate, lying and being in the County of Sarasota State of Florida, to-wit:

That part of Lot 11, lying West of S.C. L. Railroad, Block 4, Section 3, Township 37, Range 18, Bee Ridge Farms, recorded in Plat Book 1, page 248, Public Records of Manatee County, Florida, (also recorded in Plat Book "A", page 40, Public Records of Sarasota County, Florida.) LESS THEREFROM: The West 165.0 feet of the South 211.0 feet thereof (said South 211.0 feet measured from the South line of the Northwest Quarter (NW¼) of Southeast Quarter (SE¼) of Southeast Quarter (SE¼) of said Section 3, Township 37, Range 18).

STATE OF FLORIDA DOCUMENTARY STAMP TAX DEPT. OF REVENUE APR16'80 P.B. 11064 = 00.40
SARASOTA COUNTY 2547 01

APR 16 5 04 PM '80

FILED AND RECORDED

107535

**To Have and to Hold** the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said first party, either in law or equity, to the only proper use, benefit and behoof of the said second party forever.

**In Witness Whereof,** The said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Michael K. Emmons (signature) — Louis L. Alderman (signature) L.S.
Louis L. Alderman

Charlotte Zengel (signature) — Lilly I. Alderman (signature) L.S.
Lilly I. Alderman

STATE OF FLORIDA,
COUNTY OF SARASOTA

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared Louis L. Alderman and Lilly I. Alderman, husband and wife, to me known to be the persons described in and who executed the foregoing instrument and they acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 14th day of April A. D. 19 80.

(signature)

Notary Public, State of Florida at Large
My Commission Expires Aug. 20, 1983
Bonded by American Fire & Casualty Company

This Instrument prepared by: C.Byron Vaughan, Esq.
Vaughan, Mullins, Tayler & Bennett
Address 3535 Fruitville Road
Sarasota, FL 33577

EXHIBIT
55

580651

Bob Graham, Governor

hrs DEPARTMENT OF
# Health & Rehabilitative Services

District Eight
P. O. Box 2658

Sarasota County Health Dept.
Sarasota, Florida 33578

## CERTIFICATE OF DEATH
FLORIDA

O.R. 1834 PG 2080

LOCAL FILE NO 204 — STATE FILE NO

6899

TYPE OR PRINT IN PERMANENT BLACK INK

**DECEDENT**

1. DECEDENT—NAME (First, Middle, Last): LILLY IRENE MICHAEL ALDERMAN
2. SEX: Female
3. DATE OF DEATH (Mo., Day, Yr.): April 19, 1983
4. RACE—e.g., White, Black, American Indian, etc. (Specify): White
5a. AGE—Last Birthday (Yrs): 52
6. DATE OF BIRTH (Mo., Day, Yr.): July 24, 1930
7a. COUNTY OF DEATH: Sarasota
7b. CITY, TOWN OR LOCATION OF DEATH: Sarasota
7c. HOSPITAL OR OTHER INSTITUTION—Name (If not in either, give street and number): 4700 Woodward Avenue
8. STATE OF BIRTH (If not in U.S.A., name country): Florida
9. CITIZEN OF WHAT COUNTRY: U.S.A.
10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify): Married
11. SURVIVING SPOUSE (If wife, give maiden name): Louis L. Alderman
12. SOCIAL SECURITY NUMBER: 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
13a. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired): Teller
13b. KIND OF BUSINESS OR INDUSTRY: Bank

USUAL RESIDENCE WHERE DECEASED LIVED. IF DEATH OCCURRED IN INSTITUTION, GIVE RESIDENCE BEFORE ADMISSION.

14a. RESIDENCE—STATE: Florida
14b. COUNTY: Sarasota
14c. CITY, TOWN OR LOCATION: Sarasota
14d. STREET AND NUMBER: 4700 Woodward Ave.
14e. INSIDE CITY LIMITS (Specify Yes or No): No

**PARENTS**

15. FATHER—NAME (First, Middle, Last): Joseph Earl Michael
16. MOTHER—MAIDEN NAME (First, Middle, Last): Lillie Kearns

17a. INFORMANT—NAME (Type or Print): Louis L. Alderman
17b. MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip): 4700 Woodward Ave., Sarasota, Fla. 33583

**DISPOSITION**

18a. BURIAL, CREMATION, REMOVAL, OTHER (Specify): Burial
18b. CEMETERY OR CREMATORY—NAME: Sarasota Memorial Park
18c. LOCATION (City or Town, State): Sarasota, Florida
19a. FUNERAL DIRECTOR (Signature): [signature]
19b. FUNERAL HOME (Address): Toale Bros. 40 N. Orange Ave., Sarasota, Fl. 33577

**CERTIFIER**

To be Completed by CERTIFYING PHYSICIAN Only

20a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated.
(Signature and Title) Joseph F. Bubinak, M.D.
20b. DATE SIGNED (Mo., Day, Yr.): April 20, 1983
20c. HOUR OF DEATH: 5:30 A M
20d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or print):

To be Completed by MEDICAL EXAMINER

21a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated.
(Signature and Title)
21b. DATE SIGNED (Mo., Day, Yr.):
21c. HOUR OF DEATH: M
21d. PRONOUNCED DEAD (Mo., Day, Yr.): ON
21e. PRONOUNCED DEAD (Hour): AT M

22. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER) (Type or print): Joseph F. Bubinak, M.D. 1843 Floyd St., Sarasota, Florida 33579

23a. REGISTRAR (Signature): Elizabeth A. Speake - Deputy
23b. DATE RECEIVED BY REGISTRAR (Mo., Day, Yr.): April 21 1983

**CAUSE OF DEATH**

CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE, STATING THE UNDERLYING CAUSE LAST

24. IMMEDIATE CAUSE (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c))
PART I (a) Adenocarcinoma of ovary with disseminated — Interval between onset and death
DUE TO, OR AS A CONSEQUENCE OF
(b) metastases — Interval between onset and death
DUE TO, OR AS A CONSEQUENCE OF
(c) — Interval between onset and death

PART II. OTHER SIGNIFICANT CONDITIONS—Conditions contributing to death but not related to cause given in PART I (a)

25. AUTOPSY (Specify Yes or No): No
26. WAS CASE REFERRED TO MEDICAL EXAMINER (Specify Yes or No): No

27a. (Probably) ACCIDENT, SUICIDE or HOMICIDE, or UNDETERMINED (Specify):
27b. DATE OF INJURY (Mo., Day, Yr.):
27c. HOUR OF INJURY: M
27d. DESCRIBE HOW INJURY OCCURRED:
27e. INJURY AT WORK (Specify Yes or No):
27f. PLACE OF INJURY—At home, farm, street, factory, office building, etc. (Specify):
27g. LOCATION (Street or R.F.D. No., City or Town, State):

HRS Form 512, Jan 1979 (Replaces OPCVS Form VS#612)

A CERTIFIED COPY MUST CARRY THE EMBOSSED SEAL OF THE REGISTRAR OF VITAL STATISTICS.
THIS IS A CERTIFIED COPY OF A DEATH RECORD ON FILE IN THE OFFICE OF THE LOCAL REGISTRAR OF VITAL STATISTICS, SARASOTA, FLORIDA.

DATE April 21, 1983 — [signature] DEPUTY REGISTRAR

EXHIBIT 56




## A SURVEY OF

THAT PART OF LOT 11, LYING WEST OF S.C.L. RAILROAD, BLOCK 4, SECTION 3, TOWNSHIP 37 SOUTH, RANGE 18, BEE RIDGE FARMS, RECORDED IN PLAT BOOK 1, PAGE 248, PUBLIC RECORDS OF MANATEE COUNTY, FLA. (ALSO RECORDED IN PLAT BOOK "A", PAGE 40, PUBLIC RECORDS OF SARASOTA CO., FLA.) LESS THEREFROM: THE WEST 165' OF THE SOUTH 211' THEREOF (SAID SOUTH 211' MEASURED FROM THE SOUTH LINE OF THE N.W1/4 OF S.E.1/4 OF S.E.1/4 OF SAID SECTION 3-37-18)

DATE: 15 APRIL 1980
FOR: LOUIS L. ALDERMAN

WILLIAM H. HEBB CERTIFICATE No. 1821 STATE OF FLORIDA REGISTERED LAND SURVEYOR

Wm. HEBB AND ASSOCIAT
ENGINEERS
SARASOTA

[signature]

EXHIBIT
57

New Search | Printable Version | Search for another ID

PROPERTY APPRAISER

# 2007 Detail Information for Parcel 0071-09-0002

**Parcel**

| | |
|---|---|
| **Property Address:** | 4690 WOODWARD AVE |
| Description | THE NW 1/4 OF SE 1/4 OF SE 1/4 LYING W OF SCL RR ROW LE |
| **Incorporation:** | UNINCORPORATED (Tax Districts) |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 6900 |
| **Sec/Twp/Rge:** | 03-37S-18E |
| **Census Tract (2000)** | 17.02 |
| **Zoning:** | RSF2 |

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

ALDERMAN LOUIS L
4690 WOODWARD AVE
SARASOTA, FL 34233-1821

**2007 Values**

(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $224,833 |
| **Land Value:** | $140,333 |
| **Improvement Value:** | $84,500 |
| **Assessed Value:** | $67,265 |
| **Homestead:** | Yes ('Save Our Homes' Cap) |
| **Total Exemptions:** | $25,500 |
| **Total Taxable:** | $41,765 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 87,120 | |
| **Total Building Area:** | 2,134 | (All Structures) |
| **Total Living Area:** | 1,528 | (Enclosed Only) |
| **Living Units:** | 1 | |
| **Bed / Bath:** | 3 Bed / 2 Bath | |
| **Pool:** | No | |
| **Year Built:** | 1977 | |

Transfers

EXHIBIT
58

**Last Sale/Transfer**

**Sale Price:** Non-Sale Transfer
**Date Sold:** 4/1/1980
**Deed Type:** NA
**Grantor:**
**Instrument #:** 1366/1579

View Document

**Updated:** 2/7/2008 12:33:00 AM

---

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

390278

OFF REC 868 PG 832

This instrument was prepared by
[illegible] ABSTRACT & TITLE CO.,
[illegible] Main St., Sarasota, Florida
Cathy Greene
In connection with Title Insurance C. 8375

WARRANTY DEED
INDIVID. TO INDIVID

**This Warranty Deed** *Made the* 2nd *day of* December *A. D.* 1970 *by*
BESSIE KUBLY, an unremarried widow

*hereinafter called the grantor, to*
ALEXANDRINE M. BOSWELL,

*whose postoffice address is* 2615 Bismark Way, Sarasota, Fla.
*hereinafter called the grantee:*
(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth:** *That the grantor, for and in consideration of the sum of $* 10.00 *and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in* Sarasota *County, Florida, viz:*

Lot 17, Block "E", FOREST LAKES, Unit No. 2, as per Plat thereof recorded in Plat Book 7, Pages 81 and 81A, of the Public Records of Sarasota County, Florida.

Subject to all valid restrictions, reservations, and easements of said Records.

STATE OF FLORIDA DOCUMENTARY STAMP TAX
COMPTROLLER
DEC-2'70
49.50

DOCUMENTARY SUR TAX
18.15

DEC 2 3 28 PM '70
FILED AND RECORDED
ROBERT W. [illegible] CLERK
SARASOTA CO., FLA.

390278

49.50
18.15

**Together** *with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.*

**To Have and to Hold,** *the same in fee simple forever.*

**And** *the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31,* 1970

**In Witness Whereof,** *the said grantor has signed and sealed these presents the day and year first above written.*

*Signed, sealed and delivered in our presence:*

Virginia M. Harris — Bessie Kubly (L.S.)

[signature] E. [illegible] (L.S.)

STATE OF FLORIDA,
COUNTY OF Sarasota

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared
BESSIE KUBLY, an unremarried widow
to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 2nd day of December, A. D. 19 70

Virginia M. Harris
Notary Public
My commission expires: 02/05/73

EXHIBIT
59

New Search | Printable Version Search for another ID

SARASOTA COUNTY PROPERTY APPRAISER FLORIDA

# 2007 Detail Information for Parcel 0061-03-0002

**Parcel**

| | |
|---|---|
| **Property Address:** | 3936 WEBBER ST |
| Description | BEG AT PT OF INTERSEC OF N LINE OF LOT 1 BLK 3 & WLY R/ |
| **Incorporation:** | UNINCORPORATED (Tax Districts) |
| **Subdivision Code:** | 0090 |
| **Use Code:** | 0100 |
| **Sec/Twp/Rge:** | 34-36S-18E |
| **Census Tract (2000)** | 16.02 |
| **Zoning:** | RE2 |

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

BOSWELL TTEE ALEXANDRINE L
(ALB REVO TRUST)
BOSWELL TTEE RAMON P
(RPB REVO TRUST)
3914 WEBBER ST
SARASOTA, FL 34232-3753

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $123,900 |
| **Land Value:** | $95,000 |
| **Improvement Value:** | $28,900 |
| **Assessed Value:** | $123,900 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $123,900 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 41,752 | |
| **Total Building Area:** | 1,020 | (All Structures) |
| **Total Living Area:** | 645 | (Enclosed Only) |
| **Living Units:** | 1 | |
| **Bed / Bath:** | 2 Bed / 1 Bath | |
| **Pool:** | No | |
| **Year Built:** | 1925 | |

**Last Sale/Transfer**

| | | |
|---|---|---|
| **Sale Price:** | Non-Sale Transfer | Transfers |
| **Date Sold:** | 8/31/2004 | |
| **Deed Type:** | WD | |
| **Grantor:** | BOSWELL,ALEXANDRINE M LE D | |
| **Instrument #:** | 2004228575 | View Document |

Updated: 3/20/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The pro last valuation date. The data is subject to change. Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved

EXHIBIT
tabbies
60

New Search | Printable Version | Search for another ID

SARASOTA COUNTY PROPERTY APPRAISER FLORIDA

# 2007 Detail Information for Parcel 0061-03-0004

**Parcel**

| | |
|---|---|
| **Property Address:** | 3914 WEBBER ST |
| Description | LOT 17 BLK E LESS N 5 FT FOR R/W IN OR 1839/890 FOREST |
| **Incorporation:** | UNINCORPORATED |
| **Subdivision Code:** | 1129 |
| **Use Code:** | 0100 |
| **Sec/Twp/Rge:** | 34-36S-18E |
| **Census Tract (2000)** | 16.02 |
| **Zoning:** | RE2 |

Tax Districts

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

BOSWELL TTEE ALEXANDRINE L
(ALB REVO TRUST)
BOSWELL TTEE RAMON P
(RPB REVO TRUST)
3914 WEBBER ST
SARASOTA, FL 34232-3753

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $1,032,500 |
| **Land Value:** | $267,100 |
| **Improvement Value:** | $765,400 |
| **Assessed Value:** | $332,584 |
| **Homestead:** | Yes |
| **Total Exemptions:** | $25,000 |
| **Total Taxable:** | $307,584 |

'Save Our Homes' Cap

**Property**

| | |
|---|---|
| **Land Area:** | 115,716 |
| **Total Building Area:** | 5,725 (All Structures) |
| **Total Living Area:** | 4,861 (Enclosed Only) |
| **Living Units:** | 1 |
| **Bed / Bath:** | 4 Bed / 3 Bath |
| **Pool:** | Yes (Built 1974) |
| **Year Built:** | 1974 |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | Non-Sale Transfer |
| **Date Sold:** | 8/31/2004 |
| **Deed Type:** | WD |
| **Grantor:** | BOSWELL,ALEXANDRINE M |
| **Instrument #:** | 2004228575 |

Transfers

View Document

**Updated:** 3/20/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is t accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The prope

EXHIBIT 61

A

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2002103329 4 PGS
2002 JUN 25 02:51 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
TRAIN 2 Receipt#186446
Doc Stamp-Deed: 0.70

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2002096399 4 PGS
2002 JUN 13 02:59 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
TRAIN 2 Receipt#182032
Doc Stamp-Deed: 7,087.50

This instrument was prepared by
(and after recording, return to):
John S. Inglis, Esquire
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Boulevard, Suite 2800
Tampa, Florida 33602

2002103329

2002096399

**SPECIAL WARRANTY DEED**

THIS INDENTURE, made this 30TH day of MAY, 2002, by **ARMANDO P. CANTELE**, a single man (the "Grantor"), whose post office address is 18400Exchange Avenue, Apt. A-10, Lansing, Illinois 60438, to **GINO L. CANTELE and AUDREY H. CANTELE, as Co-Trustees of the Gino L. Cantele and Audrey H. Cantele Revocable Living Trust Agreement dated September 28, 1994** (collectively, the "Grantee"), whose post office address is 401 Oriana Drive, Spring Hill, Florida 34609.

[Whenever used herein the terms "Grantor" and "Grantee" include all the parties in this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations]

WITNESSETH: That the Grantor, for and in consideration of the sum of Ten and 00/100 Dollars ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, conveys, remises, releases, and transfers unto the Grantee, the undivided one-half interest of Grantor in and to all that certain parcel of land situate in Sarasota County, Florida, to-wit:

[For legal description, see Exhibit "A" attached hereto and made a part hereof]

Parcel Identification No. 0097-04-0016

TOGETHER WITH all improvements thereon, and all rights, privileges, easements and appurtenances thereunto belonging, and all right, title and interest of the Grantor in and to the land lying within any street or roadway or in and to any strips or gores adjoining said property.

TO HAVE AND TO HOLD the same in fee simple forever.

AND THE GRANTOR hereby covenants with the Grantee that Grantor is lawfully seized of Grantor's interest in said land in fee simple, that Grantor has good right and lawful authority to sell and convey Grantor's interest in said land, and that Grantor does specially warrant the title to Grantor's interest in said land and will defend the same against the lawful claims of all persons arising by, through or under Grantor, but against none other, and subject to zoning and other governmental resolutions and ordinances; easements, agreements, restrictions, reservations, covenants and conditions of record; the lien of the Mortgage and Security Agreement held by

[Re-recorded to correct Mortgage reference on page 2 to "Horizon" Bank]

EXHIBIT
62

OFFICIAL RECORDS INSTRUMENT # 2002096399 4 pgs

OFFICIAL RECORDS INSTRUMENT # 2002103329 4 pgs

Horizon Bank; real estate taxes and assessments for the year 2002 and thereafter; and the rights of 7-Eleven, Inc., as a tenant in possession.

AND THE GRANTOR further warrants that the foregoing property does not constitute Grantor's homestead, nor is it adjacent to Grantor's homestead. The Grantor resides permanently at 18400Exchange Avenue, Apt. A-10, Lansing, Illinois 60438.

IN WITNESS WHEREOF, the Grantor has executed this Indenture as of the date first above written

Witnesses:

Nancy D. Uhll
Print Name: NANCY D. UHLL

ARMANDO P. CANTELE

Ruth Werderich
Print Name. RUTH WERDERICH

STATE OF ILLINOIS )
COUNTY OF Cook )

The foregoing instrument was acknowledged before me this 30th day of May, 2002, by ARMANDO P. CANTELE, a single man. He is personally known to me or did produce Illinois Drivers License as identification

NOTARY PUBLIC
Print Name: DANA ASEVES
My Commission Expires July 10, 2005

[notary seal]

"OFFICIAL SEAL"
DANA ASEVES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/10/2005

F \B224\JSI\Cantele Tractor Supply Brooksville\Special Warranty Deed APC to Trust doc

OFFICIAL RECORDS INSTRUMENT # 2002096399 4 PGS

OFFICIAL RECORDS INSTRUMENT # 2002103329 4 PGS

## LEGAL DESCRIPTION

FEE PARCEL:

Part of Lot 5, lying Westerly of Seminole Gulf Railway (formerly known as Seaboard Coastline Railroad R/W), Block 2, Sarasota Venice Company Subdivision of Section 14, Township 37 South, Range 18 East, as recorded in Plat Book 2, Page 34, Public Records of Manatee County, Florida (also recorded in Plat Book A, Page 10, Public Records of Sarasota County, Florida) being more particularly described as follows:

Commence at the Southwest corner of the Northwest 1/4 of said Section 14, thence along the West boundary line of the Northwest 1/4 of said Section 14, North 00°16'13" West, a distance of 2224.96 feet, thence North 89°43'47" East a distance of 92.84 feet to the point of beginning; thence North 13°13'32" East a distance of 47.82 feet, thence North 00°16'13" West a distance of 286 46 feet; thence North 35°34'13" East a distance of 65.80 feet to the southerly boundary of Parcel 108 as recorded in Official Record Book 2565, Page 1326 of the Public Records of Sarasota County, Florida, thence along the Southerly boundary line of said parcel 108, South 89°58'08" East, a distance of 80.68 feet to the West Right-of-Way line of said Seminole Gulf Railway; thence along the West Right-of-Way line of said Seminole Gulf Railway, South 12°18'07" East a distance of 394.54 feet, thence South 89°43'47" West, a distance of 212.61 feet to the point of beginning.

Together with easement rights over the following described property:

INGRESS/EGRESS EASEMENT PARCEL

A parcel of land being a portion of Lot 5, Block 2, Sarasota Venice Company Subdivision of Section 14, Township 37 South, Range 18 East, Sarasota County, Florida; lying West of Seminole Gulf Railway (formerly known as Seaboard Coastline Railroad Right-of-Way), as recorded in Plat Book 2, Page 34, Public Records of Manatee County, Florida (also recorded in Plat Book A, Page 10, Public Records of Sarasota County, Florida) being more particularly described as follows.

Commence at the Southwest corner of the Northwest 1/4 of Section 14, Township 37 South, Range 18 East; thence N00°16'13"W, along the West boundary of said Northwest 1/4 of Section 14, (being the basis of bearings for this description), for 2224.96 feet, thence leaving said West Boundary of the Northwest 1/4 of Section 14, N89°43'47"E for 125.39 feet to the point of beginning, thence continue N89°43'47"E for 53.56 feet; thence South 62°54'33" West for 11.08 feet, to the point of curvature of a curve, concave Southeasterly, thence Southwesterly along the arc of said curve, having a radius of 4 32 feet, a central angle of 62°54'33", an arc length of 4.74 feet, and a chord bearing of S31°27'17"W, for 4 51 feet to the point of tangency; thence South, for 56.39 feet to the point of curvature of a curve concave Northwesterly; thence Southwesterly along the arc of said curve, having a radius of 75.68 feet, a central angle of 90°00'00", an arc length of 118.88 feet and a chord bearing of S45°00'00"W, for 107.03 feet to the point of tangency; thence West, for 38.89 feet to the point of curvature of a curve concave Southerly; thence Westerly along the arc of said curve, having a radius of 34.32 feet, a central angle of 38°42'11", an arc length of 23.18 feet and a chord bearing S70°38'54"W for 22 74 feet to the point of intersection with the Easterly Right-of-Way line of McIntosh Road, thence N00°16'13"W along said Easterly Right-of-Way line of McIntosh Road, for 70.82 feet to the point of intertsection with a non-tangent curve, concave Northeasterly; thence leaving said Easterly Right-of-Way line of McIntosh Road, Southeasterly along the arc of said curve, with a radial bearing N57°35'33"E, having a radius of 34.34 feet, a central angle of 57°35'53", an arc length of 34.52 feet, and a chord bearing S61°12'03"E for 33.09 feet to the point of tangency; thence East, for 36.69 feet to the point of curvature of a curve, concave Northwesterly, thence Northeasterly along the arc of said curve, having a radius of 29 34 feet, a central angle of 90°00'00", an arc length of 46 09 feet and a chord bearing N45°00'00"E, for 41.49 feet to the point of tangency, thence North, for 64.03 feet to the point of beginning.

**EXHIBIT "A"**
**(Page 1 of 2 pages)**

OFFICIAL RECORDS INSTRUMENT # 2002096399 4 pgs

OFFICIAL RECORDS INSTRUMENT # 2002103329 4 PGS

STORMWATER EASEMENT PARCEL.

A parcel of land being a portion of Lot 5, Block 2, SARASOTA VENICE COMPANY SUBDIVISION of Section 14, Township 37 South, Range 18 East, Sarasota County, Florida, lying West of Seminole Gulf Railway (formerly known as Seaboard Coastline Railroad Right of Way), as recorded in Plat Book 2, Page 34, Public Records of Manatee County, Florida (also recorded in Plat Book A, Page 10, Public Records of Sarasota County, Florida); Being more particularly described as follows:

Commence at the Southwest corner of the Northwest 1/4 of Section 14, Township 37 South, Range 18 East, Sarasota County, Florida; thence N00°16'13"W along the West boundary of said Northwest 1/4 of Section 14, (being the basis of bearings for this description), for 2224 96 feet, thence leaving said West boundary of the Northwest 1/4 of Section 14, N89°43'47"E for 290.11 feet to the Point of Beginning, thence continue N89°43'47"E for 15 34 feet to the point of intersection with the West right of way line of the Seminole Gulf Railway (formerly known as Seaboard Coast Line Railroad Right of Way) thence S12°18'07"E, along said West right of way line of the Seminole Gulf Railway (formerly known as Seaboard Coast Line Railroad Right of Way), for 100 00 feet; thence leaving said West right of way line run S89°43'47"W for 15 34 feet, thence N12°18'07"W along a line 15 00 feet West of and parallel with said West right of way line, for 100 00 feet to the Point of Beginning

ORLDOCS 10073387 1 BBS

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 4 of the instrument filed in this office. The original instrument filed contains 4 pages.
☑ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this 23 day of April, 2008
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: ______
Deputy Clerk

CIRCUIT COURT SARASOTA COUNTY FLORIDA

**EXHIBIT "A"**
**(Page 2 of 2 pages)**

STATE OF FLORIDA

OFFICE of VITAL STATISTICS

CERTIFIED COPY

CERTIFICATE OF DEATH
FLORIDA

LOCAL FILE NO. 976

1. DECEDENT'S NAME (First, Middle, Last): Gino Luke Cantele
2. SEX: Male
3. DATE OF DEATH (Month, Day, Year): June 02, 2004
4. SOCIAL SECURITY NUMBER: 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
5a. AGE-Last Birthday (Years): 71
6. DATE OF BIRTH (Month, Day, Year): May 24, 1933
7. BIRTHPLACE (City and State or Foreign Country): Chicago, Illinois
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No): NO
9a. PLACE OF DEATH: X Residence
9b. INSIDE CITY LIMITS? (Yes or No): No
9c. FACILITY NAME (If not institution, give street and number): 4286 Newport Drive
9d. CITY, TOWN, OR LOCATION OF DEATH: Hernando Beach
9e. COUNTY OF DEATH: Hernando
10a. DECEDENT'S USUAL OCCUPATION: Pilot
10b. KIND OF BUSINESS/INDUSTRY: Air Transportation
11. MARITAL STATUS: Married
12. SURVIVING SPOUSE (If wife, give maiden name): Audrey Hultgren
13a. RESIDENCE – STATE: Florida
13b. COUNTY: Hernando
13c. CITY, TOWN, OR LOCATION: Hernando Beach
13d. STREET AND NUMBER: 4286 Newport Drive
13e. INSIDE CITY LIMITS? (Yes or No): No
13f. ZIP CODE: 34607
14. WAS DECEDENT OF HISPANIC OR HAITIAN ORIGIN?: X No
15. RACE: White
16. DECEDENT'S EDUCATION: College (1-4 or 5+): 4
17. FATHER'S NAME (First, Middle, Last): Joe Cantele
18. MOTHER'S NAME (First, Middle, Maiden Surname): Rena Vivian
19a. INFORMANT'S NAME (Type/Print): Audrey Cantele
19b. MAILING ADDRESS: 4286 Newport Drive, Hernando Beach, Florida 34607
20a. METHOD OF DISPOSITION: X Cremation
20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): Gulf Coast Crematory
20c. LOCATION – City or Town, State: Spring Hill, Florida
21a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH: [signature]
21b. LICENSE NUMBER (of Licensee): 4467
21c. NAME AND ADDRESS OF FACILITY: Merritt Funeral HOme, 4095 Mariner Boulevard, Spring Hill, Florida 34609
22a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) as stated (Signature and Title)
22b. DATE SIGNED (Mo., Day, Yr)
22c. HOUR OF DEATH: M
22d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print)
23a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and manner as stated. (Signature and Title): [signature]
23b. DATE SIGNED (Mo/Day, Yr): June 03, 2004
23c. HOUR OF DEATH: 11:53 A. M
23d. MEDICAL EXAMINER'S CASE #: 04-05-00527
24. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER) (Type or Print): Julia V. Martin, M.D., District 5 Medical Examiner Department, 809 Pine Street, Leesburg, Florida 34748
25a. SUBREGISTRAR – SIGNATURE AND DATE
25b. LOCAL REGISTRAR – SIGNATURE: [signature] Sheila A. Richardson
25c. DATE REGISTERED: JUN 07 2004

26. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. Cervical Spinal Cord Laceration with Vertebral Fracture
DUE TO (OR AS A CONSEQUENCE OF):
b. Perforating Intraoral Gunshot Wound to the Head
DUE TO (OR AS A CONSEQUENCE OF):
c.
DUE TO (OR AS A CONSEQUENCE OF):
d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
27a. WAS AN AUTOPSY PERFORMED? (Yes or No): Yes
27b. WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? (Yes or No): Yes
28. CASE REPORTED TO MEDICAL EXAMINER? (Yes or No): Yes
29. IF FEMALE, WAS THERE A PREGNANCY IN THE PAST 3 MONTHS? Yes No
30a. IF SURGERY IS MENTIONED IN PART I or II, ENTER CONDITION FOR WHICH IT WAS PERFORMED
30b. DATE OF SURGERY (Mo., Day, Year)
31. PROBABLE MANNER OF DEATH (Specify) (Natural, accident, suicide, homicide, or undetermined): Suicide
32a. DATE OF INJURY (Month, Day, Year): June 02, 2004
32b. TIME OF INJURY: 11:30 AM
32c. INJURY AT WORK? (Yes or No): No
32d. DESCRIBE HOW INJURY OCCURRED: Shot self with handgun
32e. PLACE OF INJURY – At home, farm, street, factory, etc. (Specify): Residence
32f. LOCATION (Street and Number or Rural Route Number, City or Town, State): 4286 Newport Drive, Hernando Beach Florida

DH 512 9/95 (Replaces HRS Form 512)

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE JUN 10 2004

BY [signature] State Registrar



WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

10575863

FLORIDA DEPARTMENT OF HEALTH

DOH FORM 1564A (3/99)

CERTIFICATION OF VITAL RECORD

VOID IF ALTERED OR ERASED

EXHIBIT 63