PREPARED BY & RETURN TO:
Jeffrey A. Icardi, Esquire
2180 W. State Road 434, Ste 6190
Longwood, FL 32779

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2007037230 3 PGS
2007 MAR 06 04:06 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
FMILLER Receipt#892767
Doc Stamp-Deed: 0.70

RECORD AND RETURN TO:
DEBBIE L. PATTERSON
FIRST AMERICAN TITLE INS. CO.
2233 LEE ROAD, SUITE 110
WINTER PARK, FLORIDA 32789
1496421

[Space Above This Line for Recording Data]

2007037230

# Warranty Deed

(Statutory Form FS 689 02)

**THIS INDENTURE** made this 16 day of February 2007, between **ANN C. CONVERSE, an undivided one-fourth (1/4) interest, SUSAN J. BELTRAN, an undivided one-fourth (1/4) interest, SANDY J. CHESTNUTT, an undivided one-fourth (1/4) interest, as Tenants in Common,** of the County of Orange in the State of Florida, party of the first part, whose post office address is 506 Faith Terrace, Maitland, Florida 32751 and **CANCO, LLC, a Florida Limited Liabiity Company,** party of the second part, whose post office address is 506 Faith Terrace, Maitland, Florida 32751.

## Witnesseth:

That the said party of the first part, for and in consideration of the sum of $10.00 and other valuable consideration, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said party of the second part, his heirs and assigns forever, the following described land, to wit:

**SEE ATTACHED SCHEDULE "A" CONTINUED**

**Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property.**

Subject to easements, restrictions and reservations of record not coupled with a right of reverter and taxes for the current year.

And the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

Signed, sealed and delivered in the presence of:

WITNESSES:

Sign: [signature]
Print: C. Kulman
Sign: [signature]
Print: J. A. Icardi

Sign: [signature]
Print: Ann C. Converse
Address: 506 Faith Terrace, Maitland, FL

Sign: [signature]
Print: C. Kulman
Sign: [signature]
Print: J. A. Icardi

Sign: [signature]
Print: Susan J. Beltran
Address: 23449 Thomas Glen Rd.
Howey-in the Hills FL. 34737

Sign: [signature]
Print: C. Kulman
Sign: [signature]
Print: J. A. Icardi

Sign: [signature]
Print: Sandy J. Chestnutt
Address: 390 Hickory Springs Place
DeBary, FL 32713

EXHIBIT
tabbies
70

STATE OF FLORIDA
COUNTY OF Seminole

ACKNOWLEDGMENT

The foregoing instrument was acknowledged before me on the 24 day of February 2007, by **ANN C. CONVERSE** ☐ who is personally known to me or ☑ who produced a Florida driver's license as identification.

NOTARY PUBLIC

Notary Public State of Florida
Jeffrey A Icardi
My Commission DD630863
Expires 03/02/2011

Print Name

STATE OF FLORIDA
COUNTY OF Seminole

ACKNOWLEDGMENT

The foregoing instrument was acknowledged before me on the 24th day of February 2007, by **SUSAN J. BELTRAN** ☐ who is personally known to me or ☑ who produced a Florida driver's license as identification.

Notary Public State of Florida
Jeffrey A Icardi
My Commission DD630863
Expires 03/02/2011

NOTARY PUBLIC

Print Name:

STATE OF FLORIDA
COUNTY OF Seminole

ACKNOWLEDGMENT

The foregoing instrument was acknowledged before me on the 24th day of February 2007, by **SANDY J. CHESTNUTT** ☐ who is personally known to me or ☑ who produced a Florida driver's license as identification.

NOTARY PUBLIC

Notary Public State of Florida
Jeffrey A Icardi
My Commission DD630863
Expires 03/02/2011

G:\wp50\data\REAL-EST\DEEDS\WARRANTY DED\CANCO DED.wpd

**Schedule A (Continued)**

STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 3 of the instrument filed in this office. The original instrument filed contains 3 pages.
This copy has no redactions. This copy has been redacted pursuant to law.
Witness my hand and official seal this 23 day of January, 2008.
KAREN E. RUSHING CLERK OF THE CIRCUIT COURT
By: Deputy Clerk

Part of Lot 5, lying Westerly of Seminole Gulf Railway (formerly known as Seaboard Coastline Railroad Railway), Block 2, Sarasota Venice Company Subdivision of Section 14, Township 37 South, Range 18 East, as recorded in Plat Book 2, Page 34, Public Records of Manatee County, Florida (also recorded in Plat Book A, Page 10, Public Records of Sarasota County, Florida) being more particularly described as follows:

Commence at the Southwest corner of the Northwest 1/4 of said Section 14, thence along the West boundary line of the Northwest 1/4 of said Section 14, North 00°16'13" West, a distance of 2224.96 feet, thence North 89°43'47" East a distance of 92.84 feet to the Point of Beginning; thence North 13°13'32" East a distance of 47.82 feet, thence North 00°16'13" West, a distance of 286.46 feet; thence North 35°34'13" East a distance of 65.80 feet to the Southerly boundary of Parcel 108 as recorded in Official Record Book 2565, Page 1326 of the Public Records of Sarasota County, Florida, thence along the Southerly boundary line of said parcel 108, South 89°58'08" East, a distance of 80.68 feet to the West Right-of-Way line of said Seminole Gulf Railway; thence along the West Right-of-Way line of said Seminole Gulf Railway, South 12°18'07" East a distance of 394.54 feet, thence South 89°43'47" West, a distance of 212.61 feet to the POINT OF BEGINNING.

TOGETHER with Easement rights over the following described property

INGRESS/EGRESS EASEMENT PARCEL

A parcel of land being a portion of Lot 5, Block 2, SARASOTA VENICE COMPANY SUBDIVISION of Section 14, Township 37 South, Range 18 East, Sarasota County, Florida; lying West of Seminole Gulf Railway (formerly known as Seaboard Coastline Railroad Right-of-Way), as recorded in Plat Book 2, Page 34, Public Records of Manatee County, Florida (also recorded in Plat Book A, Page 10, Public Records of Sarasota County, Florida) being more particularly described as follows:

Commence at the Southwest corner of the Northwest 1/4 of Section 14, Township 37 South, Range 18 East, thence North 00°16'13" West, along the West boundary of said Northwest 1/4 of Section 14, (being the basis of bearings for this description), for 2224.96 feet, thence leaving said West Boundary of the Northwest 1/4 of Section 14, North 89°43'47" East for 125.39 feet to the POINT OF BEGINNING, thence continue North 89°43'47" East for 53.56 feet; thence South 62°54'33" West for 11.08 feet, to the point of curvature of a curve, concave Southeasterly, thence Southwesterly along the arc of said curve, having a radius of 4.32 feet, a central angle of 62°54'33", an arc length of 4.74 feet, and a chord bearing of South 31°27'17" West, for 4.51 feet to the point of tangency; thence South, for 56.39 feet to the point of curvature of a curve concave Northwesterly; thence Southwesterly along the arc of said curve, having a radius of 75.68 feet, a central angle of 90°00'00", an arc length of 118.88 feet and a chord bearing of South 45°00'00" West, for 107.03 feet to the point of tangency; thence West, for 38.89 feet to the point of curvature of a curve concave Southerly; thence Westerly along the arc of said curve, having a radius of 34.32 feet, a central angle of 38°42'11", an arc length of 23.18 feet and a chord bearing South 70°38'54" West for 22.74 feet to the point of intersection with the Easterly Right-of-Way line of McIntosh Road, thence North 00°16'13" West along said Easterly Right-of-Way line of McIntosh Road, for 70.82 feet to the point of intersection with a non-tangent curve, concave Northeasterly; thence leaving said Easterly Right-of-Way line of McIntosh Road, Southeasterly along the arc of said curve, with a radial bearing North 57°35'33" East, having a radius of 34.34 feet a central angle of 57°35'53", an arc length of 34.52 feet, and a chord bearing South 61°12'03" East for 33.09 feet to the point of tangency; thence East, for 36.69 feet to the point of curvature of a curve, concave Northwesterly, thence Northeasterly along the arc of said curve, having a radius of 29.34 feet, a central angle of 90°00'00", an arc length of 46.09 feet and a chord bearing North 45°00'00" East, for 41.49 feet to the point of tangency, thence North, for 64.03 feet to the POINT OF BEGINNING.

STORMWATER EASEMENT PARCEL.

A parcel of land being a portion of Lot 5, Block 2, SARASOTA VENICE COMPANY SUBDIVISION of Section 14, Township 37 South, Range 18 East, Sarasota County, Florida, lying West of Seminole Gulf Railway (formerly known as Seaboard Coastline Railroad Right-of-Way), as recorded in Plat Book 2, Page 34, Public Records of Manatee County, Florida (also recorded in Plat Book A, Page 10, Public Records of Sarasota County, Florida); Being more particularly described as follows:

Commence at the Southwest corner of the Northwest 1/4 of Section 14, Township 37 South, Range 18 East, Sarasota County, Florida; thence North 00°16'13" West along the West boundary of said Northwest 1/4 of Section 14, (being the basis of bearings for this description), for 2224.96 feet, thence leaving said West boundary of the Northwest 1/4 of Section 14, North 89°43'47" East for 290.11 feet to the POINT OF BEGINNING, thence continue North 89°43'47" East for 15.34 feet to the point of intersection with the West Right-of-Way line of the Seminole Gulf Railway (formerly known as Seaboard Coast Line Railroad Right-of-Way) thence South 12°18'07" East, along said West Right-of-Way line of the Seminole Gulf Railway (formerly known as Seaboard Coast Line Railroad Right-of-Way), for 100.00 feet; thence leaving said West Right-of-Way line run South 89°43'47" West for 15.34 feet, thence North 12°18'07" West along a line 15.00 feet West of and parallel with said West Right-of-Way line, for 100.00 feet to the POINT OF BEGINNING.

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0097-04-0016

**Parcel**

**Property Address:** 4400 CLARK RD
Description: PART OF LOT 5 BLK 2 SARASOTA VENICE CO SUB DESC AS COM
**Incorporation:** UNINCORPORATED — Tax Districts
**Subdivision Code:** 0023
**Use Code:** 1140
**Sec/Twp/Rge:** 14-37S-18E — Show Map
**Census Tract (2000)** 20.06
**Zoning:** I

2006 | << Prior ID | Nearby IDs | Next ID >> | 2007

**Ownership**

CANCO LLC
SIANO CATHY C
506 FAITH TER
MAITLAND, FL 32751

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $1,742,500
**Land Value:** $1,344,500
**Improvement Value:** $398,000
**Assessed Value:** $1,742,500
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $1,742,500

**Property**

Buildings

**Land Area:** 61,114
**Total Building Area:** 8,239 (All Structures)
**Total Living Area:** 3,277 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 0 Bed / 0 Bath / 2 Half Bath
**Pool:** No
**Year Built:** 1999

**Last Sale/Transfer**

**Sale Price:** Non-Sale Transfer — Transfers
**Date Sold:** 2/16/2007
**Deed Type:** WD
**Grantor:** CONVERSE,ANN C
**Instrument #:** 2007037230 — View Document

Updated: 1/23/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
71

3/17/34

Form 553 Florida—6-25-37.

DEED BOOK 191 PAGE 489

# FEDERAL FARM MORTGAGE CORPORATION

105099

STATE OF SOUTH CAROLINA,
COUNTY OF RICHLAND

## DEED TO REAL ESTATE

THIS INDENTURE, Made this 8th day of August in the year of our Lord one thousand nine hundred and forty-four by and between the Federal Farm Mortgage Corporation, a corporation created, organized and existing under and by virtue of an Act of Congress of the United States of America entitled "Federal Farm Mortgage Corporation Act," by its duly authorized agent and attorney in fact, The Federal Land Bank of Columbia, a corporation created, organized and existing under and by virtue of an Act of Congress of the United States of America, entitled "Federal Farm Loan Act," hereinafter called party of the first part, and R. J. MARTINDALE –

hereinafter called parties of the second part, whether one or more, whose respective permanent post office addresses are

WITNESSETH: That the said party of the first part for and in consideration of the sum of TWENTY-FIVE HUNDRED – ($ 2500.00 ) Dollars, to it well and truly paid by the said parties of the second part at or before the sealing and delivery of these presents, receipt whereof is hereby acknowledged, ~~and the further sum of~~ (~~$xxxxxxxxxx~~) ~~Dollars secured and to be paid~~ has granted, bargained, sold and conveyed and by these presents does grant, bargain, sell and convey unto the said parties of the second part, their heirs and assigns forever, the following described property, to wit:

The North Three-Quarters of the East Quarter of the Southeast Quarter (N-3/4 of E¼ of SE¼), lying west of the S. A. L. Railroad right-of-way; the Southwest Quarter of the Northeast Quarter of the Southeast Quarter (SW¼ of NE¼ of SE¼); the Northwest Quarter of the Southeast Quarter of the Southeast Quarter (NW¼ of SE¼ of SE¼); the Southwest Quarter of the Southeast Quarter of the Southeast Quarter (SW¼ of SE¼ of SE¼); less the Harp property (150 feet north and south by 100 feet east and west in the southeast corner thereof), and Laurel road right-of-way; the Southwest Quarter of the Southeast Quarter (SW¼ of SE¼), less road right-of-way; the Southeast Quarter of the Southeast Quarter of the Southwest Quarter (SE¼ of the SE¼ of the SW¼) lying east of Tamiami Trail; all in section 25, township 38 south, range 18 east. ALSO the Southwest Quarter of the Southwest Quarter of the Southwest Quarter (SW¼ of SW¼ of SW¼) lying west of the S. A. L. Railroad right-of-way in section 30, township 38 south, range 19 east. Said lands lying and being in Sarasota County, State of Florida, and containing One Hundred (100) acres, more or less.

This conveyance is subject to all taxes and assessments for 1944 and subsequent years.

TO HAVE AND TO HOLD the above granted and described premises together with all and singular the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining unto the parties of the second part, their heirs and assigns forever.

AND, first party, its successors and assigns, does warrant and will forever defend the title to the above described property unto second parties, their heirs and assigns against itself, its successors and assigns lawfully claiming or to claim the same or any part thereof.

IN WITNESS WHEREOF, the said party of the first part has caused these presents to be signed in its name by its duly authorized agent and attorney in fact, The Federal Land Bank of Columbia, and its corporate seal to be affixed, the day and year above written.

FEDERAL FARM MORTGAGE CORPORATION (L. S.)

BY: THE FEDERAL LAND BANK OF COLUMBIA
As its Agent and Attorney in Fact.

Signed, Sealed and Delivered in the Presence of:

By H. C. Leaman (signature)
H. C. Leaman, Asst. Vice-President

Lillian L. Newman (signature)
Lillian L. Newman

Attest: C. M. Earle (signature)
C. M. Earle, Jr. ~~Assistant~~ Secretary

Sally Pittman (signature)
Notary Public for South Carolina
Sally Pittman

EXHIBIT
tabbies
72

DEED ~~BOOK~~ 191 PAGE 490

STATE OF SOUTH CAROLINA,
COUNTY OF RICHLAND } ss: ACKNOWLEDGMENT

I HEREBY CERTIFY that on this day before me the undersigned authority personally appeared H. C. Leaman and C. M. Earle, Jr. each to me well known and severally acknowledged that they, as respectively the Vice President and Assistant Secretary of The Federal Land Bank of Columbia, a corporation, for and on behalf of The Federal Land Bank of Columbia, as agent and attorney in fact for the Federal Farm Mortgage Corporation, executed the foregoing deed as and for the act and deed of the Federal Farm Mortgage Corporation, for the uses and purposes therein expressed.

I FURTHER CERTIFY that said C. M. Earle, Jr., duly elected qualified and acting Assistant Secretary of The Federal Land Bank of Columbia, being by me first duly sworn says that he knows the corporate seal of the said Federal Farm Mortgage Corporation and that the seal affixed to the foregoing instrument is the seal of said corporation.

I FURTHER CERTIFY that the persons making these acknowledgments are to me, well known to be the persons described and who as such officers of The Federal Land Bank of Columbia, as agent and attorney in fact for the Federal Farm Mortgage Corporation, executed the said instrument as aforesaid.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal at Columbia, in the County and State aforesaid, this the 8th day of August A. D. 1944.

Sally Pittman
Notary Public for State of South Carolina
Sally Pittman
My Commission expires at the pleasure of the Governor

# STATE OF FLORIDA

COUNTY OF SARASOTA

# DEED TO REAL ESTATE

**FEDERAL FARM MORTGAGE CORPORATION**

TO

R. J. MARTINDALE

I hereby certify that this instrument was filed for record in the office of the Clerk of the Circuit Court, in and for Sarasota County, Florida, on the 17th day of October, A. D., 19 44 and duly recorded in Book 191 at Page 489

J.R. PEACOCK Clerk

By ______ Deputy Clerk

FEDERAL FARM MORTGAGE CORPORATION

R. J. Martindale

INDEXED

Form 8 Florida QUIT CLAIM DEED. DEED 348 PAGE 83 TUTBLANX REGISTERED U.S. PAT. OFFICE Tuttle Law Print, Publishers, Rutland, Vt.

# This Indenture,

208280

*Made this* 27th *day of* April *, A. D. 19* 55,

**Between** R. J. MARTINDALE

*, of the County of* Sarasota *and State of* Florida *, part* y *of the first part, and* R. J. MARTINDALE and LUCILE MARTINDALE, husband and wife, whose address is Laurel,

*, of the County of* Sarasota *and State of* Florida *, part* ies *of the second part,*

**Witnesseth,** *That the said part* y *of the first part, for and in consideration of the sum of* One Dollar and other valuable considerations *in hand paid by the said part* ies *of the second part, the receipt whereof is hereby acknowledged, ha* s *remised, released and quit-claimed, and by these presents* does *remise, release and quitclaim unto the said part* ies *of the second part, and* their *heirs and assigns forever, all the right, title, interest, claim and demand which the said part* y *of the first part ha* s *in and to the following described lot* s *, piece* s *or parcel* s *of land, situate lying and being in the County of* Sarasota *State of Florida, to wit:*

The $SW\frac{1}{4}$ of the $NE\frac{1}{4}$ of the $SE\frac{1}{4}$ of Section 25, Township 38 South, Range 18 East, Sarasota County, Florida

and

The $NW\frac{1}{4}$ of the $SE\frac{1}{4}$ of the $SE\frac{1}{4}$ of Section 25, Township 38 South, Range 18 East, Sarasota County, Florida.

Subject to conveyances to Callanen, Moffitt, Bridge and Bowden, and a contract of sale to Gibbons.




1955

**To Have and to Hold** *the same, together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest and claim whatsoever of the said part* y *of the first part, either in law or equity, to the only proper use, benefit and behoof of the said part* ies *of the second part,* their *heirs and assigns forever.*

**In Witness Whereof,** *the said part* y *of the first part ha* s *hereunto set* his *hand and seal the day and year first above written.*

**Signed, Sealed and Delivered in Presence of;**

Kenneth R. Brown

Dorothy A. Carpenter

R. J. Martindale
(R. J. Martindale)

EXHIBIT
73

New Search | Printable Version   Search for another ID

JIM FODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0165-09-0032

**Parcel**

| | |
|---|---|
| **Property Address:** | 1210 TWIN LAKES AVE |
| Description | NE 1/4 OF SE 1/4 OF SE 1/4 LYING W OF SAL RR ROW |
| **Incorporation:** | UNINCORPORATED |
| **Subdivision Code:** | 0000 |
| **Use Code:** | 0100 |
| **Sec/Twp/Rge:** | 25-38S-18E |
| **Census Tract (2000)** | 22.01 |
| **Zoning:** | RSF2 |

Tax Districts

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

DAVIDS (TOD) PATRICIA M
PO BOX 5
LAUREL, FL 34272-0005

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $673,300 |
| **Land Value:** | $574,500 |
| **Improvement Value:** | $98,800 |
| **Assessed Value:** | $186,066 |
| **Homestead:** | Yes |
| **Total Exemptions:** | $25,000 |
| **Total Taxable:** | $161,066 |

'Save Our Homes' Cap

**Property**

| | | |
|---|---|---|
| **Land Area:** | 326,700 | |
| **Total Building Area:** | 2,086 | (All Structures) |
| **Total Living Area:** | 1,557 | (Enclosed Only) |
| **Living Units:** | 1 | |
| **Bed / Bath:** | 3 Bed / 2 Bath | |
| **Pool:** | No | |
| **Year Built:** | 1956 | |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | Non-Sale Transfer |
| **Date Sold:** | 9/25/2007 |
| **Deed Type:** | WD |
| **Grantor:** | DAVIDS PATRICIA M, |
| **Instrument #:** | 2007147119 |

Transfers

View Document

**Updated:** 3/20/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
74

(3)

90100628

$1,650.00 doc.
10.50 rec.
$1,660.50

Tax Account #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

PREPARED BY:
Steven W. MaCris, Esq.
609 S. Tamiami Trail
Venice, FL 34285

** OFFICIAL RECORDS **
BOOK 2244 PAGE 1425

TRUSTEE'S DEED

KNOW ALL MEN BY THESE PRESENTS, That JAMES L. TRUMBLE, as Successor Trustee under The James L. Trumble Revocable Living Trust for the benefit of James L. Trumble, et al under Agreement dated October 26, 1983, First Amendment to Trust Agreement dated March 29, 1984 and Second Amendment to Trust Agreement dated May 23, 1988, in consideration of the sum of Ten and 00/100 ($10.00) Dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, has remised, released and conveyed and do remise, release and forever convey to DEE A. DEATERLY, a single man, whose mailing address is 305 N. Havana Road, Venice, Florida 34292, all that piece or parcel of land situate in the County of Sarasota, State of Florida, and described as follows:

BEGIN at the Northeast corner of the Northwest 1/4 of Southwest 1/4 of Northeast 1/4 of Section 7, Township 39 South, Range 19 East; thence North 89° 46' West along the North line of said Northwest 1/4 of Southwest 1/4 of Northeast 1/4, 218.1 feet for a point of beginning; thence continue North 89° 46' West along said Northwest 1/4 of Southwest 1/4 of Northeast 1/4, 203 feet to the Easterly right-of-way line of the S.A.L. RAILROAD (100' wide); thence South 11° 52' East along said right-of-way line, 151.76 feet; thence South 89° 46' East, 203 feet; thence North 11° 52' West and parallel to said S.A.L. RAILROAD, 151.76 feet to the Point of Beginning; LESS a strip off the North side thereof for road; being in the Northwest 1/4 of Southwest 1/4 of Northeast 1/4 of Section 7, Township 39 South, Range 19 East, Sarasota County, Florida.

Subject to taxes and/or assessments for the year 1990 and subsequent years, and to restrictions, reservations and easements as of record may appear.

TO HAVE AND TO HOLD the above-released premises, with all his rights, easements and appurtenances, to DEE A. DEATERLY, a single man, his heirs and assigns, to him and his use and behalf forever.

AND Grantor covenants, for grantor and grantor's heirs, executors and administrators, with grantee and his assigns, that the premises are free from all encumbrances made by JAMES L. TRUMBLE, as Successor Trustee under The James L. Trumble Revocable Living Trust for the benefit of James L. Trumble, et al under Agreement dated October 26, 1983, First Amendment to Trust Agreement dated March 29, 1984 and Second Amendment to Trust Agreement dated May 23, 1988, except as aforesaid, but against none other.

TRANS NUM:00049783
DOC STAMPS PD: $1650.00
INTANG. TAX PD: $.00
KAREN E. RUSHING SARASOTA CO.
BY: [signature] D.C.

IN WITNESS WHEREOF, JAMES L. TRUMBLE, as Successor Trustee, as aforesaid, here set his hand and seal this 26 day of September, 1990.

Signed, sealed and delivered

EXHIBIT 75

Signed, sealed and delivered
in the presence of:

[signature]

[signature] Casey E. Clark

[signature] James L. Trumble Trustee
JAMES L. TRUMBLE, as Successor Trustee under the James L. Trumble Revocable Living Trust for the benefit of James L. Trumble, et al under Agreement dated October 26, 1983, First Amendment to Trust Agreement dated March 29, 1984 and Second Amendment to Trust Agreement dated May 23, 1988.

BOOK 2244 PAGE 1426

STATE OF FLORIDA
COUNTY OF SARASOTA

I HEREBY CERTIFY, That on this day before me, an officer duly qualified to take acknowledgements, personally appeared JAMES L. TRUMBLE, as Successor Trustee under The James L. Trumble Revocable Living Trust for ths benefit of James L. Trumble, et al under Agreement dated October 26, 1983, First Amendment to Trust Agreement dated March 29, 1984 and Second Amendment to Trust Agreement dated May 23, 1988, to me known to be the person described in and who executed the foregoing instrument and acknowledged before me that he executed the same.

WITNESS My hand and official seal in the County and State last aforesaid this 26th day of September, 1990.

[signature]
Notary Public

My Commission Expires:

NOTARY PUBLIC, STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES SEPT. 25, 1992
BONDED BY USF&G CO.

RECORDED IN OFFICIAL RECORDS
RECORD VERIFIED
Sep 28 12 23 PM '90
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL.

Prepared by:
Steven W. MaCris
Attorney at Law
609 South Tamiami Trail
Venice, Florida 34285

90100827

Return to:
Name STEVEN W. MaCRIS, ESQ.
Address 609 S. Tamiami Trail
Venice, FL 34285

Property Appraiser's Parcel Identification No. 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

** OFFICIAL RECORDS ** BOOK 2244 PAGE 1424

This instrument was prepared by:
Name STEVEN W. MaCRIS, ESQ.
Address 609 S. Tamiami Trail
Venice, FL 34285

Recording: 6.00
Doc. Stamps: 1,650.00
1,656.00

TRANS NUM:00049783
DOC STAMPS PD: $1650.00
INTANG. TAX PD: $.00
KAREN E. RUSHING SARASOTA CO.
BY ____ D.C.

Grantee S.S. No. ____ Name DEE A. DEATERLY
Grantee S.S. No. ____ Name

[Space above this line for recording data.]

# WARRANTY DEED (STATUTORY FORM — SECTION 689.02, F.S.)

**This Indenture,** made this 26th day of September 1990, **Between**

JAMES L. TRUMBLE and BARBARA TRUMBLE, Husband and Wife

of the County of Sarasota, State of Florida, grantor*, and

DEE A. DEATERLY, a single man

whose post office address is 305 N. Havana Road, Venice, FL 34292
of the County of Sarasota, State of Florida, grantee*,

**Witnesseth** that said grantor, for and in consideration of the sum of Ten and 00/100 ($10.00) ----- Dollars, and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Sarasota County, Florida, to-wit:

BEGIN at the Northeast corner of the Northwest 1/4 of Southwest 1/4 of Northeast 1/4 of Section 7, Township 39 South, Range 19 East, thence North 89° 6' West along the North line of said Northwest 1/4 of Southwest 1/4 of Northeast 1/4, 421.1 feet to the Easterly right-of-way line of the S.A.L. RAILROAD; thence South 11° 52' East along said right-of way line 151.76 feet to a point of beginning; thence continue along said right-of-way line 416.84 feet to the Mean High Water Line of the South line of HATCHETT CREEK; thence Southeasterly meandering along said line of HATCHETT CREEK, 485 feet; thence North 11° 52' West 789.39 feet; thence North 89° 46' West 203.00 feet to the Point of Beginning, all lying and being in Section 7, Township 39 South, Range 19 East, Sarasota County, Florida.

RECORDED IN OFFICIAL RECORDS
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL

and said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

*"Grantor" and "grantee" are used for singular or plural, as context requires.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

JAMES L. TRUMBLE (Seal)

BARBARA TRUMBLE (Seal)

STATE OF FLORIDA
COUNTY OF SARASOTA

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared

JAMES L. TRUMBLE and BARBARA TRUMBLE, Husband and Wife

to me known to be the person(s) described in and who executed the foregoing instrument and acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 26th day of September, 1990.

My commission expires:
NOTARY PUBLIC, STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES SEPT. 25, 1992
BONDED BY USF&G CO.

Notary Public

22-F-761-001

EXHIBIT 76

Record: 6.00
TRANS NUM:00049783
DOC STAMPS PD: $.55
INTANG. TAX PD: $.00
KAREN E. RUSHING SARASOTA CO.
BY: ________ D.C.

90100630

QUIT-CLAIM DEED

** OFFICIAL RECORDS **
BOOK 2244 PAGE 1433

**This Quit-Claim Deed,** *Executed this* *day of* September *, A. D.* 19 90 *, by* JAMES L. TRUMBLE and BARBARA TRUMBLE, Husband and Wife, and JAMES L. TRUMBLE, as Successor Trustee under The James L. Trumble Revocable Living Trust for the benefit of James L. Trumble, et al., under Agreement dated October 26, 1983, First Amendment to Trust Agreement dated March 29, 1984 and Second Amendment to Trust Agreement dated May 23, 1988, first party, to

DEE A. DEATERLY, a single man

*whose postoffice address is* 305 North Havana Road, Venice, FL 34292

*second party:*

(Wherever used herein the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

**Witnesseth,** *That the said first party, for and in consideration of the sum of $ in hand paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said second party forever, all the right, title, interest, claim and demand which the said first party has in and to the following described lot, piece or parcel of land, situate, lying and being in the County of* Sarasota *State of* Florida *, to-wit:*

Commence at the N.E. corner of the N.W. ¼ of the S.W. ¼ of the N.E. ¼ of Section 7, Township 39 South, Range 19 East, Sarasota County, Florida; thence N. 89°48'11" W., along the North line of said N.W. ¼ of the S.W. ¼ of the N.E. ¼, a distance of 226.04 feet to a point on a line lying 250.00 feet Easterly and parallel with the centerline of Seaboard Coastline Railroad (100 ft. wide right of way); thence S. 11°58'36" E. along said line lying 250.00 feet Easterly and parallel with the centerline of Seaboard Coastline Railroad, a distance of 25.58 feet to the Point of Beginning, same being a point on the South line of Substation Road; thence N. 89°48'11" W. along said South line of Substation Road, a distance of 204.60 feet to the Easterly right of way line of said Seaboard Coastline Railroad; thence S. 11°58'36" E., along said Easterly right of way line, a distance of 469.47 feet more or less to the mean high water line of the South line of Hatchett Creek; thence Southeasterly along said mean high water line to a point on said line lying 250.00 feet Easterly of and parallel with the centerline of Seaboard Coastline Railroad; thence N. 11°58'36" W. along said line lying 250.00 feet Easterly of and parallel with the centerline of Seaboard Coastline Railroad, a distance of 826.51 feet more or less to the Point of Beginning.

**To Have and to Hold** *the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said first party, either in law or equity, to the only proper use, benefit and behoof of the said second party forever.*

**In Witness Whereof,** *The said first party has signed and sealed these presents the day and year first above written.*

*Signed, sealed and delivered in presence of:*

[signature] ........ [signature] JAMES L. TRUMBLE (L.S.)

[signature] ........ [signature] BARBARA TRUMBLE (L.S.)

STATE OF FLORIDA,
COUNTY OF SARASOTA

[signature] JAMES L. TRUMBLE, as Successor Trustee (L.S.)

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared JAMES L. TRUMBLE and BARBARA TRUMBLE, Husband and Wife, and JAMES L. TRUMBLE, as Successor Trustee

to me known to be the person Sdescribed in and who executed the foregoing instrument and they acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this day of September A. D. 19 90.

[signature]
NOTARY PUBLIC

My Commission Expires NOTARY PUBLIC, STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES SEPT. 25, 1992
BONDED BY USF&G CO.

RECORDED IN OFFICIAL RECORDS
90 SEP 12 PM 1:02
KAREN E. RUSHING CLERK OF CIRCUIT COURT SARASOTA COUNTY, FL.

*This Instrument prepared by:* MaCRIS, DEAN & CASELLA, P.A.
*Address* ATTORNEYS AT LAW
600 SOUTH TAMIAMI TRAIL
VENICE, FLORIDA 34285

EXHIBIT
77