


Location Map

EXHIBIT
78

New Search | Printable Version    Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0407-10-0012

**Parcel**

**Property Address:** 400 SUBSTATION RD
Description: VENICE STORAGE CO COM AT NE COR OF NW 1/4 OF SW 1/4 OF
**Incorporation:** CITY OF VENICE    Tax Districts
**Subdivision Code:** 0000
**Use Code:** 4860
**Sec/Twp/Rge:** 07-39S-19E
**Census Tract (2000)** 23.01
**Zoning:** ILW

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

DEATERLY DEE A
400 SUBSTATION RD
VENICE, FL 34292-1076

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $1,743,000
**Land Value:** $300,400
**Improvement Value:** $1,442,600
**Assessed Value:** $1,743,000
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $1,743,000

**Property**

**Land Area:** 116,275
**Total Building Area:** 51,952 (All Structures)
**Total Living Area:** 49,240 (Enclosed Only)
**Living Units:**
**Bed / Bath:** 0 Bed / 5 Bath
**Pool:** No
**Year Built:** Various (4 card parcel)

**Last Sale/Transfer**

**Sale Price:** $235,714    Transfers
**Date Sold:** 9/26/1990
**Deed Type:** WD
**Grantor:** TRUMBLE JAMES L & BARBARA
**Instrument #:** 2244/1424    View Document

Updated: 2/13/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
79

Receipt #: 000000434489-01
Doc Stamp-Deed : 9.10
Karen E. Rushing, Sarasota Co.
By: [signature] D.C.

# TAX DEED

96079407

** OFFICIAL RECORDS **
BOOK 2871 PAGE 170

STATE OF FLORIDA
COUNTY OF SARASOTA

Tax Deed File Number **95-0399 TD**

The following tax sale certificate number **1981.000** issued on **MAY 26, 1993** was filed in the Office of the Tax Collector of this County and application made for the issuance of a tax deed, the applicant having paid or redeemed all other taxes or tax sale certificates on the land described as required by law to be paid or redeemed, and the costs and expenses of this sale, and due notice of sale having been published as required by law, and no person entitled to do so having appeared to redeem said land; such land was on the **20** day of **JUNE, 1995** offered for sale as required by law for cash to the highest bidder. No bids having been offered, the lands, pursuant to s.197.502(7), Florida Statutes, were entered on the "Lands Available for Taxes" List and, accordingly, were offered for purchase to the County Commissioners in and for Sarasota County in the State of Florida exclusively for a period of ninety (90) days. The property not having been purchased by the County Commissioners during that ninety (90) day period has been available for purchase by any person or governmental unit. The grantee named herein, having paid the sum of **1221.03**, which includes taxes through **JUNE 30, 1996**, has purchased the land.

NOW, this **5** day of **JULY**, 1996, the County of Sarasota, State of Florida, in consideration of the sum of **($ 1221.03 ) ONE THOUSAND TWO HUNDRED TWENTY ONE AND 03/100** Dollars, being the amount paid pursuant to the Laws of Florida does hereby sell to:

RECORDED IN OFFICIAL RECORDS
96 JUL -5 PM 1:54
CLERK OF CIRCUIT COURT SARASOTA COUNTY.FL

**KELLY A GLAUSMAN**

address: **2433 RIVERBLUFF PKWY #209, SARASOTA, FL 34231**
the following lands situated in the County and State and described as follows:

**0406-02-0001 SUBMERGED PARCEL LYING N OF BIRD BAY II CONDO DESC IN OR 1177/1915 CONT 22.3 C-AC M/L SUBMGD@**

Original Owner: **BIRD BAY ASSOCIATES, INC**

Witness:
[signature]
[signature]

KAREN E. RUSHING
Clerk of Circuit Court
Sarasota County, Florida
By: [signature] (SEAL)
Deputy Clerk

STATE OF FLORIDA
COUNTY OF SARASOTA

On this **5** day of **JULY**, 1996, before me **ERIN M SHABLESKI** personally appeared **TINA YOUNG**, Deputy Clerk known to me to be the person described in, and who executed the foregoing instrument, and acknowledged the execution of this instrument to be his own free act and deed for the use and purposes therein mentioned. Witness my hand and official seal date aforesaid.

[signature]
Notary Public

OFFICIAL NOTARY SEAL
ERIN M SHABLESKI
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC509084
MY COMMISSION EXP. NOV. 8,1999

EXHIBIT
80

TXD-LDED REV 12/93




EXHIBIT
81
tabbies

New Search | Printable Version Search for another ID

JIM FODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0406-02-0001

**Parcel**

**Property Address:** ROBERTS BAY DR
Description | SUBMERGED PARCEL LYING N OF BIRD BAY II CONDO DESC IN O
**Incorporation:** CITY OF VENICE | Tax Districts
**Subdivision Code:** 0000
**Use Code:** 9500
**Sec/Twp/Rge:** 06-39S-19E
**Census Tract (2000)** 23.01
**Zoning:** OUC

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

GLAUSMAN KELLY A
132 DOWLING AVE NE
PORT CHARLOTTE, FL 33952

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $7,100
**Land Value:** $7,100
**Improvement Value:** $0
**Assessed Value:** $7,100
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $7,100

**Property**

**Land Area:** 971,388
**Vacant Lot:** No Building Details

**Last Sale/Transfer**

**Sale Price:** $1,300 | Transfers
**Date Sold:** 7/5/1996
**Deed Type:** TD
**Grantor:** BIRD BAY ASSOCIATES INC
**Instrument #:** 2871/0170 | View Document

**Updated:** 3/20/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
82

FORM 1104 WARRANTY DEED—(Statutory Form.)

TUTBLANX REGISTERED U. S. PAT. OFFICE
Tuttle Law Print, Publishers, Rutland, Vt.

# This Indenture,

*Wherever used herein, the term "party" shall include the heirs, personal representatives, successors and/or assigns of the respective parties hereto; the use of the singular number shall include the plural, and the plural the singular; the use of any gender shall include all genders; and, if used, the term "note" shall include all the notes herein described if more than one*

*Made this* 7th *day of* January *A. D. 19*60

**Between**

EDWARD J. EWING and LOUISE C. EWING, husband and wife,

*of the County of* Sarasota *in the State of* Florida
*party of the first part, and* JAY H. HARDY, whose address is H.S. 7-N.A.S., Norfolk,

*of the County of* Norfolk *in the State of* Virginia
*party of the second part,*

**Witnesseth,** *that the said party of the first part, for and in consideration of the sum of* Ten Dollars and other valuable considerations - - - *Dollars, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said party of the second part forever, the following described land, situate, lying and being in the County of* Sarasota *, State of Florida, to wit:*

Parcel 49, as shown by plat of Mission Valley Estates, Section "A", recorded in Plat Book 11, Pages 2, 2A and 2B, Public Records of Sarasota County, Florida, containing 5.39 acres.

This deed is given subject to taxes for the year 1960, Zoning Ordinances of the County of Sarasota, and Restrictions of Record.

*And the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.*

**In Witness Whereof,** *the said party of the first part has hereunto set his hand and seal the day and year first above written.*

**Signed, Sealed and Delivered in Our Presence:**

_______________ _______________ (Seal)

_______________ _______________ (Seal)

_______________ _______________ (Seal)

_______________ _______________ (Seal)

**State of Florida,**
**County of** SARASOTA

I HEREBY CERTIFY, *That on this day personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments,*

EDWARD J. EWING and LOUISE C. EWING, husband and wife,

*to me well known and known to me to be the individual*s *described in and who executed the foregoing deed, and* they *acknowledged before me that* they *executed the same freely and voluntarily for the purposes therein expressed.*

WITNESS *my hand and official seal at* Sarasota *County of* Sarasota *, and State of Florida, this day of* January *, A. D. 19* 60.

*My Commission Expires* _______________ _______________ *Notary Public*

EXHIBIT
tabbies
83

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0164-09-0003

**Parcel**

| | |
|---|---|
| **Property Address:** | SUFFOLK CIR |
| Description | LOT 49 MISSION VALLEY ESTATES SEC A |
| **Incorporation:** | UNINCORPORATED |
| **Subdivision Code:** | 1473 |
| **Use Code:** | 0000 |
| **Sec/Twp/Rge:** | 25-38S-18E |
| **Census Tract (2000)** | 27.14 |
| **Zoning:** | RE2 |

Tax Districts

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

HARDY JAY H
4302 SKYLINE DR
MIDLAND, TX 79707-3636

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $222,500 |
| **Land Value:** | $222,500 |
| **Improvement Value:** | $0 |
| **Assessed Value:** | $222,500 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $222,500 |

**Property**

| | |
|---|---|
| **Land Area:** | 229,106 |
| **Vacant Lot:** | No Building Details |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | Non-Sale Transfer |
| **Date Sold:** | 1/1/1974 |
| **Deed Type:** | |
| **Grantor:** | |
| **Instrument #:** | N/A |

Transfers

Updated: 1/7/2008 12:33:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
84