$1050 Rec
$1,659.00 Doc

1999043615

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 1999043615 2 PGS
1999 MAR 31 05:32 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
VBROTHER Receipt#090914

Doc Stamp-Deed: 1,659.00

THIS INSTRUMENT PREPARED BY AND RETURN TO:
JOHN D. DUMBAUGH, ESQ. 12534.005
SYPRETT MESHAD RESNICK & LIEB
1900 RINGLING BOULEVARD
SARASOTA, FLORIDA 34236

Property Appraisers Parcel Identification (Folio) Numbers:

Grantee SS #: 264703916

SPACE ABOVE THIS LINE FOR RECORDING DATA

**THIS WARRANTY DEED**, made the **31st** day of **March, A.D. 1999** by **TREWOL, INC., A FLORIDA CORPORATION**, herein called the grantor, to **ILENE MIRMAN** whose post office address is **4183 SHELL ROAD, SARASOTA, FLORIDA 34242**, hereinafter called the Grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**W I T N E S S E T H:** That the grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in SARASOTA County, State of Florida, viz:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

**Subject to easements, restrictions and reservations of record and to taxes for the year 1999 and thereafter.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 1998.

**IN WITNESS WHEREOF,** the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

[signature]
Witness #1 Signature
A. R. Herb
Witness #1 Printed Name
[signature]
Witness #2 Signature
CAROL S. BROOKS
Witness #2 Printed Name

**TREWOL, INC., A FLORIDA CORPORATION**

BY: [signature] L.S.
**LOREN R. WOLTER, PRESIDENT**
3176 E. VENICE AVENUE, VENICE, FLORIDA 34292

**STATE OF FLORIDA**
**COUNTY OF SARASOTA**

The foregoing instrument was acknowledged before me this ~~31st~~ 25 day of **March, 1999** by LOREN R. WOLTER, PRESIDENT of TREWOL, INC., A FLORIDA CORPORATION on behalf of the corporation. He/she is personally known to me or has produced Florida Drivers License as identification.

SEAL

NOTARY PUBLIC STATE OF FLORIDA
A R Herb
My Commission CC600833
Expires November 11, 2000

[signature]
Notary Signature
A. R. Herb
Printed Notary Signature

My Commission Expires: 11-11-00

EXHIBIT
tabbies
92

OFFICIAL RECORDS INSTRUMENT # 1999043615 2 PGS

SUNSET AVE./MYRTLE DR.
NOKOMIS, FLORIDA
"GROVE PROPERTY"

EXHIBIT "A"

PARCEL I

Northwest Quarter (NW ¼) of Northeast Quarter (NE ¼) of Southeast Quarter (SE ¼) of section Twenty-Five (25), Township Thirty-Eight (38) South, Range Eighteen (18) East, containing 10 acres more or less.

PARCEL II

The West 30 feet of the following described property:

Begin at the Northeast corner of the Southwest ¼ of the Northeast ¼ of the Southeast ¼ of section 25, Township 38 South, Range 18 East; thence South 120 feet to the North boundary of Myrtle Drive; thence West 203.5 feet for a Point of Beginning; thence North and parallel with the East line of said Section, 120 feet; thence West along the Quarter Section line, 274.79 feet; thence South 120 feet to the North boundary of Myrtle Drive; thence East along the North boundary of Myrtle Drive, 274.79 feet more or less to the Point of Beginning.

PARCEL III

Begin at the Northwest corner of the Southwest ¼ of Northeast ¼ of Southeast ¼, section 25, Township 38 South, Range 18 East; thence East 80 feet to the Point of Beginning (being the Northeast corner of Page property); thence South 120 feet along the East line of Page's property to the North boundary of Myrtle Drive (as described in Deed to the County of Sarasota, recorded in Official Records Book 335, page 418, public records of Sarasota County, Florida); thence East 100 feet along North boundary of Myrtle Drive; thence North 120 feet to the North line of said Southwest ¼ of Northeast ¼ of Southeast ¼; thence West 100 feet, more or less to the Point of Beginning.

New Search Printable Version Search for another ID

EMPOWORA SARASOTA COUNTY PROPERTY APPRAISER FLORIDA

# 2007 Detail Information for Parcel 0165-01-0007

| | | |
|---|---|---|
| **Parcel** | **Property Address:** | MYRTLE DR |
| | Description | TRACT IN NE 1/4 OF SE 1/4 OF SEC 25-38-18 DESC AS COM A |
| | **Incorporation:** | UNINCORPORATED Tax Districts |
| | **Subdivision Code:** | 0000 |
| | **Use Code:** | 6200 |
| | **Sec/Twp/Rge:** | 25-38S-18E |
| | **Census Tract (2000)** | 22.01 |
| | **Zoning:** | RE1 |

<< Prior ID Nearby IDs Next ID >>

| | |
|---|---|
| **Ownership** | MIRMAN ILENE<br>4183 SHELL RD<br>SARASOTA, FL 34242 |

| | | |
|---|---|---|
| **2007 Values** (As of 1/1/2007) | **Just (Market) Value:** | $341,548 |
| | **Land Value:** | $247,748 |
| | **Improvement Value:** | $93,800 |
| | **Assessed Value:** | $120,443 |
| | **Homestead:** | No |
| | **Total Exemptions:** | $0 |
| | **Total Taxable:** | $120,443 |

| | | | |
|---|---|---|---|
| **Property** | **Land Area:** | 596,772 | |
| | **Total Building Area:** | 2,772 | (All Structures) |
| | **Total Living Area:** | 1,950 | (Enclosed Only) |
| | **Living Units:** | 1 | |
| | **Bed / Bath:** | 2 Bed / 2 Bath | |
| | **Pool:** | No | |
| | **Year Built:** | 1970 | |

| | | | |
|---|---|---|---|
| **Last Sale/Transfer** | **Sale Price:** | $237,000 (Multiple&nbspParcel&nbspSale) | Transfers |
| | **Date Sold:** | 3/31/1999 | |
| | **Deed Type:** | WD | |
| | **Grantor:** | TREWOL INC | |
| **Updated:** 1/23/2008 12:34:00 AM | **Instrument #:** | 1999043615 | View Document |

EXHIBIT
tabbies
93

EXHIBIT 94

15

IN THE COUNTY JUDGE'S COURT IN AND FOR SARASOTA COUNTY, FLORIDA.
IN PROBATE.

IN RE: Estate of MAXINE A. PATTON, Deceased. No. 7422

RECEIPT

The undersigned, CHARLOTTE PATTON REED, KENNETH STUART PATTON, III, and OLD COLONY TRUST COMPANY, as guardian for JAMES GORDON PATTON, as all of the beneficiaries under the will of Maxine A. Patton, deceased, hereby acknowledge receipt from Palmer First National Bank and Trust Company of Sarasota, Sarasota, Florida, as ancillary administrator with the will annexed of the estate of Maxine A. Patton, deceased, of the following described real property in accordance with Court Order Approving Accounts and Directing Distribution signed by the Sarasota County Judge on May 10, 1966, said distribution being all of the remaining real property in this estate:

| | | Value |
|---|---|---|
| Real property in Laurel, Sarasota County, Florida, in Section 31, Twp. 38 South, Range 19 East, containing approximately 8 acres of upland and 2 acres of submerged land with - | | |
| Improvements | $25,700.00 | |
| Land value | 15,037.68 | $40,737.68 |

IN WITNESS WHEREOF, we hereunto set our hands and seals this 21 day of July, 1966.

Charlotte Patton Reed
Charlotte Patton Reed

Kenneth Stuart Patton
Kenneth Stuart Patton, III

OLD COLONY TRUST COMPANY

STATE OF FLORIDA COUNTY OF SARASOTA
BE IT REMEMBERED THAT ON THIS 26 DAY OF July A. D., 1966, I HAVE DULY FILED THE WITHIN INSTRUMENT IN THE PUBLIC RECORDS OF SAID COUNTY.

2-8085

20

# The Commonwealth of Massachusetts

UNITED STATES OF AMERICA.

## COPY OF RECORD OF DEATH

Town of Falmouth

I, the undersigned, hereby certify that I am clerk of the Town of Falmouth that as such I have custody of the records of deaths required by law to be kept in my office; that among such records is one relating to the death of MAXINE (ALLABEN) PATTON and that the following is a true copy of so much of said record as relates to said death, namely;

Date of death September 13, 1963

Place of death Falmouth, Mass.

Name Maxine (Allaben) Patton

If deceased is a married, widowed or divorced woman, give also maiden name and name of husband.

Sex Female Color White

Single, Married, Widowed or Divorced Widowed-(Kenneth Stuart Patton, Jr.)

Age 48 Years 2 Months 25 Days

Residence Cambridge, Mass.

Occupation Housewife

U. S. War Veteran No

Specify War

Place of Birth Aurora, Ill.

| FATHER | MOTHER |
|---|---|
| Name Max Fenimore Allaben | Maiden Name Flora Solifisburg |
| Place of Birth Unknown | Place of Birth Aurora, Ill. |

Cause of Death Acute Barbituate Poisoning-Suicide.

Place of Burial Boston, Mass. Name of Cemetery Forest Hills Crematory

Date of Record September 16, 1963

And I do hereby certify that the foregoing is a true copy from said records.

Witness my hand and seal of said Town of Falmouth

on this 23rd day of September 1963

SEAL

[signature]

Clerk

Year 1963

Vol. 1958 Cont'd.

Page

No.

FORM 431 HOBBS & WARREN, INC., PUBLISHERS

EXHIBIT

95

tabbies

(10)

357117

# FEE SIMPLE DEED

0.R. 1654 PG 0508

This Indenture Made the 1st day of Jan A. D. 19 84

by CHARLOTTE PATTON REED

hereinafter called the grantor, to KENNETH STUART PATTON, III

whose post office address is Praia de Botafogo, 374 - 10º andar, Botafogo, Rio de Janeiro, RJ - CEP 22250, Brasil hereinafter called the grantee.

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

Witnesseth: That the grantor, for and in consideration of the sum of $ 10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, and transfers unto the grantee, all that certain land situate in Sarasota County, Florida, viz: The undivided one-third (1/3) interest of the Grantor in and to the following: The Southeast ¼ of the Northwest ¼ of the Southwest ¼ lying west of the Seaboard Coastline Railroad in Section 31, Township 38 South, Range 19 East, Sarasota County, Florida and the Southwest ¼ of the Northwest ¼ of the Southwest ¼ of Section 31, Township 38 South, Range 19 East containing approximately 8 acres of upland and 2 acres of submerged land, including all riparian rights and privileges thereunto belonging or in anywise appertaining.

THE LANDS TRANSFERRED HEREBY ARE NEITHER THE HOMESTEAD NOR THE RESIDENCE OF THE GRANTOR, THE GRANTOR RESIDING IN TAMPA, HILLSBOROUGH COUNTY, FLORIDA

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

In Witness Whereof, the said grantor has hereunto set hand and seal the day year first above written.

Signed, sealed and delivered in our presence:

[signature] [signature] (Seal)
CHARLOTTE PATTON REED

[signature] (Seal)

(Seal)

(Seal)

Documentary Tax Pd. $ 315.00
Intangible Tax Pd. $
R. H. Hackney, Jr., Clerk, Sarasota County
By: [signature]
Deputy Clerk

FILED AND RECORDED
IN OFFICE OF CLERK
SARASOTA CO. FLA.
FEB 8 3 05 PM '84
357117

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this 1st day of January 19 84 by CHARLOTTE PATTON REED

This instrument was prepared by STEPHEN H. REYNOLDS of Macfarlane, Ferguson, Allison & Kelly, P. O. Box 1531 Tampa, Fla. 33601

[signature]
Notary Public State at Large

My Commission Expires:

NOTARY PUBLIC, State of Florida
My Commission Expires Sept. 14, 1985

STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 1 of the instrument filed in this office. The original instrument filed contains 1 pages.
☐ This copy has no redactions. ☒ This copy has been redacted pursuant to law.
Witness my hand and official seal this 14th day of Dec, 20 07.
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: [signature]
Deputy Clerk

EXHIBIT
96

5.00 Rec
315.00 DS

CHELSEA TITLE and GUARANTY COMPANY

O.R. 1754 PG 1681

(10P)

WARRANTY DEED
INDIVID. TO INDIVID.

469184

# This Warranty Deed

Made the 7th [illegible] JANUARY [illegible]

JAMES G. PATTON & BEVERLY PATTON, his wife as tenant in common as to an undivided 1/3 interest

*hereinafter called the grantor, to*

KENNETH S. PATTON III & GRACE E. PATTON, his wife C/O Mr. and Mrs. W. H. Esworthy, Jr., P.O. Box 98

*whose postoffice address is* Laurel, Florida, 33545

*hereinafter called the grantee.*

[illegible]

**Witnesseth:** *That the grantor, for and in consideration of the sum of $* 10.00 *and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in* SARASOTA *County, Florida, viz:*

The Southeast 1/4 of the Northwest 1/4 of the Southwest 1/4 lying west of the Seaboard Coastline Railroad in Section 31, Township 38 South, Range 19 East Sarasota County, Florida, and the Southwest 1/4 of the Northwest 1/4 of the Southwest 1/4 of Section 31, Township 38 South, Range 19 East.

Documentary Tax Pd. $ 315.00
Intangible Tax Pd. $
R. H. Hackney, Jr., Clerk, Sarasota County
By: A. Molby
Deputy Clerk

**Together** *with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.*

**To Have and to Hold,** *the same in fee simple forever.*

**And** *the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 19* 84.

This instrument prepared by J. Atkins
[illegible] Guaranty Company
P. O. Box No. 3247
Sarasota, Florida 33578
incidental to the issuance of title insurance

**In Witness Whereof,** *the said grantor has signed and sealed these presents the day and year first above written.*

*Signed, sealed and delivered in our presence:*

[signature] JAMES G. PATTON

[signature] BEVERLY PATTON

STATE OF GEORGIA
COUNTY OF DEKALB

SPACE BELOW FOR RECORDERS USE

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared JAMES G. PATTON & BEVERLY PATTON, his wife

to me known to be the person described in and who executed the foregoing instrument and they acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 9th day of January, A.D. 1984

Impress Seal of Office

[signature]
Notary Public

Notary Public, Georgia, State at Large
My Commission Expires July 6, 1985

*This Instrument prepared by:* JYR/S-11161

XXXXXX My commission expires:

FILED AND RECORDED
R.H. HACKNEY, CLERK
SARASOTA CO. FLA.
FEB 21 2 28 PM '85
469184

EXHIBIT
97

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0384-05-0001

**Parcel**

**Property Address:** 301 CHURCH ST
Description | COM AT NW COR OF SW 1/4 OF SEC 31-38-19 TH S-01-48-41-E
**Incorporation:** UNINCORPORATED | Tax Districts
**Subdivision Code:** 0000
**Use Code:** 0100
**Sec/Twp/Rge:** 31-38S-19E
**Census Tract (2000)** 22.03
**Zoning:** RE2

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

PATTON KENNETH S
PATTON GRACE E
PO BOX 98
LAUREL, FL 34272-0098

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $889,200
**Land Value:** $406,000
**Improvement Value:** $483,200
**Assessed Value:** $315,556
**Homestead:** Yes | 'Save Our Homes' Cap
**Total Exemptions:** $25,000
**Total Taxable:** $290,556

**Property**

**Land Area:** 227,818
**Total Building Area:** 5,121 (All Structures)
**Total Living Area:** 3,006 (Enclosed Only)
**Living Units:** 1
**Bed / Bath:** 2 Bed / 2 Bath / 1 Half Bath
**Pool:** No
**Year Built:** 1991

**Last Sale/Transfer**

**Sale Price:** Non-Sale Transfer | Transfers
**Date Sold:** 3/1/1988
**Deed Type:** NA
**Grantor:**
**Instrument #:** 2018/2767 | View Document

**Updated:** 3/20/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
98

02/21/2008 11:45 14053487027 EAST_SECOND_ST PAGE 04

65.00
60.50
12.00

748795

WARRANTY DEED

OFF REC 1166 PG 1079

THIS INDENTURE, Made this 28 day of February, 1977, between THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, a non-profit corporation existing under the laws of the State of Louisiana, having its principal place of business in the Parish of Orleans and State of Louisiana, and MAGNOLIA SCHOOL, INC., a corporation existing under the laws of the State of Louisiana, having its principal place of business in the Parish of Jefferson and State of Louisiana, parties of the first part, and JAMES H. WILKIE and SHARON L. WILKIE, husband and wife, 3439 Fair Oaks Place, Sarasota, Florida 33580, of the County of Sarasota and State of Florida, parties of the second part,

WITNESSETH, That the said parties of the first part, for and in consideration of the sum of TEN DOLLARS AND OTHER VALUABLE CONSIDERATIONS, to them in hand paid by the said parties of the second part, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said parties of the second part, their heirs and assigns forever, the following described land, situate, lying and being in the County of Sarasota, State of Florida, to-wit:

Lots 1 and 2, SPRING LAKE SUBDIVISION, Addition No. 1, as per plat thereof recorded in Plat Book 9, Page 40, of the Public Records of Sarasota County, Florida.

This deed is given subject to easements of record and taxes for the year 1977 and subsequent years.

And the said parties of the first part do hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the parties of the first part have caused these presents to be signed in their names by their Chairman and President, respectively, and their corporate seals to be affixed, the day and year above written.

Signed, Sealed and Delivered in the Presence of:

Rita J. Lesler

Jura B. Lee

As to The Administrators of the Tulane Educational Fund

Doreen Schnell

Sharon S. Liddi

As to Magnolia School, Inc.

THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND

By: [signature]
Chairman

MAGNOLIA SCHOOL, INC.

By: [signature]
President

Williams, Parker & D

STATE OF FLORIDA DOCUMENTARY STAMP TAX 66.00

SARASOTA COUNTY FLORIDA DOCUMENTARY SURTAX 60.50

OFF REC 1166 PG 1079

EXHIBIT 99

STATE OF LOUISIANA )
)
PARISH OF ORLEANS )

I HEREBY CERTIFY, That on this 14th day of February, 1977, before me personally appeared EDMUND McILHENNY, Chairman of THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, a non-profit corporation existing under the laws of the State of Louisiana, to me known to be the person described in and who executed the foregoing conveyance to JAMES H. WILKIE and SHARON L. WILKIE, husband and wife, and acknowledged the execution thereof to be his free act and deed as such officer, for the uses and purposes therein mentioned; and that he affixed thereto the official seal of said corporation, and the said instrument is the act and deed of said corporation.

WITNESS my signature and official seal at New Orleans, in the Parish of Orleans and State of Louisiana, the day and year last aforesaid.

Notary Public

My Commission Expires:
at my death

* * *

STATE OF LOUISIANA )
)
PARISH OF ORLEANS )

I HEREBY CERTIFY, That on this 28 day of February, 1977, before me personally appeared ------ Henry Boh as President of MAGNOLIA SCHOOL, INC., a corporation existing under the laws of the State of Louisiana, to me known to be the person described in and who executed the foregoing conveyance to JAMES H. WILKIE and SHARON L. WILKIE, husband and wife, and acknowledged the execution thereof to be his free act and deed as such officer, for the uses and purposes therein mentioned; and that he affixed thereto the official seal of said corporation, and the said instrument is the act and deed of said corporation.

WITNESS my signature and official seal at New Orleans, in the Parish of Orleans and State of Louisiana, the day and year last aforesaid.

Notary Public

My Commission Expires:
at death

C. ELLIS HENICAN
Notary Public, Parish of Orleans, State of La.
My commission is issued for life.

OFF REC 1166 PG 1081

THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND
504 FIRST NATIONAL BANK OF COMMERCE BUILDING
NEW ORLEANS 70112

March 3, 1977

At the regular bimonthly meeting of The Administrators of the Tulane Educational Fund, held March 3, 1977, a quorum being present, the following resolution was unanimously adopted:

"RESOLVED, That the action of Edmund McIlhenny be confirmed in the executing of a deed to James H. Wilkie and Sharon L. Wilkie of Tulane's ½ interest in property lying in the County of Sarasota, State of Florida, described as Lots 1 and 2, Springlake Subdivision, Addition No. 1, as per plat thereof recorded in Plat Book 9, page 40 of the public records of Sarasota County, Florida, for the sum of $55,000.00 cash for the entire property, and on such other terms and considerations as are contained in the said deed."

I certify that the above is a true and correct copy of the resolution adopted at the said meeting.

Clarence Scheps

Clarence Scheps
Secretary

OFF REC 1166 PG 1081

OFF REC 1166 PG 1082

UNANIMOUS CONSENT
OF BOARD OF GOVERNORS
OF THE MAGNOLIA SCHOOL INC.

We, the undersigned being all of the members of the Board of Governors of the Magnolia School Inc., a non-profit corporation organized under the laws of the state of Louisiana Revised Statues 12:233 do hereby and herein unanimously agree as follows, to'wit:

1. We authorize Henry Boh, President, to use his uncontrolled judgment and discretion in disposing of the interest of the Magnolia School Inc. in lots I and 2, Spring Lake Subdivision, addition No. 1, as per plat thereof reocrdered in Plat Book 9, page 40, of the Public Records of Sarasota County, state of Florida, being the same property that was aquired by the Magnolia School Inc. and the administrators of the Tulane Educational Fund by warranty did from Kathryn B. Gore, a widow, dated December 27,1976.

2. Henry Boh, President, is not only authorized to use his sole discretion in signing a deed in which title to the interest of the Magnolia School Inc. will be transfered to a purchaser but he is further authorized to select the consideration, terms and conditions therof.

3. Henry Boh, President, is further authorized to sign a receipt for the consideration and to use his own sole judgment and discretion in making whatever if any deductions from the gross sum received that he may consider appropriate, including without limitation such amounts as may be proper, in his sole judgement, for taxes, closing cost, commission, counsel fees and expenses, the net amount to be for the account of the Magnolia School Inc..

4. We hereby agree to approve and ratify whatever Henry Boh, President, may properly do hereunder.

Those done and executed on this 28 day of February 1977.

[signatures]

OFF REC 1166 PG 1082

OFF REC 1166 PG 1083

CERTIFICATE

I secretary of the Board of Govenors of the Magnolia School Inc. certify that the persons who exicuted the above and foregoing Unanimous Consent were at the time of execution were the sole members of the Board of Govenors and that their genuine signatures appear above.

SECRETARY

748795

FILED AND RECORDED
R. H. HACKNEY, JR. CLERK
SARASOTA CO. FLA.
APR 7 9 41 AM '77