Recd 15.00
Doc St .55
IT 5.5

904390

WARRANTY DEED

THIS INDENTURE, made this 28 day of June, 1988, by and between JAMES H. WILKIE and SHARON L. WILKIE, husband and wife, hereinafter referred to as Grantor, and JAMES H. WILKIE, as Trustee, hereinafter referred to as Trustee, whose post office address is 3650 Mandarin Road, Sarasota, Florida 34243.

WITNESSETH, Grantor, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable considerations, receipt of which is hereby acknowledged, does hereby grant, bargain, sell and convey to Trustee, its successors and assigns, the following described property situate in Sarasota County, Florida, to wit:

Lots 1,2,3 and 4, SPRING LAKE SUBDIVISION, Addition No. 1, as per plat thereof recorded in Plat Book 9, Page 40, of the Public Records of Sarasota County, Florida; together with all right, title and interest of Grantor in land lying in the bed of highways, roads, avenues, streets and alleys abutting the described premises.

O.R. 2043 PG 1153

SUBJECT TO taxes for current and subsequent years and to covemants, restrictions and easements of record and to applicable zoning regulations.

TOGETHER with all appurtenances, privileges, rights, interests, dower, reversions, remainders and easements thereunto appertaining;

TO HAVE AND TO HOLD said real estate with the following powers and for the following uses and purposes, to wit:

1. The Trustee is vested with full rights of ownership over the above described real estate and Trustee is specifically granted and given the power and authority:

a) To protect and conserve said real estate and improvements located thereon and to pay the taxes assessed thereon;

b) To sell said real estate, for cash or on credit, at public or private sale, to exchange said real estate for other property and to grant options to sell said property, and to determine the price and terms of sales, exchanges and options;

c) To execute leases and subleases for terms as long as 200 years, to subdivide or improve said real estate and tear down or alter improvements, to grant easements, give consent and make contracts relating to said real estate or its use and to release or dedicate any interest in said real estate;

d) To borrow money and to mortgage, pledge or encumber any or all of the said real estate to secure payment thereof;

e) To manage, control and operate said real estate, to collect the rents, issues and profits, to pay all expenses thereby incurred, and in addition, to manage and operate any business that may now or hereafter be operated and maintained on said real estate, and in general, to exercise any powers authorized by the provisions of Section 737.402, Florida Statutes, 1985.

Documentary Tax Pd.$ 55
Intangible Tax Pd.$
Karen E. Rushing, Clerk Sarasota County
By: [signature] Deputy Clerk

EXHIBIT
100

2. The Trustee shall hold said real estate and make distributions of said real estate or of the proceeds derived therefrom in accordance with the terms and conditions of that certain Trust Agreement collateral hereto entered into by JAMES H. WILKIE and the Trustee dated June 28, 1988.

3. No purchaser, grantee, mortgagee, lessee, assignee or any other person dealing with the Trustee need see to the application of any proceeds of any sales, lease, mortgage or pledge, but the receipt of the Trustee shall be a complete discharge and acquittance therefor. Any and all persons, including but not limited to grantees, mortgagees, lessees, transferees and assigns dealing with said Trustee need not inquire into the identification or status of any beneficiary under this deed or any collateral instrument nor inquire into or ascertain the authority of such Trustee to act in and exercise the powers granted by this deed or of adequacy or disposition of any consideration paid to Trustee nor inquire into the provisions of the said unrecorded Trust Agreement and any amendments thereto collateral hereto.

O.R. 2043 PG 1154

4. The Grantor does hereby define and declare that the interests of any beneficiary hereunder or under the said Trust Agreement and any amendment thereto collateral hereto shall be personal property only.

5. The Grantor recites that this conveyance is made in conformance with the provisions of Section 689.071, Florida Statutes, 1985.

6. By its acceptance of this conveyance, the Trustee covenants and agrees to do and perform the duties, acts and requirements upon it binding.

7. In the event of the resignation, death or inability of JAMES H. WILKIE to serve as Trustee, the Grantor's wife, SHARON L. WILKIE, shall serve as successor Trustee, without bond. In the event of the death, resignation or inability of SHARON L. WILKIE to serve as a Trustee, SHARON L. WILKIE'S children, TAMARA G. WEST and SCOTT E. WILKIE, or the surviving one of them, shall serve as successor Co-Trustees or sole Trustee, as the case may be, without bond. Every successor Trustee shall have all of the title, powers and discretion herein given to the Trustee, without any act of conveyance or transfer. Whenever used herein, the word "Trustee" shall specifically include "successor Trustee".

And Grantor hereby covenants with Trustee that Grantor is lawfully seized of said property in fee simple and it is free of encumbrances except as above stated; that Grantor has good right and lawful authority to convey same and Trustee shall have quiet enjoyment thereof. The Grantor does hereby fully warrant the title of said property, and will defend the same against lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed the date above written.

Signed, sealed and delivered in the presence of:

Betty Hughes

Elizabeth C. Marshall

James H. Wilkie (SEAL)
JAMES H. WILKIE

Sharon L. Wilkie (SEAL)
SHARON L. WILKIE

O.R. 2063 PG 1155

STATE OF FLORIDA
COUNTY OF SARASOTA

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to take acknowledgments in the county and state above named, personally appeared JAMES H. WILKIE and SHARON L. WILKIE, to me known to be the persons described in and who executed the foregoing deed and acknowledged before me that they executed the same freely and voluntarily for the purposes therein expressed.

WITNESS my hand and official seal in the county and state named above this 28 day of June, 1988.

Notary Public

My commission expires:
Notary Public, State of Florida at Large
My Commission Expires Sept. 28, 1989

Ret. to: Prepared by: Monte K. Marshall
Williams, Parker, Harrison, Dietz & Getzen
1550 Ringling Blvd., P. O. Box 3258
Sarasota, Fla. 34230

RECORDED IN OFFICIAL
RECORDS
Jun 29 11 14 AM '88
KARL
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL.

STATE OF FLORIDA

# OFFICE of VITAL STATISTICS

CERTIFIED COPY

## CERTIFICATE OF DEATH FLORIDA

LOCAL FILE NO. 369

- 1. DECEDENT'S NAME (First, Middle, Last): JAMES HENRY WILKIE, JR.
- 2. SEX: Male
- 3. DATE OF DEATH (Month, Day, Year): January 30, 1989
- 4. SOCIAL SECURITY NUMBER: 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
- 5a. AGE-Last Birthday (years): 56
- 5b. UNDER 1 YEAR: Months / Days
- 5c. UNDER 1 Day: Hours / Minutes
- 6. DATE OF BIRTH (Month, Day, Year): January 3, 1933
- 7. BIRTHPLACE (City and State or Foreign Country): Purcell, Oklahoma
- 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No): Yes
- 9a. PLACE OF DEATH (Check only one; see instructions on other side): HOSPITAL [X] Inpatient [ ] ER/Outpatient [ ] DOA; OTHER [ ] Nursing Home [ ] Residence [ ] Other (Specify)
- 9b. INSIDE CITY LIMITS? (Yes or No): Yes
- 9c. FACILITY NAME (If not institution, give street and number): Sarasota Memorial Hospital
- 9d. CITY, TOWN, OR LOCATION OF DEATH: Sarasota
- 9e. COUNTY OF DEATH: Sarasota
- 9bde: 6804
- 10a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired): Owner/Operator
- 10b. KIND OF BUSINESS/INDUSTRY: Oil Company
- 11. MARITAL STATUS — Married, Never Married, Widowed, Divorced (Specify): Married
- 12. SURVIVING SPOUSE (If wife, give maiden name): Sharon Braden
- 13a. RESIDENCE — STATE: Florida
- 13b. COUNTY: Sarasota
- 13c. CITY, TOWN, OR LOCATION: Sarasota
- 13d. STREET AND NUMBER: 6530 Mandarin Road
- 13e. INSIDE CITY LIMITS? (Yes or No): No
- 13f. ZIP CODE: 34238
- 14. WAS DECEDENT OF HISPANIC OR HAITIAN ORIGIN? (Specify No or Yes — If yes, specify Haitian, Cuban, Mexican, Puerto Rican, etc.): [X] No [ ] Yes Specify:
- 15. RACE — American Indian, Black, White, etc. Specify: White
- 16. DECEDENT'S EDUCATION (Specify only highest grade completed): Elementary/Secondary (0-12): ; College (1-4 or 5+): 4
- 17. FATHER'S NAME (First, Middle, Last): James Henry Wilkie
- 18. MOTHER'S NAME (First, Middle, Maiden Surname): Zena Rock
- 19a. INFORMANT'S NAME (Type/Print): Sharon Wilkie
- 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code): 6530 Mandarin Road, Sarasota, Florida 34238
- 20a. METHOD OF DISPOSITION: [X] Burial [ ] Cremation [ ] Removal from State [ ] Donation [ ] Other (Specify)
- 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): Sarasota Memorial Park
- 20c. LOCATION — City or Town, State: Sarasota, Florida
- 21a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH: [signature]
- 21b. LICENSE NUMBER (of Licensee): FE 1666
- 21c. NAME AND ADDRESS OF FACILITY: Wiegand Brothers Funeral Home, 7454 S. Tamiami Trail, Sarasota, Fl. 34231
- 22a. (To be completed by certifying physician only) To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) as stated. (Signature and Title): [signature] Joseph F. Bubinak
- 22b. DATE SIGNED (Mo., Day, Yr.): 1 Feb 1989
- 22c. HOUR OF DEATH: 3:30 P M
- 22d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print):
- 23a. (To be completed by medical examiner) On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and manner as stated. (Signature and Title):
- 23b. DATE SIGNED (Mo., Day, Yr.):
- 23c. HOUR OF DEATH: M
- 23d. PRONOUNCED DEAD (Mo., Day, Yr.):
- 23e. PRONOUNCED DEAD (Hour): M
- 24. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER) (Type or Print): Joseph F. Bubinak, M.D., 1617 S. Tuttle Ave., Sarasota, Florida 34239
- 25a. SUBREGISTRAR — SIGNATURE AND DATE:
- 25b. LOCAL REGISTRAR — SIGNATURE: [signature]
- 25c. DATE REGISTERED: Feb. 2, 1989
- 26. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. (Approximate Interval Between Onset and Death)
  - IMMEDIATE CAUSE (Final disease or condition resulting in death): a. Metastatic Transitional Cell
  - DUE TO (OR AS A CONSEQUENCE OF): b. Carcinoma of Bladder
  - DUE TO (OR AS A CONSEQUENCE OF): c.
  - DUE TO (OR AS A CONSEQUENCE OF): d.
  - Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.
- PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
- 27a. WAS AN AUTOPSY PERFORMED? (Yes or No): No
- 27b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No):
- 28. CASE REPORTED TO MEDICAL EXAMINER? (Yes or No): No
- 29. IF FEMALE, WAS THERE A PREGNANCY IN THE PAST 3 MONTHS? [ ] YES [ ] NO
- 30a. IF SURGERY IS MENTIONED IN PART I or II ENTER CONDITION FOR WHICH IT WAS PERFORMED:
- 30b. DATE OF SURGERY (Mo., Day, Year):
- 31. PROBABLE MANNER OF DEATH (Specify) Accident, suicide or homicide, or undetermined:
- 32a. DATE OF INJURY (Month, Day, Year):
- 32b. TIME OF INJURY: M
- 32c. INJURY AT WORK? (Yes or No):
- 32d. DESCRIBE HOW INJURY OCCURRED:
- 32e. PLACE OF INJURY — At home, farm, street, factory, etc. (Specify):
- 32f. LOCATION (Street and Number or Rural Route Number, City or Town, State):

HRS Form 512, Jan. 89 (Obsoletes Previous Editions)

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

BY: [signature] Ann L. Kreul Feb.2,1989

CHIEF DEPUTY REGISTRAR, SARASOTA COUNTY PUBLIC HEALTH UNIT

OLIVER H. BOORDE State Registrar

SEAL OF THE STATE OF FLORIDA — IN GOD WE TRUST

**WARNING:** ANY REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW. DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH COLORED BACKGROUND AND EMBOSSED GREAT SEAL OF THE STATE OF FLORIDA. ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

HRS FORM 1564A

HRS DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES

CERTIFICATION OF VITAL RECORD

EXHIBIT 101

Record 6.00
Doc. St. .55
6.55

# Indenture

90106658

When used herein any gender shall include all genders, the plural number the singular and the singular, the plural.

**This Indenture** made this 16 day of October A.D. 19 90, by and between SHARON L. WILKIE, as Successor Trustee under that certain deed recorded in O.R. Book 2043 at Page 1153, 1154 & 1155, Public Records of Sarasota County, Florida, and as Successor Trustee U/A James H. Wilkie dated June 28, 1988

hereinafter referred to as Grantor, and
SHARON L. WILKIE

hereinafter referred to as Grantee, whose post office address is 6530 Mandarin Road
Sarasota, Fla. 34243

** OFFICIAL RECORDS **
BOOK 2248 PAGE 2090

**Witnesseth:** Grantor, in consideration of the sum of ten dollars and other valuable considerations to him in hand paid by Grantee, receipt of which is hereby acknowledged, does hereby grant, bargain, sell and convey to Grantee, his heirs and assigns forever, the following described property situate in Sarasota County, Florida:

An undivided 23.73% of Lots 1, 2, 3 and 4, SPRING LAKE SUBDIVISION, Addition No. 1, as per plat thereof recorded in Plat Book 9, Page 40, of the Public Records of Sarasota County, Florida; together with all right, title and interest of Grantor in land lying in the bed of highways, roads, avenues, streets and alleys abutting the described premises.

SUBJECT TO taxes for current and subsequent years and to covenants, restrictions and easements of record and to applicable zoning regulations.

TOGETHER with all appurtenances, privileges, rights, interests, dower, reversions, remainders and easements thereunto appertaining.

The Grantor recites that the initial Trustee of said Trust Agreement, James H. Wilkie, died on January 30, 1989, a resident of Sarasota County, Florida. Pursuant to the terms of the above referred to deed, the undersigned, Sharon L. Wilkie, is the duly appointed, qualified and acting Successor Trustee of said Trust Agreement. The Grantor further recites that the balance of the title to the above described real estate represents the assets comprising the Residuary Trust Share as created under said Trust Agreement.

together with all appurtenances, privileges, rights, interests, dower, reversions, remainders and easements thereunto appertaining. Grantor warrants against only the lawful claims of all persons claiming by, through or under Grantor.

**In Witness Whereof,** Grantor has signed and sealed this deed the date above written.

Signed, sealed and delivered
in the presence of:

Bettye B. Cook
Monte K. Marshall

Sharon L. Wilkie (SEAL)
SHARON L. WILKIE, as Successor Trustee aforesaid

(SEAL)

TRANS NUM:00052719
DOC STAMPS PD: $.55
INTANG. TAX PD: $.00
KAREN E RUSHING SARASOTA CO.
BY: K. Haines D.C.

RECORDED IN OFFICIAL RECORDS
Oct 16 4 53 PM '90
KAREN E. RUSHING CLERK OF CIRCUIT COURT SARASOTA COUNTY, FL

STATE OF FLORIDA )
COUNTY OF SARASOTA )

**I Hereby Certify** that on this day, before me, an officer duly authorized to take acknowledgments in the state and county named above, personally appeared
SHARON L. WILKIE, as Successor Trustee aforesaid,

to me known to be the persons described in and who executed the foregoing deed and acknowledged before me that they executed the same freely and voluntarily for the purposes therein expressed.

**Witness** my hand and official seal in the state and county named above this 16 day of October, A.D. 19 90.

Ret. to: Prepared by: Monte K. Marshall
Williams, Parker, Harrison, Dietz & Getzen
1550 Ringling Blvd., P. O. Box 3258
Sarasota, Florida 33578 34230

Bettye B. Cook
Notary Public
My commission expires:
Notary Public, State of Florida at Large
My Commission Expires Sept. 28, 1993

NOTARY PUBLIC STATE OF FLORIDA

EXHIBIT
102

New Search | Printable Version | Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0070-02-0027

**Parcel**

| | |
|---|---|
| **Property Address:** | 4060 BEE RIDGE RD |
| Description | FIRESTONE LOTS 1 2 3 & 4 SPRING LAKE SUB ADD 1 |
| **Incorporation:** | UNINCORPORATED (Tax Districts) |
| **Subdivision Code:** | [illegible] |
| **Use Code:** | 2720 |
| **Sec/Twp/Rge:** | 03-37S-18E |
| **Census Tract (2000)** | 15.06 |
| **Zoning:** | CG |

<<Prev ID | Nearby IDs | Next ID>>

**Ownership**

WILKIE JAMES H EST 76.27%
WILKIE SHARON L 23.73%
C/O BRIDGESTONE AMERICAS INC
535 MARRIOTT DR TAX DEPT 142956
NASHVILLE, TN 37214

**2007 Values**
(As of 1/1/2007)

| | |
|---|---|
| **Just (Market) Value:** | $1,296,500 |
| **Land Value:** | $1,014,700 |
| **Improvement Value:** | $281,800 |
| **Assessed Value:** | $1,296,500 |
| **Homestead:** | No |
| **Total Exemptions:** | $0 |
| **Total Taxable:** | $1,296,500 |

**Property**

| | | |
|---|---|---|
| **Land Area:** | 42,280 | |
| **Total Building Area:** | 8,248 | (All Structures) |
| **Total Living Area:** | 8,008 | (Enclosed Only) |
| **Living Units:** | | |
| **Bed / Bath:** | 0 Bed / 3 Bath | |
| **Pool:** | No | |
| **Year Built:** | 1977 | |

**Last Sale/Transfer**

| | |
|---|---|
| **Sale Price:** | Non-Sale Transfer (Transfers) |
| **Date Sold:** | 10/16/1990 |
| **Deed Type:** | ID |
| **Grantor:** | WILKIE JAMES H TTEE |
| **Instrument #:** | 2248/2090 (View Document) |

Updated: 2/14/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

EXHIBIT
tabbies
103

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2001133675 2 PGS
2001 SEP 18 02:17 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
MTAYLOR Receipt#086045
Doc Stamp-Deed: 262.50

THIS INSTRUMENT WAS PREPARED
WITHOUT EXAMINATION OF TITLE BY
Robert L Williams
Attorney at Law
209 S Nassau Street, Suite 101
Venice, Florida 34285

**Parcel Tax I. D. Number: 0383-04-0002**

2001133675

## QUIT-CLAIM DEED

**THIS QUIT-CLAIM DEED,** Executed this 6th day of September, 2001, by **MILDRED K. SKELTON, Successor Trustee of the George I. Skelton Revocable Trust, dated February 26, 1991**, with post office address of 750 East Laurel Road, Nokomis, Florida 34275, first party, to **ROBERT L. WILLIAMS, Successor Trustee of the Mildred K. Skelton Revocable Trust, dated February 26, 1991**, second party

(Wherever used herein the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires )

**WITNESSETH,** That the said first party for and in consideration of the sum of Ten Dollars in hand paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said second party forever, all the right, title, interest, claim and demand which the said first party has in and to the following described lot, piece or parcel of land, situate, lying and being in the County of Sarasota, State of Florida, to-wit

An undivided one-half (1/2) interest in the following described property

Begin at the Northwest corner of Section 31, thence North 89 degrees 41' 26" East, a distance of 959 88 feet, thence South 0 degrees 15' 25" West, 44 63 feet to a point on the South right of way line of Laurel Road for the P O B , thence South 0 degrees 15' 25" West, 1294 97 feet to an iron pipe, thence South 89 degrees 8' 44" West, 511 44 feet to a concrete monument on the Easterly right of way line of the Seaboard Coast Line Railroad, thence North 11 degrees 58' 7" West, 1322 62 feet to the intersection of such Seaboard Coast Line Railroad Easterly right of way line with the South right of way line of Laurel Road, thence North 89 degrees 22' 12" East, 791 52 feet to the P O B , all lying and being in Section 31, Township 38 South, Range 19 East, Sarasota County, Florida,

Subject to easements restrictions and reservations, if any, governmental regulations and taxes for the year 2001 and subsequent years

1 Trustee is vested with full rights of ownership over the above-described real estate and is specifically granted and given the power and authority

(a) To protect and conserve said real estate and improvements located thereon and to pay the taxes assessed thereon,

(b) To sell said real estate, for cash or on credit, at public or private sale, to exchange said real estate for other property and to grant options to sell said property, and to determine the price and terms of sales, exchanges and options,

(c) To execute leases and subleases for terms as long as 99 years, to subdivide or improve said real estate and tear down or alter improvements, to grant easements, give consent and make contracts relating to said real estate or its use and to release or dedicate any interest in said real estate.

(d) To borrow money, and to mortgage, pledge or encumber any or all of the said real estate to secure payment thereof,

EXHIBIT
tabbies
104

(e) To manage, control, operate and dispose of said real estate, to collect the rents, issues and profits, to pay all expenses thereby incurred, and, in addition, to manage and operate any business that may now or hereafter be operated and maintained on said real estate

2 Rights of ownership over the above-described real estate and the power and authority granted under Paragraph 1 above shall vest in any Successor Trustee named herein or in the aforesaid Trust Agreement only upon the recording by said Successor Trustee of an acceptance of the trust in the Public Records of the county wherein the property is located

3 The First Party does hereby define and declare that the interests of any beneficiary hereunder or under the said Trust Agreement collateral hereto shall be personal property only

4 The First Party recites that this conveyance is made in conformance with the provisions of Florida Statutes Section 689 071, and corresponding statutes

5 By acceptance of this conveyance, the Trustee covenants and agrees to do and perform the duties, acts and requirements of this instrument

**TO HAVE AND TO HOLD** the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the first party, either in law or equity, to the only proper use, benefit and behoof of the said second party forever

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written

Signed, sealed and delivered
in the presence of

Virginia S Greenwood
Virginia S. Greenwood
(Printed Name)

Dalena D. Smith
Dalena D Smith
(Printed Name)

Mildred K. Skelton
**MILDRED K. SKELTON**
Successor Trustee of the George I Skelton Revocable Trust, dated 2/26/1991

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 6th day of September, 2001, by **MILDRED K. SKELTON,** who is personally known to me or who has produced _______________ as identification

DALENA D SMITH
Notary Public, State of Florida
My comm expires Mar 14, 2003
Comm No CC817245

Dalena D Smith
NOTARY PUBLIC
Typed Name Dalena D Smith

New Search | Printable Version

Search for another ID

JIM TODORA
SARASOTA COUNTY
PROPERTY APPRAISER
FLORIDA

# 2007 Detail Information for Parcel 0383-04-0002

**Parcel**

**Property Address:** 650 E LAUREL RD
Description | BEG NW COR SEC 31-38-19 TH N-89-41-26- E 959.88 FT TH S
**Incorporation:** UNINCORPORATED | Tax Districts
**Subdivision Code:** 0000
**Use Code:** 0000
**Sec/Twp/Rge:** 31-38S-19E
**Census Tract (2000)** 22.03
**Zoning:** RSF4

<< Prior ID | Nearby IDs | Next ID >>

**Ownership**

MTH ASSOCIATES LLC
30 DAISY CT
WHITEHOUSE STATION, NJ 08889

**2007 Values**
(As of 1/1/2007)

**Just (Market) Value:** $395,700
**Land Value:** $395,700
**Improvement Value:** $0
**Assessed Value:** $395,700
**Homestead:** No
**Total Exemptions:** $0
**Total Taxable:** $395,700

**Property**

**Land Area:** 836,352
**Vacant Lot:** No Building Details

**Last Sale/Transfer**

**Sale Price:** $2,210,000 | Transfers
**Date Sold:** 8/25/2004
**Deed Type:** WD
**Grantor:** WILLIAMS,ROBERT L
**Instrument #:** 2004166968 | View Document

**Updated:** 2/5/2008 12:34:00 AM

The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. **Copyright @ 2001 - 2008 Sarasota County Property Appraiser. All rights reserved.**

Home Page | Real Property | Personal Property | Sales Search

EXHIBIT
tabbies
105