IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BAY PLAZA PROPERTIES, LLC, et al., | ) | Hon. Lawrence M. Baskir |
| Plaintiffs, | ) | |
| | ) | No. 08-198 |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THE PARTIES' JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Defendant hereby respectfully requests an enlargement of two (2) days, or to and including July 16, 2008, for the filing of the parties' Joint Preliminary Status Report ("JPSR").

This is the first request for extension of this deadline.

Defendant requires this additional time in order to coordinate its internal position on the matters contained in the JPSR. Defendant apologizes to the Court for the closeness of this request to the current due date of the JPSR, July 14. This situation arose because, on July 11, Defendant provided Plaintiffs with a draft JPSR it believed to have been prepared for this matter. In fact, the draft JPSR sent to Plaintiffs was

prepared for another case. Plaintiffs prepared a JPSR for this matter and provided it to Defendant on the morning of July 14. After receiving the draft JPSR from Plaintiffs the morning of July 14, Defendant only became aware on the afternoon of July 14 that it would be unable to coordinate its internal position on this JPSR prior to the currently-scheduled due date.

Counsel for Defendant has contacted Counsel for Plaintiffs who have indicated that Plaintiffs do not oppose this motion for enlargement.

**WHEREFORE** Defendant, with the consent of Plaintiffs, respectfully requests an enlargement of two (2) days, or to and including July 16, 2008, for the filing of the parties' Joint Preliminary Status Report.

Respectfully submitted this 14th day of July 2008,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

Counsel for the Defendant.