IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BAY PLAZA PROPERTIES, LLC, et al., | Hon. Lawrence M. Baskir |
| Plaintiffs, | |
| | No. 08-198 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THE PARTIES' JOINT PRELIMINARY STATUS REPORT UNAVOIDABLY CLOSE TO ITS DUE DATE**

Pursuant to Paragraph 7 of this Court's Special Procedures Order, Defendant respectfully requests leave to file an Unopposed Motion for Enlargement of Time to File the Parties' Joint Preliminary Status Report unavoidably close to the due date of that document.

Defendant apologizes to the Court for the closeness of this request to the current due date of the JPSR, July 14. This situation arose because, on July 11, Defendant provided Plaintiffs with a draft JPSR it believed to have been prepared for this matter. In fact, the draft JPSR sent to Plaintiffs was prepared for another case. Plaintiffs prepared a JPSR for this matter and provided it to Defendant on the morning of July 14. After receiving the

draft JPSR from Plaintiffs the morning of July 14, Defendant only became aware on the afternoon of July 14 that it would be unable to coordinate its internal position on this JPSR prior to the currently-scheduled due date.

Counsel for Defendant has contacted Counsel for Plaintiffs who have indicated that Plaintiffs do not oppose this motion.

**WHEREFORE** Defendant respectfully requests leave to file an Unopposed Motion for Enlargement of Time to File the Parties' Joint Preliminary Status Report unavoidably close to the due date of that document.

Respectfully submitted this 14th day of July 2008,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

Counsel for the Defendant.