# In the United States Court of Federal Claims

Case No. 08-198L
(Filed: July 15, 2008)

****************************************************
BAY PLAZA PROPERTIES, LLC, et al., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

Defendant's Unopposed **Motion for Leave to File an Unopposed Motion for Enlargement of Time** to File the Parties' Joint Preliminary Status Report (JPSR) Unavoidably Close to its Due Date, filed July 14, 2008, is hereby **GRANTED**. **The parties shall file the JPSR no later than July 16, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge