# In the United States Court of Federal Claims

Case No. 08-198L
(Filed: July 21, 2008)

****************************************************
BAY PLAZA PROPERTIES, LLC, et al., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## TRANSFER ORDER

Plaintiffs' **Motion to Reassign Case to Judge Mary Ellen Coster Williams filed March 21, 2008, is hereby GRANTED.**

The Parties' Joint Preliminary Status Report filed July 15, 2008, informs the Court that the above-captioned case is indirectly related to *Rogers v. United States,* Case No. 07-273, and *Bird Bay v. United States,* Case No. 07-426, which are pending before Judge Williams. The plaintiffs in all three of these cases have filed a Fifth Amendment takings claim for compensation related to the same event; to wit: the STB's issuance of its April 2, 2004, NITU pursuant to the Trails Act.

With Judge Williams's concurrence and pursuant to Rule 40.2(b)(1) of the Rules of the United States Court of Federal Claims, which permits the assigned Judge to transfer a case if necessary for the efficient administration of justice, **the Clerk of the Court is directed to reassign the above-captioned case to Judge Mary Ellen Coster Williams.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge